# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],** | **CASE NO.:** |
| | |
| | **CLASS ACTION COMPLAINT** |
| **Plaintiffs,** | |
| **v.** | **JURY TRIAL DEMAND** |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"],** | |
| **Defendants.** | |

_____/

## PLAINTIFFS OMNIBUS CLASS ACTION COMPLAINT (I)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the Knauf entities,[1] who are the manufacturers of the drywall located in

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. (collectively "Knauf").

1

plaintiffs' homes.  Subordinate to the national class action, the identified class representatives are participating in subclasses asserting claims against each of their distributors and suppliers (Subclasses 1 - 43); each of their importers, exporters, and brokers (Subclasses 44 - 48); each of their builders and developers (Subclasses 49 - 436); and each of their contractors and installers (Subclasses 437 - 529) for whom they have standing (class and subclass members shall be collectively referred to herein as "Class Members").  Each of the Defendants in this action are liable for damages incurred by Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

## JURISDICTION, PARTIES, AND VENUE

1.   Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA").  *See* 28 U.S.C. § 1711, *et. seq.*  The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

2.   For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3.   Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district.  Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML").  *See*

2

*In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## PLAINTIFFS

4.   Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized.  For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

5.   Plaintiffs, Sean and Beth Payton are residents of Louisiana and together own real property located at 53 Preserve Lane, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

6.   Plaintiffs, Ronnie and Anne Van Winkle are residents of Louisiana and together own real property located at 70304 8th Street, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

7.   Plaintiffs, Jason and Heather Kokoszka are residents of Alabama and together own real property located at 224 Falls Creek Street, Fairhope, Alabama 36532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

8.   Plaintiff, Eugene Legendre is a resident of Louisiana and owns real property located at 6857 Michah Way, Greenwell Springs, Louisiana 70739.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

9.   Plaintiffs, Donald and Marcelyn Puig are residents of Louisiana and together own real property located at 302 Tallow Creek Blvd., Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

10.   Plaintiffs, Leah and Todd Schmitt, Anne Hammond and Pam Cangelosi are residents of Louisiana and together own real property located at 663 Solomon Drive, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

11.   Plaintiffs, Emily and Rufus Alldredge are residents of Mississippi and together own real property located at 23554 Woodland Way, Pass Christian, Mississippi 39571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

12.   Plaintiff, Amy Louise Amerson is a resident of Louisiana and owns real property located at 1205 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

13.   Plaintiffs, John and Heather Barone are residents of Louisiana and together own real property located at 297 Rue Piper, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

14.  Plaintiffs, Honore and Elaine Canty are residents of Louisiana and together own real property located at 2785 Hwy 39, Braithwaite, Louisiana 70040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

15.  Plaintiffs, Jordan and Brande Cassagne are residents of Louisiana and together own real property located at 209 Place Street Jean, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

16.  Plaintiffs, Kevin and Karen Chiappetta are residents of Louisiana and together own real property located at 727 Arctic Fox Run, Madisonville, Louisiana 70447.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

17.  Plaintiffs, Pamela and Jack Godwin are residents of Alabama and together own real property located at 11120 Niblick Loop, Fairhope, Alabama 36532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

18.  Plaintiffs, Corliss and Norman Harris are residents of Louisiana and together own real property located at 616 Markham Drive, Slidell, Louisiana 70458.  Plaintiffs are participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

19.  Plaintiffs, Joshua and Kelly Heck are residents of Louisiana and together own real property located at 85002 Horatio Sharp Road, Bush, Louisiana 70431.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

20.  Plaintiffs, Joseph and Todd Quividias are residents of Louisiana and together own real property located at 17470 Rosemont Drive, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

21.   Plaintiffs, Trisha and Darryl Ledet are residents of Louisiana and together own real property located at 12479 Highland Drive, Geismer, Louisiana 70734.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

22.  Plaintiff, Michael Martin is a resident of Louisiana and owns real property located at 320 Leslie Lane, New Orleans, Louisiana 70124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

23.  Plaintiffs, Ernest and Marie Nunez are residents of Louisiana and together own real property located at 612 Hussman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

24.  Plaintiffs, Ruth and Ovila Panneton are residents of Alabama and together own real property located at 19065 Wuail Creek Drive, Fairhope, Alabama 36532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

25.  Plaintiffs, Kevin and Dorothy Ruesch are residents of Louisiana and together own real property located at 7860 Highland Road, Baton Rouge, Louisiana 70808.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

26.  Plaintiff, Lori Ann Staton is a resident of Louisiana and owns real property located at 1216 Mangolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

27.  Plaintiff, Carol Borne is a resident of Louisiana and owns real property located at 835 Montgomery Street, Mandeville, Louisiana 70448.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

28.  Plaintiffs, Joshua and Kimberlea Price are residents of Louisiana and together own real property located at 117 Rue Merlot, Abita Springs, Louisiana 70420.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

29.  Plaintiffs, David and Amanda Kessler are residents of Louisiana and together own real property located at 385 Brown Thrasher Loop, Madisonville, Louisiana 70447.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

30.  Plaintiffs, William and Jamie Green are residents of Louisiana and together own real property located at 320 E. Pearl Drive, Slidell, Louisiana 70461.  Plaintiffs are participating as

7

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

31. Plaintiffs, Calvin and Lindsey Pizani are residents of Louisiana and together own real property located at 2661 Rue Jesann, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

32. Plaintiffs, Lawrence, Schnee and Jennifer Riesz are residents of Florida and together own real property located at 9619 Clemmons Street, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

33. Plaintiff, Steven Minafri is a resident of Florida and owns real property located at 2511 Yukon Cliff Drive, Ruskin, Florida 33570.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

34. Plaintiff, Duke Stanley is a resident of Florida and owns real property located at 2517 Yukon Cliff Drive, Ruskin, Florida 33570.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

35. Plaintiff, Judy Alonzo is a resident of Louisiana and owns real property located at 2014 Lac Cache, Baton Rouge, Louisiana 70816.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

36.   Plaintiffs, William and Kitty Banner are residents of Louisiana and together own real property located at 70486 4th Street, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

37.   Plaintiffs, James and Barbara Bennett are residents of Mississippi and together own real property located at 39 Navajo Drive, Picayune, Mississippi 39466.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

38.  Plaintiffs, Lisa McQueen and Brandie Bobinger are residents of Mississippi and together own real property located at 79 Quail Ridge Lane, McHenry, Mississippi 39561. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

39.   Plaintiffs, Garyl and Penelope Boggs are residents of California and together own real property located at 10167 Lagan Street, Bay St. Louis, Mississippi 39520.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

40.   Plaintiffs, Jason and Felicia Bourgeois are residents of Mississippi and together own real property located at 80 Quail Ridge Lane, McHenry, Mississippi 39561.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

41.   Plaintiff, Sherolyn V. Brandt is a resident of Florida and owns real property located at 1496 Noland Road, Middleburg, Florida 32068.  Plaintiff is participating as a class

9

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

42.  Plaintiffs, Robbie and Pamela Bryant are residents of Louisiana and together own real property located at 26083 Big Ben Drive, Denham Springs, Louisiana 70726.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

43.  Plaintiffs, Darren and Tracy Buxton are residents of Louisiana and together own real property located at 4331 Wilderness Run, Zachary, Louisiana 70791.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

44.  Plaintiff, Mark W. Chadwick is a resident of Mississippi and owns real property located at 8434 Kaleiki Way, Diamondhead, Mississippi 39525.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

45.  Plaintiffs, David and Denise Chapman are residents of Alabama and together own real property located at 60 Shelby Drive, Hayden, Alabama 35079.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

46.  Plaintiffs, Jonathan and Cindy Culpepper are residents of Mississippi and together own real property located at 3116 N. 3rd Street, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

10

47.  Plaintiffs, John and Beverly Deakins are residents of Florida and together own real property located at 2129 NE 35th Terrace, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

48.  Plaintiff, Madeline T. Deano is a resident of Mississippi and owns real property located at 54 Navajo Drive, Picayune, Mississippi 39466.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

49.  Plaintiff, Glenda F. Dorsey is a resident of Louisiana and owns real property located at 39085 Pirouge Avenue, Gonzales, Louisiana 70737.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

50.  Plaintiffs, Ross and Marlo Dupre are residents of Louisiana and together own real property located at 2063 Rosedale Road, Port Allen, Louisiana 70767.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

51.  Plaintiffs, Scott and Heather Durham are residents of Louisiana and together own real property located at 4329 Tupello Street, Baton Rouge, Louisiana 70808.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

52. Plaintiff, Marshall and Tasha Eleuterius is a resident of Mississippi and owns real property located at 6405 Seawinds Boulevard, Biloxi, Mississippi 39532.  Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

53. Plaintiff, Richard Eubank is a resident of Florida and owns real property located at 1660 Renaissance Commons Boulevard, Unit 2619, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

54. Plaintiffs, Howard, Anna and Catherine Ferguson are residents of Louisiana and together own real property located at 6502 Antioch Crossing, Baton Rouge, Louisiana 70817. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

55. Plaintiff, Timothy Garton is a resident of California and owns real property located at 4005 Champion Tif, Gonzales, Louisiana 70737. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

56. Plaintiffs, Russell and Ashley Gill are residents of Mississippi and together own real property located at 4905 Oak Place Drive, Vancleave, Mississippi 39565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

57. Plaintiff, Khadijeh Grace is a resident of Florida and owns real property located at 1660 Renaissance Commons Boulevard, Unit 2209, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

58. Plaintiff, Vincent Greco is a resident of Louisiana and owns real property located at 70461 11th Street, Covington, Louisiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

59. Plaintiffs, Craig and Kristin Greene are residents of Louisiana and together own real property located at 3117 McClendon Court, Baton Rouge, Louisiana 70810. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

60. Plaintiffs, Jeffrey and Michelle Green are residents of Alabama and together own real property located at 156 Wild Timber Parkway, Pelham, Alabama 35124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

61. Plaintiffs, Gregory and Cynthia Guillory are residents of Louisiana and together own real property located at 12060 Clanton Drive, Walker, Louisiana 70785. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

62. Plaintiffs, Curt and Carrie Hansen are residents of Mississippi and together own real property located at 75 Quail Ridge Lane, McHenry, Mississippi 39561. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

63. Plaintiff, Rochelle Frazier Harkins is a resident of Louisiana and owns real property located at 27 Greenbriar Drive, Gulfport, Mississippi 39507. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

64.   Plaintiff, Anthony Richard Harris is a resident of Mississippi and owns real property located at 6320 Guice Place, Ocean Springs, Mississippi 39564.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

65.   Plaintiffs, Jesse and Sheila Hart are residents of Louisiana and together own real property located at 15174 Highway 959, Clinton, Louisiana 70722.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

66.   Plaintiff, Haworth Holdings, LLC owns real property located at 1660 Renaissance Commons Boulevard, Unit 2226, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

67.   Plaintiffs, Michael and Hensley Hayek are residents of Louisiana and together own real property located at 26084 Big Ben Drive, Denham Springs, Louisiana 70726.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

68.   Plaintiffs, Steve, Knoth and Mark Johnson are residents of Florida and together own real property located at 1690 Renaissance Commons Boulevard, Unit 1622, Boynton Beach, Florida  33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by

reference.

69.  Plaintiffs, Charles and Myrna Jones are residents of Louisiana and together own real property located at 5089 Utah Street, Bay St. Louis, Mississippi 39520.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

70.  Plaintiffs, Corey and Monique Kitts are residents of Louisiana and together own real property located at 3123 Riverlanding Drive, Addis, Louisiana 70710.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

71.  Plaintiff, Marshall J. Knight, Sr. is a resident of Mississippi and owns real property located at 46 Navajo Drive, Picayune, Mississippi 39466.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

72.  Plaintiffs, Justin and Renee Landry are residents of Louisiana and together own real property located at 12302 Dutchtown Villa Drive, Geismer, Louisiana 70734.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

73.  Plaintiff, Samuel Ledford is a resident of Alabama and owns real property located at 10308 Renfroe Road, Alpine, Alabama 35014.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

74.  Plaintiff, Debbie Mailhes is a resident of Mississippi and owns real property located

at #2 Timaquana Drive, Picayune, Mississippi 39466.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

75.  Plaintiffs, Michael and Megham Middleton are residents of Louisiana and together own real property located at 18725 Tall Oaks Court, Baton Rouge, Louisiana 70817.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

76.  Plaintiff, Melissa Mogor is a resident of Texas and owns real property located at 1660 Renaissance Commons Boulevard, Unit 2420, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

77.  Plaintiffs, Frank Mumphrey and Gail Arcement are residents of Mississippi and together own real property located at 57 Navajo Drive, Picayune, Mississippi 39466.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

78.  Plaintiffs, Douglas and Maria Nelson are residents of Mississippi and together own real property located at 1222 Nelson Drive, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

79.  Plaintiff, Anthony Peter Petone is a resident of Mississippi and owns real property located at 910 Maple Street, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

80.  Plaintiff, Monique C. Perez-Marini is a resident of Florida and owns real property located at 2490 22nd Avenue, NE, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

81.  Plaintiffs, Randy and Pamela Raborn are residents of Louisiana and together own real property located at 31650 Tickfaw Acre Road, Holden, Louisiana 70744.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

82.  Plaintiffs, Michael and Wendy Roberts are residents of Mississippi and together own real property located at 60 Navajo Drive, Picayune, Mississippi 39466.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

83.  Plaintiffs, Robert and Lindy Robinson are residents of Mississippi and together own real property located at 4306 Wisteria Drive, Moss Point, Mississippi 39562.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

84.  Plaintiffs, John H. and D'Auby Schiel are residents of Mississippi and together own real property located at 7900 Utopia Drive, Ocean Springs, Mississippi 39566.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

85.  Plaintiffs, Billy Wayne and Amanda Stanley are residents of Louisiana and together

17

own real property located at 4488 Raymond LaBauve Road, Brusly, Louisiana 70719.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

86.  Plaintiffs, Lisa and Jordan Tabor are residents of Louisiana and together own real property located at 16405 N. Antioch Crossing, Baton Rough, Louisiana 70817.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

87.  Plaintiffs, David Jason and Amanda B. Taylor are residents of Mississippi and together own real property located at 3216 Joy Lane, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

88.  Plaintiff, Russell W. and Tiffany Taylor is a resident of Mississippi and owns real property located at 29 Bayou View Drive, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

89.  Plaintiffs, Charles and Sherry Theologos are residents of Mississippi and together own real property located at 143 Lakewood Drive, Waveland, Mississippi 39576.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

90.  Plaintiffs, Brian and Tamara Thomas are residents of Louisiana and together own real property located at 856 Water Oak Drive, Brusly, Louisiana 70719.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

18

accompanying this complaint which are incorporated herein by reference.

91. Plaintiff, Glenn W. Vereen is a resident of Georgia and owns real property located at 3075 Caliente Lane, Rex, Georgia 30273. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

92. Plaintiffs, Chip and Christina Volke are residents of Florida and together own real property located at 894 NW Leonardo Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

93. Plaintiff, Dr. Cassandra Youmans is a resident of Louisiana and owns real property located at 5201 Chamberlain Drive, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

94. Plaintiffs, Andrew and Nicole Allen are residents of Louisiana and together own real property located at 3704 Clifford Drive, Metairie, Louisiana 70002. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

95. Plaintiffs, John and Diane E. Hernandez are residents of Louisiana and together own real property located at 144 20th Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

96. Plaintiffs, Dean and Dena Hopper are residents of Louisiana and together own real

property located at 80714 Hwy 1083, Bush, Louisiana 70431.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

97.  Plaintiffs, Chad and Darlene Jarrell are residents of Louisiana and together own real property located at 400 Briar Meadow Lance, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

98.  Plaintiffs, Lawrence and Elizabeth Meyer are residents of Louisiana and together own real property located at 29310 Laurel Drive, Lacombe, Louisiana 70445.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

99.  Plaintiffs, Ralph and Paula Morlas are residents of Louisiana and together own real property located at 4091 Brown Thrasher Loop, Madisonville, Louisiana 70447.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

100.  Plaintiffs, Tony and Kathy Peres are residents of Louisiana and together own real property located at 4825 Tracy Street, Violet, Louisiana 70092.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

101.  Plaintiffs, Helena and Linda Guidry are residents of Louisiana and together own real property located at 29300 Laurel Drive, Lacombe, Louisiana 70445.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

102.  Plaintiff, Sharon Watts is a resident of Louisiana and owns real property located at 29284 Laurel Drive, Lacombe, Louisiana 70445.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

103.    Plaintiffs, Sidney and Diane Cotlar are residents of Louisiana and together own real property located at 4532 Transcontinental Drive, Metairie, Louisiana 70006.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

104.  Plaintiff, Karen Genovese is a resident of Louisiana and owns real property located at 123 Beau Arbre Court, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

105.  Plaintiffs, Tatum and Charlene Hernandez are residents of Louisiana and together own real property located at 68034 Marion Street, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

106.   Plaintiffs, Michael and Pamela Kee are residents of Louisiana and together own real property located at 150 Jalyn Lane, Port Allen, Louisiana 70767.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

107.  Plaintiffs, Paul and Janet Legendre are residents of Mississippi and together own

21

real property located at 718 Primrose Drive, Bay St. Louis, Mississippi 39520.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

108.  Plaintiff, Jeannete Mills is a resident of Louisiana and owns real property located at
11052 Shoreline Drive, Baton Rouge, Louisiana 70809.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

109.  Plaintiffs, Mark, Maureen, Abigail and Meagan Morici are residents of Louisiana
and together own real property located at 6555 Avenue B, New Orleans, Louisiana 70124.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

110.  Plaintiffs, Craig and Roberta Naden are residents of Louisiana and together own
real property located at 5263 Courtyard Drive, Gonzales, Louisiana 70737.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

111.  Plaintiffs, Frederick and Lisa Nunez are residents of Louisiana and together own
real property located at 123 Dominion Boulevard, Madisonville, Louisiana 70447.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

112.  Plaintiffs, Albert and Judith Orduna are residents of Louisiana and together own
real property located at 4111 Jasper Street, Metairie, Louisiana 70002.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

113.   Plaintiffs, Don and Betty Oster are residents of Louisiana and together own real property located at 811 Cole Court, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

114.   Plaintiff, Judith Ellen Pasentine is a resident of Louisiana and owns real property located at 216 Oak Lane, Mandeville, Louisiana 70448.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

115.    Plaintiffs, Ryan and Ashlin Reece are residents of Louisiana and together own real property located at 4933 Utica Street, Metairie, Louisiana 70006.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

116.   Plaintiffs, Bill Sanders and Elizabeth Veglia are residents of Mississippi and together own real property located at 10381 Hwy 603, Bay St. Louis, Mississippi 39520. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

117.   Plaintiffs, Amy and Truman Ward are residents of Louisiana and together own real property located at 5367 Courtyard Drive, Gonzales, Louisiana 70737.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

118.   Plaintiff, Neil Boothe is a resident of Georgia and owns real property located at 483

23

Tranquill Drive, Winder, Georgia 30680.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

119.  Plaintiff, Demetra Walker is a resident of Georgia and owns real property located at 485 Tranquill Drive, Winder, Georgia 30680.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

120.  Plaintiff, Cynthia Curcillo, as attorney-in-fact and next friend of Ann Curcillo is a resident of Florida and owns real property located at 2109 Mattamy Court, Venice, Florida 34292.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

121.  Plaintiffs, Arlen and Brooke Grundvig are residents of Florida and together own real property located at 2105 Mattamy Court, Venice, Florida 34292.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

122.  Plaintiff, Gary Lamadore is a resident of Florida and owns real property located at 2121 Mattamy Court, Venice, Florida 34292.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

123.  Plaintiff, Elizabeth O'Donnell is a resident of Florida and owns real property located at 2117 Mattamy Court, Venice, Florida 34292.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

124.   Plaintiffs, Walter and Harriette Wolslegel are residents of Florida and together own real property located at 1147 Campbell Street, Port Charlotte, Florida 33953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

125.   Plaintiffs, Richard and Amy Guidry are residents of Louisiana and together own real property located at 100 Mary Kate Court, Montz, Louisiana 70068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

126.   Plaintiffs, Jan and Neil Pierson are residents of Louisiana and together own real property located at 348 Jade Court, Madisonville, Louisiana 70447.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

127.   Plaintiff, John Campbell is a resident of Connecticut and owns real property located at 1020, 1024, 1028, 1032, 1040, 1041, 1044, 1045, 1057, 1061, 1084 and 1100 Clairise Court, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

128.   Plaintiffs, Dean and Dawn Amato are residents of Louisiana and together own real property located at 18615 Bellingrath Lakes, Greenwell Springs, Louisiana 70739.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

129.  Plaintiff, Margaret A. Moyse, individually and on behalf of the Margaret Allen

Moyse Revocable Living Trust, is a resident of Mississippi and owns real property located at 15

Poplar Circle, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

130.  Plaintiffs, Timothy, Lisa and Matthew Holleman are residents of Mississippi and

together own real property located at 115 Lundgren Lane, Gulfport, Mississippi 39507.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

131.  Plaintiff, John Austin is a resident of Florida and owns real property located at 9318

River Rock Lane, Riverview, Florida 33578.  Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

132.  Plaintiffs, Bill and Cynthia Martineau are residents of Florida and together own real

property located at 9312 River Rock Lane, Riverview, Florida 33578.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

133.  Plaintiffs, Paul Clement and Celeste Schexnaydre are residents of Louisiana and

together own real property located at 612 Ridgewood Drive, Metairie, Louisiana 70001.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

134.  Plaintiff, Jim LaCroix is a resident of Louisiana and owns real property located at

26

1429 Natchez Loop, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

135.  Plaintiffs, Gloria Berson and Keith Fuhrman are residents of Florida and together own real property located at 2558 SW Abelard Street, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

136.  Plaintiff, Deborah Bradford is a resident of Florida and owns real property located at 4960 SE Marinier Garden Circle, Stuart FL 34997.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

137.  Plaintiff, Jordan Burrus is a resident of Florida and owns real property located at 5036 SE Mariner Garden Circle, Stuart, Florida 34997.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

138.  Plaintiff, Wayne Hamilton is a resident of Arizona and owns real property located at 4007 SE Mariner Garden Circle, Stuart, Florida 34997.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

139.  Plaintiffs, Lawrence and Ann Hoagland are residents of Florida and together own real property located at 4964 SE Mariner Garden Circle, Stuart, Florida 34997.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

140.  Plaintiffs, Francis and Kathy Jarvin are residents of Florida and together own real property located at 1219 NW 38th Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

141.  Plaintiffs, Russell Knapp and Audrey Jonas are residents of New Jersey and together own real property located at 4968 SE Mariner Garden Circle, Stuart, Florida 34997.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

142.  Plaintiffs, William and Maria Palsgraf are residents of Florida and together own real property located at 2192 SW Fears Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

143.  Plaintiff, John Shurer is a resident of Florida and owns real property located at 5933 NW Wolverine Road, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

144.  Plaintiff, Elisa Abiega is a resident of Florida and owns real property located at 8811 SW 203 Terrace, Cutler Bay, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

145.  Plaintiff, Steven Aboulafia is a resident of Florida and owns real property located at

3735 Yucataan Parkway, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

146.  Plaintiffs, Emilio and Martha Alvarez-Farre are residents of Florida and together own real property located at 12335 Moss Ranch Road, Miami, Florida 33156.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

147.  Plaintiffs, Christine and Robert Akers are residents of Florida and together own real property located at 11019 Carrara Court #201, Bonita Springs, Florida 34135.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

148.  Plaintiffs, Kirenia and Jorge Balan are residents of Florida and together own real property located at 14817 SW 161 Street, Miami, Florida 33187.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

149.  Plaintiff, Gerald Bagley is a resident of Florida and owns real property located at 504 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

150.  Plaintiff, Nilda Bello de Bachek is a resident of Florida and owns real property located at 10757 NW 81 Lane, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

151.  Plaintiffs, Stephen and Michelle Benullis are residents of Florida and together own real property located at 6200 Twin Bridges Drive, Zephyrhills, Florida 33541.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

152.  Plaintiffs, Andrew and Ina Bloom are residents of Florida and together own real property located at 17847 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

153.  Plaintiff, Haroldo Borges is a resident of Florida and owns real property located at 3424 SW 147 Place, Miami, Florida 33185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

154.  Plaintiffs, John and Joann Brady are residents of Pennsylvania and together own real property located at 6585 Martinque Way, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

155.  Plaintiffs, George and Karen Burgess are residents of Florida and together own real property located at 11905 SW 73rd Avenue, Pincecrest, Florida 33156.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

156. Plaintiff, Gertrude Byrne is a resident of Florida and owns real property located at

17926 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

157.  Plaintiff, Filberto Cassanova is a resident of Florida and owns real property located at 2704 SW 115th Avenue, Miami, Florida 33156.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

158.  Plaintiff, Kevin Christian is a resident of Florida and owns real property located at 20351 SW 87 Place, Miami, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

159.  Plaintiff, Donald Coombs is a resident of Jamaica and owns real property located at 10775 NW 81st Lane, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

160.  Plaintiff, George Dacosta is a resident of Florida and owns real property located at 6859 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

161.  Plaintiff, Jesse Davis is a resident of Florida and owns real property located at 8626 104th Avenue, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

162.  Plaintiffs, Robert and Lois Deane are residents of Florida and together own real property located at 2225 SE 20 Avenue, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

163.  Plaintiffs, Hunting and Mary Deutsch are residents of Florida and together own real property located at 590 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

164.  Plaintiff, Fernando Diaz is a resident of Florida and owns real property located at 20338 SW 88 Court, Cutler Bay, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

165.  Plaintiffs, Michelle and Giancario Lee Egan are residents of Florida and together own real property located at 12923 SW 135 Terrace, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

166.  Plaintiffs, Brian and Lauren Elsenberg are residents of Florida and together own real property located at 9957 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

167.  Plaintiff, Hassib Elzein is a resident of Florida and owns real property located at

10781 NW 81st Lane, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

168.  Plaintiffs, Anna and Mark Eskenazi are residents of Florida and together own real property located at 17878 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

169.  Plaintiffs, Kejuana and Livingston Ferguson are residents of Florida and together own real property located at 1892 SE 23rd Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

170.  Plaintiffs, Jorge and Michelle Fernandez are residents of Florida and together own real property located at 12257 SW 82nd Terrace, Miami, Florida 33183.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

171.  Plaintiffs, Julian and Nathalia Cora Flores are residents of Florida and together own real property located at 2230 SE 19 Avenue, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

172.  Plaintiff, Beth Frenchman is a resident of Florida and owns real property located at 10133 Cobblestone Creek Drive, Boynton Beach, Florida 33437.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

173.  Plaintiffs, Larry and Rene Galvin are residents of New Jersey and together own real property located at 11019 Carrar Court, #202 Bonita Springs, Florida 34135.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

174.  Plaintiff, Hernan Gamboa is a resident of Florida and owns real property located at 12991 SW 134 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

175.  Plaintiffs, Bonnie and Craig Glover are residents of Florida and together own real property located at 1402 SW 150th Terrace, Davie, Florida 33362.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

176.  Plaintiff, Miguel Angel Gonzalez is a resident of Florida and owns real property located at 2908 NE 2nd Drive, Homestead, Florida 33033.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

177.  Plaintiff, Oscar Gonzelez is a resident of Florida and owns real property located at 8711 SW 203 Street, Cutler Bay, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

178.  Plaintiffs, Omar and Victoria Gonzalez and Miriam Velez are residents of Florida

34

and together own real property located at 8002 NW 107 Court, Miami, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

179.  Plaintiffs, Richard and Pamela Groom are residents of Florida and together own real property located at 3138 Ohio Street, Coconut Grove, Florida 33133.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

180.  Plaintiffs, Diego Guerrazzi and Magaly Nano are residents of Florida and together own real property located at 11220 NW 84 Street, Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

181.  Plaintiffs, Jose and Maribel Gutierrez de Garcia are residents of Florida and together own real property located at 12561 Oak Bend Drive, Ft. Myers, Florida 33905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

182.  Plaintiffs, Jason and Shanique Herbert are residents of Florida and together own real property located at 7207 53 PL E, Palmetto, Florida 34221.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

183.  Plaintiffs, Frantz Charles and Damaris Paulin are residents of Florida and together own real property located at 2226 SW 20th Avenue, Miramar, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

35

accompanying this complaint which are incorporated herein by reference.

184. Plaintiffs, David and Heidi Kay Harmer are residents of Florida and together own real property located at 1324 SW 27 Terrace, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

185. Plaintiffs, Robert and Maria Hay are residents of New York and together own real property located at 7173 50th Avenue Circle East, Palmetto, Florida 34221. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

186. Plaintiffs, Consuello Jaramillo and Ana Martinez are residents of Florida and together own real property located at 3444 SW 147 Place, Miami, Florida 33185. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

187. Plaintiffs, Manuel and Liliane Jesus are residents of Florida and together own real property located at 6857 Julia Gardens Drive, Coconut Creek, Florida 33073. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

188. Plaintiffs, Charles and Molly Johnson are residents of Florida and together own real property located at 10125 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

189. Plaintiff, Gail Jones is a resident of Florida and owns real property located at 7281

Lemon Grass Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

190.  Plaintiffs, Barbara and Stephen Kurutz are residents of Florida and together own real property located at 1982 SE 23rd Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

191.  Plaintiff, Husein Lamma is a resident of Florida and owns real property located at 10763 NW 81st Lane, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

192.  Plaintiffs, Jean and Gueldie Laraque are residents of Florida and together own real property located at 17911 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

193.  Plaintiffs, Roger and Janet Leben are residents of Florida and together own real property located at 1912 SE 23 Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

194.  Plaintiff, Randall Litten is a resident of Florida and owns real property located at 2235 SE 20th Avenue, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

195.  Plaintiff, Lynn Lukaszewski is a resident of New Jersey and owns real property located at 3421 SW Haines Street, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

196.  Plaintiffs, Cleber and Sandra Machado are residents of Florida and together own real property located at 6875 Julia Gardens Drive, Coconut Creek, Florida 30073.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

197.  Plaintiffs, Marirose and Roberto Mardeni are residents of Florida and together own real property located at 10787 NW 81 Lanes, Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

198.  Plaintiffs, Felix and Jenny Martinez are residents of Florida and together own real property located at 2250 SE 19 Avenue, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

199.  Plaintiffs, Tania and Armando Mazza-Martinez are residents of Florida and together own real property located at 7991 SW 185 Street, Cutler Bay, Florida 33157.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

200.  Plaintiff, Daniel Miller is a resident of Florida and owns real property located at

1903 SW 46 Terrace, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

201.  Plaintiffs, Dick and Nancy Nelson are residents of Florida and together own real property located at 6635 Bobby Jones Ct., Palmetto, Florida 34221.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

202.  Plaintiff, Allan Neumann is a resident of Illinois and owns real property located at 11019 Carrara Court, #101, Bonita Springs, Florida 34135.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

203.  Plaintiffs, Winnie and CheeWah Ng are residents of Florida and together own real property located at 10101 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

204.  Plaintiff, Robin Novello is a resident of Florida and owns real property located at 9407 Bridgebrook Drive, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

205.  Plaintiff, Jose Francisco Oves is a resident of Florida and owns real property located at 2220 SE 19 Avenue, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

206.  Plaintiff, Fernando Pabon is a resident of Florida and owns real property located at 19980 SW 134 Avenue, Miami, Florida 33177.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

207.  Plaintiffs, Lloyd and Dinah Ramsarran are residents of Florida and together own real property located at 6756 NW Argus Street, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

208.  Plaintiffs, Grant and Kathyrn Reid are residents of Florida and together own real property located at 7208 53rd Place East, Palmetto, Florida 34221.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

209.  Plaintiff, Joseph J. Rinaldi, Jr. is a resident of Florida and owns real property located at 31423 Ohio Street, Miami, Florida 33133.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

210.  Plaintiffs, Ricardo, Alfonso and Madelin Rizzo are residents of Florida and together own real property located at 1987 SE 21 Ct., Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

211.  Plaintiffs, Steven and Jennifer Roberts are residents of Florida and together own

real property located at 10013 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

212.   Plaintiffs, Jeryl and Jose Rodriguez are residents of Florida and together own real property located at 9725 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

213.   Plaintiffs, Joel and Sharri Ronkin are residents of Florida and together own real property located at 2505 Provence Circle, Weston, Florida 33327.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

214.   Plaintiffs, Robert and Linda Roseman are residents of New Jersey and together own real property located at 99 Vivante Blvd., Unit #213, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

215.   Plaintiff, Michael Rosen is a resident of Florida and owns real property located at 17538 Middlebrook Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

216.   Plaintiffs, Richard and Joanna Rossi are residents of Florida and together own real property located at 17935 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

217.  Plaintiffs, Carolyn and Daniel Santamaria are residents of Florida and together own real property located at 8765 Cobblestone Preserve Court, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

218.  Plaintiff, Jason Santiago is a resident of Florida and owns real property located at 2140 SE 19 Avenue, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

219.  Plaintiff, Raymond Sardina is a resident of Florida and owns real property located at 8812 SW 203 Terrace, Cutler Bay, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

220.  Plaintiffs, Immanuel, Robinson and Catherin Sarkar are residents of Florida and together own real property located at 8821 SW 203 Terrace, Cutler Bay, Florida 33189. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

221.  Plaintiffs, Armin Seifart and Lisa Gore are residents of Florida and together own real property located at 4075 Bonita Avenue, Miami, Florida 33133.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

222.  Plaintiff, Stephen Siraco is a resident of Florida and owns real property located at

12430 SW 50 Street, #121, Miramar, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

223.  Plaintiffs, Alli and Paul Sirota are residents of Florida and together own real property located at 9629 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

224.  Plaintiff, Juliana Souza is a resident of Florida and owns real property located at 6865 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules  accompanying this complaint which are incorporated herein by reference.

225.  Plaintiffs, Jeffrey and Sharlene Starkman are residents of Florida and together own real property located at 11224 NW 77th Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

226.  Plaintiff, Jim Tarzy is a resident of New Jersey and owns real property located at 28479 Altessa Way, #101, Bonita Springs, Florida 34135.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

227.  Plaintiffs, Carrie and David Trepkowski are residents of Florida and together own real property located at 3027 Lake Manatee Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

228.  Plaintiffs, Earnest Turner and Pigi Caretti are residents of Florida and together own real property located at 544 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

229.  Plaintiffs, Herving Urdaneta and Annielys Aular are residents of Florida and together own real property located at 999 SW 146 Terrace, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

230.  Plaintiff, Karen Vickers is a resident of Florida and owns real property located at 2259 SE 19 Avenue, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

231.  Plaintiff, Daniel Villalta is a resident of Florida and owns real property located at 8782 SW 203 Terrace, Miami, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

232.  Plaintiffs, Katori and Patrick Wisdom are residents of Florida and together own real property located at 1954 SE 22nd Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

233.  Plaintiffs, Robert and Dale Woodbridge are residents of Florida and together own

real property located at 2165 SE 20 Avenue, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

234.  Plaintiff, Maria Rosa Zeller is a resident of Florida and owns real property located at 586 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

235.  Plaintiffs, Angelos and Gregoria Zervos are residents of Florida and together own real property located at 8801 SW 203 Terrace, Miami, Florida 33189.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

236.  Plaintiff, Lynard Atkins is a resident of California and owns real property located at 1272 A Centry Oaks Drive, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

237.  Plaintiff, JJ Hill, Brace & Limb Company owns real property located at 1619 Broad Avenue, Gulfport, Mississippi 39501.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

238.  Plaintiff, Maryann Braud is a resident of Mississippi and owns real property located at 9048 Firetower Road, Pass Christian, Mississippi 39571.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

239.   Plaintiff, Chuck Coats is a resident of Mississippi and owns real property located at 20 Cedar Wood Drive, Perkinston, Mississippi 39573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

240.   Plaintiff, Cubby Donston is a resident of Mississippi and owns real property located at 260 Peters Road, Poplarville, Mississippi 39470.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

241.   Plaintiff, Beverlie Farve is a resident of Mississippi and owns real property located at 10345 Old Lower Bay Road, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

242.   Plaintiff, Tom Fath is a resident of California and owns real properties located at 1130-A W. Century Oaks Drive, Gulfport, Mississippi 39507; 1130 B West Century Oaks, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

243.   Plaintiff, Gary Gagnard is a resident of Mississippi and owns real property located at 4047 Victoria Street, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

244.  Plaintiff, Vaneen Green is a resident of Mississippi and owns real property located at 135 Sea Oaks Blvd., Longbeach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

245.  Plaintiff, Billie Hiller is a resident of Mississippi and owns real property located at 14457 Autumn Chase, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

246.  Plaintiff, Debra Hodge is a resident of Mississippi and owns real property located at 224 Boggs Circle, Longbeach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

247.  Plaintiff, Diane Holland is a resident of Mississippi and owns real property located at 7041 Cardinal, Bay St. Louis, Mississippi.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

248.  Plaintiff, Harold Huckabee is a resident of Mississippi and owns real property located at 9076 Henry Shubert Road, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

249.  Plaintiff, Floyd Landry is a resident of Mississippi and owns real property located at 495 Prentiss Road, Pass Christian, Mississippi 39571.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

250.  Plaintiff, Henry Lescault is a resident of Virginia and owns real property located at 1106-A Washington Avenue, Gulfport, Mississippi 39507 and 1106-B Washington Avenue, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

251.  Plaintiff, Karen Lorona is a resident of Mississippi and owns real property located at 14820 Nassau Drive, Biloxi, Mississippi 39532.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

252.  Plaintiff, Sidney Maddux is a resident of Mississippi and owns real property located at 102 Ivy Cove, Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

253.  Plaintiff, Carla Perrio is a resident of Mississippi and owns real property located at 22 Brielle Lane, Wiggins, Mississippi 39577.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

254.  Plaintiff, Chari Rapp is a resident of Mississippi and owns real property located at 300 Hwy 90, Waveland, Mississippi 39576; 100 Idle Wood Drive, Waveland, Mississippi 39576; 244 Gulf Side Street, Waveland, Mississippi 39576; 249 Gulf Side Street, Waveland,

Mississippi 39576; 248 Gulf Side Street, Waveland, Mississippi 39576; 300 Gulf Side Street, Waveland, Mississippi 39576; and 2109 Nicholson Avenue, Waveland, Mississippi 39576. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

255.  Plaintiff, Benny Redmond is a resident of Mississippi and owns real property located at 14461 Autumn Chase, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

256.  Plaintiffs, Dustin and Amy Reed are residents of Mississippi and together own real property located at 19 Connor Drive, Perkinston, Mississippi 39573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

257.  Plaintiff, Billy Sanders is a resident of Mississippi and owns real property located at 10381 Hwy 603, Bay St. Louis, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

258.  Plaintiff, William Seliby is a resident of Mississippi and owns real property located at 14398 Autumn Chase, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

259.  Plaintiff, Emma Simmons is a resident of Mississippi and owns real property located at 13502 Addison Avenue, Gulfport, Mississippi 39503.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

260.  Plaintiff, Russell Taylor is a resident of Mississippi and owns real property located at 29 Bayou View Drive, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

261.  Plaintiff, Jared Whipps is a resident of California and owns real property located at 1120 A West Pine Street, Gulfport, Mississippi  39507; 1225 A North Century Oaks Drive Gulfport, Mississippi  39507 and 1225 B North Century Oaks Drive, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

262.  Plaintiffs, Thomas and Mona Burke are residents of Louisiana and together own real property located at 17277 Churchill Drive, Hammond, Louisiana 70403.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

263.  Plaintiffs, Philip and Courtney Garrett are residents of Louisiana and together own real property located at 6050 General Diaz Drive, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

264.  Plaintiffs, Dustin and Korie Gotreaux are residents of Louisiana and together own real property located at 192 Oakwood Lane, Denham Springs, Louisiana 70726.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

265.  Plaintiffs, Joe and Amy Lang are residents of Louisiana and together own real property located at 101 Rue Merlot, Abita Springs, Louisiana 70420.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

266.  Plaintiffs, Erich and Hayley Matherne are residents of Louisiana and together own real property located at 31400 N. Corbin Road, Walker, Louisiana 70785.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

267.  Plaintiffs, William and Deborah Methvin are residents of Louisiana and together own real property located at 2800 Debouchel Boulevard, Meraux, Louisiana 70075.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

268.  Plaintiff, Danielle Patin is a resident of Louisiana and owns real property located at 5012 Pauger Street, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

269.  Plaintiff, Sandra Quilio is a resident of Louisiana and owns real property located at 225 Carriage Pines Lane, Covington, Louisiana 70835.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

270.  Plaintiff, Tara Ragsdale is a resident of Louisiana and owns real property located at

9040 Eastlake Drive, Baton Rouge, Louisiana 70810.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

271.  Plaintiff, Alexander Robair is a resident of Louisiana and owns real property located at 39058 Bayou View Avenue, Gonzales, Louisiana 70737.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

272.  Plaintiff, Larry Schields is a resident of Florida and owns real property located at 123 Emerson Drive, Kenner, Louisiana 70065.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

273.  Plaintiffs, Clinton and Kelly Smith are residents of Louisiana and together own real property located at 211 Oakmont Drive, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

274.  Plaintiffs, Edward and Emmilou Tabor are residents of Louisiana and together own real property located at 4712 Reich Street, Metairie, Louisiana 70006.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

275.  Plaintiffs, Harley and Brenda Cole are residents of Florida and together own real property located at 3829 SE 21st Place, Cape Coral, Florida 33904.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

52

complaint which are incorporated herein by reference.

276.  Plaintiffs, Jeffrey and Cynthia Kottkamp are residents of Florida and together own real property located at 4511 Randag Drive, North Fort Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

277.  Plaintiffs, Shane and Nicole Allen are residents of Florida and together own real property located at 2783 Via Piazza Loop, Fort Myers, Florida 33905.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

278.  Plaintiffs, Larry and Karen Campanelli are residents of Florida and together own real property located at 2802 44th Street SW, Lehigh Acres, Florida 33976.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

279.  Plaintiffs, William and Margaret Cronin are residents of Florida and together own real property located at 117 El Dorado Parkway West, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

280.  Plaintiffs, Ralph and Judith Schatzle are residents of Florida and together own real property located at 3445 SW 18th Terrace, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

281.  Plaintiffs, Dell and Lydia Loftis are residents of Alabama and together own real

property located at 18994 Quail Creek Drive, Fairhope, Alabama 36532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

282.  Plaintiffs, Ellen and Michael Besson are residents of Louisiana and together own real property located at 710 Summer Lane, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

283.  Plaintiff, Lily Rose Chutz is a resident of Louisiana and owns real property located at 40145 Taylor's Trail #905, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

284.  Plaintiffs, Michelle and Daniel D'Amico are residents of Louisiana and together own real property located at 591 Autumn Wind Lane, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

285.  Plaintiffs, Catherine and Patrick Moreau are residents of Louisiana and together own real property located at 581 Autumn Wind Lane, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

286.  Plaintiff, Juanita DiMaggio is a resident of Louisiana and owns real property located at 40145 Taylor's Trail #902, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

287.  Plaintiffs, Eddie and JoAnn Desporte are residents of Louisiana and together own real property located at 28140 Chukkar Lane, Folsum, Louisiana 70437.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

288.  Plaintiff, Willie L. Johnson Jr. is a resident of Louisiana and owns real property located at 319 Brighton Lane, Slidell, Louisiana 70458.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

289.  Plaintiff, David Ghafari is a resident of Massachusetts and owns real property located at 921 Acroft Avenue, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

290.  Plaintiffs, Tom and Lisa Rose are residents of Mississippi and together own real property located at 6301 Mary Mahoney Drive, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

291.  Plaintiffs, Kent and Donna Maykut are residents of Louisiana and together own real property located at 217 Ruelle DuChene, Madisonvillle, Louisiana 70447.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

292.   Plaintiffs, Linda and Raymond Young are residents of Louisiana and together own

real property located at 577 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

293. Plaintiffs, Patches and Richard Oliver are residents of Mississippi and together own real property located at 5093 Lower Bay Road, Bay St. Louis, Mississippi 39520. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

294. Plaintiffs, Michael and Leslie Shelton are residents of Louisiana and together own real property located at 568 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

295. Plaintiffs, Theodore and Brenda Doyle are residents of Louisiana and together own real property located at 371 Tallow Creek Blvd., Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

296. Plaintiff, Jami Mandill is a resident of Louisiana and owns real property located at 70465 A Street, Covington, Louisiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

297. Plaintiffs, Shannon and Grant Schulz are residents of Louisiana and together own real property located at 2125 Aramis Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

298.  Plaintiffs, Michael and Christina Mitchell are residents of Louisiana and together own real property located at 201 St. Charles Avenue, Ste. 3710, New Orleans, Louisiana 70170. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

299.  Plaintiff, Margaret Finke c/o Ronda Castillo is a resident of Louisiana and owns real property located at 40145 Tayors Trail, Unit 1002, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

300.  Plaintiffs, Bryan and Sandy Bourgeois are residents of Louisiana and together own real property located at 431 Tacoma, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

301.  Plaintiffs, Frank and Deborah DeBenedictis are residents of Florida and together own real property located at 4408 SW 29th Avenue, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

302.  Plaintiffs, Steven and Gayle Felicetti are residents of Florida and together own real property located at 9941 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

303.  Plaintiffs, Richard and Elissa Rosen are residents of Florida and together own real

property located at 12434 NW 80th Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

304.  Plaintiff, Nancy Smith is a resident of Florida and owns real property located at 13011 Sandy Key Bend, Unit 901, North Ft. Myers, Florida 33903.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

305.  Plaintiff, Ryan Tronchet is a resident of Florida and owns real property located at 501 NW 38th Place, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

306.  Plaintiffs, James and Heather Martin are residents of Florida and together own real property located at 8150 Blue Daze Court, Lehigh Acres, Florida 33975.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

307.  Plaintiffs, Gilbert and Gloria Villaverde are residents of Florida and together own real property located at 1616 SW 52nd Street, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

308.  Plaintiffs, James and Linda Watts are residents of Florida and together own real property located at 19411 LaSerena Drive, Ft. Myers, Florida 33976.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

309.  Plaintiffs, Jacqueline and Jose Romero are residents of Florida and together own real property located at 3645 7th Avenue, NW, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

310.  Plaintiffs, Maria and Robert Shane are residents of Florida and together own real property located at 2371 8th Street, NE, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

311.  Plaintiffs, David and Margaret Lincoln are residents of Florida and together own real property located at 3260, #601 Lee Way Court, North Ft. Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

312.  Plaintiffs, Luis and Odette Santos are residents of Florida and together own real property located at 3250 Lee Way Court #8, North Ft. Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

313.  Plaintiffs, James and Kathleen Dugan are residents of Florida and together own real property located at 10826 Tiberio Drive, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

314. Plaintiffs, John and Joanne Walsh are residents of Florida and together own real

property located at 10828 Tiberio Drive Ft. Myers Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

315.  Plaintiffs, Martin, Constance and Francis Scholand are residents of Pennsylvania and together own real property located at 10830 Tiberio Drive, Ft. Myers, Florida 33913. Plaintiffs are participating as a class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

316. Plaintiffs, Daniel and Kay Wiatr are residents of Kentucky and together own real property located at 3261 Lee Way Court, Unit #505, North Ft. Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

317.  Plaintiff, Jack Fasano is a resident of Florida and owns real property located at 904 NE 32nd Street, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

318.  Plaintiff, Ramona Gerica is a resident of Louisiana and owns real property located at 7371 Northgate Drive, New Orleans, Louisiana 70128.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

319.  Plaintiffs, Gerard Landry, Jr., J. Leatrice Kiefer Landry, Decker G. Landry and Julie A. Landry are residents of Louisiana and together own real property located at 1921 Bayou Road, St. Bernard, Louisiana 70085.  Plaintiffs are participating as class representatives in the

class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

320.  Plaintiffs, Richard and Gail Bourgeois are residents of Louisiana and together own real property located at 10968 Shoreline Drive, Baton Rouge, Louisiana 70809.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

321.  Plaintiffs, Rebecca Langlois and Robert Roth are residents of Louisiana and together own real property located at 4218 Bluebonnet Road, Baton Rouge, Louisiana 70809. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

322.  Plaintiff, David Holder is a resident of Louisiana and owns real property located at 11005 Shoreline Drive, Baton Rouge, Louisiana 70809.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

323.  Plaintiffs, Cullen and Mary Dupuy are residents of Louisiana and together own real property located at 15246 Campanile Court, Baton Rouge, Louisiana 70810.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

324.  Plaintiff, Daniel Carter is a resident of Louisiana and owns real property located at 4105 Catherine Avenue, Metairie, Louisiana 70001.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

325.  Plaintiffs, Michael A. and Nicole Gardette are residents of Louisiana and together own real property located at 268 Penn Mill Lakes Blvd., Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

326.  Plaintiff, Ronald Peters is a resident of Louisiana and owns real property located at 76600 S. Fitzmorris Road, Covington, Louisiana 70435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

327.  Plaintiff, Jeffrey D. Roberts is a resident of Louisiana and owns real property located at 285 Penn Mill Lakes, Covington, Louisiana 70435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

328.  Plaintiff, Janeau St. Martin is a resident of Louisiana and owns real property located at 47801 Demontlutin Street, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

329.  Plaintiffs, Alexis and James Carter are residents of Louisiana and together own real property located at 584 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

330.  Plaintiff, Donald Dukes is a resident of Arkansas and owns real property located at 3015 S. Izard, Little Rock, Arkansas 77206.  Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

331.  Plaintiff, Brenda Doby is a resident of Arizona and owns real property located at 16578 W. Hadley Street, Goodyear, Arizona 85338.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

332.  Plaintiff, Travis John Klemann is a resident of Florida and owns real property located at 3942 SW Hainlin Street, Port Saint Lucia, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

333.  Plaintiffs, William Elliott and Mary Ann Fryc are residents of Florida and together own real property located at 2926 NE 2nd Drive, Homestead, Florida 33033.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

334.  Plaintiffs, Michael and Jennifer Huckaby are residents of Louisiana and together own real property located at 592 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

335.  Plaintiff, Jonathan Paul Rovira, Jr. is a resident of Louisiana and owns real property located at 12395 Pendarvis Lane, Walker, Louisiana 70785.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

336.  Plaintiffs, Derrick and Robin Peterson are residents of Florida and together own real property located at 518 SW California Avenue, Stuart, Florida 34994.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

337.  Plaintiffs, Eric and Stacy Schlabach are residents of Texas and together own real property located at 2303 Tarrytown Crossing Drive, Conroe, Texas 77304.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

338.  Plaintiff, Wavi Lee Bonnecarrere is a resident of Louisiana and owns real property located at 40145 Taylor's Trail, Apt. 1005, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

339.  Plaintiff, Lucille Bourdon is a resident of Louisiana and owns real property located at 15074 Pamela Drive, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

340.  Plaintiffs, Malcom and Kelli Donaldson are residents of Louisiana and together own real property located at 293 Penn Mill Lakes Blvd., Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

341.  Plaintiffs, Paul and Andrea Gremillion are residents of Louisiana and together own real property located at 530 Twin River, Covington, Louisiana 70433.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

342.  Plaintiffs, A. Brent and Judy Harris are residents of Louisiana and together own real property located at 158 Emerald Oaks Drive, #32, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

343.  Plaintiffs, Val and Audrey Hufft are residents of Louisiana and together own real property located at 109 Rue Merlot, Abita Springs, Louisiana 70420.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

344.  Plaintiffs, David and Mary King are residents of Louisiana and together own real property located at 18015 Highway 40, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

345.  Plaintiffs, Fred and Taffenie Mizell are residents of Louisiana and together own real property located at 14123 Highway 25, Franklinton, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

346.  Plaintiffs, Randy & Jeanne Piwetz are residents of Louisiana and together own real property located at 424 Inspiration Lane, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

347.  Plaintiffs, Michael and Melissa LeJeune are residents of Louisiana and together own real property located at 680 Silverthorne Lane, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

348.  Plaintiffs, Richard, Susan, Colby and Nathan Jordan, and Florette Nickens are residents of Louisiana and together own real property located at 16347 Highway 931, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

349.  Plaintiffs, Kelvin Hayes Robins, Sr., Alecia Robins, Janeyah Monic Hall, Kaleb Myles Robins and Tylecia Marie Ridgley are residents of Louisiana and together own real property located at 1780 Ashland Drive, Zachary, Louisiana 70791.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

350.  Plaintiffs, Jared, Emily and Ella Lewis are residents of Louisiana and together own real property located at 9462 Country Lake Drive, Baton Rouge, Louisiana 70817.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

351.  Plaintiff, Wanda Yvette Singley is a resident of Alabama and owns real property located at 10006 Bradley Road, Creola, Alabama 36525.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

352.  Plaintiffs, Carl Jr. and Amanda Bretzman are residents of Alabama and together own real property located at 10000 Bradley Road, Creola, Alabama 36525.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

353.  Plaintiffs, Charles and Rachael Parker are residents of Alabama and together own real property located at 963 Weatherby St. S, Saraland, Alabama 36571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

354.   Plaintiff, Joseph Fernandez is a resident of Alabama and owns real property located at 967 Weatherby St. S, Saraland, Alabama 36571.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

355.  Plaintiffs, Matthew and Melanie Cotton are residents of Alabama and together own real property located at 19815 Indiana Street, Citronelle, Alabama 36522.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

356.  Plaintiffs, Mark and Tracy Brown are residents of Alabama and together own real property located at 6167 Charleston Court, Saraland, Alabama 36571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

357.  Plaintiffs, James and Rita Burzotta are residents of Pennsylvania and together own real property located at 1121 Cielo Court, Venice, Florida 34275.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

358.  Plaintiffs, Raymond W. and Nancy Tuhro are residents of New York and together own real property located at 1114 Cielo Court, Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

359.  Plaintiffs, Dufrene and Ernest Rosetta are residents of Louisiana and together own real property located at 166 Emerald Oaks Drive, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

360.  Plaintiff, Vickie T. Egan Miller is a resident of Louisiana and owns real property located at 27332 Gregory Lane, Ponchatoula, Louisiana 70454.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

361.  Plaintiff, Virginia R. Boudreaux is a resident of Louisiana and owns real property located at 209 Cottage Green Lane, Covington, Louisiana 70435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

362.  Plaintiffs, Jesse and Angela Cassard are residents of Louisiana and together own real property located at 1768 Ashland Drive, Zachary, Louisiana 70791.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

363.  Plaintiffs, Thomas G. and Nicole P. Anders are residents of Louisiana and together own real property located at 2042 High Pointe, Zachary, Louisiana 70791.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

364.  Plaintiff, Robinhood Terrace, LLC owns real property located at 1014 NW Leonardo Circle, Point St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

365.  Plaintiffs, Mark and Victoria Segreto are residents of Louisiana and together own real property located at 36 W. Park Pl., New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

366.  Plaintiffs, Calvin and Sara LeBlance are residents of Louisiana and together own real property located at 40145 Taylor's Trail–Unit 1003, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

367.  Plaintiff, Senora B. Jackson is a resident of Louisiana and owns real property located at 40145 Taylor's Train–Unit 1004, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

368.  Plaintiff, Austin Sicard, Jr. is a resident of Louisiana and owns real property located at 3112 Lloyds Avenue, Chalmette, Louisiana 70043.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

369.  Plaintiff, Charles Styron is a resident of Alabama and owns real property located at 7971 Magnolia Springs Hwy, Foley, Alabama 36535.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

370.  Plaintiff, Le Ven Vinh is a resident of Mississippi and owns real property located at 14813 Nassau Drive, Biloxi, Mississippi 39532.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

371.  Plaintiff, Mitchell J. Franatovich is a resident of Louisiana and owns real property located at 2251 3rd Street, Manderville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

372.  Plaintiff, Alicia Alava is a resident of Florida and owns real property located at 3860 72nd Avenue, NE, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

373.  Plaintiffs, Carolyn and Brookman Allen are residents of New York and together own real property located at 2824 NE 7th Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

70

374.  Plaintiffs, Ronald and Tabitha Billy are residents of Florida and together own real property located at 3261 Lee Way Ct., Unit 6, North Fort Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

375.  Plaintiffs, Thomas and Kelli Campbell are residents of Florida and together own real property located at 25504 Antler Street, Christmas, Florida 32709.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

376.  Plaintiff, Timothy Dempsey (Trustee) is a resident of Vermont and owns real property located at 27051 Edenrock Court, Bonita Springs, Florida 34135.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

377.  Plaintiffs, William and Karen Hartmann are residents of Florida and together own real property located at 824 SW 14th Place, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

378.  Plaintiffs, Michael and Sarah Hary are residents of Florida and together own real property located at 1922 SW 30th Street, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

379.  Plaintiffs, Harry and Rosemarie Hurley are residents of Florida and together own real property located at 21572 Baccarat Lane #104, Estero, Florida 33928.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

380.  Plaintiffs, Joseph Macri and Earl Heller are residents of Florida and together own real property located at 1825 SE 2nd Street, Cape Coral, Florida 33990.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

381.  Plaintiffs, Juan and Irena Mercado are residents of Florida and together own real property located at 1226 NE 10th Lane, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

382.  Plaintiffs, Gregory and Jill Nicholas are residents of Florida and together own real property located at 2114 NW 14th Lane, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

383.  Plaintiffs, Geraldo Perez and Olga Alfonso are residents of Florida and together own real property located at 3253 SW 2nd Avenue, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

384.  Plaintiff, Rosser Roche is a resident of Florida and owns real property located at 2816 NW 25th Lane, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

385.  Plaintiffs, Javier Rodriguez and Sepulveda Catalina are residents of Florida and together own real property located at 736 Andover Avenue, Lehigh Acres, Florida 33874. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

386.  Plaintiffs, Anthony and Sharon Spoto are residents of Florida and together own real property located at 2705 SW 30th Terrace, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

387.  Plaintiff, Gladys Valle is a resident of Florida and owns real property located at 302 NE 14th Street, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

388.  Plaintiffs, Peter and Marty Willingham are residents of Florida and together own real property located at 2330 NE 42nd Terrace, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

389.  Plaintiffs, Michael and Patricia Young are residents of Florida and together own real property located at 3936 SW 26th Avenue, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

390.  Plaintiffs, Jerald and Melissa Adcock are residents of Florida and together own real property located at 1121 NW 9th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

391.  Plaintiffs, Michael and Runda Canciglia are residents of Florida and together own real property located at 1020 NW 35th Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

392.  Plaintiffs, Carlos and Carolina Kata are residents of Florida and together own real property located at 909 NW Embers Terrace, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

393.  Plaintiffs, Richard and Tamara Janssen are residents of Florida and together own real property located at 2328 Silver Palm Road, North Port, Florida 34288.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

394.  Plaintiffs, Giovanni and Christine Latona are residents of Florida and together own real property located at 2056 NE 20th Terrace, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

395.  Plaintiffs, Brian and Stephanie McLendon are residents of Florida and together own real property located at 11317 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

396.  Plaintiffs, Michael and Terri McVety are residents of Florida and together own real property located at 2643 Fairmont Cove Court, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

397.  Plaintiffs, Jeffrey and Leigh Morrison are residents of Florida and together own real property located at 7518 Wedelia, Punta Gorda, Florida 33955.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

398.  Plaintiff, James O'Keefe is a resident of Florida and owns real property located at 11072 Vallauris Avenue, Englewood, Florida 34224.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

399.  Plaintiff, Origin Capital VII, LLC owns real property located at 2104 NW Avenue, Cape Coral, Florida 33993; 830 NE Terrace Cape Coral, Florida 33909; 105 NW 33rd Terrace, Cape Coral, Florida 33993; and, 206 NW 27th Avenue, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

400.  Plaintiffs, Clayton and Cheryl Quimby are residents of Florida and together own real property located at 23976 Vincent Avenue, Punta Gorda, Florida 33955.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

401.  Plaintiffs, Thomas and Sonia Runyon are residents of Florida and together own real

property located at 12121 Via Del Fontana, Way Fort Myers, Florida 33908.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

402.  Plaintiff, Samos Holdings, LLC owns real property located at 27011 Eder Rock Ct.,
Bonita Springs, Florida 34135; 27021 Eder Rock Ct., Bonita Springs, Florida 34135; and, 27041
Eder Rock Ct., Bonita Springs, Florida 34135.  Plaintiff is participating as a class representative
in the class and subclasses as set forth in the schedules accompanying this complaint which are
incorporated herein by reference.

403.  Plaintiffs, Thomas and Rene Tenny are residents of Florida and together own real
property located at 3470 Kentia Palm Court, North Port, Florida 34288.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

404.  Plaintiff, Andy Tran is a resident of Maine and owns real property located at 167
Gleason Pkwy, Cape Coral, Florida 33990.  Plaintiff is participating as a class representative in
the class and subclasses as set forth in the schedules accompanying this complaint which are
incorporated herein by reference.

405.  Plaintiff, Edward Adams is a resident of New Jersey and owns real property located
at 11843 Bayport Lane, Unit 801 and Unit 804, Fort Myers, Florida 33908.  Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

406.  Plaintiffs, Donald Awalt and Tatiana Awalt are residents of Illinois and together
own real property located at 1914 Coconut Palm Circle, North Port, Florida 34288.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

407.  Plaintiff, Jason Aymerich is a resident of New York and owns real property located at 11318 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

408.  Plaintiff, Andrea Baginski is a resident of Florida and owns real property located at 20095 Larino Loop, Estero, Florida 33928.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

409.  Plaintiffs, Joseph and Brittany Baker are residents of Florida and together own real property located at 2415 29th Avenue East, Palmetto, Florida 34221.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

410.  Plaintiff, Mark Belfiglio is a resident of Florida and owns real property located at 11848 Bayport Lane, Unit #2, Fort Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

411.  Plaintiffs, Walter and Tracey Bilski are residents of Pennsylvania and together own real property located at 99 Vivante Boulevard, #9936, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

412.  Plaintiff, Julio Bizarro is a resident of Texas and owns real property located at 18606 Steele Point Drive, Crosby, Texas 77532.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

413.  Plaintiff, Deborah Bosarge is a resident of Florida and owns real property located at 1256 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

414.  Plaintiffs, Kevin and Roxann Boxe are residents of Florida and together own real property located at 1104 Northwest Leonardo Circle, Port Saint Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

415.  Plaintiffs, Kevin and Jennifer Brazon are residents of Florida and together own real property located at 9326 River Rock Lane, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

416.  Plaintiffs, John and Barbara Brennan are residents of Florida and together own real property located at 875 39th Avenue Northwest, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

417.  Plaintiffs, Thomas and Susan Cahill are residents of Illinois and together own real property located at 99 Vivante Boulevard, #99410, Punta Gorda, Florida 33950.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

418.  Plaintiff, Darlene Cannistraci is a resident of Florida and owns real property located at 1203 Trafalgar Parkway, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

419.  Plaintiffs, Renee Chapados and Lonnie Pierce are residents of Florida and together own real property located at 423 Columbia Drive, Tampa, Florida 33606.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

420.  Plaintiffs, Steven and Jamie Christiansen are residents of Florida and together own real property located at 9046 103rd Avenue, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

421.  Plaintiffs, Richard and Linda Christensen are residents of Illinois and together own real property located at 11854 Bayport Lane Unit #2, Fort Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

422. Plaintiff, Dominic Ciaramitaro is a resident of North Carolina and owns real property located at 4431 Southwest Wabash Street, Port Saint Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

423.  Plaintiffs, Ronald and Eileen Clouse are residents of Florida and together own real property located at 2606 5th Street SW, Lehigh Acres, Florida 33976.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

424.  Plaintiffs, Kevin and Stella Coogan are residents of New Jersey and together own real property located at 99 Vivante Blvd., #99312, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

425.   Plaintiffs, Justin and Kelly Copeland are residents of Florida and together own real property located at 2452 South Lakeview Drive, Crestview, Florida 32536.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

426.  Plaintiff, Jacqueline Cucci is a resident of New York and owns real property located at 1038 North West Leonardo Circle, Port Saint Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

427.  Plaintiffs, Wendell and Maritza Davis are residents of Florida and together own real property located at 1014 Northeast 34th Street, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

428.  Plaintiffs, Jeff and Audra Demers are residents of Florida and together own real property located at 7701 Silver Oak Drive, Port Saint Lucie, Florida 34952.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

429.   Plaintiffs, Gerard and Ellen DeVita are residents of Florida and together own real property located at 99 Vivante Blvd,. Unit 99217, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

430.   Plaintiffs, Patrick Dinitto and Hevanlison Magalhaes are a resident of Massachusetts and owns real property located at 28474 Altessa Way, Unit 102, Bonita Springs, Florida 34135.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

431.   Plaintiff, David Dishauzi is a resident of Florida and owns real property located at 99 Vivante Blvd,. #9921, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

432.   Plaintiffs, John and Rose Marie Dishauzi are residents of Florida and together own real property located at 99 Vivante Blvd., #9928, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

433.   Plaintiffs, Dale and Beverly Dodge are residents of Florida and together own real property located at 3632 101st Avenue East, Parrish, Florida 34219.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

434.   Plaintiffs, Antonio and Zenedia Dominguez are residents of Florida and together own real property located at 15539 South West 182 Lane, Miami, Florida 33187.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

435.   Plaintiffs, Willie and Margarita Edmondson are residents of Florida and together own real property located at 14713 Ambersweet Lane, Wimauma, Florida 33598.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

436.   Plaintiffs, Curtis and Kristine Edward are residents of Florida and together own real property located at 12358 Country Day Circle, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

437.   Plaintiff, Stephen Frank, Esquire is a resident of Kentucky and owns real property located at 99 Vivante Blvd,. #9925, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

438.   Plaintiffs, Brian and Susannah Frew are residents of United Kingdom and together own real property located at 7602 Bristol Pines Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

439.   Plaintiffs, Arthur and Sherry Geissler are residents of Kentucky and together own

82

real property located at 9933 Vivante Blvd., Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

440.  Plaintiffs, Guiseppe and Rosa Gelosa and Robert and Lina Mosca are residents of Connecticut and together own real property located at 99 Vivante Blvd., #9931, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

441.  Plaintiffs, George Christopher and Natalie Vacca are residents of Florida and together own real property located at 126 North West 3rd Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

442.  Plaintiff, Faith George is a resident of Florida and owns real property located at 391 Bell Boulevard, Lehigh Acres, Florida 33974.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

443.  Plaintiff, Carlos Giffoni is a resident of Florida and owns real property located at 15319 Yellow Wood Drive, Alva, Florida 33920.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

444.  Plaintiff, Garrett Glewa is a resident of Florida and owns real property located at 4419 North East 10th Court, Cape Coral, Florida 33909.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

445.   Plaintiff, Nina Gonzales is a resident of Florida and owns real property located at 7531 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

446.   Plaintiff, Howard Gottlieb is a resident of Florida and owns real property located at 15392 Yellow Wood Drive, Alva, Florida 33920.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

447.   Plaintiffs, Vincent and Virginia Grippa are residents of Florida and together own real property located at 15333 Yellow Wood Drive, Alva, Florida 33920.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

448.   Plaintiff, Loren Hartley is a resident of Indiana and owns real property located at 11843 Bayport Lane, Unit #802, Fort Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

449.   Plaintiffs, Aris and Angela Hatzokos are residents of New Jersey and together own real property located at 11831 Bayport Lane Unit #2, Fort Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

450.  Plaintiff, Harbhajan Hayre is a resident of Massachusetts and owns real property located at 301 North West 19th Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

451.  Plaintiffs, Todd and Michelle Hochman are residents of Ohio and together own real property located at 99 Vivante Blvd., #99210, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

452.  Plaintiff, John Huzey is a resident of Alaska and owns real property located at 1040 North West 33rd Avenue, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

453.  Plaintiffs, Melvin and Cary Jendersee are residents of Minnesota and together own real property located at 15376 Yellow Wood Drive, Alva, Florida 33920.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

454.  Plaintiffs, Joshua and Ling Kalish are residents of Florida and together own real property located at 8633 Pegasus Drive, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

455.  Plaintiffs, George and Bernadette Karaian are residents of New Hampshire and together own real property located at 11842 Bayport Lane #2102, Fort Myers, Florida 33908.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

456. Plaintiffs, Joseph and Patricia Kazor are residents of Florida and together own real property located at 11842 Bayport Lane #2101, Fort Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

457. Plaintiffs, Brad and Kerry Keller are residents of Kentucky and together own real property located at 9950 Via San Marco Loop, Fort Myers, Florida 33905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

458. Plaintiffs, Brian and Shannon Keenan are residents of Florida and together own real property located at 8325 Sumner Avenue, Fort Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

459. Plaintiffs, James Kuhner is a resident of New York and Janet Laine is a resident of Florida and together own real property located at 9947 Vivante Blvd., Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

460. Plaintiffs, David and Dolores Lauer are residents of Florida and together own real property located at 15388 Yellow Wood Drive, Alva, Florida 33920. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

461.  Plaintiff, Barbara Lewis is a resident of Florida and owns real property located at 2074 South West Beauregard Street, Port Saint Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

462.  Plaintiffs, Karol and Tatiana Lobb are residents of New York and together own real property located at 6907 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

463.  Plaintiffs, Philip and Deborah LoMonaco are residents of Florida and together own real property located at 16050 Via Solera Circle #104, Fort Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

464.  Plaintiff, Adlain Louis is a resident of Florida and owns real property located at 4119 18th Street, South West, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

465.  Plaintiffs, Jack and Louise Maloy are residents of Florida and together own real property located at 1328 Southwest 4th Avenue, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

466.  Plaintiff, Edward Mancini is a resident of New Jersey and owns real property located at 235 North East 21st Avenue, Cape Coral, Florida 33909.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

467.  Plaintiffs, John and Judy Marines are residents of Florida and together own real property located at 15343 Yellow Wood Drive, Alva, Florida 33920.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

468.  Plaintiffs, Patrick and Alice Martin are residents of Florida and together own real property located at 11842 Bayport Lane Unit #4, Fort Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

469.  Plaintiff, Patrick McCaffrey is a resident of Pennsylvania and owns real property located at 2821 Saint Barts Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

470.  Plaintiffs, Joseph and Ellyn McHugh are residents of Michigan and together own real property located at 9943 Vivante Blvd., #9943, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

471.  Plaintiffs, James and Elizabeth McKenzie are residents of Nevada and together own real property located at 20209 Heritage Point Drive, Tampa, Florida 33674.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

472.  Plaintiff, Agnes Mozdzonek is a resident of Florida and owns real property located at 5257 Pocatella Court, Cape Coral, Florida 33904.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

473.  Plaintiff, Susan Nevels is a resident of Florida and owns real property located at 11390 Salix Court, Fort Myers, Florida 33960.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

474.  Plaintiff, Andrew O'Connor is a resident of Florida and owns real property located at 1844 South West Logan Street, Port Saint Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

475.  Plaintiff, Jonathan Oe is a resident of California and owns real property located at 4803 Myrtle Drive, Fort Pierce, Florida 34982; and 4805 Myrtle Drive, Fort Pierce, Florida 34982.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

476.  Plaintiff, Leiszardo Ortiz is a resident of Florida and owns real property located at 4144 South West 5th Place, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

477.  Plaintiffs, Hector and JoAnn Palma are residents of New Jersey and together own real property located at 7401 Bristol Circle, Naples, Florida 34109.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

478.   Plaintiffs, Agostino and Johanna Panariello are residents of New Jersey and together own real property located at 1318 NW 41st Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

479.   Plaintiffs, Tyrone and Aida Perez are residents of Florida and together own real property located at 1201 Rush Avenue, Lehigh Acres, Florida 33972.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

480.   Plaintiffs, Paul and Therese Petkin are residents of Florida and together own real property located at 213 Treasure Beach Road, Saint Augustine, Florida 32080.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

481.   Plaintiff, Dan Pezze is a resident of New York and owns real property located at 1160 South Wapello Street, North Port, Florida 34286.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

482.   Plaintiffs, Craig and Kelly Pisaris-Henderson are residents of Florida and together own real property located at 12720 Terabella Way, Fort Myers, Florida 33912.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

483.  Plaintiff, Kevin Price is a resident of Florida and owns real property located at 17081 Pelican Way, North Fort Myers, Florida 33917.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

484.  Plaintiffs, Frank and Helen Reino are residents of New Jersey and together own real property located at 921 South West 23rd Street, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

485.  Plaintiff, Gerard Roy is a resident of Florida and owns real property located at 2832 South West 36th Terrace, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

486.  Plaintiffs, Thomas and Joy Saggese are residents of Florida and together own real property located at 709 Vocelle Avenue, Sebastian, Florida 32958.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

487.  Plaintiff, Valerie Salerno is a resident of Florida and owns real property located at 2512 North West 20th Avenue, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

488.  Plaintiffs, Dale and Sheila Ann Schmidt are residents of Ohio and together own real property located at 99 Vivante Blvd., #9944, Punta Gorda, Florida 33950.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

489.  Plaintiffs, Ed and Mandy Schwall are residents of Michigan and together own real property located at 3809 South West 11th Court, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

490.  Plaintiff, Norma Small is a resident of South Carolina and owns real property located at 99 Vivante Blvd., #9946, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

491.  Plaintiffs, John and Samantha Smillie and Mike and Heidi Chapman are residents of Michigan and together own real property located at 99 Vivante Blvd., #9929, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

492.  Plaintiffs, Kristin and Kristen Sokich are residents of New York and own real property located at 99 Vivante Blvd., #99313, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

493.  Plaintiff, James Sutton is a resident of Florida and owns real property located at 4437 Sabrina Terrace, North Port, Florida 34286.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

494.  Plaintiff, Donna Tabor is a resident of New Jersey and owns real property located at 9922 Vivante Blvd., Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

495.  Plaintiffs, Adelino and Sandra Teixeira are residents of Massachusetts and together own real property located at 4294 LaFrance Avenue, Northport, Florida 34286.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

496.  Plaintiffs, Angelo and Mary Anne Tiburzi are residents of Pennsylvania and together own real property located at 2244 Summersweet Drive, Alva, Florida 33920.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

497.  Plaintiffs, Lester and Soymar Tinoco are residents of Florida and together own real property located at 18131 Star Jasmine Court, Lehigh Acres, Florida 33972.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

498.  Plaintiff, Phu Tran is a resident of Missouri and owns real property located at 19396 La Serean Drive, Fort Myers, Florida 33967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

499.  Plaintiff, Maria Venturoso is a resident of Florida and owns real property located at

1113 North East 32nd Street, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

500.  Plaintiff, Anthony Vitiello is a resident of Florida and owns real property located at 2619 North West 10th Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

501.  Plaintiff, Vivante at Boca Lago Homeowner's Association owns real property located at 99 Vivante Blvd., Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

502.  Plaintiff, Fern West is a resident of Florida and owns real property located at 3173 Appleblossom Drive, Alva, Florida 33920.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

503.  Plaintiff, Scott Woolley is a resident of Florida and owns real property located at 7050 Montauk Point Crossing, Bradenton, Florida 34212.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

504.  Plaintiffs, Arne and Jeanie Young are residents of Illinois and together own real property located at 99 Vivante Blvd., Unit #99302, Punta Gorda, Florida 33950; and, 99 Vivante Blvd., Unit #9927, Punta Gorda, Florida 33950.  Plaintiffs are participating as class

representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

505.  Plaintiffs, Anthony and Debbie Guerrera are residents of Louisiana and together own real property located at 504 Moore Blvd., Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

506.  Plaintiff, John Meyer is a resident of Louisiana and owns real property located at 372 Tallow Creek Blvd., Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

507.  Plaintiffs, Charles and JoAnn Molero are residents of Louisiana and together own real property located at 505 Moore Blvd., Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

508.  Plaintiff, Herbert "Kit" Cooper is a resident of Louisiana and owns real property located at 68448 Bode Avenue, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

509.  Plaintiffs, Brenda and Lee Ferraro are residents of Louisiana and together own real property located at 4415 San Marco Road, New Orleans, Louisiana 70129.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

510.  Plaintiffs, William and Kelly Wayne are residents of Louisiana and together own real property located at 576 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

511.  Plaintiffs, Kennith and Cora Allen are residents of Mississippi and together own real property located at 4712 Ashmore Ridge Drive, Vancleave, Mississippi 39565.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

512.  Plaintiff, Mark Anglada is a resident of Mississippi and owns real property located at 20 Kaylen Drive, Perkinston, Mississippi 39573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

513.  Plaintiff, Johnny Barranco is a resident of Alabama and owns real property located at 252 Falls Creek Street, Fairhope, Alabama 36532.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

514.  Plaintiffs, Patrick and Elizabeth Chapman are residents of Mississippi and together own real property located at 133 Northwood, Pass Christian, Mississippi 39571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

515.  Plaintiff, Virginia Conner is a resident of Mississippi and owns real property located at 113 Delle Terre Court, Longbeach, Mississippi 39560.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

516.  Plaintiffs, Brandy and James Craig are residents of Mississippi and together own real property located at 12293 Thome Blvd., Biloxi, Mississippi 39532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

517.  Plaintiff, Nicholas Curthards is a resident of Mississippi and owns real property located at 13815 Cable Bridge Road, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

518.  Plaintiff, Joann Eze is a resident of Mississippi and owns real property located at 8468 South Carolina Avenue, Gulfport, Mississippi 39501.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

519.  Plaintiffs, Fred and Susan Feeney are residents of Mississippi and together own real property located at 137 Sea Oaks Blvd., Long Beach, Mississippi 39560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

520.  Plaintiff, Conrad Formice is a resident of Mississippi and owns real property located at 3216 Rachel Lane, Ocean Springs, Mississippi 39564.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

521.  Plaintiff, Neoma Gazzier is a resident of Mississippi and owns real property located at 229 Woodman Avenue, Pass Christian, Mississippi 39571.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

522.  Plaintiffs, Angela and Saul Gonzales are residents of Mississippi and together own real property located at 14405 Autumn Chase, Gulfport, Mississippi 39503.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

523.  Plaintiffs, Linda and Robert Hartfield are residents of Mississippi and together own real property located at 23 Cambridge, Gulfport, Mississippi 39507.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

524.  Plaintiff, Todd Hick is a resident of Alabama and owns real property located at 1041 Little Sorel Drive, Calera, Florida 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

525.  Plaintiff, Michele Legere is a resident of Mississippi and owns real property located at 10756 Linohau Way, Diamondhead, Mississippi 39525.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

526.  Plaintiff, Anthony Nguyen is a resident of Mississippi and owns real property located at 358 Lang Avenue, Pass Christian, Mississippi 39571.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

527.  Plaintiff, Tabitha Pagador is a resident of Mississippi and owns real property located at 13429 Libby Lane, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

528.  Plaintiff, Louis Perez is a resident of Louisiana and owns real property located at 166 Felicity Street, Bay St. Louis, Mississippi 39520; 168 Felicity Street, Bay St. Louis, Mississippi  39520; 170 Felicity Street, Bay St. Louis, Mississippi 39520 and 172 Felicity Street, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

529.  Plaintiff, Pat Perone is a resident of Mississippi and owns real property located at 700 Beach Blvd., Unit 701 Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

530.  Plaintiff, Daniel Peterson is a resident of Alabama and owns real property located at 17130 Walker Trail, Summerdale, Alabama 36580.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

531.  Plaintiff, David Pitre is a resident of Mississippi and owns real property located at 11008 Channelside Drive, Gulfport, Mississippi 39503.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

532.  Plaintiff, Sarah Polk is a resident of Mississippi and owns real property located at 15027 Martin Luther King Blvd., Gulfport, Mississippi 39501.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

533.  Plaintiff, Eric Toronio is a resident of Mississippi and owns real property located at 15109 Warren Drive, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

534.  Plaintiff, Mark Wagner is a resident of Mississippi and owns real property located at 57 Cedar Wood Drive, Perkinston, Mississippi 39573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

535.  Plaintiffs, Frank and Deidre Willet are residents of Mississippi and together own real property located at 134 Sea Oaks, Long Beach, Mississippi 39560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

536.  Plaintiff, Sheila Wood is a resident of Mississippi and owns real property located at 13492 Addison Avenue, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

537.  Plaintiffs, Kerry and Marie Bartels are residents of Mississippi and together own real property located at 10491 Cal Lane, Gulfport, Mississippi 39503.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

538.  Plaintiff, Rhonny Blacklidge is a resident of Mississippi and owns real property located at 1105 Channelside Drive, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

539.  Plaintiffs, Steve and Helen Braun are residents of Mississippi and own real property located at 8900 Chikapee, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

540.  Plaintiff, Cynthia Howard is a resident of Mississippi and owns real property located at 104 Cardinal Drive, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

541.  Plaintiffs, Brent and Stacy Ladner are residents of Mississippi and together own real property located at 124 Campion Drive, Waveland, Mississippi 39560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

542.  Plaintiff, Audra Ray Smith is a resident of Mississippi and owns real property located at 623 Charleston Drive, Long Beach, Mississippi  39560.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

543.  Plaintiff, Dr. Dan Gammage is a resident of Louisiana and owns real property located at 1210 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

544.  Plaintiff, Molly Kehoe is a resident of Louisiana and owns real property located at 1211 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

545.  Plaintiffs, Patricia and Donald Rohan are residents of Mississippi and together own real property located at 17407 Popcorn Avenue, Vancleave, Mississippi 39565.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

546.  Plaintiffs, Joy and Robert Matzer are residents of Alabama and together own real property located at 348 Deer Ridge Lane, Chelsea, Alabama 35043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

547.  Plaintiffs, Formica Conrad and Crystal Fayard are residents of Mississippi and together own real property located at 3216 Rachel Lane, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

548.  Plaintiffs, Stephen and Donna Richards are residents of Florida and together own real property located at 1086 Lionsgate Lane, Gulf Breeze, Florida 32563.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

549.  Plaintiff, Lynne Pedlar is a resident of Florida and owns real property located at 3250 Lee Way Court #8, North Fort Myers, Florida 33903.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

550.  Plaintiffs, Michael and Barbara Brady are residents of Massachusetts and together own real property located at 1704 NW 9th Terrace, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

551.  Plaintiff, Brigid Soldavini-Clapper is a resident of Florida and owns real property located at 3580 Lansing Loop, Unit #101, Estero, Florida 33928.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

552.  Plaintiff, Janine Bouanchaud is a resident of Louisiana and owns real property located at 2500 Southlake Blvd., Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

553.  Plaintiff, Monette Baudier is a resident of Louisiana and owns real property located at 3007 Hill Court, Mandeville, Louisiana 70448.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

554.  Plaintiffs, Randy and Lisa Clague are residents of Louisiana and together own real property located at 4416 Halter Ln., Hammond, Louisiana 70403.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

555.  Plaintiffs, Margie Hewitt are residents of Mississippi and together own real property located at 600 Sunrise Court, Biloxi, Mississippi 39532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

556.  Plaintiffs, Brent and Lisa Petagna are residents of Louisiana and together own real property located at 2619 Octavia Street, New Orleans, Louisiana 70115.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

557.  Plaintiff, Annette Badchkam is a resident of Florida and owns real property located at 5080 Southeast Mariner, Gardens Circle, Stuart, Florida 34997.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

558.  Plaintiffs, Thomas and Faye Catalano are residents of Florida and together own real property located at 2643 Southwest Harem Circle, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

559.  Plaintiffs, Bryan and Emily Feuerberg are residents of Florida and together own real property located at 11053 Misty Ridge Way, Boynton Beach, Florida 33473.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

560.  Plaintiffs, Gregory and Danielle Skora are residents of Florida and together own real property located at 2074 Southeast Fern Park Drive, Port St. Lucie, Florida 34952.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

561.  Plaintiffs, Alan and Linda Lakind are residents of Florida and together own real property located at 2781 Eagle Rock Circle #307, West Palm Beach, Florida 33411.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

562.  Plaintiff, Mike Williams is a resident of Wisconsin and owns real property located at 2104 North 9th Avenue, Cape Coral, Florida 33991; 1404 Southwest 5th Place, Cape Coral, Florida 33991; and 1203 Northeast 19th Place, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

563.  Plaintiffs, Steve and Cathy Etter are residents of Florida and together own real property located at 18894 Southeast Jupiter Inlet Way, Tequesta, Florida 33469.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

564.  Plaintiffs, Adrian and Wendy Forrest are residents of Florida and together own real

property located at 5203 Southeast Mariner, Gardens Circle, Unit #102, Stuart, Florida 34997. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

565.  Plaintiffs, Joseph and Heather Galluzzi are residents of New York and together own real property located at 17891 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

566.  Plaintiffs, William and Jill Wachter are residents of Florida and together own real property located at 651 Hermitage Circle, Palm Beach Gardens, Florida 33410.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

567.  Plaintiff, Reggie Barrios is a resident of Mississippi and owns real property located at 7431 Hwy 90, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

568.  Plaintiff, Marilyn Beard is a resident of Mississippi and owns real property located at 502 Hickory Drive, Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

569.  Plaintiff, Brian Bishop is a resident of Mississippi and owns real property located at 60 Oak Lane, Waynesboro, Mississippi 39367.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

570.  Plaintiff, Joseph Carambat, Jr. is a resident of Mississippi and owns real property located at 809 Edna Street, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

571.  Plaintiff, Glen Clarke is a resident of Mississippi and owns real property located at 1877 43rd Avenue, Gulfport, Mississippi 39501.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

572.  Plaintiff, Andy Cooper is a resident of Mississippi and owns real property located at 4020 South Nassau, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

573.  Plaintiff, Jimmy Crane is a resident of Mississippi and owns real property located at 426 S. Beach Blvd., Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

574.  Plaintiff, Jerry Finch is a resident of Mississippi and owns real property located at 7078 Acorn, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

575.  Plaintiff, Gabriel Hatten is a resident of Mississippi and owns real property located

at 1663 Monroe Road, Hattiesburg, Mississippi 39401.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

576.  Plaintiff, Frank Henry is a resident of Mississippi and owns real property located at 128 Spanish Cove, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

577.  Plaintiff, Adam Hudson is a resident of Mississippi and owns real property located at 1818 Perdido Blvd., Gautier, Mississippi 39553.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

578.  Plaintiff, Victor Jerone is a resident of Mississippi and owns real property located at Ivy Court, Long Beach, Mississippi.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

579.  Plaintiff, James Langdale is a resident of Mississippi and owns real property located at 600 Brunbaugh Road, Ocean Springs, Mississippi 39564.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

580.  Plaintiff, Christie Lopez is a resident of Mississippi and owns real property located at 92 Oak Lane, Waynesboro, Mississippi 39367.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

581.  Plaintiffs, Jim Lowry and Lowry Development, LLC own real property located at 4640 W. Beach Blvd., Unit A-4, Gulfport, Mississippi 39501; 4640 W. Beach Blvd., Unit A-5, Gulfport, Mississippi 39501; 4640 W. Beach Blvd., Unit A-6, Gulfport, Mississippi 39501; 4640 W. Beach Blvd., Unit A-7, Gulfport, Mississippi 39501; and 4640 W. Beach Blvd., Unit A-8, Gulfport, Mississippi 39501.  Plaintiffs are participating as a class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

582.  Plaintiff, John Mahner is a resident of Mississippi and owns real property located at 618 Sixth Street, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

583.  Plaintiff, Don Noldge is a resident of Oregon and owns real property located at 2046 Beach Blvd., Biloxi, Mississippi 39531.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

584.  Plaintiff, Elizabeth Ott is a resident of Mississippi and owns real property located at 1537 Waveland Avenue, Waveland, Mississippi 39576; 1539 Waveland Avenue, Waveland, Mississippi 39576; 1541 Waveland Avenue, Waveland, Mississippi 39576; and 1543 Waveland Avenue, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

585.  Plaintiff, Edith Palmer is a resident of Mississippi and owns real property located at 10047 New Mexico Street, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

586.  Plaintiff, Robert Peterson is a resident of Mississippi and owns real property located at 7047 Pine Street, Bay St. Louis, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

587.  Plaintiff, David Pitre is a resident of Mississippi and owns real property located at 11008 Channelside Drive, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

588.   Plaintiff, Virgil Reese is a resident of Mississippi and owns real property located at 4419 Walter Street, Moss Point, Mississippi 39563.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

589.  Plaintiff, Catherine Richard is a resident of Mississippi and owns real property located at 401 Felicity Street, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

590.  Plaintiffs, George and Marie Rose are residents of Mississippi and together own real property located at 26 Brielle Lane, Wiggins, Mississippi 39577.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

591.  Plaintiffs, Everett and Maressa Smith are residents of Mississippi and together own real property located at 2295 Rue Maison, Biloxi, Mississippi 39532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

592.  Plaintiff, Robert Somerholder is a resident of Mississippi and owns real property located at 218 Surf Street, Waveland, Mississippi 39576.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

593.  Plaintiff, Charles Stephens is a resident of Mississippi and owns real property located at 4802 Legare, Pascagoula, Mississippi 39562.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

594.  Plaintiffs, Ron and Hazel Tracey are residents of Mississippi and together own real property located at 402 Waveland Ave., Waveland, Mississippi 39576.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

595.  Plaintiff, Gloria Watson is a resident of Mississippi and owns real property located at 131 Sea Oaks Blvd., Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

596.  Plaintiff, Ralph West is a resident of Mississippi and owns real property located at 10 Quail Ridge Lane, McHenry, Mississippi 39561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

597.  Plaintiff, Dolly Williamson is a resident of Mississippi and owns real property located at 504 Hickory Drive, Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

598.  Plaintiffs, Mr. Douglas Diez, as agent/member for Pelican Point Properties, L.L.C. and Pelican Point Properties, L.L.C. own real property located at 5400 Courtyard Drive, Gonzales, LA 70737; 6127 Royal Palms Ct., Gonzales, Louisiana 70737; 40002 Champion Tif East, Gonzales, Louisiana 70737; 40008 Champion Tif East, Gonzales, Louisiana 70737; 40001 Champion Tif East, Gonzales, Louisiana 70737.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

599.  Plaintiff, Florence Jastremski is a resident of Louisiana and owns real property located at 5314 Courtyard Drive, Gonzales, Louisiana 70737.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

600.  Plaintiff, Susan W. Silvestri is a resident of Louisiana and owns real property located at 1221 Rue Degas, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

601.   Plaintiffs, Darlene and James Thomas are residents of Louisiana and together own real property located at 17152 Jo Boy Road, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

602.   Plaintiffs, William, Todd and Rebecca Etzel are residents of Louisiana and together own real property located at 13575 Slalom Way, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

603.   Plaintiffs, Billy and Mary Fairley are residents of Mississippi and together own real property located at 15516 Lyda Steen Drive, Biloxi, Mississippi 39532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

604.   Plaintiffs, Robert and Barbara Fairley are residents of Mississippi and together own real property located at 21100 Hwy 57, Vancleave, Mississippi 39565.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

605.   Plaintiffs, Jake C. and Emily Mayo are residents of Louisiana and together own real property located at 4268 Arrowhead Street, Baton Rouge, Louisiana 70808.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

606.   Plaintiff, Christopher Whitfield is a resident of Mississippi and owns real property

113

located at 9 Seminole Drive, Picayune, Mississippi 39466.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

607.  Plaintiffs, Lou and Marge Carillo are residents of Florida and together own real property located at 5366 NW Alam Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

608.  Plaintiff, Marie Seiler is a resident of Louisiana and owns real property located at 671 Soloman Drive, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

609.  Plaintiffs, William and Cornelia Macmurdo are residents of Louisiana and together own real property located at 6553 Antoch Crossing, Baton Rouge, Louisiana 70817.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

610.  Plaintiffs, Patrick and Jennifer Crosby are residents of Louisiana and together own real property located at 2 Cardinal Lane, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

611.  Plaintiffs, Candace and Todd Hakenjo are residents of Louisiana and together own real property located at 820 Cole Court, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

114

this complaint which are incorporated herein by reference.

612.  Plaintiffs, Tony and Sidney Hidalgo are residents of Louisiana and together own real property located at 273 Penn Mill Lakes Blvd., Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

613.  Plaintiff, Wendy Hubbell is a resident of Louisiana and owns real property located at 802 Cole Court, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

614.  Plaintiffs, Michele and Neil Zeber are residents of Louisiana and together own real property located at 8949 Glenfield Drive, Baton Rouge, Louisiana 70809.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

615.  Plaintiff, Peter Nieto is a resident of Louisiana and owns real property located at 4273 Snapper Way, Franklinton, Louisiana 70438.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

616.  Plaintiffs, Shelly and Kelly Parr are residents of Louisiana and together own real property located at 683 Solomon Drive, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

617.  Plaintiffs, Jennifer and Frank Caminita are residents of Louisiana and together own

real property located at 42787 Snapper Way, Franklinton, Louisiana 70438.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

618.  Plaintiffs, Ada and Hillary Brown are residents of Louisiana and together own real property located at 812 Cole Ct., Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

619.  Plaintiffs, Brad and Cassandra Rogers are residents of Louisiana and together own real property located at 516 Mare Court, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

620.  Plaintiff, Cindy Alfonso is a resident of Louisiana and owns real property located at 12141 McGee Road, Covington, Louisiana 70435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

621.  Plaintiffs, Chris and Lilah Ancira are residents of Louisiana and together own real property located at 110 Pine Alley, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

622.  Plaintiff, Edwin Boquet is a resident of Louisiana and owns real property located at 17454 Rosemont, Prairieville, Louisiana 70769.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

623.  Plaintiffs, Ollie and Andreienne Brumfield are residents of Louisiana and together own real property located at 608 Husseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

624.  Plaintiffs, Ronald and Sharon Ceruti are residents of Louisiana and together own real property located at 745 Spring Thyme, Belle Chasse, Louisiana 70037.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

625.  Plaintiffs, Funell and Gail Chatman are residents of Louisiana and together own real property located at 4918 Bancroft Drive, New Orleans, Louisiana 70117.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

626. Plaintiff, Robert Collignon is a resident of Louisiana and owns real property located at 3176 Carey Street, Slidell, Louisiana 70458.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

627.  Plaintiffs, Jason and Brandy Despino are residents of Louisiana and together own real property located at 18635 Lake Stream Drive, Greenwell Springs, Louisiana 70739.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

628.  Plaintiffs, Jerome and Daphine Donnelly are residents of Louisiana and together

own real property located at 224 Old Mill Loop, Pearl River, Louisiana 70452.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

629.  Plaintiffs, Christopher and Kimberly Duhon are residents of Louisiana and together own real property located at 17496 Rosemont Drive, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

630.  Plaintiffs, Dwayne and Latanja Fazande are residents of Louisiana and together own real property located at 963 Avenue B, Westwego, Louisiana 70094.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

631.  Plaintiffs, Jeffrey and Chrissie Gilberti are residents of Louisiana and together own real property located at 733 Cedar Avenue, Metairie, Louisiana 70001.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

632.  Plaintiffs, William and Maureen Gillane are residents of Louisiana and together own real property located at 108 N. Magnolia Drive, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

633.  Plaintiffs, Joseph and Catherine Gritter are residents of Louisiana and together own real property located at 39 Pamela Pl. Arabi, Louisiana 70032.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

634.  Plaintiffs, Christopher and Jerene Guidry are residents of Louisiana and together own real property located at 5396 Courtyard Drive, Gonzales, Louisiana 70737.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

635.  Plaintiff, Eric Hall is a resident of Louisiana and owns real property located at 161 Historic Main Street, Garyville, Louisiana 70051.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

636.  Plaintiffs, Loney and Vickie Hebert are residents of Louisiana and together own real property located at 5190 Courtyard Drive, Gonzales, Louisiana 70737.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

637.  Plaintiffs, Tonya and Sidney Hidalgo are residents of Louisiana and together own real property located at 273 Penn Mill Lakes Blvd., Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

638.  Plaintiffs, Charles and Sarah Hulsey are residents of Louisiana and together own real property located at 701 Arctic Fox Run, Madisonville, Louisiana 70447.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

639.  Plaintiff, Anna Kerr is a resident of Louisiana and owns real property located at

2211 Pelican Street, Slidell, Louisiana 70460.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

640.  Plaintiffs, Chris and Julie Lea are residents of Louisiana and together own real property located at 213 Summer Place Cove, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

641.  Plaintiffs, Joseph and Barbara Mercante are residents of Louisiana and together own real property located at 43249 Happy Woods Road, Hammond, Louisiana 70403.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

642.  Plaintiffs, Craig and Olivia Pavageau are residents of Louisiana and together own real property located at 105 Historic West Street, Garyville, Louisiana 70051.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

643.  Plaintiffs, William and Maxine Quick are residents of Louisiana and together own real property located at 4610 Frenchmen Street, New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

644.  Plaintiffs, George and Raffy Rigney are residents of Louisiana and together own real property located at 42166 Autumn Run Drive, Hammond, Louisiana 70403.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

645. Plaintiff, Patricia Spencer is a resident of Louisiana and owns real property located at 3637 Edgewood Ct., Avondale, Louisiana 70094. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

646. Plaintiffs, Keith and Cheryl St. Germain are residents of Louisiana and together own real property located at 363 Tallow Creek, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

647. Plaintiffs, Anthony and Judith Stabile are residents of Louisiana and together own real property located at 44131 Halter Lane, Hammond, Louisiana 70403. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

648. Plaintiffs, Richard and Jean Tiemann are residents of Louisiana and together own real property located at 24055 Sparrow Ln., Loranger, Louisiana 70446. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

649. Plaintiff, Nikolaos Toras is a resident of Louisiana and owns real property located at 4309-11 Hudson Street, Metairie, Louisiana 70446. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

650. Plaintiffs, Matthew and Mary Torrance are residents of Louisiana and together own

real property located at 4240 Tupello Street, Baton Rouge, Louisiana 70808.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

651.  Plaintiff, Rechanda Woods is a resident of Louisiana and owns real property located at 29311 Willow Drive, Lacombe, Louisiana 70445.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

652.  Plaintiffs, John and Jennifer Woodside are residents of Louisiana and together own real property located at 21460 Clear Creek Drive, Abita Springs, Louisiana 70420.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

653.  Plaintiffs, Patrick and Kathleen Dennis are residents of Louisiana and together own real property located at 517 Snead Court, Slidell, Louisiana 70458.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

654.  Plaintiffs, David and Heather Bronaugh are residents of Louisiana and together own real property located at 2323 Sunset Boulevard, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

655.  Plaintiffs, James and Joycelyn Butler are residents of Louisiana and together own real property located at 5720 Wright Road, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

656.  Plaintiffs, James and Cynthia Galloway are residents of Louisiana and together own real property located at 40145 Taylors Trail, Unit 1001, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

657.  Plaintiff, Steven St. Martin is a resident of Louisiana and owns real property located at 4780 DeMontluzin Street, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

658.  Plaintiffs, Jason and Renee Niemann are residents of Louisiana and together own real property located at 201 Rue Esplanade, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

659.  Plaintiff, Carolyn Cathcart is a resident of Louisiana and owns real property located at 132 Timberwood Drive, Madisonville, Louisiana 70447.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

660.  Plaintiffs, Nevinsthon and Marlen Alcindor are residents of Florida and together own real property located at 1938 SE 22 Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

661.  Plaintiffs, David and Arlene Chaplin, c/o Evan Seif, Esquire, are residents of

Florida and together own real property located at 536 Loretto Avenue, Unit 22, Coral Cable, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

662.  Plaintiffs, Pedro and Alice Durand are residents of Florida and together own real property located at 1970 SE 22 Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

663.  Plaintiff, Florida Waterfront Holdings, LLC owns real property located at 1490 SE 15 Street, Unit 104, Ft. Lauderdale, Florida 33316 and 1490 SE 15 Street, Unit 204, Ft. Lauderdale, Florida 33316.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

664.  Plaintiffs, Jesus Garcia and Julio Fernandez are residents of Florida and together own real property located at 11327 SW 236 Lane, Homestead, Florida 33032.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

665.  Plaintiffs, Jason and Melissa Harrell are residents of Florida and together own real property located at 1926 SE 23 Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

666.  Plaintiffs, Jose and Concepcion Hernandez are residents of Florida and together

own real property located at 6250 SW 79 Street, South Miami, Florida 33143.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

667.  Plaintiffs, Christopher and Loray Johnson are residents of Florida and together own real property located at 1958 SE 23 Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

668. Plaintiffs, Edgar and Kellie Ann Otero are residents of Florida and together own real property located at 2155 SE 20 Avenue, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

669.  Plaintiff, Anthony Raso is a resident of Florida and owns real property located at 1490 SE 15 Street, Unit 101, Ft. Lauderdale, Florida 33316.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

670.  Plaintiff, Maria E. Salinas is a resident of Florida and owns real property located at 1934 SE 23 Court, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

671.  Plaintiff, Michael Thomas is a resident of the British Virgin Islands and owns real property located at 11101 NW 83 Street, No.103, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

672.  Plaintiff, Stephen Smith is a resident of Florida and owns real property located at 1490 SE 15 Street, Unit 103, Ft. Lauderdale, Florida 33316.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

673.  Plaintiff, Faith Brown is a resident of Florida and owns real property located at 1935 SE 22 Drive, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

674.  Plaintiffs, Carlos and Leonor Bel Burgo are residents of Florida and together own real property located at 8157 NW 108 Place, Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

675.  Plaintiffs, Thomas and Judith Ess are residents of Minnesota and own real property located at 3131 Sea Trawler Bend #4, North Fort Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

676.  Plaintiffs, Ajay Dhawan and Rita Chada are residents of Florida and own real property located at 1108 Amber Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

677.  Plaintiffs, Thurburn and Caroline Botterill are residents of Florida and together own

real property located at 510 NE 25th Street, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

678.  Plaintiff, Dailyn Martinez-Diaz is a resident of Florida and owns real property located at 1624 NW 37th Avenue, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

679.  Plaintiffs, Seth and Ginger Berman are residents of Florida and together own real property located at 7573 Bristol Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

680.  Plaintiffs, Christopher and Rachel Bolyard are residents of Florida and together own real property located at 2426 29th Avenue East, Palmetto, Florida 34221.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

681.  Plaintiff, Brenda Bound is a resident of Florida and owns real property located at 112 Jackson Street, Lake Placid, Florida 33862.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

682.  Plaintiffs, Louis and Karen Bryda are residents of Massachusetts and together own real property located at 15359 Yellow Wood Drive, Alva, Florida 33920.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

683.  Plaintiffs, Philip and Robbin Burgos are residents of Florida and together own real property located at 11583 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

684.  Plaintiffs, John and Sam Cavalieri are residents of New York and together own real property located at 8177 Emerald Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

685.  Plaintiff, Pervaiz Chowdhry is a resident of Texas and owns real property located at 12420 North West 83rd Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

686.  Plaintiffs, Michael and Peggy Clarke are residents of Florida and together own real property located at 2827 Saint Barts Square, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

687.  Plaintiff, Patricia Daly is a resident of Florida and owns real property located at 21597 Baccarat Lane, Building 14, Unit 102, Estero, Florida 33928.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

688.  Plaintiffs, Enid and Harriet Decker are residents of Florida and together own real

property located at 5131 North West 30 Lane, Fort Lauderdale, Florida 33309.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

689.  Plaintiff, Barbara Delbusto is a resident of Florida and owns real property located at 3425 North East 4th Street, Homestead, Florida 33033.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

690.  Plaintiffs, Mark and Katherine Dontje are residents of Michigan and together own real property located at 3605 North West 3rd Street, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

691.  Plaintiffs, Lee and Melinda Ferguson are residents of Florida and together own real property located at 2704 North East Juanita Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

692.  Plaintiffs, Craig and Linda Foxwell are residents of Florida and together own real property located at 11312 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

693.  Plaintiff, Rolando Fuentes is a resident of Florida and owns real property located at 3347 Northeast 4th Street, Homestead, Florida 33033.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

694.   Plaintiffs, Winston and Joyce Gardner are residents of Florida and together own real property located at 3190 South West Centamino Street, Port Saint Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

695.   Plaintiffs, Hender and Kathrine Gonzales are residents of Florida and together own real property located at 922 South West 146th Terrace, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

696.   Plaintiffs, John and Denise Hall are residents of Florida and together own real property located at 11579 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

697.   Plaintiff, Marla Hernandez is a resident of Florida and owns real property located at 11475 Southwest 238 Street, Homestead, Florida 33032.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

698.   Plaintiff, Hernan Hoyos is a resident of Florida and owns real property located at 877 South West 146th Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

699.   Plaintiffs, Stephen and Patricia Hunter are residents of Florida and together own

130

real property located at 11319 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

700.  Plaintiff, Marcelo Julian is a resident of Florida and owns real property located at 3301 North East 183 Street, #2505, Aventura, Florida 33160.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

701.  Plaintiff, Zareen Khimani is a resident of Florida and owns real property located at 8032 North West 125th Terrace, Parkland, Florida 33067.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

702.  Plaintiff, Janet Lange is a resident of Alabama and owns real property located at 1245 Glenstone Place, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

703.  Plaintiff, Stephen Lopez is a resident of Florida and owns real property located at 622 Wilmington Parkway, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

704.  Plaintiffs, Casey and Adrienne Macke are residents of Alabama and together own real property located at 1021 Little Sorrell Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

705.  Plaintiffs, Fermon and Loretta McDavid are residents of Florida and together own real property located at 11321 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

706.  Plaintiffs, William and Marlene Miller are residents of Florida and together own real property located at 13930 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

707.  Plaintiff, Gary Morton is a resident of Pennsylvania and owns real property located at 7376 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

708.  Plaintiffs, William and Mary Ellen O'Loughlin are residents of New York and together own real property located at 2861 Saint Barts Square, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

709.  Plaintiff, Daniel Peoples is a resident of Alabama and owns real property located at 8546 Sumner Avenue, Fort Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

710.  Plaintiffs, Luis and Sandra Plazas are residents of Florida and together own real

132

property located at 8121 North West 108th Place, Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

711.   Plaintiffs, Peter Plotkin and Diane McNeel are residents of California and together own real property located at 1906 Scarlet Avenue, North Port, Florida, 34289; 1908 Scarlet Avenue, North Port, Florida 34289; 1910 Scarlet Avenue, North Port, Florida 34289; 1914 Scarlet Avenue, North Port, Florida 34289.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

712.   Plaintiff, David Pote is a resident of Minnesota and owns real property located at 11854 Bayport Lane #1901, Fort Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

713.   Plaintiffs, Brad and Lisa Quebbeman are residents of Florida and together own real property located at 9507 Exbury Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

714.   Plaintiff, Van Ristovski is a resident of Indiana and owns real property located at 961 Leonardo Circle, Port Saint Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

715.   Plaintiffs, Michael and Michele Ryan are residents of Florida and together own real

property located at 11581 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

716. Plaintiffs, Eddy and Bechara Salloum are residents of Florida and together own real property located at 201 North West Goldcoast Avenue, Port Saint Lucie, Florida 34983. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

717. Plaintiff, Jackie Sanchez is a resident of Florida and owns real property located at 6001 South West 28th Street, Miami, Florida 33155. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

718. Plaintiffs, Leonardo and Nelly Sanclemente are residents of Florida and together own real property located at 3341 North East 4th Street, Homestead, Florida 33033. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

719. Plaintiff, Frank Sanfilippo is a resident of Florida and owns real property located at 978 South West 146th Terrace, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

720. Plaintiff, Andre Slowley is a resident of Florida and owns real property located at 846 South West 146th Terrace, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

721. Plaintiffs, Blayne and Charlayne Stone are residents of Florida and together own real property located at 7067 181st Street, Jupiter, Florida 33458. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

722. Plaintiffs, Vasil and Vera Todorski are residents of Florida and together own real property located at 410 South West Kestor Drive, Port Saint Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

723. Plaintiff, Mark Vieau is a resident of Minnesota and owns real property located at 11842 Bayport Lane, Building 2103, Fort Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

724. Plaintiff, William Walton is a resident of Florida and owns real property located at 119 Whispering Oaks Circle, Saint Augustine, Florida 32080. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

725. Plaintiff, Teresa Wilson is a resident of Massachusetts and owns real property located at 3945 Rollingsford Circle, Lakeland, Florida 33810. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

726. Plaintiffs, Frederick Wolf and Ynes Acosta are residents of Florida and together

own real property located at 997 South West 146th Terrace, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

727.   Plaintiff, Jose Esteves is a resident of Florida and owns real property located at 1766 SW Mackenzie Street, Port St.Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

728.   Plaintiffs, Cheryl Chester and Donald Fischer are residents of New York and together own real property located at 41-16 Abington Woods Circle, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

729.   Plaintiffs, Esperanza and Adolfo Mendoza are residents of Florida and together own real property located at 10102 NW 129 Terrace, Hialeah Gardens, Florida 33108.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

730.   Plaintiffs, Richard and Debra Pelner are residents of Florida and together own real property located at 345 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

731.   Plaintiff, M.L. Richardson is a resident of Florida and owns real property located at 4243 Diamond Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

732.  Plaintiff, Rookery Park Estates, LLC owns real property located at NW 30th Terrace, Unit #s 5148, 5141, 5131, 5125, 5147, 5145 and 5126, Fort Lauderdale, Florida. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

733.  Plaintiffs, Carl D. and Adele Abbott are residents of Florida and together own real property located at 10320 SW Stephanie Way, Unit 7-206, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

734.  Plaintiff, Kevin Adams is a resident of Florida and owns real property located at 12917 S.W. 135 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

735.  Plaintiff, Donald Ambroise is a resident of Florida and owns real property located at 1425 NW 36th Way, Lauderhill, Florida 33319;17869 SW 54th Street, Miramar, Florida 33089. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

736.  Plaintiff, Mark Anderson is a resident of Ohio and owns real property located at 9311 Sarborough Court, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

737.  Plaintiffs, Kevin and Joann Anton are residents of Florida and together own real

property located at 10109 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

738.  Plaintiff, Marcos Araujo is a resident of Florida and owns real property located at 11221 N.W. 84th Street, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

739.  Plaintiffs, Salvatore and Arlene Bongiorno are residents of Florida and together own real property located at 118 Bayport Lane, Unit 603, Ft. Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

740.  Plaintiffs, Julie and Stephen Borkowski are residents of Florida and together own real property located at 13252 Little Gem Circle, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

741.  Plaintiff, Dorene Brown is a resident of Florida and owns real property located at 17946 Lake Azure Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

742.  Plaintiffs, Keith Buckingham and Jose Fasenda are residents of Florida and together own real property located at 1400 N.E. 10th Avenue, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

743.   Plaintiffs, Ken Burkman and Rosi Puello are residents of Florida and together own real property located at 11173 Misty Ridge Way, Boynton Beach, Florida 33473.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

744.   Plaintiff, Jacob Caliguirie is a resident of Florida and owns real property located at 5859 Wrenwater Drive, Lithiam, Florida 33547.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

745.   Plaintiff, Ana Marie Campbell is a resident of Florida and owns real property located at 3173 SW Letchworth Street, Port St. Lucie, Florida 34593.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

746.   Plaintiffs, Craig Carr and Jill Windsor are residents of Florida and together own real property located at 2543 S.W. 28th Pl., Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

747.   Plaintiff, Kathy Carrion is a resident of Florida and owns real property located at 5514 NW West Lundy Circle, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

748.   Plaintiff, Jill Carter-Smith is a resident of Florida and owns real property located at

8309 NW 123rd Way, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

749.  Plaintiff, Juan Carlos Castaneda is a resident of Florida and owns real property located at 17899 SW 54th Street, Miramar, Florida 33029.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

750.  Plaintiffs, Michael and Phyllis Catalogna are residents of Florida and together own real property located at 9308 Scarborough Ct., Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

751.  Plaintiff, Carmine Ceglio is a resident of Florida and owns real property located at 10511 Sarah Way, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

752.  Plaintiff, Roger Clarke is a resident of New York and owns real property located at 17979 Lake Azure Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

753.  Plaintiff, Jose Coplin is a resident of Florida and owns real property located at 9917 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

754.  Plaintiffs, Jan and Michael Cohen are a residents of New York and own real property located at 391 NW Breezy Point Loop, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

755.  Plaintiffs, David and Denise Cramer are residents of Florida and together own real property located at 2521 SW 52nd Lane, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

756.  Plaintiff, Mark Cummings is a resident of Florida and owns real property located at 210 Medici Terrace, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

757.  Plaintiffs, Matthew and Tricia Davis are residents of Florida and together own real property located at 7423 Bristol Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

758.  Plaintiff, Christopher Davy is a resident of Florida and owns real property located at 6800 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

759.  Plaintiff, Leslie DeJesus is a resident of Florida and owns real property located at

141

9916 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

760.  Plaintiff, Stephen DePirro is a resident of Florida and owns real property located at 1621 NW 17 Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

761.  Plaintiffs, Nick and Heather DeSola are residents of Florida and together own real property located at 8770 Cobblestone Preserve Ct., Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

762.  Plaintiffs, James and Heidi Diamond are residents of Florida and together own real property located at 10005 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

763.  Plaintiffs, Steven and Kathleen DiFillipo are residents of Florida and together own real property located at 8738 Caraway Lake Court, Boynton Beach, Florida 33473.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

764.  Plaintiffs, Tim and Laura Dube are residents of Florida and together own real property located at 2391 SW Salmon Road, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

765.  Plaintiff, Michael Edelman is a resident of New York and owns real property located at 9401 Sarborough Court, Port St. Lucie, Florida 34896.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

766.  Plaintiff, David Fellows is a resident of Maryland and owns real property located at 7380 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

767.  Plaintiffs, Theodore and Leslie Field are residents of Florida and together own real property located at 9701 Ginger Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

768.  Plaintiff, Terry Lee Firmani is a resident of Florida and owns real property located at 393 NW Brezzy Point Loop, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

769.  Plaintiffs, Toussaint and Bernite Fleurantain are residents of Florida and together own real property located at 9997 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

770.  Plaintiffs, Amy and Angelo Fodor are residents of Florida and together own real

143

property located at 4570 Kodiak Drive, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

771.  Plaintiff, Katherine Foster is a resident of Florida and owns real property located at 8777 Cobblestone Preserve Ct., Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

772.  Plaintiff, Ray Frenz is a resident of Ohio and owns real property located at 175 Shadroe Cove Circle #1104, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

773.  Plaintiffs, Bonnie and Richard Fulks are residents of Florida and together own real property located at 4304 N.W. 39th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

774.  Plaintiff, Gabriela Garcia is a resident of Florida and owns real property located at 7358 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

775.  Plaintiffs, Lorena and Angela Garcia are residents of Florida and together own real property located at 12964 S.W. 135 Street, Miami, Florida 33186.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

776.   Plaintiffs, Francesca and Brian Gardner are residents of Florida and together own real property located at 1233 N.E. 14th Avenue, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

777.   Plaintiff, Cary Geensburg is a resident of Florida and owns real property located at 7221 Lemon Grass Drive, Parkland, Florida 33067.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

778.   Plaintiffs, Richard and Linda Giggey are residents of Florida and together own real property located at 1813 NE 23rd Avenue, Cape Coral, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

779.   Plaintiff, Adriana Gimenez is a resident of Florida and owns real property located at 7606 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

780.   Plaintiffs, Axel and Nicole Gomez are residents of Florida and together own real property located at 1885 S.W. Altman Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

781.   Plaintiff, Georgina Gomez is a resident of Florida and owns real property located at

145

1313 N.E. 4th Avenue, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

782.  Plaintiff, Dolores Gonzalez is a resident of Florida and owns real property located at 12946 SW 135th Street, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

783.  Plaintiffs, Olga and Ross Grant are residents of Florida and own real property located at 11087 Stonewood Forest Trail, Boynton Beach, Florida 33473.  Plaintiff are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

784.  Plaintiffs, Colin and Natasha Green are residents of Florida and together own real property located at 1779 NW Omega Road, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

785.  Plaintiff, Frank Gumina is a resident of Florida and owns real property located at 503 N.W. Ashton Way, Port St. Lucie, Florida 33493.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

786.  Plaintiff, Rene Hanson is a resident of Florida and owns real property located at 7561 Bristol Circle, Naples, Florida 34119.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

787.  Plaintiffs, John and Ruth Insco are residents of Florida and together own real property located at 17763 S.W. 47th Street, Miramar, Florida 33089.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

788.  Plaintiff, Douglas Jackson is a resident of Florida and owns real property located at 3714 SW 4th Lane, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

789.  Plaintiff, Camilo Jimenez is a resident of Florida and owns real property located at 7354 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

790.  Plaintiff, Paul Johnson is a resident of New York and owns real property located at 225 Shadore Cove Circle, Unit 1401, Cape Coral, Florida 33991; 225 Shadore Cove Circle, Unit 1402, Cape Coral, Florida 33991; 225 Shadore Cove Circle, Unit 1403, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

791.  Plaintiffs, Richard and Patricia Kampf are residents of Florida and together own real property located at 233 SE 44th Terrace, Cape Coral, Florida 33904.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

792.  Plaintiffs, John and Jacqueline Knouff are residents of Florida and together own real property located at 9933 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

793.  Plaintiffs, Jeffrey and Lori Koc are residents of Florida and together own real property located at 8679 Cobblestone Point Circle, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

794.  Plaintiff, Stuart Kraham is a resident of Florida and owns real property located at 9757 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

795.  Plaintiffs, William and Jacqueline Lake are residents of Florida and together own real property located at 2542 SW 24th Place, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

796.  Plaintiffs, Ronald and Carol Levin are residents of Florida and together own real property located at 10124 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

797.  Plaintiffs, Juan Carlos Macias and Adrianna Hernandez are residents of Florida and together own real property located at 9964 Cobblestone Creek Drive, Boynton Beach, Florida

33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

798.  Plaintiff, Aaron Martin is a resident of Florida and owns real property located at 4305 NE 19th Place, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

799.  Plaintiffs, Dixie and Matthew McAuliffe are residents of Florida and together own real property located at 508 Akron Ave., Stuart, Florida 34994.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

800.  Plaintiffs, Maundy and John Melville are residents of Florida and together own real property located at 10093 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

801.  Plaintiff, Mirta Mesa is a resident of Florida and owns real property located at 12929 S.W. 135 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

802.  Plaintiff, Justin Metzl is a resident of Florida and owns real property located at 12956 S.W. 134 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

803.  Plaintiff, Robert Morton is a resident of Florida and owns real property located at 5267 White Ibis Drive, North Fort Myers, Florida 34287.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

804.  Plaintiffs, James and Adele Nolan are residents of Florida and together own real property located at 12340 N.W. 81st Street, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

805.  Plaintiff, Wendy O'Brien is a resident of Florida and owns real property located at 841 S.W. 147 Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

806.  Plaintiff, Peach Harbor Clubhouse, owns real property located at 900 E. Marion Avenue Clubhouse, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

807.  Plaintiffs, Tirzah and Ryan Pestenski are residents of Florida and together own real property located at 578 SW Ryan Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

808.  Plaintiffs, Michael and Kathy Petrorairo are residents of Florida and together own real property located at 308 SW Kestor Drive, Port St. Lucie, Florida 34953.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

809.  Plaintiff, Ana Maria Plaza is a resident of Florida and owns real property located at 11200 N.W. 84th Street, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

810.  Plaintiffs, David and Ashley Porch are residents of Florida and together own real property located at 616 S.W. 8th Avenue, Fort Lauderdale, Florida 33315.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

811.  Plaintiff, Lino Potes is a resident of Florida and owns real property located at 7591 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

812.  Plaintiff, Thomas Pritchard is a resident of Florida and owns real property located at 10822 Tiberio Drive, Ft. Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

813.  Plaintiff, Lee Rautenberg is a resident of Florida and owns real property located at 6899 Julia Gardens Drives, Coconut Creek, Florida 33073.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

814.  Plaintiff, Neil Rehrig is a resident of Florida and owns real property located at 3512 SE 1st Place, Cape Coral, Florida 33904.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

815.  Plaintiff, William Ritman is a resident of Florida and owns real property located at 7427 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

816.  Plaintiff, Rudy Rodriguez is a resident of Florida and owns real property located at 5565 NW Ligan Cir., Port St. Lucie, Florida 34983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

817.  Plaintiffs, Ducasse and Mereegrace Saintil are residents of Florida and together own real property located at 8720 Thornbrook Terrace Point, Boynton Beach, Florida 33473. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

818.  Plaintiff, Lisset Sanchez is a resident of Florida and owns real property located at 6901 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

819.  Plaintiffs, Wendy and Lucianil Senior are residents of Florida and together own real property located at 12940 SW 135th Street, Miami, Florida 33186.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

820.  Plaintiff, Doris Shea is a resident of Florida and owns real property located at 7419 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

821.  Plaintiffs, Ahmed and Shazia Shikley are residents of Florida and together own real property located at 10108 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

822.  Plaintiffs, Leonardo and Jean Schneiderman are residents of Florida and together own real property located at 8345 Del Prado Drive, Delray Beach, Florida 33446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

823.  Plaintiffs, Troy and Carrie Simms are residents of Florida and together own real property located at 3180 Lamb Court, Coconut Grove, Florida 33133.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

824.  Plaintiffs, Robert and Doreen Snyder are residents of Florida and own real property located at 5273 N.W. Milner Drive, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

825.  Plaintiff, Roland Steiner is a resident of Florida and owns real property located at 24199 Roger Dodger Street, Bonita Springs, Florida 34135.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

826.  Plaintiff, Arben Tapia is a resident of Florida and owns real property located at 7362 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

827.   Plaintiff, Jose Umana is a resident of Florida and owns real property located at 1182 SW Kickaboo Road, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

828.  Plaintiff, Jose Vargas is a resident of Florida and owns real property located at 8162 N.W. 114 Place, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

829.  Plaintiffs, Jean-Enor and Rosita Venius are residents of Florida and together own real property located at 10061 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

830.  Plaintiffs, Monica and Didio Victores are residents of Florida and together own real property located at 12980 SW 134 Terrace, Miami, Florida 33186.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

831.   Plaintiffs, Susan and Yacov Wanounou are residents of Florida and together own real property located at 9909 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

832.   Plaintiffs, John and Sharon Whaley are residents of Minnesota and together own real property located at 10824 Tiberio Drive, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

833.   Plaintiff, Herbert Williams is a resident of Florida and owns real property located at 9878 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

834.   Plaintiffs, John and Mary Arcese are residents of Florida and together own real property located at 601 Southwest Jada Road, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

835.   Plaintiff, Tracy Wagner is a resident of Florida and owns real property located at 18896 Southeast Jupiter Inlet Way, Tequesta, Florida 33469.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

836.  Plaintiffs, Manley and Diane Feinberg are residents of Florida and together own real property located at 1524 Island Boulevard, Aventura, Florida 33160.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

837.  Plaintiffs, Alfonso and Maria Sanchez are residents of Florida and together own real property located at 3001 East Stonebrook Circle, Davie, Florida 33330.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

838.  Plaintiffs, Margaret and Glenwood Robbins are residents of Louisiana and together own real property located at 39130 Old Bayou Avenue, Gonzales, Louisiana 70737.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

839.  Plaintiff, Ronald Jackson is a resident of Florida and owns real property located at 755 Courtland Avenue, Lehigh Acres, Florida 33974.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

840.  Plaintiff, Rollad Pierre is a resident of Florida and owns real property located at 2601 NW 21st Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

841.  Plaintiff, Bradley Cohan is a resident of Florida and owns real property located at 1304 NE 23rd Terrace, Cape Coral, Florida 33909.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

842.  Plaintiff, Thomas Lindner is a resident of Florida and owns real property located at 605 SW 28th Terrace, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

843.  Plaintiffs, David and Bonnie Armstrong are residents of Louisiana and together own real property located at 8929 Glenfield Drive, Baton Rouge, Louisiana 70809.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

844.  Plaintiffs, Jason and Deborah Galloway are residents of Louisiana and together own real property located at 80050 Mae Fussell Rd., Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

845.  Plaintiffs, Steven and Corrinn Fisher are residents of Louisiana and together own real property located at 580 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

846.  Plaintiffs, Caroline and Robert Tedesco are residents of Louisiana and together own real property located at 709 Simpson Way, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

847.  Plaintiff, Barbara Hogan is a resident of Louisiana and owns real property located at 40145 Taylors Trial, Unit 900, Slidell, Louisiana 70461.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

848.  Plaintiffs, Everiste and Lizette Arsenaux are residents of Louisiana and together own real property located at 40145 Taylors Trial, Unit 901, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

849.  Plaintiffs, Eno and Frances Guillot are residents of Louisiana and together own real property located at 40145 Taylors Trial, Unit 904, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

850.  Plaintiffs, John and Brenda Collins are residents of Louisiana and together own real property located at 69271 3rd Avenue, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

851.  Plaintiffs, James and Cheryl Walker are residents of Louisiana and together own real property located at 642 Soloman Drive, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

852.  Plaintiffs, Joseph and Theresa Rupp are residents of Louisiana and together own real property located at 367 Tallow Creek, Covington, Louisiana 70433.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

853.  Plaintiffs, Carl and Tania Miles are residents of Louisiana and together own real property located at 510 Moore Blvd., Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

854. Plaintiff, Janet Avery is a resident of Florida and owns real property located at 10671 Camarelle Circle, Ft. Myers, Florida 33913.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

855.  Plaintiffs, Gary and Lynn Baker are residents of Ohio and together own real property located at 3716 11th Street SW, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

856.  Plaintiff, Leslie Chandler is a resident of Florida and owns real property located at 10004 Winding River Road, Punta Gorda, Florida 33950.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

857.  Plaintiffs, Michael and Karen Fitz-Patrick, who are residents of Florida, and Plaintiff, KSK Investment Group, LLC and together own real property located at 27991 Largay Way, Unit A101, Bonita Springs, Florida 34134.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

858.  Plaintiffs, Gary and Patricia Gallucii are residents of Florida and together own real property located at 10862 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

859.  Plaintiffs, Anthony and Candace Gody are residents of Florida and together own real property located at 10842 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

860.  Plaintiffs, Alfredo and Sylvia Gomez are residents of Florida and together own real property located at 907 S. Wiggins Road, Plant City, Florida 33566.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

861.  Plaintiffs, Terry and Hilary Groupp are residents of Florida and together own real property located at 2530 Boat Ramp Road, Palm City, Florida 34990.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

862.  Plaintiff, Christine M. Holmes is a resident of Pennsylvania and owns real property located at 1130 SE 35 Terrace, Cape Coral, Florida 33904.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

863.  Plaintiffs, Dan and Phalla Kol are residents of Georgia and Frank and Jennie Kol

are residents of Florida and together own real property located at 904 Irving Avenue, Lehigh Acres, Florida 33872.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

864.  Plaintiffs, John and Jaycine Lester are residents of Florida and Larry Schiller is a resident of Tennessee and together own real property located at 13861 Fern Trail, North Ft. Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

865.  Plaintiff, Jonathan Marino is a resident of Florida and owns real property located at 1236 NW 15th Place, Cape Coral, Florida 33993.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

866.  Plaintiffs, Gerardo Martinez and Ivvone Pomares are residents of Florida and together own real property located at 8962 SW 227th Terrace, Cutler Bay, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

867.  Plaintiffs, Marc and Carol Meltzer are residents of New York and together own real property located at 10645 Camarelle Circle, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

868.  Plaintiff, Samuel Mirakian is a resident of Ohio and owns real property located at

13555 Trioai Drive, Estero, Florida 33928. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

869. Plaintiffs, Magno and Aracelli Nuqui are residents of Florida and together own real property located at 10860 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

870. Plaintiffs, Steven and Dorothy Rauci are residents of Florida and together own real property located at 10856 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

871. Plaintiffs, Enock and Marie Sanon are residents of Florida and together own real property located at 4303 17th Street SW, Lehigh Acres, Florida 33976. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

872. Plaintiff, Wyman Stokes is a resident of Florida and owns real property located at 13596 Cirtus Creek, Fort Myers, Florida 33905. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

873. Plaintiffs, Gary and Sharon Stopa are residents of Florida and together own real property located at 1127 SW 47th Street, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

874.  Plaintiffs, Flaviu-Emil and Dorina Ursa are residents of Germany and together own real property located at 3342 NE 21st Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

875.   Plaintiffs, Robert and Jean Van House are residents of Florida and together own real property located at 4103 SW 28th Avenue, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

876.  Plaintiffs, John and Joan Watson are residents of Florida and together own real property located at 10834 Tiberio Drive, Fort Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

877.  Plaintiffs, Diana and Terry Williams are residents of Louisiana and together own real property located at 520 Mare Court, Covington, Florida 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

878.  Plaintiffs, Dana and Rick Ammons are residents of Florida and together own real property located at 2581 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

879.  Plaintiffs, Luis and Fatima Arbelo are residents of Florida and together own real

property located at 107 SW Sea Lion Road, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

880.  Plaintiff, Mirtha Arias is a resident of New York and owns real property located at 8266 NW 124th Terrace, Parkland, Florida 33076.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

881.  Plaintiff, Suely Auerbach is a resident of Florida and owns real property located at 3598 NW 14th Court, Lauderhill, Florida 33331.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

882.  Plaintiffs, Daniel and Isbel Avello are residents of Florida and together own real property located at 19871 NW 77 Court, Hialeah, Florida 33015.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

883.  Plaintiffs, Gary and Kristi Bailey are residents of Florida and together own real property located at 2529 Deerfield Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

884.  Plaintiff, Georgia Bailey is a resident of Florida and owns real property located at 314 NE 10th Street, Cape Coral, Florida 33909.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

885.  Plaintiffs, Jeremy and Carla Banks are residents of Florida and together own real property located at 8705 Pegasus Drive, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

886.  Plaintiffs, Suresh and Oma Bissoon are residents of Florida and together own real property located at 1056 NW Leonardo Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

887.  Plaintiff, Judy Braithwaite is a resident of Florida and owns real property located at NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

888.  Plaintiffs, Habdon and Carla Brown are residents of Florida and together own real property located at 2576 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

889.  Plaintiffs, Donald and Joanna Callahan are residents of Florida and together own real property located at 2545 Deerfield Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

890.  Plaintiffs, Jeannette Calvo and Tyronne Martinez are residents of Florida and

165

together own real property located at 8220 SW 190 Terrace, Cutler Bay, Florida 33157. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

891.   Plaintiffs, Gerald and Margaret Ceminsky are residents of Minnesota and together own real property located at 2572 Keystone Lake Drive, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

892.   Plaintiffs, Roberto and Angela Corell are residents of Florida and together own real property located at 11416 Dutch Iris Drive, Riverview, Florida 33578.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

893.   Plaintiffs, Bill and Jill Craig are residents of Florida and together own real property located at 4143 Wildstar Circle, Wesley Chapel, Florida 33544.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

894.   Plaintiffs, Monique and Elaine Crawford are residents of Florida and together own real property located at 3609 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

895.   Plaintiffs, Peter and Mary Ann Crispino are residents of New York and together own real property located at 3024 Lake Manatee Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

896.  Plaintiffs, Barrington Cummings and Annmarie Brown are residents of Florida and together own real property located at 1112 Amber Lake Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

897.  Plaintiff, Ricardo Dabalsa is a resident of Florida and owns real property located at 351 NW 125th Avenue, Miami, Florida 33182.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

898.  Plaintiffs, Nadine and Pansy DeCambre are residents of Florida and together own real property located at 5238 NW Jake Court, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

899.  Plaintiffs, Chanel Dolinsky and Victor Wainstein are residents of Florida and together own real property located at 39 SE 3rd Avenue, Hallandale Beach, Florida 33009. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

900.  Plaintiffs, Alfred and Joyce Dowdy are residents of Florida and together own real property located at 2553 Deerfield Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

901.  Plaintiff, Kim Epstein is a resident of Florida and owns real property located at

167

2556 Keystone Lake Drive, Cape Coral, Florida 33909.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

902.  Plaintiffs, Svyatoslaw Feler and Yelena Smolyanskaya are residents of Florida and together own real property located at 10150 Bayou Grande Avenue, Seminole, Florida 33772. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

903.  Plaintiffs, Jose and Lissette Fernandez are residents of Florida and together own real property located at 19911 NW 77 Court, Hileah, Florida 33015.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

904.  Plaintiffs, Albert and Francine Ferri are residents of Florida and together own real property located at 2555 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

905.  Plaintiffs, William and Melanie Ford are residents of Florida and together own real property located at 12702 SW 26th Street, Davie, Florida 33325.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

906.  Plaintiffs, Victor Gonzalez and Yelene Socarras are residents of Florida and together own real property located at 19851 NW 77 Court, Hialeah, Florida 33015.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

907.  Plaintiffs, Marlene and Jay Graham are residents of Florida and together own real property located at 8217 Sanctuary Drive #1, Naples, Florida 34104.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

908.  Plaintiffs, John and Marie Grasmeier are residents of Florida and together own real property located at 8635 Pegasus Drive, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

909.  Plaintiffs, Melvin and Shirley Gumpert are residents of Florida and together own real property located at 2592 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

910.  Plaintiffs, Cynthia and Pedro Hernandez are residents of Florida and together own real property located at 1232 Madison Court, Immokalee, Florida 34142.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

911.  Plaintiff, Walter Howard is a resident of Florida and owns real property located at 8146 NW 124 Terrace, Parkland, Florida 33076.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

912.  Plaintiffs, Stephen and Graciela Jackson are residents of Florida and together own

real property located at 2577 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

913.  Plaintiff, Janelle James is a resident of Florida and owns real property located at 3606 NW 14 Court, Lauderhill, Florida 33311.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

914.  Plaintiffs, Bob and Grace Kingsnorth are residents of Canada and together own real property located at 2556 Deerfield Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

915.  Plaintiffs, Lawrence and Diane Kasakowski are residents of Florida and together own real property located at 1889 SW Clambake Avenue, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

916.  Plaintiffs, Gilbert and Dolores LaDow are residents of Florida and together own real property located at 2561 Deerfield Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

917.  Plaintiffs, Rodney and Suze Litus are residents of Florida and together own real property located at 2351 SW Freeman Street, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

918.  Plaintiff, Tim McGee is a resident of Ohio and owns real property located at 3590 Lansing Loop #104, Bldg. 40, Estero, Florida 33928.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

919.  Plaintiff, Stephen Muenchen, Sr. is a resident of Ohio and owns real property located at 2565 Keystone Lake Drive, Cape Coral, Florida 33909.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

920.  Plaintiffs, Thomas and Kathleen Mullen are residents of New Jersey and together own real property located at 1132 Bari Street East, Lehigh Acres, Florida 33936 and 1130 Bari Street East, Lehigh Acres Florida  33936.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

921.  Plaintiffs, Vincent and Virginia Mulligan are residents of Florida and together own real property located at 3542 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

922.  Plaintiffs, Oscar and Donna Naustdal are residents of Florida and together own real property located at 2576 Keystone Lake Drive, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

923.  Plaintiffs, Aaron and Tracey Orcutt and Vito Gallo are residents of New York and together own real property located at 8224 Sanctuary Drive #2, Naples, Florida 34104.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

924.  Plaintiffs, William and Anne Palmer are residents of Illinois and together own real property located at 8217 Sanctuary Drive #2, Naples, Florida 34104.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

925.  Plaintiff, Bart Panessa is a resident of New York and owns real property located at 2672 SW Windship Way, Stuart, Florida 34997.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

926.  Plaintiff, Adelky Pena is a resident of Florida and owns real property located at 3740 SW 130 Avenue, Miami, Florida 33175.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

927.  Plaintiffs, Joseph and Patricia Pensabene are residents of Florida and together own real property located at 12732 SW 26th Street, Davie, Florida 33325.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

928.  Plaintiffs, Jorge and Rosa Perez are residents of Florida and together own real property located at 19941 NW 77 Court, Miami, Florida 33015.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

929.  Plaintiffs, Narayan and Durpattie Persaud are residents of New York and together own real property located at 601 SW Duval Avenue, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

930.  Plaintiffs, Delroy and Jacqueline Pitter are residents of Jamaica and together own real property located at 8052 N.W. 125th Terrace, Unit 6B, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

931.  Plaintiff, Marvin Reid is a resident of Florida and owns real property located at 3605 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

932.  Plaintiffs, Ramon and Nilda Rivas are residents of Puerto Rico and together own real property located at 3006 White Cedar Circle, Kissimmee, Florida 34741.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

933.  Plaintiffs, Nicole Rodriguez and Carrie Canfield are residents of Florida and together own real property located at 8224 Sanctuary Drive #1, Naples, Florida 34104.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

934.  Plaintiffs, Henry and Cheryl Schlichte are residents of Florida and together own real property located at 3036 Lake Mantee Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

935.  Plaintiffs, Jay and Sandra Seavers are residents of Florida and together own real property located at 11520 Centaur Way, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

936.  Plaintiff, Donna Sica is a resident of New Jersey and owns real property located at 2569 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

937.  Plaintiffs, Richard and Lorraine Silvestri are residents of New York and together own real property located at 1612 NW 5th Street, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

938.  Plaintiffs, Randa and Emmanuel St. Cyr are residents of Florida and together own real property located at 3535 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

939. Plaintiff, Qi ing ("Andy") Su is a resident of Florida and owns real property located at 2531 NW 121 Street, Miami, Florida 33167.  Plaintiff is participating as class representatives

in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

940. Plaintiff, Fred Surman is a resident of Connecticut and owns real property located at 8221 Sanctuary Drive, Unit 1, Naples, Florida 34104; and 8221 Sanctuary Drive, Unit 2, Naples, Florida 34104. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

941. Plaintiff, Darion Walsh is a resident of Florida and owns real property located at 8218 NW 124 Terrace, Parkland, Florida 33076. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

942. Plaintiffs, Patrick and Paula Watson are residents of Florida and together own real property located at 978 NW Leonardo Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

943. Plaintiff, Tyler Whidden is a resident of Florida and owns real property located at 102 NW 29 Avenue, Cape Coral, Florida 33993. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

944. Plaintiffs, Margret Williams and Angella and Nicholas Wakeland are residents of Florida and together own real property located at 967 NW Leonardo Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as

175

set forth in the schedules accompanying this complaint which are incorporated herein by reference.

945.   Plaintiffs, Leonard and Rivka Axelrod, Co-Trustees of The Leonard and Rivka Axelrod 2007 Revocable Trust, hold real property located at 1660 Renaissance Commons Blvd., Unit 2519, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

946.   Plaintiff, Dava Lucherini Baez is a resident of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1528, Boynton Beach, Florida 33426. Plaintiff is participating as class representatives in the class and subclasses as set forth in schedules accompanying this complaint which are incorporated herein by reference.

947.   Plaintiffs, Victor and Pamela Copello are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

948.   Plaintiffs, Angelo and Deborah D'Ambrosio are residents of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2305, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

949.   Plaintiff, Kathryn Figueroa is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2621, Boynton Beach, Florida 33426.  Plaintiff is

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

950.  Plaintiffs, Edwin and Lisa Fox are residents of Virginia and together own real property located at 512 SW Camden Avenue, Stuart, Florida 34994.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

951.  Plaintiffs, Joseph and Candace Gazzal are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2224, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

952.  Plaintiffs, Alan and Toni Ann Gottlob and John and Barbara Melchiorre are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2307, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

953.  Plaintiffs, Michael Graham and Glenn Dayton are residents of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1623, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

954.  Plaintiffs, Robert and Lori Jioai are residents of New York and together own real

property located at 1660 Renaissance Commons Blvd., Unit 2521, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

955.  Plaintiffs, John and Susanna Kolich are residents of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1614, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

956.  Plaintiff, LLG Investment Properties, LLC owns real property located at 1660 Renaissance Commons Blvd., Unit 2611, Boynton Beach, Florida 33426.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

957.  Plaintiff, L&L South Florida Realty, LLC owns real property located at 1660 Renaissance Commons Blvd., Unit 2512, Boynton Beach, Florida 33426.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

958.  Plaintiff, Peter Livaich is a resident of New Jersey and owns real property located at 1660 Renaissance Commons Blvd., Unit 2212, Boynton Beach, Florida 33426.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

959.  Plaintiffs, Tarek and Andrea Loutfy are a resident of New Jersey and own real property located at 1660 Renaissance Commons Blvd., Unit 2424, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth

in the schedules accompanying this complaint which are incorporated herein by reference.

960.  Plaintiff, Paul Murray is a resident of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1522, Boynton Beach, Florida 33426.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

961.  Plaintiffs, John and Ann Piccolo are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2308, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

962.  Plaintiffs, Allan and Rebecca Proske are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2523, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

963.  Plaintiffs, Manuela and Lavinia Ramos are residents of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2606, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

964.  Plaintiffs, Leo and Marie Romano are residents of Mississippi and together own real property located at 10761 Plantation Lane, Gulfport, Mississippi 39503.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

965.  Plaintiffs, Debra Todd and Frank Smith are residents of Florida and together own

179

real property located at 3396 NE 29 Avenue, Lighthouse Point, Florida 33064.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

966.  Plaintiff, John Campbell is a resident of Connecticut and owns real property located at 3109 West Beach Blvd., Gulf Shores, Alabama 36542.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

967.  Plaintiff, Bill Talbert is a resident of Louisiana and owns real property located at 40145 Taylors Trail, Unit 903, Slidell, Louisiana 70461.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

968.  Plaintiff, Patrick E. Carr, Jr. is a resident of Louisiana and owns real property located at 4217 Lake Villa Drive, Metairie, Louisiana 70002.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

969.  Plaintiff, James Nuzzo is a resident of Florida and owns real property located at 6875 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

970.  Plaintiff, Rita Daniels is a resident of Louisiana and owns real property located at 12365 Oak Colony Drive, Geismar, Louisiana 70734.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

971.  Plaintiffs, Burl and Sondra Cornwell are residents of Florida and together own real property located at 11849 Bayport Lane–Unit 1, Fort Myers, Florida 33908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

972.  Plaintiffs, Jose Amaya and Reyna Hernandez are residents of Florida and together own real property located at 11330 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

973.  Plaintiffs, Clayton and Amy Armstrong are residents of Alabama and together own real property located at 1009 Little Sorrel Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

974.  Plaintiff, Ashima Bahl is a resident of Florida and owns real property located at 11410 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

975.  Plaintiffs, Charles and Sandra Brotbeck are residents of Florida and together own real property located at 3261 Lee Way Court Unit 8, North Fort Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

976.   Plaintiffs, Bruce and Maria Duggins are residents of Tennessee and together own

181

real property located at 12663 Kentwood Avenue, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

977. Plaintiff, Cheryl Gallotta-Dimassi is a resident of Florida and owns real property located at 11875 Bayport Lane, Unit 1, Second Floor, Fort Myers, Florida 33908. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

978. Plaintiffs, Adalberto and Annette Gonzalez are residents of Florida and together own real property located at 11336 Bridge Pine Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

979. Plaintiffs, Divaldo and Migdalia Hernandez are residents of Florida and together own real property located at 8242 Santa Cruz Drive, Port Charlotte, Florida 33981. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

980. Plaintiffs, Ramon Medrano and Nedy Melo are residents of Florida and together own real property located at 11411 Bridge Pine Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

981. Plaintiff, Robert Rodenhouse is a resident of Michigan and owns real property located at 10627 Camarelle Circle, Fort Myers, Florida 33913. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

182

complaint which are incorporated herein by reference.

982.  Plaintiffs, Jason and Elizabeth Sanchez are residents of Florida and together own real property located at 11561 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

983.  Plaintiff, Thomas Scaletta is a resident of Illinois and owns real property located at 11831 Bayport Lane, Unit 604, Fort Myers, Florida 33908.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

984.  Plaintiffs, Robert and Krista Schlief are residents of Florida and together own real property located at 7611 Bristol Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

985.  Plaintiffs, Kenneth and Catherine Sheppard are residents of Florida and together own real property located at 7373 Bristol Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

986.  Plaintiffs, Sandra and Gino Ameneiro are residents of Florida and together own real property located at 2239 SE 19th Avenue, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

987.  Plaintiffs, Issa and Noha Asad are residents of Florida and together own real

property located at 12767 Equestrian Trail, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

988. Plaintiff, Steven Fuchs is a resident of Florida and owns real property located at 2808 August Drive, Homestead, Florida 33035. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

989. Plaintiff, Elena Holmes is a resident of Florida and owns real property located at 7404 Cobb Road, Bokeelia, Florida 33993. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

990. Plaintiffs, Paul and Caron Johnson are residents of Florida and together own real property located at 12708 Equestrian Trail, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

991. Plaintiff, Howard Kolbenheyer is a resident of Florida and owns real property located at 2708 August Drive, Homestead, Florida 33035. Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

992. Plaintiff, Patrick Lahey is a resident of Florida and owns real property located at 2817 Saint Barts Square, Vero Beach, Florida 32967. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

993.  Plaintiffs, Wesley and Diane Maltby are residents of Florida and together own real property located at 1966 SE 23rd Court, Homestead, Florida 33035.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

994.  Plaintiff, Ronald Manes is a resident of Florida and owns real property located at 5305 Nicklaus Drive, Winter Haven, Florida 33884.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

995.  Plaintiffs, Michael and Jeannine Mizne are residents of Florida and together own real property located at 9621 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

996.  Plaintiff, Antonio Cesar is a resident of Florida and owns real property located at 13101 SW 268 Street, Homestead, Florida 33032.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

997.  Plaintiffs, Peter and Rose Riccardi are residents of New York and together own real property located at 1660 Renaissance Common #2324, Boynton Beach, Florida 33462.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

998.  Plaintiffs, Brian and Lori Samberg are residents of Florida and together own real

185

property located at 17682 Middlebrook Way, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

999.  Plaintiff, Serge Seyour is a resident of Florida and owns real property located at 2806 August Drive, Homestead, Florida 33035.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1000.  Plaintiffs, David and Wendy Smith are residents of Florida and together own real property located at 5101 Lakeview Drive, Miami Beach, Florida 33140.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1001.  Plaintiffs, David and Patricia Stanley are residents of Florida and together own real property located at 4845 66th Lane, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1002.  Plaintiff, Martha Vasquez is a resident of Florida and owns real property located at 14740 SW 34 Street, Miami, Florida 33185.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1003.  Plaintiffs, Henry and Joan Wahlgren are residents of Florida and together own real property located at 4615 SE Pilot Avenue, Stuard, Florida 34997.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

186

complaint which are incorporated herein by reference.

1004.  Plaintiff, Todd Walter is a resident of Florida and owns real property located at 1998 SE 23rd Court, Homestead, Florida 33035.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1005.  Plaintiffs, Hilliard and Sheral Butler are residents of Louisiana and together own real property located at 5026 Par Four Drive, New Orleans, Louisiana 70128; 7125-7127 Warfield Street, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1006.  Plaintiffs Jeffrey and Tamara Cindrich are residents of Florida and together own real property located at 4430 SW 12th Place, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1007.  Plaintiffs, Peter and Catherine Uli are residents of Louisiana and together own real property located at 2205 Emilie Oaks Drive, Meraux, Louisiana 70075.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1008.  Plaintiff, Michael Batteau is a resident of Florida and owns real property located at 13270 Little Gem Circle, Fort Myers, Florida 33913.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1009.  Plaintiff, Hugh Casey is a resident of Florida and owns real property located at 10440 SW Stephanie Way, Unit 206, Port St. Lucie, Florida 34987.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1010.  Plaintiffs, Victor and Bibiana Gutierrez are residents of Florida and together own real property located at 2781 Eagle Rock Circle, West Palm Beach, Florida 33411.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1011.  Plaintiffs, Jason and Peny Steele are residents of Louisiana and together own real property located at 2321 Maureen Lane, Meraux, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1012.  Plaintiffs, Susan, Glenn, Nicholas and Shae Triche and Sahe Dennis are residents of Louisiana and together own real property located at 3605 Decomine Drive, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1013.  Plaintiffs, Charles and Joy Hartz are residents of Florida and together own real property located at 570/580 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1014.  Plaintiffs, David and Julie Ziska are residents of Florida and together own real

188

property located at 510 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1015.  Plaintiff, Frank Mackie is a resident of Florida and owns real property located at 556 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1016.  Plaintiffs, Gaston and Marta Suarez are residents of Florida and together own real property located at 532/540/542 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1017.  Plaintiff, Hilario Candela is a resident of Florida and owns real property located at 558 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1018.  Plaintiffs, Julio and Myriam Ramirez are residents of Florida and together own real property located at 550 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1019.  Plaintiff, Jerry Sternstein is a resident of Florida and owns real property located at 526 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1020.  Plaintiff, George Mekras is a resident of Florida and owns real property located at 500 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1021.  Plaintiffs, David and Sharon Legland are residents of Florida and together own real property located at 566 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1022.  Plaintiff, Joe Fleck is a resident of Florida and owns real property located at 554 Loretto Avenue, Coral Gables, Florida 33146.  Plaintiff is participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1023.  Plaintiffs, Kevin and Rhonda Jacobsen are residents of Florida and together own real property located at 1829 NW 20th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1024.  Plaintiffs, Ray and Dyana Hagmaier are residents of Florida and together own real property located at 7221 Lemon Grass Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1025.  Plaintiffs, Georges and Janice Maillot are residents of Louisiana and together own

real property located at 9 Tupelo Trace, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1026.  Plaintiffs, Frank Weifang and Ziaojuan Zheng are residents of Florida and own real property located at 9932 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1027.  Plaintiff, Maria Elena Leon is a resident of Florida and owns real property located at 14724 S.W. 7th Street, Pemroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1028.  Plaintiffs, Frederick and Kathleen Rickert are residents of Alabama and together own real property located at 224 Ashland Drive, Birmingham, Alabama 34242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1029.  Plaintiff, First East Side Savings Bank owns real property located at 258 Boston Way, Lake Placid, Florida 33852; 480 NE Coolidge Avenue, Lake Placid, Florida 33852 and 113 Tryon Avenue, NW, Lake Placid, Florida 33852.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1030.  Plaintiffs, Bourgeois Ross and Michael McCants are residents of Louisiana and together own real property located at 125 Timberwood Drive, Madisonville, Louisiana 70447.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1031.  Plaintiff, Toni Rodosta is a resident of Louisiana and owns real property located at 1219 Rue Degas, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1032.  Plaintiff, Patricia Dewberry is a resident of Alabama and owns real property located at 13861 Leom Court, Stapleton, Alabama 36578.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1033.  Plaintiffs, Thomas Bolden and Monica Smith are residents of Alabama and together own real property located at 18985 Quail Creek Drive, Fairhope, Alabama 36532. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1034.  Plaintiff, Shelley Stockwell is a resident of Alabama and owns real property located at 11823 Stucki Road, Elbert, Alabama 36530.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1035. Plaintiff, Patricia Childress is a resident of Alabama and owns real property located at 12156 Twin Oaks Drive, Magnolia Springs, Alabama 36555.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1036.  Plaintiff, Candy Doran is a resident of Louisiana and owns real property located at 804 Cole Court, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1037.  Plaintiffs, Grady and Laura Flattmann are residents of Louisiana and together own real property located at 816 Cole Court, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1038.  Plaintiff, Darlyn Guerra is a resident of Louisiana and owns real property located at 738 Loque Place, New Orleans, Louisiana 70124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1039.  Plaintiffs, Jianran and San Tom are residents of Mississippi and together own real property located at 602 Charlestone Lane, Long Beach, Mississippi 39560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1040.  Plaintiff, Kay Maunsbach is a resident of Florida and owns real property located at 7295 NE 5th Avenue, Miami, Florida 33138 and 7275 NE 5th Avenue, Miami, Florida 33138.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1041.  Plaintiffs, Gerald and Helen Bell are residents of Florida and together own real property located at 2660 Hackney Road, Weston, Florida 33331.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1042.  Plaintiff, Carlos Carvajalino is a resident of Florida and owns real property located at 738 SW Estate Avenue, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1043.  Plaintiffs, Ryan and Kelli Chrusz are residents of Florida and together own real property located at 3035 Lake Mantee Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1044.  Plaintiff, Margaret Ann Conte is a resident of Illinois and owns real property located at 11001 Gulf Reflection Drive, Unit A-106, Ft. Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1045.  Plaintiffs, Armando and Ileana Costoya are residents of Florida and together own real property located at 8203 S.W. 190 Terrace, Cuttler Bay, Florida 33157.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1046.  Plaintiffs, Prabhakara and Ramathilakam Cuddapah are residents of Florida and together own real property located at 3317 Ceitos Pkwy, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1047.  Plaintiffs, Rosibel and Brian De Los Santos are residents of Florida and together own real property located at 973 NW Leonardo Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1048.  Plaintiffs, Nathan and Patricia Efries are residents of Florida and together own real property located at 1728 SW 2nd Place, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1049.  Plaintiff, FMY Ventures, LLC owns real property located at 11001 Gulf Reflections Drive, 101, Ft. Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1050.  Plaintiff, Rudean Gillard is a resident of Florida and owns real property located at 2566 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1051.  Plaintiffs, Luis and Caridad Gonzalez are residents of Florida and together own real property located at 2944 NE 3rd Drive, Homestead, Florida 33033.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1052.  Plaintiffs, Roberto Gonzalez and Fernanda Rivera are residents of Florida and together own real property located at 11281 NW 84 Street, Doral, Florida 33178.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1053.  Plaintiffs, Muneer and Khalida Hafeez are residents of Florida and together own real property located at 2542 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1054.  Plaintiffs, Michael and Joanne Henry are residents of Florida and together own real property located at 5424 S.W. 16th Place, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1055.  Plaintiffs, Richard and Jewelstine Laudermilk are residents of Florida and together own real property located at 2520 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1056.  Plaintiff, Juan Macario is a resident of Florida and owns real property located at 8186 NW 114 Avenue, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1057.  Plaintiffs, Michael and Lillian Marcinkiewicz are residents of Florida and together own real property located at 2528 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1058.  Plaintiff, William O'Brien is a resident of Florida and owns real property located at 13011 Sand Key Bend #5, North Ft. Myers, Florida 33903.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1059.  Plaintiffs, John and Susan Pelland are residents of Florida and together own real property located at 13011 Sandy Key Bend #4, North Ft. Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1060.  Plaintiffs, Erwin Rottau and Mary Jane Cloeren are residents of Florida and together own real property located at 2607 N.W. 15th Street, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1061.  Plaintiffs, Victor and Lyudmilla Zheltkov are residents of Washington and together own real property located at 25 Essignton Lane, Palm Coast, Florida 32164.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1062.  Plaintiff, Carlos Acosta is a resident of Florida and owns real property located at 923 SW 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1063.  Plaintiff, Robert Andreoli is a resident of New York and owns real property located at 7827 Lake Azure Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1064.  Plaintiff, Wade Bolton is a resident of Florida and owns real property located at 618 SW 8th Avenue, Ft. Lauderdale, Florida 33315.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1065.  Plaintiffs, Daniel and Joan Campbell are residents of Florida and together own real property located at 372 NW Stratford Lane, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1066.  Plaintiffs, Gilbert and Zamira Del Torro are residents of Florida and together own real property located at 7565 Bristol Circle, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1067.  Plaintiff, Alan Fleming is a resident of Florida and owns real property located at 93 Queens Road, North Hutchinson Island, Florida.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1068.  Plaintiff, Zen Fothergill is a resident of Florida and owns real property located at 3525 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1069.  Plaintiff, Cindy Goldstein is a resident of Florida and owns real property located at 8236 NW 125 Lane, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1070.  Plaintiff, Jeanne Greever is a resident of Florida and owns real property located at 273 Watercress Street, Sebastian, Florida 32958.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1071.  Plaintiff, Michelle Hovis is a resident of Pennsylvania and owns real property located at 7610 Bristol Circle, Naples, Florida 34120 and 7564 Bristol Circle, Naples, Florida 34120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1072.  Plaintiffs, John and Imie James are residents of Florida and own real property located at 5580 NW Ligon Circle, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1073.  Plaintiff, Erica Kuhne is a resident of Florida and owns real property located at 6890 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1074.  Plaintiffs, Dennis and Helen Lemmon are residents of Pennsylvania and together own real property located at 9409 Scarborough Court, Port St. Lucie, Florida 34986.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1075.  Plaintiffs, Kevin and Nicole Logie are residents of Florida and together own real property located at 3501 NW 14th Court, Ft. Lauderdale, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1076.  Plaintiff, Barry Lunsford is a resident of Florida and owns real property located at 3469 Gulfstream Way, Davie, Florida 33328.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1077.  Plaintiff, Gary Naidus is a resident of Florida and owns real property located at 857 SW 147th Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1078.  Plaintiff, Johnnie Rucker is a resident of Florida and owns real property located at 3547 N 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1079.  Plaintiff, Diana Salguero is a resident of Florida and owns real property located at 12950 SW 134th Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1080.  Plaintiff, Demitrius Williams is a resident of Florida and owns real property located at 3499 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1081.  Plaintiff, Stephen Yourich is a resident of Florida and owns real property located at 2446 NE Letiticia Street, Jensen Beach, Florida 34957.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1082.  Plaintiff, David Orlowski is a resident of Florida and owns real property located at 2722 SW 10th Avenue, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1083.  Plaintiffs, Alexandra and Craig Bartholomen are residents of Louisiana and together own real property located at 959 Avenue B, Westwego, Louisiana 70094.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1084.  Plaintiff, Michael Lundy is a resident of Florida and owns real property located at 3355 Versailles Drive, Tampa, Florida 33634.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1085.  Plaintiffs, Mario and Diane Martinez are residents of Florida and together own real property located at 17744 44th Place North, Loxahatchee, Florida 33470.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1086.  Plaintiff, Salvatrice Ammirato is a resident of Florida and owns real property located at 435 22nd Ave SW, Vero Beach, Florida 32962.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1087.  Plaintiffs, Steven and Anja Archer are residents of Georgia and together own real property located at 2832 St. Barts Square, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1088.  Plaintiff, Christine Cameron is a resident of Florida and owns real property located at 2885 St. Bart's Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1089.  Plaintiffs, Frank and Catherine Collepardi are residents of New Jersey and together own real property located at 1895 Bridgepointe Circle, #33, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1090.  Plaintiffs, Thomas Leo Corr III and Shawn Marchetti are residents of Florida and together own real property located at 2823 St. Barts Square, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1091.  Plaintiffs, Dennis and Nancy Harmon are residents of Florida and together own real property located at 2816 St. Barts Square, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1092.  Plaintiffs, James (Tripp) and Sherri Hernandez are residents of Florida and together own real property located at 2851 St. Barts Square, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1093.  Plaintiffs, Mark and Jody Joseph are residents of Florida and together own real property located at 1875 Bridgepointe Circle #29, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1094.  Plaintiff, Richard Judge is a resident of Florida and owns real property located at 1875 Bridgepointe Circle #30, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1095.  Plaintiffs, Horace and Donna Lindsay are residents of Florida and together own real property located at 2804 St. Bart's Square, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1096.  Plaintiff, John Marr is a resident of Florida and owns real property located at 2847 St. Bart's Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1097.  Plaintiffs, Michael and Ethel McCue are residents of Massachusetts and together own real property located at 1875 Bridgepointe Circle #31, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1098.  Plaintiffs, Keith and Shirley Morgan are residents of Florida and together own real property located at 6545 Caicos Court, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1099.  Plaintiff, Robert Petrella is asserting claims on behalf of Albert and Annette Petrella.  Albert and Annette Petrella are residents of Ohio and together own real property located at 1875 Bridgepointe Circle #32, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1100.  Plaintiffs, David and Ellen Smith are residents of Florida and together own real property located at 6655 Martinique Way, Vero Beach, Florida 32963.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1101.  Plaintiffs, Malcolm and Heather Stafford are residents of Canada and together own real property located at 2838 St. Bart's Square, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1102.  Plaintiff, Julie Vargo is a resident of Florida and owns real property located at 2836 St. Bart's Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1103.  Plaintiffs, German and Janice Villamizar are residents of Florida and together own real property located at 6545 Martinique Way, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1104. Plaintiffs, James and Rosalie Webster are residents of Florida and together own real property located at 1100 Driftwood Drive, Vero Beach, Florida 32963.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1105.  Plaintiffs, Anthony and Donna Zito are residents of Florida and together own real property located at 1875 Bridgepointe Circle #34, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1106.  Plaintiff, Daniel J. D'Loughy is a resident of Florida and owns real property located at 9424 Scarborough Ct., Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1107.  Plaintiff, James Perry is a resident of California and owns real property located at

705 SW 8ᵗʰ Court, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1108.  Plaintiffs, Tony and Bethany David are residents of Alabama and together own real property located at 2405 Chalybe Terrace, Birmingham, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1109.  Plaintiff, Mark Valverde is a resident of Connecticut and owns real property located at 1690 Renaissance Commons Blvd., #1527, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1110.  Plaintiff, Patricia S. Allen is a resident of Alabama and owns real property located at 2817 Diamond Drive, Mobile, Alabama 36617.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1111.  Plaintiffs, James and Vicki Payne are residents of Alabama and together own real property located at 12190 Ballard Road, Grand Bay, Alabama 36541.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1112.  Plaintiffs, Thomas and Peggy Marsell are residents of Alabama and together own real property located at 7571 Riverwood Drive, Foley, Alabama 36535.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1113.  Plaintiffs, Phillip and Candace Mason are residents of Alabama and together own real property located at 9810 Brighton Ct., Chunchula, Alabama 36521.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1114.  Plaintiffs, Bo and Laura Smith are residents of Alabama and together own real property located at 17783 Old Fort Morgan Road, Gulf Shores, Alabama 36541.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1115.  Plaintiffs, Kevin and Gayla Simmons are residents of Alabama and together own real property located at 8830 W. Alba Street, Bayou La Batre, Alabama 36509.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1116.  Plaintiff, Joan Finch is a resident of Alabama and owns real property located at 416 Sarah Oaks Drive, Saraland, Alabama 36751.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1117.  Plaintiff, Prichard Housing Authority owns real property located at 503 Sgt. Harrison Brown, Prichard, Alabama 36610; 504 Sgt. Harrison Brown, Prichard, Alabama 36610; 505 Sgt. Harrison Brown, Prichard, Alabama 36610; 506 Sgt. Harrison Brown, Prichard, Alabama 36610; 507 Sgt. Harrison Brown, Prichard, Alabama 36610; 508 Sgt. Harrison Brown, Prichard, Alabama 36610; 509 Sgt. Harrison Brown, Prichard, Alabama 36610; 703 Sgt.

Harrison Brown, Prichard, Alabama 36610; 705 Sgt. Harrison Brown, Prichard, Alabama 36610;

707 Sgt. Harrison Brown, Prichard, Alabama 36610; 709 Sgt. Harrison Brown, Prichard,

Alabama 36610; 800 Sgt. Harrison Brown, Prichard, Alabama 36610; 803 Sgt. Harrison Brown,

Prichard, Alabama 36610; 804 Sgt. Harrison Brown, Prichard, Alabama 36610; 805 Sgt.

Harrison Brown, Prichard, Alabama 36610; 806 Sgt. Harrison Brown, Prichard, Alabama 36610;

807 Sgt. Harrison Brown, Prichard, Alabama 36610; 808 Sgt. Harrison Brown, Prichard,

Alabama 36610; 810 Sgt. Harrison Brown, Prichard, Alabama 36610; 811 Sgt. Harrison Brown,

Prichard, Alabama 36610; 812 Sgt. Harrison Brown, Prichard, Alabama 36610; 814 Sgt.

Harrison Brown, Prichard, Alabama 36610; 818 Sgt. Harrison Brown, Prichard, Alabama 36610;

820 Sgt. Harrison Brown, Prichard, Alabama 36610; 821 Sgt. Harrison Brown, Prichard,

Alabama 36610; 823 Sgt. Harrison Brown, Prichard, Alabama 36610; 824 Sgt. Harrison Brown,

Prichard, Alabama 36610; 825 Sgt. Harrison Brown, Prichard, Alabama 36610; and 826 Sgt.

Harrison Brown, Prichard, Alabama 36610.  Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

1118.  Plaintiff, Mark Anglada is a resident of Mississippi and owns real property located

at 20 Kaylen Drive, Perkinston, Mississippi 39573.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1119.  Plaintiff, Amanda Fayard is a resident of Mississippi and owns real property

located at 3095 Beaugez Street, D'Iberville, Mississippi 39540.  Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1120.  Plaintiff, Allen Young, Riverbend Condominiums, Inc., is a resident of Mississippi and owns real property located at Unit 13, 1625 Martin Bluff Road, Gautier, Mississippi 39553.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1121.  Plaintiff, Michael Cabrera, Riverbend Condominiums, Inc., is a resident of Mississippi and owns real property located at Unit 17, 1625 Martin Bluff Road, Gautier, Mississippi 39553.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1122.  Plaintiff, James Byers, Riverbend Condominiums, Inc., is a resident of Mississippi and owns real property located at Unit 63, 1625 Martin Bluff Road, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1123.  Plaintiff, Acadia II Condo, c/o Russell Foti, President owns real property located at 1906 Clubhouse Drive, Sun City, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1124.  Plaintiffs, Anthony Aceto and Ida Manevich are residents of Florida and together own real property located at 201 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

209

accompanying this complaint which are incorporated herein by reference.

1125.  Plaintiff, Amparo Acosta is a resident of Florida and owns real property located at 9596 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1126.  Plaintiffs, John and Andrea Adams are residents of Florida and together own real property located at 10642 SW Gingermill Drive, Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1127.  Plaintiffs, Jesue and Amy Adaniel are residents of Florida and together own real property located at 9709 Cobblestone Creek Drive, Boynton Beach, Florida 33437.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1128.   Plaintiffs, David and Perlene Adhin are residents of Florida and together own real property located at 634 SW Millard Drive, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1129.  Plaintiffs, Edgar and Rita Alford are residents of Florida and together own real property located at 2104 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1130.  Plaintiffs, Sean and Katie Andrade are residents of Florida and together own real

property located at 1730 SW 81 Way, North, Lauderdale, Florida 33068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1131.  Plaintiffs, Grant and Patricia Andreason are residents of Minnesota and together own real property located at 313 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1132.  Plaintiffs, Maikel and Karen Anise are residents of Florida and together own real property located at 9661 Cobblestone Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1133.  Plaintiffs, Barry and Marilyn Antoni are residents of Florida and together own real property located at 902 S.W. 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1134.  Plaintiffs, Miguel and Jacqueline Areces are residents of Florida and together own real property located at 5300 Seagrape Drive, Ft. Pierce, Florida 34982.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1135.  Plaintiffs, Lee and Maureen Arnold are residents of Florida and together own real property located at 1045 Fish Hook Cove, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

211

this complaint which are incorporated herein by reference.

1136.  Plaintiffs, Jerry and Susan Auger are residents of Canada and together own real property located at 507 Rimini Vista Way, Sun City Center, Florida 33575.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1137.  Plaintiff, Mazen Awadallah is a resident of Florida and owns real property located at 8289 Emerald Avenue, Parkland, Florida 33076 and 9650 Eden Manor, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1138.  Plaintiffs, Alan and Dena Baggiero are residents of Florida and together own real property located at 9601 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1139.  Plaintiffs, Robert and Anne Bailey are residents of Ohio and together own real property located at 1433 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1140.  Plaintiff, Vickie Bailey is a resident of Florida and owns real property located at 875 S.W. 147th Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1141.  Plaintiff, Mildred Ballard is a resident of Florida and owns real property located at

1437 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1142.  Plaintiff, Leo Battista, c/o Louis Battista is a resident of Florida and owns real property located at 9001 Sunrise Lakes Blvd., 311, Sunrise, Florida 33322.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1143.  Plaintiff, Luydmila Belson is a resident of Illinois and owns real property located at 198 Medici Terrace, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1144.  Plaintiff, Paul Benesch is a resident of New York and owns real property located at 1927 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1145.  Plaintiffs, John F. and Mary Bennett are residents of Florida and together own real property located at 1490 SE 15th Street, Unit 102, Ft. Lauderdale, Florida 33316.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1146.  Plaintiffs, Dale and Jane Berra and Henry and Nancy Woodruff are residents of New Jersey and together own real property located at 310 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth

in the schedules accompanying this complaint which are incorporated herein by reference.

1147.  Plaintiffs, Beresford and Theresa Bertram are residents of Florida and together own real property located at 1707 S.W. 81 Way, North Lauderdale, Florida 33068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1148.  Plaintiffs, Martin and Erika Beverly are residents of Florida and together own real property located at 803 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1149.  Plaintiffs, Scott and Mary Birnbaum are residents of California and together own real property located at 7280 Wisteria Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1150.  Plaintiff, Theresa Bo is a resident of Florida and owns real property located at 1209 Peterborough Circle, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1151.  Plaintiffs, Scott and Cheryl Bobrow are residents of Florida and together own real property located at 7217 Wisteria Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1152.  Plaintiffs, Kenneth and Victoria Boersma are residents of Florida and together

214

own real property located at 9664 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1153.   Plaintiffs, Keith and Allison Boham are residents of Florida and together own real property located at 5911 Yucca Drive, Ft. Pierce, Florida 34982.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1154.   Plaintiffs, Prakash R. and Rupa Bontu are residents of Iowa and together own real property located at 809 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1155.   Plaintiff, Agnes Bordy is a resident of Florida and owns real property located at 329 Cipriana Way, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1156.   Plaintiff, Ivan Borodiak is a resident of Florida and owns real property located at 9547 Cinnamon Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1157.   Plaintiff, Rose Brandolino is a resident of Georgia and owns real property located at 21 SE 3 Avenue, Hallandale, Florida 33009.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

1158.  Plaintiffs, Michael and Ilana Braun are residents of Florida and together own real property located at 9561 Kenley Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1159.  Plaintiff, Matthew Brereton is a resident of Florida and owns real property located at 1436 NE 34th Street, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1160.  Plaintiff, Hopeton Briscoe is a resident of Florida and owns real property located at 8186 Emerald Place, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1161.  Plaintiffs, Carl and Stacey Brogdon are residents of Florida and together own real property located at 7240 Lemon Grass Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1162.  Plaintiffs, Gerald E. and Betty J. Brynn are residents of Florida and together own real property located at 511 Rimini Vista Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1163.  Plaintiff, Robert E. Burns is a resident of Florida and owns real property located at

216

12352 NW 80th Place, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1164.  Plaintiffs, James and Janie Burt are residents of Florida and together own real property located at 2035 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1165.  Plaintiffs, Jaime Bustamante and Lynda Guzman are residents of Florida and together own real property located at 8050 N.W. 126 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1166.  Plaintiff, Talishia Caballero is a resident of Florida and owns real property located at 1141 SW Heather Street, Port St. Lucie, Florida 34983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1167.  Plaintiff, Michael Camp (Toral) is a resident of Florida and owns real property located at 3817 SW Sabatini Street, Port St. Lucie, Florida.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1168.  Plaintiffs, Patsy and Maureen Campola are residents of Florida and together own real property located at 9607 Cinnamon Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

217

accompanying this complaint which are incorporated herein by reference.

1169. Plaintiffs, Michael and Enny Cannestor are residents of Florida and together own real property located at 17893 71st Lane North, Loxahatchee, Florida 33470. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1170. Plaintiff, Edith Capizola is a resident of Florida and owns real property located at 313 Cipriani Way, North Venice, Florida 34275. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1171. Plaintiffs, Mark and Lisa Caputo are residents of Florida and together own real property located at 9528 Eden Manor, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1172. Plaintiffs, Albert and Lidelis Cardenas are residents of Florida and together own real property located at 14712 S.W. 5th Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1173. Plaintiff, Jack Carter, Jr. is a resident of Massachusetts and owns real property located at 318 Cipriani Way, North Venice, Florida 34275. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1174. Plaintiffs, Leanard and Cheryl Caruso are residents of Florida and together own

218

real property located at 334 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1175.  Plaintiffs, Pete and Annett Catalano are residents of Florida and together own real property located at 1458 SW Goodman Ave., Port St. Lucie, Florida 34952.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1176.  Plaintiffs, Fernando Cerna and Cristina Jones-Cerna are residents of Florida and together own real property located at 33 SE 3 Ave., Hallandale, Florida 33009.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1177.  Plaintiffs, Jairaj and Taijrance Chanderdat are residents of Florida and together own real property located at 4070 SW Newport Circle, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1178.  Plaintiffs, David C. and Mary Cheeran are residents of New York and together own real property located at 1406 Emerald Dunes Drive, Sun City Center, Florida 33573 and 987 Fish Hook Cove, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1179.  Plaintiffs, Zopito and Palma Chiarelli are residents of Florida and together own real property located at 7997 NW 126 Terrace, Parkland, Florida 33076 and 12305 NW 81st

219

Street, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1180.  Plaintiffs, Quinn and Cheri Child are residents of Texas and together own real property located at 1403 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1181.  Plaintiffs, Ray Chladny and Debbie Stafford (Toral) are residents of Florida and together own real property located at 691 SW Estate Ave., Port St. Lucie, Florida 34952.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1182.  Plaintiffs, Firdie and Deyse Christian are residents of Florida and together own real property located at 9480 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1183.  Plaintiff, Jerry Cianfrini is a resident of Florida and owns real property located at 9608 Kenley Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1184.  Plaintiff, Theodore Cintula is a resident of Florida and owns real property located at 2212 Siefield Greens Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1185.  Plaintiffs, Richard W. Claybaker and Judith D. Klingsick are residents of Florida and together own real property located at 106 Medici Court, North Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1186.  Plaintiffs, Jon and Sondra Cooper are residents of Florida and together own real property located at 6980 Long Leaf Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1187.  Plaintiffs, Menashe and Robin Corcos are residents of Florida and together own real property located at 8182 NW 124th Terrace,  Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1188.  Plaintiffs, Jose and Maria Costoya are residents of Florida and together own real property located at 12260 NW 68 Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1189.  Plaintiffs, Dawn and Scott Crawford are residents of Indiana and together own real property located at 3228 NE 4 Street, Pompano Beach, Florida 33062.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1190.  Plaintiffs, Javier Cuellar and Laura Echeverri are residents of Florida and together

own real property located at 7667 N.W. 127 Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1191.  Plaintiffs, Thomas and Delcie Cullin are residents of Florida and together own real properties located at 9630 Eden Manor, Parkland, Florida 33076 and 9558 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1192.  Plaintiff, Jean Cunningham is a resident of Florida and owns real property located at 2933 NW 25 Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1193.  Plaintiffs, John and Pamela D'Ambrosio are residents of Florida and together own real property located at 338 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1194.  Plaintiffs, Denny and Tammy Darmodihardjo are residents of Georgia and together own real property located at 7086 Spyglass Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1195.  Plaintiffs, Michael Davis and Paul Santagata are residents of Florida and together own real property located at 12500 N.W. 79 Manor, Parkland, Florida 33076.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1196.  Plaintiff, Rob Defusco is a resident of Florida and owns real property located at 12460 N.W. 83 Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1197.  Plaintiffs, Erik and Elizabeth Deitsch are residents of Florida and together own real property located at 8040 NW 124 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1198.  Plaintiff, Pamela Delpapa is a resident of Florida and owns real property located at 98 Stoney Drive, Palm Beach Gardens, Florida 33410.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1199.  Plaintiffs, Angelo and Bianca DePompa are residents of Florida and together own real property located at 10930 NW 15 Court, Pembroke Pines, Florida 33026.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1200.  Plaintiff, Marie Desrosiers is a resident of Florida and owns real property located at 17 SE 3 Avenue, Hallandale Beach, Florida 33009.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1201.  Plaintiff, Dew Five, LLC, c/o Richard & Gilda Podber, owns real property located at 8170 NW 124th Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1202.  Plaintiff, Shabbir Dharamsey is a resident of Florida and owns real property located at 6830 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1203.  Plaintiffs, Alfa Diallo and Karla Molero are residents of Florida and together own real property located at 7300 Wisteria Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1204.  Plaintiffs, David Dion and Eunice Parks are residents of Florida and together own real property located at 9781 Cobblestone Creek, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1205.  Plaintiffs, Barnaby and Martina Donlon are residents of New York and together own real property located at 210 Bella Vista Terrace, Unit C, North Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1206.  Plaintiffs, Mark and Katherine Dontje (Toral) are residents of Florida and together own real property located at 3605 NW 3 Street, Cape Coral, Florida 33993.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1207.  Plaintiffs, Vincent and Mary Doria are residents of Florida and together own real property located at 10633 Camarella Circle, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1208.  Plaintiffs, D.J. and Andrea Dowling are residents of Florida and together own real property located at 12388 N.W. 80 Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1209.  Plaintiff, Jean Dunbar is a resident of Florida and owns real property located at 2037 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1210.  Plaintiffs, Jean Duval and Marie Jacquet are residents of Florida and together own real property located at 11164 NW 77th Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1211.  Plaintiff, Eileen Dye (Toral) is a resident of Florida and owns real property located at 680 SW Jeanne, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1212.  Plaintiff, Cecile Edwards is a resident of Florida and owns real property located at 1006 Bristol Greens Court, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1213.  Plaintiffs, Roger and Salley Effron are residents of Ohio and together own real property located at 293 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1214.  Plaintiffs, Scott and Jilea Eisenfelder are residents of Florida and together own real property located at 9341 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1215.  Plaintiff, Rogert Elliott (Toral) is a resident of Florida and owns real property located at 2003 SW Laredo Street, Stuart, Florida.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1216.  Plaintiff, Mikel Elorriaga is a resident of Florida and owns real property located at 6863 Lost Garden Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1217.  Plaintiffs, James and Constance Enyart are residents of Florida and together own real property located at 1408 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1218.  Plaintiff, Nasim Esmail is a resident of Canada and owns real property located at 9642 Clemmons Street, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1219.  Plaintiffs, Joseph and Fabiola Espinal are residents of Florida and together own real property located at 12335 NW 80th Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1220.  Plaintiffs, Julio and Evangelina Espino are residents of Florida and together own real property located at 1032 NW Leonard Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1221.  Plaintiffs, Barry and Jean Estadt are residents of Florida and together own real property located at 529 Rimini Vista Way, Sun City Center, Florida 33571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1222.  Plaintiff, Cynthia Kay Evans is a resident of Illinois and owns real property located at 7992 NW 125th Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1223.  Plaintiffs, Fred and Irene Faber are residents of Florida and together own real property located at 12540 N.W. 83 Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1224.  Plaintiffs, Kenneth and Maureen Falke are residents of Virginia and together own real property located at 3224 NE 4th Street, Pompano Beach, Florida 33062.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1225.  Plaintiffs, Deborah Fechik and Edwin Stacker are residents of Florida and together own real property located at 8158 NW 124 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1226.  Plaintiffs, Fifteen B's, LC, Isaac Bruce, Carl Santangelo are residents of Florida and together own real property located at 9584 Ginger Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1227.  Plaintiffs, Norman and Andres Fisher are residents of Illinois and together own real property located at 8935 Oakland Hills Drive, Delray Beach, Florida 33446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1228.  Plaintiffs, Barbara C. Flanagan and John Bowman are residents of New York and together own real property located at 210 Bella Vista Terrace, Unit 30, North Venice, Florida

34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1229.  Plaintiffs, Leroy and Bernadette Floyd and Allen and Amisa Fordham are residents of Florida and together own real property located at 925 S.W. 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1230.  Plaintiffs, Berenise and Sherley Frais and Jonah Frais are residents of Florida and together own real property located at 137 S.E. 16 Terrace, Cape Coral, Florida 33990.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1231.  Plaintiffs, David and Catherine Frank are residents of Florida and together own real property located at 826 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1232.  Plaintiffs, Earl and Gywnn Gall are residents of Wisconsin and together own real property located at 2122 Sifeild Greens Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1233.  Plaintiff, Louis Gallo is a resident of Florida and owns real property located at 9630 Eden Manor, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

1234.  Plaintiffs, Sterling and Jean Gareave are residents of Illinois and together own real property located at 8099 Emerald Ave., Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1235.  Plaintiff, Charles Gatto is a resident of Florida and owns real property located at 273 Swan Lane, Jupiter, Florida 33458.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1236.  Plaintiffs, Peter and Tracy Gaynor and Lillian Ackerman are residents of Florida and together own real property located at 6860 Long Loaf Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1237.  Plaintiffs, Domenic and Darlene Gesualdo are residents of Connecticut and together own real property located at 3232 N.E. 4 Street, Pompano Beach, Florida 33062.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1238.  Plaintiffs, Bageshri and Dilip Ghate are residents of Virginia and together own real property located at 9490 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1239.  Plaintiff, Thomas J. Gillespie is a resident of Ohio and owns real property located

230

at 1035 Fish Hook Cove, Bradenton, Florida 34212.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1240.  Plaintiffs, Brian and Carina Gilligan are residents of Florida and together own real property located at 310 Cipriani Way, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1241.  Plaintiffs, Leory and Virginia Glaum are residents of Florida and together own real property located at 1405 Emerald Dunes Drive, #32, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1242.  Plaintiff, Brad Glick is a resident of Florida and owns real property located at 6955 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1243.  Plaintiffs, David and Joan Glicksman are residents of Florida and together own real property located at 3236 N.E. 4 Street, Pompano Beach, Florida 33062.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1244.  Plaintiff, Peter V. Gobos is a resident of Florida and owns real property located at 9607 Exbury Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

1245.  Plaintiffs, John Goldblum and Asmita Shirali are residents of Ohio and together own real property located at 9707 Cinnamon Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1246.  Plaintiffs, Marh and Nina Goldstein are residents of Florida and together own real property located at 8040 NW 124th Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1247.  Plaintiffs, Reinaldo and Kariana Gonzalez are residents of Florida and together own real property located at 8206 NW 124th Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1248.  Plaintiffs, Richard and Jane Goodus are residents of Florida and together own real property located at 1412 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1249.  Plaintiffs, Renganathan and Induleisha Gopal are residents of Florida and together own real property located at 6965 Long Leaf Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1250.  Plaintiff, RoseMarie Gordon is a resident of Florida and owns real property

located at 960 S.W. 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1251.  Plaintiffs, Douglas Gottung and Dolores Florio are residents of New Jersey and together own real property located at 10360 SW Stephanie Way, Unit #204, Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1252.  Plaintiff, Beatriz Grajales is a resident of Florida and owns real property located at 17894 Monte Vista Drive, Boca Raton, Florida 33497.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1253.  Plaintiffs, Jason and Susan Greenberg are residents of Florida and together own real property located at 8278 NW 124th Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1254.  Plaintiffs, Robert and Barbera Greenberg are residents of Florida and together own real property located at 330 Meste Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1255.  Plaintiff, Charles Greenblott is a resident of New York and owns real property located at 2021 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiff is participating as

a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1256.  Plaintiffs, Joe and Janet Grote, Danielle K and Julia Ruth Grote are residents of Florida and together own real property located at 9656 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1257.  Plaintiffs, Nelson Guerrero and Gretty Mendoza are residents of Florida and together own real property located at 8239 NW 124th Terrace, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1258.  Plaintiff, Phillip Haiman is a resident of Florida and owns real property located at 10020 Mandarin Street, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1259.  Plaintiffs, Kuldeep and Karuna Hajela are residents of Florida and together own real property located at 12320 N.W. 81 Street, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1260.  Plaintiff, George Harrison is a resident of Florida and owns real property located at 6052 NW 116 Drive, Coral Springs, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1261.  Plaintiffs, Sundaram and Jeeva Harikrishnan are residents of Ohio and together own real property located at 542 Rimini Vista Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1262.  Plaintiffs, Gary Heckman and Katherine Hall are residents of Florida and together own real property located at 1041 Fish Hook Circle, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1263.  Plaintiffs, James and Barbara Heller are residents of Ohio and together own real property located at 839 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1264.  Plaintiffs, Christopher and Zivile Helmkamp are residents of Texas and together own real property located at 306 Mestre Place, North Venice, Florida 32475.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1265.  Plaintiffs, Ken Herbert and Margot Foglia are residents of New York and together own real property located at 822 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1266.  Plaintiffs, Larry and JeAnne Hertel are residents of Florida and together own real

property located at 12741 Kentwood Ave., Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1267.  Plaintiffs, Brian and Meena Hierholzer are residents of Florida and together own real property located at 8101 Emerald Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1268.  Plaintiffs, Marvin and Dorecia Hoffman are residents of New York and together own real property located at 948 Leonardo Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1269.  Plaintiffs, Rober J. and Joanne Hogan are residents of Florida and together own real property located at 2756 E. Marcia Street, Inverness, Florida 34453.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1270.  Plaintiffs, Adam and Marilyn Horvit are residents of Florida and together own real property located at 9537 Kenley Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1271.  Plaintiffs, Agnes Howard and John Terril are residents of Florida and together own real property located at 1490 SE 15th Street, #201, Fort Lauderdale, Florida 33316. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

1272.  Plaintiff, Evelyn Howard is a resident of Florida and owns real property located at 9481 Eden Manor, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1273.  Plaintiffs, Ronald and Florence Iannazzi are residents of Florida and together own real property located at 813 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1274.  Plaintiffs, John and Luella Inglis are residents of Florida and together own real property located at 4100 Abington Woods Circle, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1275.  Plaintiffs, Welcemen and Kathleen Jeannot are residents of Florida and together own real property located at 8290 NW 124th Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1276.  Plaintiffs, Michael and Janet Johnson are residents of Florida and together own real property located at 189 Medici Terrace, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1277.  Plaintiff, Victoria Johnston is a resident of Florida and owns real property located

237

at 8242 N.W. 124 Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1278.  Plaintiff, Gail Jones is a resident of Florida and owns real property located at 7281

Lemon Grass Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

1279.  Plaintiffs, Roosevelt Jones and Barbara Green are residents of Florida and together

own real property located at 1420 Emerald Dunes Drive, Sun City Center, Florida 33573.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

1280.  Plaintiffs, Anthony and Philomin Josephson are residents of Florida and together

own real property located at 333 Cipriani Way, North Venice, Florida 34275.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1281.  Plaintiffs, Arthur and Michelle Kapit are residents of Florida and together own

real property located at 7250 Lemon Grass Drive, Parkland, Florida 33076.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1282.  Plaintiffs, Peter and Donna Karl are residents of Connecticut and together own

real property located at 302 Cipriani Way, Venice, Florida 34275.  Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1283.  Plaintiffs, Paul and Melody Kasl are residents of Michigan and together own real property located at 828 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1284.  Plaintiffs, Jeffrey M. and Linda F. Kaufman are residents of Florida and together own real property located at 9782 Clemmons Street, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1285.  Plaintiffs, Charles and Helen Kim are residents of Virginia and together own real property located at 991 Fish Hook Cove, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1286.  Plaintiffs, Jennifer J. Kim and Phil Won Suh are residents of Florida and together own real property located at 949 S.W. 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1287.  Plaintiff, Yoshi Kirsch is a resident of Florida and owns real property located at 2200 NE 22nd Terrace, Ft. Lauderdale, Florida 33305.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1288.  Plaintiff, Luther David Knock is a resident of Florida and owns real property

239

located at 1410 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1289.  Plaintiffs, Michael and Judith Kovacs are residents of New Jersey and together own real property located at 341 Cipriani Way, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1290.  Plaintiffs, John and Linda Kranstover are residents of Florida and together own real property located at 6852 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1291.  Plaintiff, Lee Kraut is a resident of Florida and owns real property located at 8219 N.W. 12 Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1292.  Plaintiffs, Holly and Douglas Krulik are residents of Florida and together own real property located at 12400 NW 81st Street, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1293.  Plaintiffs, Larry and Robin Kupfer are residents of Florida and together own real property located at 9668 Ginger Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1294.  Plaintiffs, Marius and Wendy La Fleur are residents of Florida and together own real property located at 924 S.W. 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1295.  Plaintiff, Lucien Laguerre is a resident of Florida and owns real property located at 9679 Clemmons Street, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1296.  Plaintiffs, Gerard and Karen Lahn are residents of Florida and together own real property located at 233 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1297.  Plaintiffs, Frank and Romy Lalama are residents of Florida and together own real property located at 9924 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1298.  Plaintiff, Ori Lapidot is a resident of Florida and owns real property located at 9977 Rosewood Street, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1299.  Plaintiffs, Julio and Carmen LaSalle are residents of Florida and together own real

property located at 14704 S.W. 5 Street, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1300.  Plaintiff, Kathleen Leslie is a resident of Florida and owns real property located at 13 SE 3 Avenue, Hallandale, Florida 33009.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1301.  Plaintiff, Michael Lessick is a resident of New Jersey and owns real property located at 314 Mestre Place, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1302.  Plaintiffs, Daniel and Tamara Levine and Joie D. and Landon D. Levine are residents of Florida and together own real property located at 12540 N.W. 79 Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1303.  Plaintiffs, Kenneth and Lynn Levy are residents of Florida and together own real property located at 7390 Wisteria Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1304.  Plaintiff, Eloise Lewis is a resident of Florida and owns real property located at 817 King Leon Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1305. Plaintiffs, Matthew and Delores Lief are residents of Florida and together own real property located at 7300 Lemon Grass Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1306. Plaintiff, Kenneth Lightle is a resident of Florida and owns real property located at 1407 Emerald Dunes Drive, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1307. Plaintiffs, George and Percy Lim are residents of Florida and together own real property located at 7301 Lemon Grass Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1308. Plaintiffs, Patricia Lippold and Janet Hibbs are residents of Florida and together own real property located at 2214 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1309. Plaintiffs, Richard Lizotte and Ronald Robichaux, Jr. are residents of Florida and together own real properties located at 2120 Sifield Greens Way, Sun City Center, Florida 33573 and 2124 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

243

complaint which are incorporated herein by reference.

1310.  Plaintiffs, Richard and Susan Lizotte are residents of Florida and together own real properties located at 1409 Emerald Dunes Drive, Sun City Center, Florida 33573 and 1439 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1311.  Plaintiffs, Javiel and Natiai Lopez are residents of Florida and together own real property located at 805 SW 147 Terrace, Doral, Florida 33028.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1312.  Plaintiffs, Jose Juan Lopez and Carmen Monsalve are residents of Florida and together own real property located at 839 S.W. 147 Terrace, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1313.  Plaintiffs, Talut Lowe, Linton and Mercedes Lowe, Daniel Lowe, and Arran Lowe are residents of Florida and together own real property located at 2594 Sawgrass Lake Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1314.  Plaintiff, Lumare Properties, c/o Mauricio Reyes Henao, owns real property located at 3301 NE 183rd Street, Unit 2005, Aventura, Florida 33160.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1315.  Plaintiff, Richard Lynch is a resident of Florida and owns real property located at 7400 Wisteria Ave,. Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1316.  Plaintiffs, Williams Bicelis Machado and Franyelina Lopez are residents of Florida and together own real property located at 14721 S.W. 6th Street, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1317.  Plaintiff, Maria Elaine Magpantry is a resident of Florida and owns real property located at 704 SW 147th Avenue, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1318.  Plaintiffs, Robert and Lorraine Mancuso are residents of Pennsylvania and together own real property located at 812 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1319.  Plaintiff, Katherine Marcario is a resident of Florida and owns real property located at 1008 Bristol Greens Court, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1320.  Plaintiffs, Brian and Nancy Markowitz are residents of Florida and together own

real property located at 7245 Lemon Grass Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1321.  Plaintiffs, Robert and Acela Martin are residents of Florida and together own real property located at 9596 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1322.  Plaintiff, Amy Yorelle Hrouch Massachi is a resident of Florida and owns real property located at 9702 Clemmons Street, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1323.  Plaintiff, Adi Maya is a resident of Florida and owns real property located at 12337 NW 69th Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1324.  Plaintiffs, James and Carole McAuliffe are residents of Massachusetts and together own real property located at 322 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1325.  Plaintiffs, Terrance and Sandra McCarty are residents of Florida and together own real property located at 531 Rimini Vista Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

246

accompanying this complaint which are incorporated herein by reference.

1326.  Plaintiffs, Edward and Jeanette McCauley are residents of Wisconsin and together own real property located at 10635 Camarelle Circle, Ft. Myers, Florida 33193.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1327.  Plaintiffs, Douglas and Carolyn McCoy are residents of Virginia and together own real property located at 230 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1328.  Plaintiff, Edward McEneany is a resident of New Jersey and owns real property located at 1423 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1329.  Plaintiffs, David and Sharon McNitt are residents of Missouri and together own real property located at 9567 Cinnamon Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1330.  Plaintiffs, William and Claudette McPherson are residents of Florida and together own real property located at 9637 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1331.  Plaintiffs, Robert and Lynn Meyer are residents of Florida and together own real

property located at 41 SE 3 Avenue, Hallandale, Florida 33009.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1332.  Plaintiffs, David and Stephanie Miguelez are residents of Pennsylvania and together own real property located at 330 Cipriani Way, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1333.  Plaintiffs, Alan and Christine Miller are residents of Florida and together own real property located at 983 Fish Hook Cove, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1334.  Plaintiffs, Cesar and Monica Molina are residents of West Africa and together own real property located at 8194 N.W.124 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1335.  Plaintiff, Mary Catherine Moser is a resident of Florida and owns real property located at 1415 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1336.  Plaintiff, Dave Neste is a resident of Florida and owns real property located at 6474 NW Volucia Drive, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1337.  Plaintiffs, Balraj and Pushpa Nijhawan, c/o Pradeep Nijhawan, are residents of Indiana and together own real property located at 825 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1338.  Plaintiffs, James P. and Joan C. Norton are residents of Florida and together own real property located at 9451 Portside Terrace, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1339.  Plaintiffs, Gerald O'Neil and Jacqueline Brasch are residents of Florida and together own real property located at 818 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1340.  Plaintiff, Paul Onori (Toral) is a resident of Florida and owns real property located at 1561 SW Chari Avenue, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1341.  Plaintiff, Dario Orlando is a resident of Florida and owns real property located at 6641 NW 63 Court, Parkland, Florida 33067.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1342.  Plaintiff, Sonia Orjuela is a resident of Florida and owns real property located at

14726 SW 6 Street, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1343.  Plaintiffs, Steven and Jodi Ornstein are residents of Florida and together own real property located at 8126 N.W. 111 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1344.  Plaintiffs, Omar and Danielle Oropesa and Brandy and Olivia Oropesa are residents of Florida and together own real property located at 7220 Lemon Grass Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1345.  Plaintiffs, Amelia, Mark, Candace and Brianna Ortiz are residents of Florida and together own real property located at 9701 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1346.  Plaintiffs, Gary and Nicole Patterson and Sydney Patterson, Sean Patterson are residents of Florida and together own real property located at 3096 Juniper Lane Davie, Florida 33330.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1347.  Plaintiff, Scott A. Patterson is a resident of Georgia and owns real property located at 37 SE 3 Avenue, Hallandale, Florida 33009.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1348.  Plaintiffs, Michael and Erin Peloquin are residents of Texas and together own real property located at 12747 Kentwood Avenue, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1349.  Plaintiff, Samuel Perone is a resident of Florida and owns real property located at 7261 Lemon Grass Drive, Parkland, Florida 33076 and 7063 Lost Garden Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1350.  Plaintiff, Lisa Pike is a resident of Florida and owns real property located at 859 SW 147th Terrace, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1351.  Plaintiffs, Valentin and Nadezha Plushko are residents of Florida and together own real property located at 9881 Sundance Court, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1352.  Plaintiffs, Daniel and Donna Poliseo are residents of Florida and together own real property located at 12399 N.W. 80 Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

251

complaint which are incorporated herein by reference.

1353.  Plaintiff, Portsmith Condo Association, c/o Kenneth Hinkley President, owns real property located at 2020 Clubhouse Drive, Sun City, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1354.  Plaintiffs, Norberto and Belgica Pratts are residents of Florida and together own real property located at 14701 SW 6th Street, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1355.  Plaintiffs, Robert and Edith Price are residents of Florida and together own real property located at 510 Rimini Vista Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1356.  Plaintiffs, Jorge and Jennifer Prieto are residents of Florida and together own real property located at 821 SW 147 Terrace, Pembroke Pines, Florida 33029.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1357.  Plaintiffs, John and Kanre Provenzano are residents of Florida and together own real property located at 3935 NE 22 Place, Cape Coral, Florida 33904.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1358.   Plaintiffs, Calman and Charleen Pruscha are residents of South Carolina and

together own real property located at 1419 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1359.   Plaintiff, Joseph Raio is a resident of Florida and owns real property 3216 NE 4th Street, Pompano Beach, Florida 33062.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1360.   Plaintiff, Carlos Ravelo is a resident of Florida and owns real property located at 705 SW 147th Avenue, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1361.   Plaintiffs, Evelyn Reyes and Viera Lazara are residents of Florida and together own real property located at 7952 NW 107 Court, Doral, Florida 33178.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1362.   Plaintiffs, John and Patricia Richards are residents of Florida and together own real property located at 811 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1363.   Plaintiffs, Frank and Christina Rizzo are residents of Florida and together own real property located at 8020 NW 126th Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1364.   Plaintiff, Velda Roberts is a resident of Florida and owns real property located at 2035 Sifield Greens Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1365.   Plaintiff, Ronald Robichaux, Jr. is a resident of Florida and owns real properties located at 1416 Emerald Dunes Drive, Sun City Center, Florida 33573 and 1422 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1366.   Plaintiffs, Jorge A and Lizet Rodriguez are residents of Florida and together own real property located at 802 SW 146 Terrace, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1367.   Plaintiffs, Ira and Sherri Rojhani are residents of Florida and together own real property located at 8269 NW 124th Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1368.   Plaintiff, Doug Romain is a resident of Florida and owns real property located at 10846 SW Meeting Street, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1369.   Plaintiff, Rita Romano is a resident of Florida and owns real property located at 1417 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1370.   Plaintiff, Frank Rooney is a resident of the United Kingdom and owns real property located at 326 Cipriani Way, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1371.   Plaintiff, Michael Rose is a resident of Pennsylvania and owns real property located at 185 Medici Terrace, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1372.   Plaintiffs, Robert and Natalie Ross are residents of New Jersey and together own real property located at 1418 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1373.   Plaintiffs, Richard Rubenstein and Cathy Stubins are residents of Florida and together own real property located at 6905 Long Leaf Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1374.   Plaintiffs, Laurence and Helen Rubin are residents of New York and together own real property located at 9965 Cobblestone Creek Drive, Boynton Beach, Florida 33472.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1375.   Plaintiffs, Vincent and Diana Ruiz are residents of Florida and together own real property located at 12351 NW 80 Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1376.   Plaintiffs, Ian and Irvia Russinoff are residents of Florida and together own real property located at 14300 Riva Del Lago Drive, Apt. #702-N, Fort Myers, Florida 33907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1377.   Plaintiffs, Frank and Lisa Ryan are residents of Florida and together own real property located at 8010 NW 126 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1378.   Plaintiffs, Keith and Linda San Filippo are residents of Florida and together own real property located at 3208 NE 4 Street, Pompano, Florida 33062.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1379.   Plaintiffs, Clyde and Pauline Schafer are residents of Florida and together own real property located at 814 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1380.   Plaintiff, Gerd Schmitt (Trust) is a resident of Florida and owns real property located at 504 Rimini Vista Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1381.   Plaintiffs, Gary and Maryann Schultheis are residents of Georgia and together own real property located at 12316 NW 80th Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1382.   Plaintiffs, Stephen and Barbara Seall are residents of Florida and together own real property located at 245 Martellago Drive, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1383.   Plaintiffs, Brian and Shannon Sexton are residents of Florida and together own real property located at 5361 Southwind Trail, Ft. Pierce, Florida 34951.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1384.   Plaintiffs, Sudheer and Charu Shirali c/o Canton Pediatrics, Inc. together own real properties located at 7270 Lemon Grass Drive, Parkland, Florida 33075; 6878 Long Leaf Drive, Parkland, Florida 33076; and 9401 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1385.   Plaintiffs, William and Sandra Siegel are residents of Florida and together own

real property located at 3220 NE 4 Street, Pompano Beach, Florida 33062.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1386.   Plaintiffs, James and Cheryl Silverblatt are residents of Florida and together own real property located at 194 Medici Terrace, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1387.   Plaintiffs, Luis and Melissa Silvestre are residents of Florida and together own real property located at 711 SW 147th Avenue, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1388.   Plaintiffs, Robert and Suzanne Sisk are residents of Florida and together own real property located at 521 Rimini Vista Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1389.   Plaintiffs, Mark J. Smietana and Laruel Rugiano are residents of Florida and together own real property located at 8106 NW 111th Terrace, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1390.   Plaintiffs, Donald and Winsome Smith are residents of Florida and together own real property located at 9581 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

1391.   Plaintiffs, Daniel and Grace Solomon are residents of Florida and together own real property located at 9813 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1392.   Plaintiff, Shirley Sontheimer is a resident of Florida and owns real property located at 1421 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1393.   Plaintiffs, Gustavo and Maria SoSa are residents of Florida and together own real property located at 14728 SW 5th Street, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1394.   Plaintiffs, Frank and Maria Soska are residents of Florida and together own real property located at 1490 SE 15 Street, Unit D, Ft. Lauderdale, Florida 33316.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1395.   Plaintiffs, Joseph and Mary Spallina are residents of Florida and together own real property located at 317 Cipriana Way, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1396.   Plaintiffs, John and Rita Spangler are residents of Pennsylvania and together own

real property located at 21 Bella Vista Terrace, Unit A, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1397.   Plaintiff, Jacqueline Sposa is a resident of Connecticut and owns real property located at 10639 Camarelle Circle, Ft. Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1398.   Plaintiffs, Robert and Melissa Squiccirini are residents of Florida and together own real property located at 7970 NW 126 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1399.   Plaintiff, Chester Stewart is a resident of Connecticut and owns real property located at 6848 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1400.   Plaintiffs, Allen and June Stringer are residents of Florida and together own real property located at 306 Cipriani Way, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1401.   Plaintiff, John Szirovatka is a resident of Connecticut and owns real property located at 8016 NW 124 Terrace, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1402.   Plaintiffs, Guy and Dorothy Tann are residents of Florida and together own real property located at 5370 NW Nekoma Street, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1403.   Plaintiffs, Craig and Carol Thomas are residents of Illinois and together own real property located at 10647 Camarelle Circle, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1404.   Plaintiffs, Pete and Sharon Tiano are residents of Florida and together own real property located at 6850 Julia Gardens Drive, Coconut Creek, Florida 33073.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1405.   Plaintiffs, Frank and Laura Timberlake are residents of Florida and together own real property located at 716 SW 147th Avenue, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1406.   Plaintiffs, Eric Tobin and Beth Sorenson are residents of Florida and together own real property located at 8102 NW 125 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1407.   Plaintiff, Toscana II at Renaissance, Inc. c/o James Enyart, President owns real

property located at 409 E. College Avenue, Ruskin, Florida 33570.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1408.   Plaintiffs, Rodney and Sheila Troutman are residents of Florida and together own real property located at 336 Siena Vista Place, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1409.   Plaintiffs, Chris and Kelly Trump are residents of Florida and together own real property located at 937 SW 147 Terrace, Pembroke Pines, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1410.   Plaintiffs, David and Donna Valentine are residents of Ohio and together own real property located at 346 Mestre Place, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1411.   Plaintiff, Claudia Vasquez is a resident of Florida and owns real property located at 702 SW 147 Avenue, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1412.   Plaintiff, Sal Ventimiglia is a resident of New York and owns real property located at 9597 Cinnamon Court, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1413.   Plaintiffs, Jose and Valerie Verger are residents of Florida and together own real property located at 9541 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1414.   Plaintiff, Lilia Villarama is a resident of Florida and owns real property located at 202 Medici Terrace, North Venice, Florida 36367.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1415.   Plaintiff, Vilma Virella is a resident of Florida and owns real property located at 12294 NW 80 Place, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1416.   Plaintiffs, Richard and Rebecca Vollrath are residents of Florida and together own real property located at 319 Siena Vista Place, Unit 271, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1417.   Plaintiff, Darryl Weiner is a resident of Florida and owns real property located at 6890 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1418.   Plaintiffs, Lawrence and Susan Wengel are residents of California and together

own real property located at 342 Cipriani Way, North Venice, Florida 34275.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1419.   Plaintiff, Wilbar Investments, LLC, Dean Barnett, President owns real property located at 9420 Eden Manor, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1420.   Plaintiffs, Paul and Joann Wilkinson are residents of Illinois and together own real property located at 1401 Emerald Dunes Drive, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1421.   Plaintiffs, John and Lori Willis are residents of Florida and together own real property located at 12334 NW 80 Place, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1422.   Plaintiff, Michael Witteveen is a resident of Indiana and owns real property located at 831 King Leon Way, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1423.   Plaintiff, Thomas Wojciechowski is a resident of Florida and owns real property located at 1490 SE 15th Street, #202, Fort Lauderdale, Florida 33316.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1424.   Plaintiff, Henry Woodruff is a resident of Colorado and owns real property located at 310 Mestre Place, North Venice, Florida 34275.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1425.   Plaintiff, Viola Wynter is a resident of Florida and owns real property located at 5813 NW Gerald Circle, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1426.   Plaintiff, Nina Kim is a resident of Florida and owns real property located at 15 SE 3rd Avenue, Hallandale, Florida 33009.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1427.   Plaintiff, Corinne Barreca is a resident of Louisiana and owns real property located at 302 E. Celestine Street, Chalmette, Louisiana 70043 and 304 E. Celestine Street, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1428. Plaintiffs, Antoine and Nicole Barreca are residents of Louisiana and together own real property located at 2102 A and B Muster Blvd., Chalmette, Louisiana 70043 and 3807 Jupiter Drive, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

1429.  Plaintiffs, Clarence and Marion Barrow are residents of Louisiana and together own real property located at 3170 St. Bernard Avenue, New Orleans, Louisiana 70119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1430.  Plaintiffs, Gregory and Jean Cordier are residents of Louisiana and together own real property located at 7441 Eastmore Road, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1431.  Plaintiffs, Dennis and Susan Cunningham are residents of Louisiana and together own real property located at 288 Penn Mill Lakes Blvd., Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1432.  Plaintiff, Charlotte Dejan is a resident of Louisiana and owns real property located at 4635 Evangeline Street, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1433.  Plaintiffs, Leroy and Ann Dejan are residents of Louisiana and together own real property located at 4624 Chantilly Drive, New Orleans, Louisiana 70127.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1434.  Plaintiff, Bernadette Galatas is a resident of Louisiana and owns real property

located at 255 Carriage Pines Lane, Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1435. Plaintiffs, Michael and Rhonda Gardette are residents of Louisiana and together own real property located at 276 Penn Mill Lakes, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1436. Plaintiffs, Herman and Deborah Gleason are residents of Louisiana and together own real property located at 329 Brighton Lane, Slidell, Louisiana 70458. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1437. Plaintiff, Linda Henderson is a resident of Louisiana and owns real property located at 70510 Fourth Street, Covington, Louisiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1438. Plaintiffs, C.W. and Margaret Lartigue are residents of Louisiana and together own real property located at 4305 Cleary Avenue, Metairie, Louisiana 70002. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1439. Plaintiffs, Lolly J. Leger and Leslie J. Hayden are residents of Louisiana and together own real property located at 70312 8th Street, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1440.  Plaintiff, Hiram Mason, individually and on behalf of his wife Shannon S. Mason, and their minor children, Bryce L. Mason, and Hiram L. Mason, Jr., is a resident of Louisiana and owns real property located at 2036 Heather Lane, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1441.  Plaintiffs, Olaf A. Olson and Wanda G. Olson individually and on behalf of their minor children, Coral Olson and Marina Olson are residents of Louisiana and together own real property located at 61880 Shady Pine Road, Lacombe, Louisiana 70445.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1442.  Plaintiffs, Charles and Marcia Petrey are residents of Louisiana and together own real property located at 4 Finch Lane, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1443.  Plaintiff, Jean Reese is a resident of Louisiana and owns real property located at 2348 Soult Street, Mandeville, Louisiana 70448.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1444.  Plaintiff, Sandra Roberson is a resident of Louisiana and owns real property located at 929 Flora Lane, Baton Rouge, Louisiana 70810.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1445.  Plaintiffs, Erwin and Karen Rome are residents of Louisiana and together own real property located at 619 Bellingrath Lane, Slidell, Louisiana 70458.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1446.  Plaintiffs, Stephen and Isis Silva are residents of Louisiana and together own real property located at 52095 Turnpike Road, Folsom, Louisiana 70437.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1447.  Plaintiffs, John and Lorraine Wenzel, individually and on behalf of their minor child, Bryan Wenzel, are residents of Louisiana and together own real property located at 80190 Red Hawk Lane, Bush, Louisiana 70431.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1448.  Plaintiff, Alicia Wheeler, individually and on behalf of Jeffrey Wheeler and Jordan Wheeler, is a resident of Louisiana and owns real property located at 2022 Lac Cache Court, Baton Rouge, Louisiana 70816.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1449.  Plaintiff, Taeneia White is a resident of Louisiana and owns real property located at 828 North Sabine Drive, Baton Rouge, Louisiana 70810.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1450. Plaintiffs, Arthur and Barbara Balassone are residents of New Jersey and together own real property located at 1690 Renaissance Commons Blvd., Unit 1611, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1451. Plaintiff, Allen Baron is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2407, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1452. Plaintiff, Joyce Bashein is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2630, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1453. Plaintiff, Ronnie Bertucci is a resident of Louisiana and owns real property located at 2220 N. Cumberland, Metairie, Louisiana 70003. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1454. Plaintiffs, Jules and Barbara Burke are residents of Louisiana and together own real property located at 1744 Ashland Ave., Zachary, Louisiana 70791. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1455.  Plaintiffs, Francesco and Georgina Camastro are residents of Canada and together own real property located at 1660 Renaissance Commons Blvd., Unit 2508, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1456.  Plaintiff, Janet Olive Campbell, as trustee of the Bryan Olive Trust U/W July 12, 2006, is a resident of Canada and owns real property located at 1660 Renaissance Commons Blvd., Unit 2208, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1457.  Plaintiffs, Louis and Michelle Cammarata are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2503, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1458.  Plaintiffs, David and Rachael Carbone are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2316, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1459.  Plaintiff, Shalini Chandra is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2102, Boynton Beach, Florida 33426.  Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1460.  Plaintiff, Richard Cohen is a resident of New York and owns real property located at 1660 Renaissance Commons Blvd., Unit 2624, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1461.  Plaintiffs, Renata Csakanyos and Gyorgy Antal are residents of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2126, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1462.  Plaintiff, Carl Dileo is a resident of New Jersey and owns real property located at 1690 Renaissance Commons Blvd., Unit 1610, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1463.  Plaintiff, Trenice Edwards is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2329, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1464.  Plaintiffs, Gregory and Elizabeth Eleuterius are residents of Mississippi and together own real property located at 6401 Seawinds Blvd., Biloxi, Mississippi 39532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1465.  Plaintiffs, Richard, Connie and Tracie Farmer are residents of Florida and together own real property located at 5912 French Creek Ct., Ellenton, Florida 34222.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1466.  Plaintiff, Sean Flaherty is a resident of New Jersey and owns real property located at 1660 Renaissance Commons Blvd., Unit 2514, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1467.  Plaintiffs, Chance Rio and Miriam Graves are residents of Mississippi and together own real property located at 7440 Leke Circle, Diamondhead, Mississippi 39525. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1468.  Plaintiff, Investment Leaders, LLC, owns real property located at 1660 Renaissance Commons Blvd., Unit 2215, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1469. Plaintiff, William Jordan is a resident of New York and owns real property located at 1690 Renaissance Commons Blvd., Unit 1317, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1470.  Plaintiffs, Catherine and Danny Kenney are residents of Mississippi and together

own real property located at 14252 Gulf Haven, Gulfport, Mississippi 39503. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1471. Plaintiff, Timothy Klemm is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2104, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1472. Plaintiffs, Brian and Naida Kroll are residents of Pennsylvania and together own real property located at 1660 Renaissance Commons Blvd., Unit 2107, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1473. Plaintiffs, Anthony and Brian LaSala are residents of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2421, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1474. Plaintiff, Paul Lasserre is a resident of Florida and owns real property located at 14442 Samantha Drive, Port Vincent, Louisiana 70726. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1475. Plaintiff, Frank Lattanzio is a resident of Louisiana and owns real property located at 1660 Renaissance Commons Blvd., Unit 2510, Boynton Beach, Florida 33426. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1476.  Plaintiffs, George and Adrienne Luntz are residents of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2516, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1477.  Plaintiffs, Claude Michaud and Melissa Laidlaw are residents of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1502, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1478.  Plaintiffs, William and Teresa Miller are residents of Pennsylvania and together own real property located at 1660 Renaissance Commons Blvd., Unit 2608, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1479.  Plaintiff, Michael Minuto is a resident of Texas and owns real property located at 1660 Renaissance Commons Blvd., Unit 2629, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1480.  Plaintiff, Brian Murray is a resident of New York and owns real property located at 1660 Renaissance Commons Blvd., Unit 2623, Boynton Beach, Florida 33426.  Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1481.  Plaintiffs, Joseph and Celine Ovicher are residents of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1417, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1482.  Plaintiffs, Frank Panico and Fay Teller are residents of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2528, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1483.  Plaintiff, Annette Polovin is a resident of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1512, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1484.  Plaintiffs, Maurice and Hanna Poplausky are residents of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1529, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1485.  Plaintiff, Victor Rojas is a resident of New Jersey and owns real property located at 1601 SW Janette Ave., Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1486.  Plaintiffs, Mariann and Joseph Ramos are residents of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2227, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1487.  Plaintiff, Birgitta Rayman is a resident of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 2109, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1488.  Plaintiff, James Rovezzi is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2418, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1489.  Plaintiffs, Dominic Sabatino and Richard Hiskey, are residents of California and together own real property located at 1660 Renaissance Commons Blvd., Unit 2518, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1490.  Plaintiffs, Thomas and Camille Schafer are residents of Mississippi and together own real property located at 8250 Maunalani Place, Diamondhead, Mississippi 39525.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1491.  Plaintiffs, David and Karen Schmidt are residents of New Jersey and together own real property located at 1690 Renaissance Commons Blvd., Unit 1615, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1492.  Plaintiff, Samuel Shaya is a resident of New York and owns real property located at 1690 Renaissance Commons Blvd., Unit 1628, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1493.  Plaintiff, Wesley Sheperd is a resident of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1603, Boynton Beach, Florida 33426 and 1660 Renaissance Commons Blvd., Unit 2614, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1494.  Plaintiff, Kelly Smith is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2427, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1495.  Plaintiffs, Amir and Bella Stock are residents of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2130, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1496.  Plaintiffs, Lloyd Tailor and Scott Hoxter are residents of Florida and together own

real property located at 1660 Renaissance Commons Blvd., Unit 2603, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1497.  Plaintiffs, Harvey and Lisa Tempel are residents of California and together own real property located at 1660 Renaissance Commons Blvd., Unit 2323, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1498.  Plaintiffs, Venesia Thompson and Susan Logan are residents of California and together own real property located at 1690 Renaissance Commons Blvd., Unit 1226, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1499.  Plaintiff, Tiffany Tynes is a resident of Mississippi and owns real property located at 3927 Acadian Village, Ocean Springs, Mississippi 39564.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1500.  Plaintiff, Thad Wiley is a resident of California and owns real property located at 1660 Renaissance Commons Blvd., Unit 2218, Boynton Beach, Florida 33426 and 1660 Renaissance Commons Blvd., Unit 2124, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1501.  Plaintiffs, Lydia and Walter Wojcik, Jr are residents of New Jersey and together

279

own real property located at 1660 Renaissance Commons Blvd., Unit 2626, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1502.  Plaintiffs, Ramona Young and Suluki Id-Deen are residents of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2106, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1503.  Plaintiffs, Zhongmin Zhou and Qinxi Huang are residents of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2416, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1504.  Plaintiff, Candace H. Adams is a resident of Alabama and owns real property located at 3061 Arbor Bend, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1505.  Plaintiffs, David Creston Adams and Frances Carolyn Box are residents of Alabama and together own real property located at 1179 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1506.  Plaintiff, Vickie H. Ames is a resident of Alabama and owns real property located at 3058 Arbor Bend, Birmingham, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1507.  Plaintiffs, Tim and Nickie Amey are residents of Alabama and together own real property located at 11374 Elysian Circle, Daphne, Alabama 36526.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1508.  Plaintiff, Mohammed Arif is a resident of Alabama and owns real property located at 2352 Arbor Glen, Birmingham, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1509.  Plaintiffs, Richard John Armstrong and Virginia Shelley are residents of Alabama and together own real property located at 32334 Sandpiper Drive, Orange Beach, Alabama 36561.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1510.  Plaintiffs, Christopher and Kristin Atkinson are residents of Alabama and together own real property located at 1017 Washington Court, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1511.  Plaintiffs, James Monty and Suzanne Ballard are residents of Alabama and together own real property located at 101 Linden Lane, Birmingham, Alabama 35242.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1512.  Plaintiffs, Reginald Barber and Constance Barber are residents of Alabama and together own real property located at 16140 Zenith Drive, Loxley, Alabama 36551.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1513.  Plaintiff, Marion Knox Barker is a resident of Alabama and owns real property located at 120 Courtside Drive, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1514.  Plaintiff, Larry Van Barrett is a resident of Alabama and owns real property located at Unit 902, Gulf Shores Surf and Racquet Club, 24325 Perdido Beach Blvd., Orange Beach, Alabama 36561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1515.  Plaintiff, William Bass is a resident of Alabama and owns real property located at 5136 Crossings Park, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1516.  Plaintiff, Bel Sole Condo Owners Assn.owns real property located at 1920 W. Beach Blvd., Gulf Shores, #201-203, 301-303, 401-403; continues up to 18 floors for a total of 49 units, Alabama 36542.  Plaintiff is participating as a class representative in the class and

subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1517.  Plaintiffs, Stephen and Jennifer Bennett are residents of Alabama and together own real property located at 812 Boulder Lake Court, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1518.  Plaintiffs, Daniel and Tracy Bicehouse are residents of Alabama and together own real property located at 1021 Columbia Circle, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1519.  Plaintiffs, Arthur A. and Marilyn J. Bond are residents of Alabama and together own real property located at 199 David Drive, Odenville, Alabama 35120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1520.  Plaintiff, Deborah Bosarge is a resident of Alabama and owns real property located at 1256 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1521.  Plaintiffs, Paul E. Bridges and Marie J. Bridges are residents of Alabama and together own real property located at 110 Myrtlewood Lane, Mobile, Alabama 36608.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1522.  Plaintiffs, James and Caroline Brittain are residents of Alabama and together own real property located at 1016 Taylors Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1523.  Plaintiff, Larry Brown is a resident of Alabama and owns real property located at 2041 Hamilton Place, Center Point, Alabama 35215.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1524.  Plaintiff, Brenda Buckley is a resident of Alabama and owns real property located at 3253 Arbor Trace, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1525.  Plaintiffs, John and Paige Buckner are residents of Alabama and together own real property located at 32347 River Road, Orange Beach, Alabama 36561.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1526.  Plaintiff, Denese Bynum is a resident of Alabama and owns real property located at 1303 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1527.  Plaintiffs, Charles and Yvonne Carlin are residents of Alabama and together own real property located at 2395 Arbor Glenn, Hoover, Alabama 35244.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1528.  Plaintiffs, Richard T. and Linda Carraway are residents of Alabama and together own real property located at 7 Cypress Pond Circle, Foley, Alabama 36535.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1529.  Plaintiffs, Charles and Barbara Cash are residents of Alabama and together own real property located at 1295 Washington Place, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1530.  Plaintiff, Annie Caudle is a resident of Alabama and owns real property located at 297 Seven Oaks Drive, Cook Springs, Alabama 35052.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1531.  Plaintiff, John Eric Chandler is a resident of Alabama and owns real property located at 1223 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1532.  Plaintiffs, Wesley M. and Shelia D. Chaney are residents of Alabama and together own real property located at 411 Sandflat Road, Thomasville, Alabama 36784.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1533.  Plaintiffs, George and Lorine Chavous are residents of Alabama and together own real property located at 2045 Hamilton Place, Birmingham, Alabama 35215.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1534.  Plaintiff, Charles E. Clark is a resident of Alabama and owns real property located at 4337 Village Green Way, Birmingham, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1535.  Plaintiff, Russell Chestang is a resident of Alabama and owns real property located at Unit 908 A Gulf Shores Surf & Racquet Club, 25325 Perdido Beach Blvd., Orange Beach, Alabama 36561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1536.  Plaintiffs, Bryan and Harmony Coley are residents of Alabama and together own real property located at 4004 Wescott Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1537.  Plaintiff, Clay Cook is a resident of Alabama and owns real property located at 2279 Abbey Glen Circle, Birmingham, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1538.  Plaintiffs, Thomas and Martha Cook are residents of Alabama and together own

real property located at 1080 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1539.  Plaintiffs, Obadiah Cooper and Lakeisha Cooper are residents of Mississippi and together own real property located at 10399 Cottage Court, Diberville, Mississippi 39540. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1540.  Plaintiffs, Donnis P and Thomas Cox are residents of Alabama and together own real property located at 1050 Edgewater Lane, Chelsea, Alabama 35043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1541.  Plaintiff, Michael Crawford is a resident of Alabama and owns real property located at 1832 W. Beach Blvd., Unit 903A, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1542.  Plaintiffs, Craig and Jennifer Cruikshawk are residents of Alabama and together own real property located at 7501 North Lake Drive, Spanish Fort, Alabama 36527.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1543.  Plaintiffs, William E. and Grace E. Daniel are residents of Alabama and together own real property located at 220 Wild Timber, Pelham, Alabama 35124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

287

accompanying this complaint which are incorporated herein by reference.

1544.  Plaintiff, Kimberly Carroll Daniels is a resident of Alabama and owns real property located at 1200 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1545.  Plaintiff, T. Blake Davidson is a resident of Alabama and owns real property located at 2081 Arbor Hill Parkway, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1546.  Plaintiffs, James and Nancy Davis are residents of Alabama and together own real property located at 1092 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1547.  Plaintiffs, Sabrina and Jack Dennis, Jr. are residents of Alabama and together own real property located at 301 Highland View Drive, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1548.  Plaintiffs, Adam and Bobbie DeSchamps are residents of Alabama and together own real property located at 1031 Taylors Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1549.  Plaintiffs, Paul Donnelly and Carrie Westphal are residents of Alabama and

together own real property located at 245 Courtside Drive, Birmingham, Alabama 35242. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1550.  Plaintiff, Walter L. Drake is a resident of Alabama and owns real property located at 7680 Cussfork Road, Wilma, Alabama.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1551.  Plaintiff, Kathleen Dykes is a resident of Alabama and owns real property located at 5109 Crossings Parkway, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1552.  Plaintiff, Matthew Brent Earnest is a resident of Alabama and owns real property located at 4009 Wescott Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1553.  Plaintiff, Johnny Lee Edmonds is a resident of Alabama and owns real property located at 805 Boulder Lake Court, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1554.  Plaintiff, Austin Eidson is a resident of Alabama and owns real property located at 4016 Wescott Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

289

incorporated herein by reference.

1555.  Plaintiffs, Rayford H. Ellis and Kristin Lyn Ellis are residents of Alabama and together own real property located at 1045 Riviera Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1556.  Plaintiff, Robert Grady Enslen is a resident of Alabama and owns real property located at 26898 Moses Road, Orange Beach, Alabama 36561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1557.  Plaintiff, Michael Everett is a resident of Mississippi and owns real property located at 202 Allison Circle, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1558.  Plaintiff, John Fandetti is a resident of Alabama and owns real property located at 2301 Bellevue Court, Hoover, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1559.  Plaintiff, Donald Larry Fairley is a resident of Mississippi and owns real property located at 16801 Mae Edna Drive, Moss Point, Mississippi 39562.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1560.  Plaintiff, Kerturah Felton is a resident of Alabama and owns real property located

at 2056 Hamilton Place, Birmingham, Alabama 35215.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1561.  Plaintiff, John Ferrell is a resident of Alabama and owns real property located at 1180 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1562.  Plaintiff, Randy Fincher is a resident of Alabama and owns real property located at 126 County Rd. 129, Bremen, Alabama 35033.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1563.  Plaintiffs, John and Mary Flanagan are residents of Alabama and together own real property located at 1280 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1564.  Plaintiffs, William and Mary Lois Forbes are residents of Alabama and together own real property located at 100 Linden Lane, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1565.  Plaintiff, Ronald Forrester is a resident of Alabama and owns real property located at 3476 Ivy Chase Circle, Hoover, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1566.  Plaintiffs, David and Martha Fowler are residents of Alabama and together own real property located at 1099 Dunnavant Place, Birmingham, Alabama 35424.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1567.  Plaintiff, Doris Franklin is a resident of Alabama and owns real property located at 1299 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1568.  Plaintiffs, Andrew and Emily Freeland are residents of Alabama and together own real property located at 2376 Arbor Glenn, Birmingham, Alabama 35244.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1569.  Plaintiff, Curtis Freeman is a resident of Alabama and owns real property located at 1224 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1570.  Plaintiff, Kelly E. Fuqua is a resident of Alabama and owns real property located at 1045 Little Sorrel Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1571.  Plaintiff, David Gatlin is a resident of Alabama and owns real property located at

292

5131 Skiff Lane, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1572.  Plaintiffs, Daniel and Michelle Gels are residents of Alabama and together own real property located at 2303 Bellevue Court, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1573.  Plaintiff, Bernard Gray is a resident of Alabama and owns real property located at 5725 Parkside Pass, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1574.  Plaintiff, Sue H. Groce is a resident of Alabama and owns real property located at 31790 River Road, Lot 5, Unit 22, Orange Beach, Alabama 36561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1575.  Plaintiffs, Michael Ray and Eileen Gibbs are residents of Alabama and together own real property located at 1095 Donnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1576.  Plaintiffs, Richard and Bridgette Godwin are residents of Alabama and together own real property located at 1266 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1577.  Plaintiff, Samel Goldstean is a resident of Alabama and owns real property located at 809 Boulder Lake Court, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1578.  Plaintiffs, Russell and Judy Gordon are residents of Alabama and together own real property located at 2340 Arbor Glen, Hoover, Alabama 35244.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1579.  Plaintiffs, David and Lindsey Gottlieb are residents of Alabama and together own real property located at 1025 Columbia Circle, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1580.  Plaintiff, Lilly C. Gaye Griffiths is a resident of Alabama and owns real property located at 1283 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1581.  Plaintiff, Tiffany Gudding is a resident of Alabama and owns real property located at 1291 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1582.  Plaintiff, Gulf Shores Surf & Racquet Club c/o Thomas E. Brett, owns real

property located at 24325 Perdido Beach Blvd., Building A–201 through 216(A)–15 units on second floor–15 units on the 3-7th floors (301A-316A, 401A-416A, 501A-516A, 601A-616A, 701A-716A, Penthouse floors Units 801A and 802A; 901A-909A; Building B–201B-206B, 301B-306B, 401B-406B, 501B-506B, 601B-606B, 701B-706B; Building C mirrors Building B–201C-206C; 301C-306C, 401C-406C, 501C-506C, 601C-606C, 701C-706C (Total of 179 units, not including common areas), Orange Beach, Alabama 36561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1583.  Plaintiff, Rebecca Hamrick is a resident of Alabama and owns real property located at 1017 Graystone Park Road, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1584.  Plaintiffs, Lincoln and Mimi Hand are residents of Alabama and together own real property located at 1514 Crown Point Drive, Mount Olive, Alabama 35117.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1585.  Plaintiffs, Jim and Jennifer Harbour are residents of Alabama and together own real property located at 801 Boulder Lake Court, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1586.  Plaintiffs, Tommy and Sandra Haralson are residents of Alabama and together own real property located at 1036 Kings Way, Birmingham, Alabama 35242.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1587.  Plaintiffs, Brian and Amanda Hatcher are residents of Alabama and together own real property located at 3010 Washington Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1588.  Plaintiffs, Robert and Melissa Hawkins are residents of Alabama and together own real property located at 1007 Taylors Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1589.  Plaintiff, Brian D. Hayes is a resident of Alabama and owns real property located at 1031 Maryanna Road, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1590.  Plaintiff, Melina Helm is a resident of Alabama and owns real property located at 802 Jackson Trace Circle, Morris, Alabama 35116.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1591.  Plaintiff, Jason Henderson is a resident of Mississippi and owns real property located at 9840 Cuebas Road, West Point, Mississippi 39773.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1592.  Plaintiff, Donna Hensley is a resident of Alabama and owns real property located at 5387 Quail Ridge Road, Gardendale, Alabama 35071.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1593.  Plaintiff, Chris Hill is a resident of Alabama and owns real property located at 2037 Hamilton Place, Birmingham, Alabama 35215.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1594.  Plaintiffs, Charles and Leta Hoit are residents of Alabama and together own real property located at 1129 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1595.  Plaintiff, Betty Hontzas is a resident of Alabama and owns real property located at 3066 Arbor Bend, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1596.  Plaintiffs, Terrell and Raeshonda Hopkins are residents of Alabama and together own real property located at 2025 Hamilton Place, Birmingham, Alabama 35215.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1597.  Plaintiffs, Jamie and Kimberly Horton are residents of Alabama and together own real property located at 1020 Columbia Circle, Birmingham, Alabama 35242.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1598.  Plaintiff, Arthur Hudson is a resident of Mississippi and owns real property located at 26008 Old Americus Road, Lucedale, Mississippi 39452.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1599.  Plaintiffs, Steve and Pam Jackson are residents of Alabama and together own real property located at 406 Miles Drive, Bessemer, Alabama 35023.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1600.  Plaintiff, Terrell Jackson is a resident of Alabama and owns real property located at 1248 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1601.  Plaintiff, Valerie Jackson is a resident of Alabama and owns real property located at 1255 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1602.  Plaintiff, J.H.P.W., LLC, Wade Ward, Member owns real property located at POB 2959, Gulf Shores, Alabama 36547.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

298

1603.  Plaintiff, Christopher Brett Johnson is a resident of Alabama and owns real property located at 1276 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1604.  Plaintiffs, George and Millicent Johnson are residents of Alabama and together own real property located at 1129 Springhill Lane, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1605.  Plaintiffs, Jerry and Linda Johnston are residents of Alabama and together own real property located at 1027 Taylors Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1606.  Plaintiffs, Steven and Jessica Jones are residents of Alabama and together own real property located at 1054 Little Sorrel Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1607.  Plaintiff, Roy Jones is a resident of Alabama and owns real property located at 2135 Chelsae Ridge Drive, Chelsea, Alabama 35051.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1608.  Plaintiff, Katherine Dutten Wallace Trust owns real property located at 3086 Arbor Bend, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the

class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1609.  Plaintiffs, P. Clarke and Kathy G. Kelly are residents of Alabama and together own real property located at 2289 Bellevue Court, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1610.  Plaintiff, Kevin Mark Kern is a resident of Alabama and owns real property located at 5695 Rabbit Creek Drive, Theodore, Alabama 36582.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1611.  Plaintiff, Gregory G. King is a resident of Alabama and owns real property located at 1208 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1612.  Plaintiffs, Joseph Douglas and Linda Kirn are residents of Alabama and together own real property located at 1083 Baldwin Lane, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1613.  Plaintiffs, Glenn Allen and Fawn G. Kittrell are residents of Alabama and together own real property located at 17180 Lagoon Winds Drive, Gulf Shores, Alabama 36542 and 303 West 8th Street, Gulf Shores, Alabama 36542.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in this complaint which are

incorporated herein by reference.

1614.  Plaintiffs, Mark Charles and Laurie Lynn Kittrell are residents of Alabama and together own real property located at 3300 Marlin Key Drive, Ono Island, Alabama 36561. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1615.  Plaintiffs, Kim P. and Mona J. Kornegay are residents of Alabama and together own real property located at 32718 River Road, Lot 51, Unit 4, Orange Beach, Alabama 36561. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1616.  Plaintiffs, Horace and Kimberly Kynard are residents of Alabama and together own real property located at 2371 Bellevue Terrace, Hoover, Alabama 35266.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1617.  Plaintiff, Daniel Christian Ladner is a resident of Mississippi and owns real property located at 42 Audubon Place, Picayune, Mississippi 39466.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1618.  Plaintiffs, Stephen and Kristen Lay are residents of Alabama and together own real property located at 1296 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1619.  Plaintiff, April Lee is a resident of Alabama and owns real property located at

1195 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1620.  Plaintiff, Richard A. Limbach is a resident of Alabama and owns real property located at 2396 Arbor Glenn, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1621.  Plaintiff, Jamie D. Logan is a resident of Alabama and owns real property located at 1231 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1622.  Plaintiffs, Rayman Lybarger and Chong Suk are residents of Alabama and together own real property located at 1304 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1623.  Plaintiffs, Steve and Martha Mahlstedt are residents of Louisiana and together own real property located at 419 River Oaks Drive, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1624. Plaintiff, Donna Martin is a resident of Alabama and owns real property located at 140 Courtside Drive, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

302

complaint which are incorporated herein by reference.

1625.  Plaintiff, Lawrence Dean McCabe is a resident of Alabama and owns real property located at 1204 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1626.  Plaintiff, Matthew Stuart McCullough is a resident of Alabama and owns real property located at 3005 Washington Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1627.  Plaintiffs, Claude Eugene and Jimmie McDuffie are residents of Alabama and together own real property located at 10155 Howell's Ferry Road, Semmes, Alabama 36575.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1628.  Plaintiffs, Jason and Burleson McDuffie are residents of Alabama and together own real property located at 1284 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1629.  Plaintiff, Megan Leigh McGarity is a resident of Alabama and owns real property located at 141 Courtside Drive, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1630.  Plaintiffs, Bill and Maleah McMillan are residents of Alabama and together own

real property located at 3089 Arbor Bend, Hoover, Alabama 35244. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1631. Plaintiffs, Marvin and Martha Mercado are residents of Mississippi and together own real property located at 59 Cane Bend Drive, Carriere, Mississippi 39426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1632. Plaintiff, Bert J. Miano is a resident of Alabama and owns real property located at 204 Clermont Drive, Homewood, Alabama 35209. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1633. Plaintiff, Valerie T. Middleton is a resident of Alabama and owns real property located at 1520 Greystone Parc Circle, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1634. Plaintiff, Stephanie Jo Mills is a resident of Alabama and owns real property located at 4020 Wescott Circle, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1635. Plaintiffs, Ronnie and Shirley M. Mitchell are residents of Alabama and together own real property located at 3718 Seleste Drive, Mobile, Alabama 36618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1636.  Plaintiff, Bill Monahan is a resident of Alabama and owns real property located at 5250 Turtle Key Drive, Orange Beach, Alabama 36561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1637.  Plaintiffs, William and JoAnn Moulin are residents of Alabama and together own real property located at 1096 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1638.  Plaintiff, Navy Core Harbor, a Condo Owners Association owns real property located at 2715 State Hwy 180W, Units 2101-2114; 2201-2214 for total of 28 units and common areas, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1639.  Plaintiffs, Wayne and Virginia Nearing are residents of Alabama and together own real property located at 1025 Kings Way, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1640.  Plaintiffs, Kevin and Stacy Neel are residents of Alabama and together own real property located at 12106 Danny Drive, McCalla, Alabama 35111.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1641.  Plaintiff, Scott Nelson is a resident of Alabama and owns real property located at 139 Homestead Lane, Brewton, Alabama 36426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1642.  Plaintiffs, Katie and Khanal Luong Nguyen are residents of Alabama and together own real property located at 1136 Donnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1643.  Plaintiffs, Thach Dai and Minhthu Lee Nguyen are residents of Alabama and together own real property located at 2391 Arbor Glenn, Birmingham, Alabama 35244.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1644.  Plaintiffs, John W. and Pamela J. Nichols are residents of Alabama and together own real property located at 1104 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1645.  Plaintiffs, W. Barrett and Linda Nichols are residents of Alabama and together own real property located at 2364 Arbor Glenn, Birmingham, Alabama 35244.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1646.  Plaintiffs, James S. and Barbara G. Orr are residents of Alabama and together own real property located at 1409 Charleston Court, Birmingham, Alabama 35216.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1647.  Plaintiffs, Terry L. and Nancy J. Pampel are residents of Alabama and together own real property located at 22375 Reed Place, Gulf Shores, Alabama 36542.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1648.  Plaintiff, Mayur Patel is a resident of Alabama and owns real property located at 2400 Arbor Glenn, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1649.  Plaintiffs, Shawn and Yvonne Patterson are residents of Alabama and together own real property located at 1233 Glenstone Place, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1650.  Plaintiffs, Fredran and Monica Patton are residents of Alabama and together own real property located at 1227 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1651.  Plaintiffs, Daniel and Sharon Peace are residents of Alabama and together own real property located at 1100 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1652.  Plaintiff, Edgar F. Perez is a resident of Texas and owns real property located at 1256 Glenstone Place, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1653.  Plaintiff, Joshua Perry is a resident of Alabama and owns real property located at 4019 Wescott Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1654.  Plaintiff, Lisa Phan is a resident of Alabama and owns real property located at 1300 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1655.  Plaintiff, Phoenix West Condo, c/o William Robinson, Jr., managing partner, owns real property located at 24325 Perdido Beach Blvd., Unit Nos. 201-209; 301-309; 401-409; 501-509; 601-609; 701-709; 801-809; same through 27 floors for a total of 225 units, plus the common areas, Orange Beach, Alabama 36561.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1656.  Plaintiff, Bobby Glenn Pilgram is a resident of Alabama and owns real property located at 503 Lee Street, Saraland, Alabama 36571.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1657.  Plaintiffs, Barbara Pilkington and Joseph Tennet are residents of Alabama and together own real property located at 1279 Washington Drive, Moody, Alabama 35004. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1658.  Plaintiff, Bobb Pittman is a resident of Alabama and owns real property located at 817 Boulder Court, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1659.  Plaintiffs, Donald and Sherron Pressnail are residents of Alabama and together own real property located at 7175 Smithtown Road, Eight Mile, Alabama 36613.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1660.  Plaintiffs, Javis Brian Prickett and Jared Alan Kenny are residents of Alabama and together own real property located at 1199 Washington Drive, Moody, Alabama 35004. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1661.  Plaintiffs, Charles N. and Nicole J. Purter are residents of Alabama and together own real property located at 2293 Bellevue Court, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1662.  Plaintiffs, Frank J. and Rosalind Ranelli are residents of Alabama and together own real property located at 2412 Arbor Bend, Hoover, Alabama 35244.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1663.  Plaintiff, Sylvia W. Rayfield is a resident of Alabama and owns real property located at 2250 B Ponce De Leon, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1664.  Plaintiff, Brandy Reeves is a resident of Alabama and owns real property located at 1175 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1665.  Plaintiff, Ashley Roberts is a resident of Alabama and owns real property located at 1251 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1666.  Plaintiff, Linda Robinson is a resident of Alabama and owns real property located at 1272 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1667.  Plaintiffs, Patrick and Jane Roll are residents of Alabama and together own real property located at 2000 Mountain View Road, Birmingham, Alabama 35216.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1668.  Plaintiff, Nathan Ross is a resident of Alabama and owns real property located at 1922 Roulan Road, Odenville, Alabama 35120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1669.  Plaintiff, Sanibel Condo Owners Assn. owns real property located at 1514 W. Beach Blvd., Unit Nos. 201-204; 301-307; 4th-17th floors are 01-07; 6 units on each floor and 1801-1806 for a total of 108 units not inclusive of the common areas, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1670.  Plaintiff, Judith R. Sargent is a resident of Alabama and owns real property located at 3070 Arbor Bend, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1671.  Plaintiffs, John and Patricia Schriener are residents of Alabama and together own real property located at 2350 Bellevue Terrace, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1672.  Plaintiffs, James and Jennifer Schultz are residents of Alabama and together own real property located at 1005 Taylors Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1673.  Plaintiffs, Dale and Kathleen Scivley are residents of Alabama and together own

real property located at 2281 Bellevue Court, Hoover, Alabama 35226. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1674. Plaintiff, Janet Gardner Scott is a resident of Alabama and owns real property located at 3607 Courtyard Lane, Birmingham, Alabama 35216. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1675. Plaintiffs, Charles and Lois Seifert are residents of Alabama and together own real property located at 145 Farmingdale Drive, Harpersville, Alabama 35078. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1676. Plaintiff, Juanita R. Sharit is a resident of Alabama and owns real property located at 1262 Washington Drive, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1677. Plaintiffs, David and Andrea Simon are residents of Alabama and together own real property located at 2348 Arbor Glenn, Hoover, Alabama 33244. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1678. Plaintiff, Amanda Sisson is a resident of Alabama and owns real property located at 1292 Washington Drive, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1679.  Plaintiff, Frank Smith is a resident of Alabama and owns real property located at 3698 Old Margeret Road, Margeret, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1680.  Plaintiff, Margaret Smith is a resident of Alabama and owns real property located at 1922 Roulain Road, Odenville, Alabama 35120.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1681.  Plaintiff, Susan Spiers is a resident of Alabama and owns real property located at 4008 Wescott Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1682.  Plaintiff, Dr. Carol B. Spink-Farmer is a resident of Alabama and owns real property located at 2375 Arbor Glenn, Hoover, Alabama 35244.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1683.  Plaintiff, Sharon Spivey is a resident of Alabama and owns real property located at 2029 Hamilton Place, Birmingham, Alabama 35215.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1684.  Plaintiff, Brenda H. Spradlin is a resident of Alabama and owns real property

313

located at 28019 Hemmert Lane, Elberta, Alabama 36530.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1685.  Plaintiffs, Steven and Lauren Stastny are residents of Alabama and together own real property located at 4357 Boulder Lake Circle, Vestavia, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1686.  Plaintiffs, Daniel and Stephanie Stephens are residents of Alabama and together own real property located at 1253 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1687.  Plaintiff, Randy Lynn Stephenson is a resident of Alabama and owns real property located at 1184 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1688.  Plaintiff, Tera Brook Streufert is a resident of Alabama and owns real property located at 1139 Avalon Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1689.  Plaintiff, Mary Jo Summers is a resident of Alabama and owns real property located at 4012 Wescott Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1690.  Plaintiffs, David and Amy Sumner are residents of Alabama and together own real property located at 1078 Kings Way, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1691. Plaintiffs, John and Deborah Supernaugh are residents of Alabama and together own real property located at 1215 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1692.  Plaintiffs, Sadanandam and Neeraja Suram Penala are residents of Alabama and together own real property located at 2364 Chalybe Trail, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1693.  Plaintiff, Robert Taylor is a resident of Alabama and owns real property located at 1252 Glenstone Place, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1694.  Plaintiffs, Marshall and Michelle Thomas are residents of Alabama and together own real property located at 1288 Washington Drive, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1695.  Plaintiff, Paula Thomas is a resident of Alabama and owns real property located at

1275 Washington Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1696.  Plaintiffs, Willie and Pernice Thomas are residents of Mississippi and together own real property located at 612 Herlihy Street, Waveland, Mississippi 38576.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1697.  Plaintiffs, Robert and Nancy Tillery are residents of Alabama and together own real property located at 1012 Highland Park Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1698.  Plaintiff, Pat Tombrello is a resident of Alabama and owns real property located at 5209 Crossings Parkway, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1699.  Plaintiffs, Chris and Tracie Torbet are residents of Alabama and together own real property located at 1278 Easterwood Blvd., Gardendale, Alabama 35071.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1700.  Plaintiff, Charles Traffica is a resident of Alabama and owns real property located at 1107 Dunnevant Place, Inverness, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1701.  Plaintiffs, Darrell and Tammy Trott are residents of Alabama and together own real property located at 4346 Boulder Lane, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1702.  Plaintiff, Andrew Velazques is a resident of Alabama and owns real property located at 4361 Boulder Lake Circle, Vestavia, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1703.  Plaintiff, Gregory Miller Waite is a resident of Alabama and owns real property located at 355 Manchester Lane, Foley, Alabama 36535.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1704.  Plaintiff, Nicholas Walden is a resident of Alabama and owns real property located at 3001 Washington Circle, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1705.  Plaintiffs, Stephen L. and Jeanie P. Wallace are residents of Alabama and together own real property located at 3074 Arbor Bend, Hoover, Alabama 35244.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1706.  Plaintiffs, Charles and Suzanne Walters are residents of Alabama and together

own real property located at 2380 Arbor Bend, Hoover, Alabama 35244. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1707. Plaintiff, Ernest E. Warhurst is a resident of Alabama and owns real property located at 26896 Moses Road, Orange Beach, Alabama 36561. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1708. Plaintiffs, Daniel Scott and Kimberly Dawn Weldon are residents of Alabama and together own real property located at 108 Creekside Circle, Wilsonville, Alabama 35186. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1709. Plaintiff, Margaret Wilkes is a resident of Alabama and owns real property located at 1183 Washington Drive, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1710. Plaintiff, Mark E. Williams is a resident of Alabama and owns real property located at 1131 Avalon Drive, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1711. Plaintiff, Kevin Wilson is a resident of Alabama and owns real property located at 1203 Washington Drive, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

318

complaint which are incorporated herein by reference.

1712.  Plaintiffs, Sam and Kristy Woodward are residents of Alabama and together own real property located at 4024 Wescott Circle, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1713.  Plaintiffs, Albert and Sarah Yu are residents of Mississippi and together own real property located at 3705 Springwood Lane, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1714.  Plaintiff, Eleanor Aguilar is a resident of Florida and owns real property located at 35833 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1715.  Plaintiff, Jeff Almeida is a resident of Florida and owns real property located at 1867 N. Buttonwood, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1716.  Plaintiff, Samuel Anderson is a resident of Ohio and owns real property located at 240 West End Drive, Unit 911, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1717.  Plaintiff, Aria Properties, LLC owns real property located at 516 Hendricks Isles,

Units 2-A, 2-B, 2-C, 3-A, 3-B, 4-A, 4-B, 4-C, 5-A, 5-B and 5-C, Ft. Lauderdale, Florida 33307. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1718.  Plaintiff, Tatiana Ashley is a resident of Florida and owns real property located at 3579 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1719.  Plaintiff, Larry Becker is a resident of Indiana and owns real property located at 198 Shadroe Cove Circle, Unit 503, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1720.  Plaintiff, Susan Bidigare is a resident of New Jersey and owns real property located at 210 Shadow Cove Circle, #204, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1721.  Plaintiff, Blue Water Condo Association owns real property located at 201 Shadroe Cove Circle, Unit 103, 104, 202, 1101, 1301, 1302, 1202, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1722.  Plaintiffs Jamie and Erick Bruce are residents of Florida and together own real property located at 3469 Gulfstream Way, Davie, Florida 33328.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

320

complaint which are incorporated herein by reference.

1723.  Plaintiff, Properties in Miami, LLC owns real property located at 3538 NW 14th Court, Lauderhill, Florida 33311 and 3586 NW 14th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1724.  Plaintiff, Caliper Capital of Florida, LLC owns real property located at 3614 NW 12th Court, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1725.  Plaintiff, Ronald Case is a resident of Florida and owns real property located at 240 West End Avenue, Unit 613, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1726.  Plaintiff, Bruce Casper is a resident of Florida and owns real property located at 206 Shadroe Cove Circle, #304, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1727.  Plaintiff, Alexis Castillo is a resident of Florida and owns real property located at 3075 New York Street, Miami, Florida 33133.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1728.  Plaintiff, Robbin Dano is a resident of Florida and owns real property located at

2674 SW Calder Street, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1729.  Plaintiff, Lewis D'Agresto is a resident of Florida and owns real property located at 3419 SW 27th Avenue, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1730.  Plaintiff, Gerta Doreus is a resident of Florida and owns real property located at 17819 SW 54th Street, Miramar, Florida 33029.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1731.  Plaintiffs, Dilworth and Hyaciinth Dalmage are residents of Florida and together own real property located at 3445 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1732.  Plaintiff, Cahal Dunne is a resident of Pennsylvania and owns real property located at 2400 West End Drive, Unit 611, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1733.  Plaintiff, Joseph Elkins is a resident of Florida and owns real property located at 1850 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1734.  Plaintiffs, Larry and Dorothy Frazier are residents of Florida and together own real property located at 927 SW 4th Avenue, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1735.  Plaintiffs, Shailesh and Hemangini Gandhi are residents of Florida and together own real property located at 9980 Cobblestone Creek, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1736.  Plaintiff, Ed Gascon is a resident of Florida and owns real property located at 9312 Scarborough Court, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1737.  Plaintiff, Meir Genoune is a resident of Florida and owns real property located at 9943 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1738.  Plaintiff, Mike Greenwald is a resident of Florida and owns real property located at 210 Shedroe Cove Circle, Unit 203, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1739.  Plaintiff, Adria Harrison-Wiley is a resident of Florida and owns real property

located at 3452 NW 14th Ct., Ft. Lauderdale, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1740.  Plaintiffs, Elvis and Coral Haynes are residents of Florida and together own real property located at 3512 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1741.  Plaintiff, Ernest Hernandez is a resident of Florida and owns real property located at 2307 W. 69th Street, B-2, Hialeah, Florida 33016.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1742.  Plaintiffs, Leonard and Juliet Jackson are residents of Florida and together own real property located at 9551 Eden Manor, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1743.  Plaintiff, Anthony Jackson is a resident of Florida and owns real property located at 11030 Misty Ridge Drive, Boynton Beach, Florida 33473.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1744.  Plaintiff, Paul Johnson is a resident of New York and owns real property located at 225 Shadore Cove Circle, Unit 1404, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1745.  Plaintiff, Herbert Karp is a resident of Florida and owns real property located at 1660 Renaissance Commons Blvd, 2203, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1746.  Plaintiff, Sasha Lagano is a resident of Florida and owns real property located at 1990 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1747.  Plaintiff, Jeff Leonard is a resident of Florida and owns real property located at 240 West End Drive, Unit 1513, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1748.  Plaintiff, Juan Carlos Lezama is a resident of Florida and owns real property located at 12960 SW 133rd Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1749.  Plaintiff, Rocco Libertella is a resident of Florida and owns real property located at 11224 Brandywine Lake, Boynton Beach, Florida 33473.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1750.  Plaintiff, Merclop Holding, LLC owns real property located at 3076 York Street,

Miami, Florida 33133.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1751.  Plaintiff, Rick Lundberg is a resident of Florida and owns real property located at 2116 SW 28th Lane, Cape Coral, Florida 33914.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1752.  Plaintiff, Magdalena Gardens Condo Association owns real property located at 240 West End Avenue, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1753.  Plaintiff, David Maryfield is a resident of Florida and owns real property located at 214 Shadroe Cove Circle, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1754.  Plaintiffs, Fay and Michael Mason are residents of Florida and together own real property located at 3583 NW 14th Court, Lauderhill, Florida 33311.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1755.  Plaintiff, Philip Mazzaca is a resident of New Jersey and owns real property located at 10651 Camarelle Circle, Fort Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1756.  Plaintiff, William Moses is a resident of Florida and owns real property located at 9864 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1757.  Plaintiff, Robert Mullings is a resident of Florida and owns real property located at 3440 NW 14 Ct., Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1758.  Plaintiffs, Brian and Victoria Nelson are residents of Florida and together own real property located at 6835 Long Leaf Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1759.  Plaintiff, Josephina Njie is a resident of Florida and owns real property located at 3411 NW 14 Ct., Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1760.  Plaintiff, Ivie Osaiyuwu is a resident of Florida and owns real property located at 17753 SW 57th Street, Miramar, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1761.  Plaintiff, Samuel Oxman is a resident of Florida and owns real property located at

240 West End Drive, 1221, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1762.  Plaintiff, Dawn Osowsky is a resident of Florida and owns real property located at 1751 NE 6th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1763.  Plaintiffs, Joseph and Dorothy Parrillo are residents of Florida and together own real property located at 5465 NW Ligon Circle, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1764.  Plaintiff, Peace Harbor Condo Association owns real property located at 900 E. Marion Avenue, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1765.  Plaintiff, Fernanda Pereira is a resident of Canada and owns real property located at 176 NE 12th Street, Ft. Lauderdale, Florida 33304.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1766.  Plaintiff, Paula Persky is a resident of Florida and owns real property located at 6955 Spy Glass Avenue, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1767.  Plaintiff, Phares Poliard is a resident of Florida and owns real property located at 17804 SW 7th Street, Miramar, Florida 33029.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1768.  Plaintiff, Jorge Reyes is a resident of Florida and owns real property located at 240 West End Avenue, Unit 921, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1769.  Plaintiff, Dawn Risko is a resident of Florida and owns real property located at 9956 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1770.  Plaintiff, Novelt Rose is a resident of Florida and owns real property located at 1661 SE Mariner Lane, Port St. Lucie, Florida 94983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1771.  Plaintiff, Nalinie D. Samlal is a resident of Florida and owns real property located at 3430 NW 14 Ct., Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1772.  Plaintiffs, Henry and Pauline Sampson are residents of Florida and together own

real property located at 10630 Camarelle Circle, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1773.  Plaintiffs, Lenoy and Valrie Scully are residents of Florida and together own real property located at 1991 SW 162nd Avenue, Miramar, Florida 33027.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1774.  Plaintiff, Jay Schumacher is a resident of Florida and owns real property located at 9981 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1775.  Plaintiff, Jason Shirley is a resident of Florida and owns real property located at 3524 NW 14 Ct., Ft. Lauderdale, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1776.  Plaintiff, Garth Sill is a resident of Florida and owns real property located at 3544 NW 14 Ct., Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1777.  Plaintiff, Janet Singh is a resident of Florida and owns real property located at 1403 NW 36 Way, Ft. Lauderdale, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1778.  Plaintiff, Alberto Sisso is a resident of Florida and owns real property located at 240 West End Drive, Unit 1223, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1779.  Plaintiff, Lori Sutton is a resident of Florida and owns real property located at 526 SW Whitmore Drive, Port St. Lucie, Florida 34984.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1780.  Plaintiffs, Lawrence and Cathleen Talley are residents of Florida and together own real property located at 8771 Cobblestone Preserve Court, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1781.  Plaintiff, Brian Taylor is a resident of Florida and owns real property located at 6985 Long Leaf Drive, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1782.  Plaintiff, Eric Taylor is a resident of Florida and owns real property located at 8146 Emerald Avenue, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1783.  Plaintiff, Thomas Thayer is a resident of Florida and owns real property located at

9413 Carborouogh Court, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1784.  Plaintiffs, Eric and Natalie Trees are residents of Florida and together own real property located at 9809 Cobblestone Lakes Court, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1785.  Plaintiff, Shonae Trotman is a resident of Florida and owns real property located at 1826 NE 5th Street, Boynton Beach, Florida 33435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1786.  Plaintiffs, Joseph and Deborah Tucker are residents of Florida and together own real property located at 2285 Plymouth, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1787.  Plaintiff, David Virden is a resident of Florida and owns real property located at 1200 N Victoria Park Road, Ft. Lauderdale, Florida 33304.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1788.  Plaintiff, Andrew Walker is a resident of Florida and owns real property located at 7460 Bridgeview Drive, Wesley Chapel, Florida 33454.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1789.  Plaintiffs, Gladys Walsh and Frank Martin are residents of Indiana and together own real property located at 10866 Tibero Drive, Ft. Myers, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1790.  Plaintiff, Bart Zeigler is a resident of Florida and owns real property located at 119 Lucant Drive, Hypuluxo, Florida 33462.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1791.   Plaintiffs, Omar and Adrianna Baker are residents of Florida and together own real property located at 7404 Bristol Cirlce, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1792.   Plaintiff, Juan Brito is a resident of Florida and owns real properties located at 3213 North East 5th Street, #101, Pompano Beach, FL 33062 and 3213 North East 5th Street, #102, Pompano Beach, Florida 33062.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1793.   Plaintiff, George Toran is a resident of Florida and owns real property located at 3213 North East 5th Street, #201, Pompano Beach, Florida 33062.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1794.   Plaintiff, Frank Jaquez is a resident of Florida and owns real property located at 3213 North East 5th Street, #302, Pompano Beach, FL 33062.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1795.   Plaintiffs, Hugh and Elizabeth Harris are residents of Florida and together own real property located at 2889 St. Barts Square, Vero Beach, Florida 32962.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1796.   Plaintiff, Stephen B. Singleteary is a resident of Florida and owns real property located at 3181 Oak Avenue, Miami, Florida 33133.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1797.   Plaintiff, Ricardo Stephens is a resident of Florida and owns real property located at 8771 SW 203 Terrace, Miami, Florida 33189.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1798.   Plaintiffs, Ali Asgar and Shadaab Mandsaurwala are residents of Florida and together own real property located at 4274 NE 16th Street, Homestead, Florida 33033.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1799.   Plaintiff, Clifford Saieh is a resident of Florida and owns real property located at 4282 NE 16th Street, Homestead, Florida 33033.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1800.   Plaintiff, William Atkinson is a resident of Florida and owns real property located at 2512 SE Berkshire Blvd., Port St. Lucie, Florida 34952.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1801.   Plaintiff, Oswaldo Arango is a resident of Florida and owns real property located at 14730 SW 34 Street, Miami, Florida 33185.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1802.   Plaintiff, Elliot Dezman is a resident of Florida and owns real property located at 9845 Cobblestone Creek Drive, Boynton Beach, Florida 33437.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1803.   Plaintiff, Monica Fergusson is a resident of Florida and owns real property located at 14393 SW 19 Terrace, Miami, Florida 33175.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1804.   Plaintiff, Fredrick Ramirez is a resident of Florida and owns real property located at 2913 East Agust Drive, Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1805.   Plaintiff, Ronald Joachim is a resident of Florida and owns real property located at 155 Belle Grove Lane, Royal Palm Beach, Florida 33411.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1806.   Plaintiff, Promenade at Tradition Community Association, Inc. owns real property located at 430 NW Lake Whitney Place, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1807.   Plaintiff, Damian Fernandez is a resident of Florida and owns real property located at 14881 SW 161 Street, Miami, Florida 33187.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1808.   Plaintiff, Gina Gaita (Promenade) is a resident of Florida and owns real property located at 10440 SW Stephanie Way, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1809.   Plaintiff, Real Estate Resolutions Group, LLC owns real property located at 10560 SW Stephanie Way, Unit #s: 1-102; 1-106; 1-201; 1-211; 1-212-; 2-106; 1-208; 4-104; 4-204; 5-104; 6-208; 7-104, Port St. Lucie, FL 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1810.   Plaintiff, Debra Houston (Promenade) is a resident of Florida and owns real

property located at 10440 SW Stephanie Way, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1811.   Plaintiff, Michael Mikita is a resident of Florida and owns real property located at 2866 St. Barts Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1812.   Plaintiffs, Bill and Elizabeth Ritter are residents of Alabama and together own real property located at 2267 Abbeygle Circle, Birmingham, Alabama 35266.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1813.   Plaintiff, L&M Estates owns real property located at 12430 SW 20th Street, Davie, Florida 33325.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1814.   Plaintiffs, Charles and Judy Bush are residents of Alabama and together own real property located at 1064 Kings Way, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1815.   Plaintiffs, Jean-Robert and Presina Chery are residents of Florida and together own real property located at 990 NW Leonardo Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

337

accompanying this complaint which are incorporated herein by reference.

1816.   Plaintiff, Peter Hopmayer is a resident of Florida and owns real properties located at 863 SW McCall Road, Port St. Lucie, Florida 34953; 2832 St. Barts Square, Vero Beach, Florida 32967; 2426 SE Camarin Street, Port St. Lucie, Florida 34952; 1931 Taurus Lane, Port St. Lucie, Florida 34984 and 4609 SW Tacoma Street, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1817.   Plaintiff, Christopher Podlasek is a resident of Florida and owns real property located at 4026 SW Darwin, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1818.   Plaintiff, Robert Beringhaus is a resident of Florida and owns real property located at 10005 Cobblestone Creek Drive, Boynton Beach, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1819.   Plaintiff, John DeFalco is a resident of Florida and owns real property located at 318 SE 13th Street, Cape Coral, Florida 33990.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1820.   Plaintiff, Eddie Cuningham is a resident of Florida and owns real property located at 268 SW Kestor Drive, Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

338

complaint which are incorporated herein by reference.

1821.   Plaintiff, Pete Blalock is a resident of Alabama and owns real property located at 1911 Hwy. 595, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1822.   Plaintiff, James Gurley is a resident of Alabama and owns real property located at 1132 Avalon Drive, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1823.   Plaintiffs, Stephen and Rachel Kesterson are residents of Florida and together own real property located at 1832 W. Beach Blvd., Unit 901A, Gulf Shores, Alabama 36542. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1824.   Plaintiff, Joe McAleer is a resident of Alabama and owns real property located at 17095 Slash Pine Road, Gulf Shores, Alabama 36542.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1825.   Plaintiff, Mary Louise Pentecost is a resident of Louisiana and owns real property located at 4647 Hyocinth Avenue, Baton Rouge, Louisiana 70808.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1826.  Plaintiff, Karrissa M. Strong is a resident of Alabama and owns real property

located at 1201 Avalon Drive, Moody Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1827.   Plaintiff, Olivia Snow is a resident of Louisiana and owns real property located at 628 Soloman Drive, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1828.   Plaintiffs, Brian and Victoria Nelson are residents of Florida and together own real property located at 6875 Long Leaf Drive, Parkland Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1829.   Plaintiff, Darren Sharper is a resident of Florida and owns real property located at 1522 Island Blvd., Aventurea, Florida 33160.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1830.   Plaintiffs, Don and Amy Frawley are residents of Florida and together own real property located at 1237 NW 36th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1831.   Plaintiffs, Valerie Chavin and Rami Shmuely are residents of Florida and together own real property located at 5140 NW 30th Terrace, Fort Lauderdale, Florida 33309.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1832.   Plaintiff, 1100 Valencia LLC owns real property located at 1100 Valencia Avenue, Coral Gables, Florida 33134.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1833.   Plaintiffs, Christopher and Cristina Blanco are residents of Florida and together own real property located at 3402 SW 64 Avenue, Miami, Florida 33155.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1834.   Plaintiffs, Valliere and Margaret Dauterive are residents of Louisiana and together own real property located at 1209 Rue Degas, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1835.   Plaintiff, Antilles Vero Beach, LLC c/o Ironwood Development owns real property located at 3300 Antilles Lance, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1836.   Plaintiff, Angela Arroyave is a resident of Florida and owns real property located at 14722 SW 7th Street, Pembrooke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1837.   Plaintiff, George Brooks is a resident of Florida and owns real property located at

4417 NE 11th Place, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1838.   Plaintiffs, Neil and Yolanda DeHenese are residents of Florida and together own real property located at 11314 Flora Spring Drive, Riverview, Florida 33579.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1839.   Plaintiffs, Johnnie and Aimee Delgado are residents of Florida and together own real property located at 8958 SW 27th Terrace, Cutler Bay, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1840.   Plaintiffs, Kesnel and Francine Joseph are residents of Florida and together own real property located at 3415 32nd Street, West, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1841.   Plaintiffs, Matthew and Sirarpi Klujian are residents of Illinois and together own real property located at 20056 Larino Loop, Estero, Florida 33928.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1842.   Plaintiff, Michael J. Livesay is a resident of Florida and owns real property located at 11620 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1843.   Plaintiffs, Louis and Patricia Norman are residents of Florida and together own real property located at 20204 Moss Hill Way, Tampa, Florida 33647.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1844.   Plaintiffs, Michael and Margarita Paukovich are residents of Florida and together own real property located at 11623 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1845.   Plaintiffs, Anthony and Marcia Perga are residents of Florida and together own real property located at 13932 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1846.   Plaintiffs, Franklyn and Kimberley Richardson are residents of Florida and together own real property located at 2990 NW 9th Place, Ft. Lauderdale, Florida 33311. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1847.   Plaintiff, James Scoone is a resident of Florida and owns real property located at 3619 SW 5th Street, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1848.   Plaintiff, Francisco Sulen is a resident of Florida and owns real property located

at 8502 Sumner Avenue, Fort Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1849.   Plaintiffs, Andrew and Maria Swanson are residents of Canada and together own real property located at SW 550 Firebrand Street, Palm Bay, Florida 32908.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1850.   Plaintiff, John Terlizzi is a resident of Florida and owns real property located at 2791 Largay Way #A201, Bonita Springs, Florida 34134.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1851.   Plaintiffs, Marvin and Angela Cuevas are residents of Mississippi and together own real property located at 23131 Stablewood Circle, Pass Christian, Mississippi 39571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1852.   Plaintiff, Braun Enterprises owns real property located at1104 Margaret Road, Ocean Springs, Mississippi 39564.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1853.   Plaintiff, Deborah Hebert is a resident of Mississippi and owns real property located at 1 Mossy Oaks, Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

344

complaint which are incorporated herein by reference.

1854.   Plaintiffs, James and Leona Ayers are residents of Alabama and together own real property located at 1017 Kingsway, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1855.   Plaintiff, John Acevado is a resident of Mississippi and owns real property located at 6221 Tunica Road, Biloxi, Mississippi 39532.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1856.   Plaintiff, Greg Roberts is a resident of Mississippi and owns real property located at 700 Beach Bld, #703, Long Beach, Mississippi 39560.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1857.   Plaintiffs, Jeff and Tracy Goodspeed are residents of Mississippi and together own real property located at 1625 Martin Bluff, Unit 14, Gautier, Mississippi 39533.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1858.   Plaintiffs, Mikea and Deborah Bonamour are residents of Alabama and together own real property located at 10586 Stucki Road, Elberta, Alabama 36530.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1859.   Plaintiff, Elizabeth Lewinger is a resident of Mississippi and owns real property

located at 7501 Macon Drive, Biloxi, Mississippi 39532.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1860.   Plaintiff, Riverbend Homeowners Association owns real property located at 1625 Martin Bluff Road, Unit #s 10, 28, 82 and 83, Gauither, Mississippi 39553.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1861.   Plaintiff, Masse Contracting, Inc. owns real property located at 15168 Evan Street, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1862.   Plaintiff, Lee Klien is a resident of Mississippi and owns real property located at 7039 Klein Street, Bay St. Louis, Mississippi 39520.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1863.   Plaintiff, Roger Garrett is a resident of Mississippi and owns real property located at 13496 Addison Avenue, Gulfport, Mississippi 39503.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1864.   Plaintiff, David H. Foote is a resident of Alabama and owns real property located at 243 Courtside Drive, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1865.   Plaintiff, Francine M. Kelly is a resident of Florida and owns real property located at 8416 101st Court, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1866.   Plaintiff, Anne M. O'Hear is a resident of Florida and owns real property located at 2354 SE Avalon Road, Port St. Lucie, Florida 34952.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1867.   Plaintiffs, Thomas M. and Susan E. Teefy are residents of Florida and together own real property located at 5168 SE Mariner Garden Circle, Unit 59, Stuart, Florida 34997.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1868.   Plaintiff, Shawn Mosley is a resident of Florida and owns real property located at 10440 SW Stephanie Way, Unit 203, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1869.   Plaintiff, Vincent L. Randolph is a resident of Florida and owns real property located at 5602 Birch Drive, Fort Pierce, Florida 34982.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1870.   Plaintiffs, Raymond D. and Corrye Creech are residents of Florida and together

own real property located at 2506 SW National Circle, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1871.   Plaintiff, Judalyne Brown is a resident of Florida and owns real property located at 1414 SE Ladner Street, Port St. Lucie, Florida 34983. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1872.   Plaintiffs, Vernon and JoAnn Fernandez are residents of Louisiana and together own real property located at 41555 C.C. Road, Ponchatoula, Louisiana 70454. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1873.   Plaintiff, Mireille McLain Fitzmorris is a resident of Louisiana and owns real property located at 21195 Pine Hollow Road, Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1874.   Plaintiffs, James and Elizabeth Anderson are residents of Florida and together own real properties located at 40006 Champion TIF East, Gonzales, Louisiana 70737 and 40007 Champion TIF East, Gonzales, Louisiana 70737. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1875.   Plaintiffs, Virginia and Daniel Stovall are residents of Florida and together own real property located at 40901 Susan Drive, Punta Gorda, Florida 33982. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1876.   Plaintiffs, Joseph and Sharon Molinaro are residents of Florida and together own real property located at 626 Country Meadows Way, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1877.   Plaintiffs, Shawn and Victoria Anderson are residents of Florida and together own real property located at 3917 La Vida Way, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1878.   Plaintiffs, Philip and Susannah Hammersley are residents of Florida and together own real property located at 99 Vivante Blvd. #401, Punta Gorda, Florida 33950.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1879.   Plaintiff, John Britton Ashmore is a resident of Alabama and owns real property located at 1507 Creekside Drive, Hoover, Alabama 35266.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1880.   Plaintiffs, James and Michele Bunn are residents of Alabama and together own real property located at 3766 Abbey Glenn Way, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

349

1881.   Plaintiffs, Duane and Sarah Chapman are residents of Alabama and together own real property located at 129 Dunstan Drive, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1882.   Plaintiffs, Kyle and Lorie Corley are residents of Alabama and together own real property located at 5220 Creekside Loop, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1883.   Plaintiffs, Gary and Linda Crawford are residents of Alabama and together own real property located at 1039 Kings Way, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1884.   Plaintiffs, Michael and Monica Daniel are residents of Alabama and together own real property located at 4142 Ternview Road, Vestavia Hills, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1885.   Plaintiffs, David and Suzanne Ezekiel are residents of Alabama and together own real property located at 2162 Timberline Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1886.   Plaintiffs, Tom and Cherie Fairburn are residents of Alabama and together own real property located at 113 Dunstan Drive, Birmingham, Alabama 35242.  Plaintiffs are

350

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1887.   Plaintiff, Sherry Farmer is a resident of Alabama and owns real property located at 1049 Little Sorrel Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1888.   Plaintiffs, William Graham and Martha Betty M. Harrod Trust for the Benefit of Martha H. Graham Under the Betty M. Harrod Trust are residents of Alabama and together own real property located at 1424 Charleston Court, Vestavia Hills, Alabama 35216.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1889.   Plaintiffs, Tony and Ann Gilbert are residents of Alabama and together own real property located at 1076 Maryanna Road, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1890.   Plaintiffs, Matthew and Olivia A. Greer are residents of Alabama and together own real property located at 2367 Bellevue Terrace, Birmingham, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1891.   Plaintiffs, Alan and Zoe Griffith are residents of Alabama and together own real property located at 2146 Timberline Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

1892.   Plaintiffs, Lincoln Hand and Mimi Wade are residents of Alabama and together own real property located at 1514 Crown Point Drive, Gardendale, Alabama 35071.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1893.   Plaintiff, Robert D. Harper is a resident of Alabama and owns real property located at 1225 Glenstone Place, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1894.   Plaintiff, Hillary Howard is a resident of Alabama and owns real property located at 85 Action Loop Road, Moody, Alabama 35004.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1895.   Plaintiffs, James and Carol Howard are residents of Alabama and together own real property located at 1084 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1896.   Plaintiffs, Michael and Susan Randolph are residents of Alabama and together own real property located at 2154 Timberline Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1897.  Plaintiffs, Thaddeus L. and Pamela R. Hunter are residents of Alabama and

together own real property located at 2375 Abbey Glenn Circle, Hoover, Alabama, 35226. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1898.   Plaintiffs, Booker and Brenda F. Joseph are residents of Alabama and together own real property located at 1041 Edgewater Lane, Chelsea, Alabama 35043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1899.   Plaintiff, Cindy Killen is a resident of Alabama and owns real property located at 1420 Charleston Court, Vestavia Hills, Alabama 35216.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1900.   Plaintiffs, Ericka and Cornelius Lawrence are residents of Alabama and together own real property located at 2295 Abbey Glenn Circle, Birmingham, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1901.   Plaintiffs, Christopher and Rochelle Loney are residents of Alabama and together own real property located at 3738 Chalybe Walk, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1902.   Plaintiff, William Craft Maier is a resident of Alabama and owns real property located at 2090 Timberline Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1903.   Plaintiffs, William and Janin Marston are residents of Alabama and together own real property located at 3734 Chalybe Walk, Hoover, Alabama 35226.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1904.   Plaintiffs, Jason Milano and Sarah Bennett are residents of Alabama and together own real property located at 1050 Little Sorrell Drive, Calera, Alabama 35040.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1905.   Plaintiff, Victor Moore is a resident of Alabama and owns real property located at 1004 Maryanna Road, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1906.   Plaintiff, Twnica N. Newton is a resident of Alabama and owns real property located at 2150 Timberline Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1907.   Plaintiffs, Patrick and Jacqueline Noel are residents of Alabama and together own real property located at 1009 Wesley Trace, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1908.   Plaintiffs, Cherie and Keith Richardson are residents of Alabama and together

own real property located at 115 Major Circle, Riverside, Alabama 35135.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1909.   Plaintiffs, Arnold Lee and Rada Ridley are residents of Alabama and together own real property located at 1045 Edgewater Lane, Chelsea, Alabama 35043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1910.   Plaintiff, Jeremy A. Rodgers is a resident of Alabama and owns real property located at 1063 Maryanna Road, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1911.   Plaintiffs, Tracey and Vickie Starnes are residents of Alabama and together own real property located at 7600 Sardis Grove Lane, Gardendale, Alabama 35071.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1912.   Plaintiffs, Donald and Susan Tanis are residents of Alabama and together own real property located at 3750 Village Lane, Birmingham, Alabama 35223.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1913.   Plaintiffs, Ortis Darren and Susan Thompson are residents of Alabama and together own real property located at 1105 Taylor's Trail, Moody, Alabama 35004.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1914.   Plaintiffs, Maria and James Vincent are residents of Alabama and together own real property located at 340 Hillstone Drive, Pell City, Alabama 35125.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1915.   Plaintiff, Susan Wilkens is a resident of Alabama and owns real property located at 1087 Dunnavant Place, Birmingham, Alabama 35242.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1916.   Plaintiffs, Jeff and Suzanne J. Wright are residents of Alabama and together own real property located at 3754 Village Lane, Birmingham, Alabama 35223.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1917.   Plaintiff, Rebecca K. Yarbrough is a resident of Alabama and owns real property located at 1025 Little Sorrel Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1918.   Plaintiffs, Charles and Heidi Holley are residents of Minnesota and together own real property located at 13011 Sandy Key Bend #3 N, Ft. Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1919.   Plaintiffs, Derrick and Robin Peterson are residents of Florida and together own

real property located at 518 SW California Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1920.   Plaintiff, Udo Werner is a resident of Florida and owns real property located at 2014 NW 11th Court, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1921.   Plaintiff, Maria Coords is a resident of Florida and owns real property located at 1245 Kendari Terrace, Naples, Florida 34113. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1922.   Plaintiffs, Jetson and Lee Morgan are residents of Florida and together own real property located at 2561 52nd Avenue NE, Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1923.   Plaintiff, Olga Palmer is a resident of Florida and owns real property located at 1233 Kendari Terrace, Naples, Florida 34113. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1924.   Plaintiff, Brian Huckaby is a resident of Louisiana and owns real property located at 4031 Monte Vista Drive, Addis, Louisiana 70710. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1925.   Plaintiffs, Robert and Dana Whitaker are residents of Louisiana and together own real property located at 104 Squaw Court, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1926.   Plaintiff, Victor Piper is a resident of Florida and owns real property located at 11501 Centaur Way, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1927.   Plaintiffs, Lynne and Edger Robinson are residents of Connecticut and together own real property located at 8595 Athena Court, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1928.   Plaintiffs, Danette and Raymond Oler are residents of Florida and together own real property located at 160 E. Mariana Avenue, N. Ft. Myers, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1929.   Plaintiffs, Katie Strout and Matt J. Jerrels are residents of Florida and together own real property located at 3250 Lee Way Court, Unit 7, North Ft. Myers, Florida 33903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference,

1930.   Plaintiffs, Frank and Gina Vetter are residents of Florida and together own real

property located at 15412 Alsask Circle, Port Charlotte, Florida 33981.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1931.   Plaintiff, Jason Vest is a resident of Alabama and owns real property located at 1013 Little Sorrel Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1932.   Plaintiff, Paul Doering is a resident of Florida and owns real properties located at 515 S.W. 4th Terrace, Cape Coral, Florida 33991 and 2324 NE Juanita Place, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1933.   Plaintiff, John C. Allard is a resident of Florida and owns real property located at 1786 SW Cordova Street, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1934.   Plaintiff, Jane Flanagan is a resident of Florida and owns real property located at 554 SE Evergreen Terrace, Port St. Lucie, Florida 34983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1935.   Plaintiffs, James and Tammy Hitt are residents of Florida and together own real property located at 558 SE Evergreen Terrace, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1936.   Plaintiff, John Schmidt is a resident of Louisiana and owns real property located at 280 Penn Mill Lakes Blvd., Covington, Louisiana 70435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1937.   Plaintiff, Maxi Gaussiran is a resident of Louisiana and owns real property located at 39768 Kellywood Blvd. Ponchatoula, Louisiana 70454.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1938.   Plaintiffs, Christopher and Natalie Lewis are residents of Alabama and together own real property located at 35069 Spring Road S., Stapleton, Alabama 36578.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1939.   Plaintiff, Renee Ganucheau is a resident of Louisiana and owns real property located at 6465 Louis XIV, New Orleans, Louisiana 70124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1940.   Plaintiffs, Austin and Betty Beasley are residents of Alabama and together own real property located at 1608 Grace Lake, Fairhope, Alabama 35653.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1941.   Plaintiff, Avalon Preserve Condominium Association, Inc. owns real property

located at Common Element Avalon Preserve Condo, Fort Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1942.   Plaintiffs, Virgil and Mary Bettencourt are residents of Mississippi and together own real property located at 23473 Woodland Way, Pass Christian, Mississippi 39571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1943.   Plaintiffs, Dieuseul and Marie Alexandre are residents of Florida and together own real properties located at 4438-4440 26th Street, South West, Lehigh Acres, Florida 33973. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1944.   Plaintiff, Jason Clark is a resident of Louisiana and owns real property located at 1017 Little Sorrel Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1945.   Plaintiffs, David and Diane Denkhuas are residents of Michigan and together own real property located at 19401 La Serena Drive, Fort Myers, Florida 33967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1946.   Plaintiff, Miroslav Derzhko is a resident of Florida and owns real property located at 6953 Topeka Lane, North Port, Florida 34291.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1947.   Plaintiffs, Vicente and Maria Herrera are residents of Florida and together own real property located at 11322 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1948.   Plaintiff, Patrick Igl is a resident of Germany and owns real property located at 1831 South West 13th Lane, Cape Coral, Florida 33991.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1949.   Plaintiff, Kathryn Marshall is a resident of Florida and owns real property located at 6555 Martinique Way, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1950.   Plaintiffs, Michael, Edward and George Nukho are residents of New York and together own real property located at 430 South East 21st Terrace, Cape Coral, Florida 33990. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1951.   Plaintiff, Craig Petersman is a resident of Pennsylvania and owns real property located at 1618 North West 19th Street, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1952.  Plaintiff, Rocco Quaglietti is a resident of California and owns real property

362

located at 16122 Via Solera Circle, Unit #104, Fort Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1953.   Plaintiffs, Scott and Judy Barry are residents of New Jersey and together own real property located at 3801 South West 2nd Street, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1954.   Plaintiffs, Anthony and Iraida Constantino are residents of Florida and together own real property located at 13952 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1955.   Plaintiffs, Orlando Barrios and Amarilis Escalona are residents of Florida and together own real property located at 1282 South West Crost Avenue, Port Saint Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1956.   Plaintiff, Michael Kozlowski is a resident of Florida and owns real property located at 11563 Hammocks Glade Drive, Riverview, Florida 33569.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1957.   Plaintiffs, Stephan and Sabine Langfeld are residents of Germany and together own real property located at 6905 South West 13th Street, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

1958.   Plaintiff, George Toran, Jr. is a resident of Florida and owns real property located at 3213 North East 5th Street, #201, Pompano Beach, Florida 33062.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1959.   Plaintiffs, Eric and Gina Bienemy are residents of Louisiana and together own real property located at 2823 Daniel Drive, Violet, Louisiana 70092.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1960.   Plaintiffs, Darrell and Tammy Trott are residents of Alabama and together own real property located at 4346 Boulder Lake Circle, Birmingham, Alabama 35242.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1961.   Plaintiffs, Frank Mumphrey and Gail Arcement are residents of Mississippi and together own real property located at 57 Navajo Drive, Picayune, Mississippi 39466.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1962.   Plaintiffs, Joseph and Mary Proby are residents of Mississippi and together own real property located at 762 W. North Street, Pass Christian, Mississippi 39571.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1963.   Plaintiff, Lillian Elmore is a resident of Mississippi and owns real property

located at 6003 Vista Drive, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1964.   Plaintiffs, Timothy and Tracey Perry are residents of Mississippi and together own real property located at 15190 Westin Cove, Gulfport, Mississippi 39503.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1965.   Plaintiff, Bank Plus/Mercado owns real property located at 59 Cane Bend Drive, Carriere, Mississippi 39426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1966.   Plaintiff, William Hickey is a resident of New Jersey and owns real property located at 1237 Kendari Terrace, Naples, FL 34113.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1967.   Plaintiff, Lois Bosarge Roberts is a resident of Mississippi and owns real property located at 1130 Del Norte Circle, Pascagoula, Mississippi 39581.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1968.   Plaintiffs, Jason and Jessica James are residents of Florida and together own real property located at 3850 NW 32 Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

1969.   Plaintiffs, Lester and Catherine Arnaud are residents of Louisiana and together own real property located at 17504 Rosemont Drive, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1970.   Plaintiff, Tyrone C. Turner is a resident of Louisiana and owns real property located at 17447 Rosemont Drive, Prairieville, Louisiana 70769.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1971.   Plaintiffs, Don and Agnes Wheeler are residents of Louisiana and together own real property located at 41311 Tulip Hill Avenue, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1972.   Plaintiffs, Aldo and Ghedy Matus are residents of Louisiana and together own real property located at 41299 Tulip Hill Avenue, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1973.   Plaintiffs, Jimmy and Louise Bradley are residents of Louisiana and together own real property located at 19405 Kelly Wood Court, Baton Rouge, Louisiana 10809.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1974.  Plaintiff, Enrica Singleton is a resident of Louisiana and owns real property

located at 11413 Longview Drive, New Orleans, Louisiana 70128.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1975.   Plaintiff, Arthur Clarkson, Administrator of the Succession of Mary Clarkson DeArmas is a resident of Louisiana and owns real property located at 40145 Taylors Trace, Unit 1000, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1976.   Plaintiff, Emerald Greens and Carrollwood, LLC owns real property located at 4011, 4013, 4015, 4017, 4021, 4023, 4025, 4027, 4031, 4033, 4035, 4037, 4041, 4043, 4045, 4047, 4101, 4103, 4105, 4107, 4111, 4113, 4115, 4117, 4131, 4133, 4135, 4137, 4141, 4143, 4145, 4147 Courtside Way, Tampa, Florida 3618 and 13920, 13922, 13924, 13926, 13930, 13932, 13934, 13936, 13940, 13942. 13944, 13946, 13950, 13952, 13954, 13956, 13960, 13962, 13964, 13966, 13970, 13972, 13974, 13976 Clubhouse Drive, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1977.   Plaintiffs, Donna M. Borrello and Thomas W. Stallings are residents of Louisiana and together own real property located at 5939 Argonne Blvd., New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1978.   Plaintiffs, Robert David, Jr. and Jennifer Ann Bonamy are residents of Alabama and together own real property located at 5246 Greystone Way, Birmingham Alabama 35242.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1979.   Plaintiffs, Ronald T. and Marilyn Brown are residents of Mississippi and together own real property located at 167 Bayou Circle, Gulfport, Mississippi 39507.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1980.   Plaintiff, Gant and Shivers Homes, LLC owns real property located at #1 Beau Braun, Long Beach, Mississippi 39560 and #11 Mossy Oaks, Long Beach, Mississippi 39560. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1981.   Plaintiffs, Christopher and Kristen Hogan are residents of Mississippi and together own real property located at 10350 Road 252, Biloxi, Mississippi 39532.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1982.   Plaintiffs, Jimmy and Debra Holliman are residents of Mississippi and together own real property located at 382 Beaver Dame Road, Perkinston, Mississippi 39573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1983.   Plaintiffs, Jason and Charlotte Nabors are residents of Mississippi and together own real property located at 614 Charleston Lane, Long Beach, Mississippi 39560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1984.   Plaintiffs, Mark and Deborah Postler are residents of Mississippi and together own real property located at 4365 N. Aberdeen Drive, Pass Christian, Mississippi 39571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1985.   Plaintiffs, Patrick and Marcile Schruff are residents of Mississippi and together own real property located at 616 Charleston Lane, Long Beach, Mississippi 39560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1986.   Plaintiffs, Mark and Denise Stringer are residents of Mississippi and together own real property located at 265 Charleston Lane, Long Beach, Mississippi 39560.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1987.   Plaintiffs, James and Sandy Webb are residents of Mississippi and together own real property located at 10 Old Oak Lane, Gulfport, Mississippi 39503.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1988.   Plaintiffs, Carroll, Jr., Carroll, III Lamarque and Robin Lamarque are residents of Louisiana and together own real property located at 708 Magistrate Street, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1989.   Plaintiff, Pamela Ann Wood is a resident of Louisiana and owns real property located at 224 Emerald Oaks Drive, Covington, Louisiana 70433.  Plaintiff is participating as a

369

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1990.   Plaintiffs, Jacque and Dana Senac are residents of Louisiana and together own real property located at 696 Timberwood Loop, Madisonville, Louisiana 70447.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1991.   Plaintiffs, Oakbrook Building & Design, Inc. and Regency Constructors, LLC together own real properties located at 12708 Equestrian Tr., Davie, FL 33330; 12408 S. Stonebrook Cir., Davie, FL 33330; 12575 Stoneway Court, Davie FL, 33330; and 3001 E. Stonebrook Circle, Davie, FL 33330.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1992.   Plaintiffs, Blackhawk Reserve JV and Regency Constructors, LLC together own real properties located at 1440 SW 153 Way, Davie, FL 33326; 1402 SW 150 Terrace, Davie, FL 33326; and 15090 SW 16 Street, Davie, FL 22236.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1993.   Plaintiffs, Lake Worth Real Estate, Inc., Regency Constructors, LLC and Greyhawk, a Florida Joint Venture together own real property located at 8843 Club Estates Way, Lake Worth, Florida 33467.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

370

1994.   Plaintiff, Elizabeth Cohen is a resident of Florida and owns real property located at 2835 St. Barts Square, Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1995.   Plaintiffs, Mark and Linda Poplano are residents of Florida and together own real property located at 4215 Amelia Plantation, Vero Beach, Florida 32976.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1996.   Plaintiff, David Minor is a resident of Florida and owns real property located at 32801 Hwy 441 North, Skeechobee, Florida 34972.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1997.   Plaintiff, John Luglis is a resident of Florida and owns real property located at 4100 Abington Woods Cir., Vero Beach, Florida 32967.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1998.   Plaintiff, Reggie Darden is a resident of Alabama and owns real property located at 1037 Little Sorrell Drive, Calera, Alabama 35040.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1999.   Plaintiffs, Lillie and Joseph Bennette are residents of Louisiana and together own real property located at 4800 Congress Drive, New Orleans, Louisiana 70126.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2000.   Plaintiff, Richard Igercich is a resident of Louisiana and owns real property located at 46 Preserve Lane, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2001.   Plaintiffs, Richard and Michele Musgrave are residents of Louisiana and together own real property located at 6864 Colbert Street, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2002.   Plaintiff, Stan Pinkus Revocable Trust owns real property located at 1358 Richmar Street, North Port, Florida 34288.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2003.   Plaintiffs, Alan Bache, Charlotte Fuller and Michael Messner are residents of Alabama and together owns real property located at 10120 Bayou Grande Avenue, Seminole, Florida 33772.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2004.   Plaintiffs, Russell and Georgina Profit are residents of Florida and together own real property located at 10110 Bayou Grande Avenue, Seminole, Florida 33772.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

372

accompanying this complaint which are incorporated herein by reference.

2005.   Plaintiff, Laura Sferrazza is a resident of Florida and owns real property located at 10140 Bayou Grande Avenue, Seminole, Florida 33772.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2006.   Plaintiffs, Adrian and Micaile Smith are residents of Florida and together own real property located at 1098 NW Leonardo Cr., Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2007.   Plaintiff, Agnes Ross is a resident of Florida and owns real property located at 9611 Clemmons Street, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2008.   Plaintiffs, Charles and Heidi Holley are residents of Minnesota and together own real property located at 13011 Sandy Key Bend #3 N, Ft. Myers, Florida 33903.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2009.   Plaintiffs, Thomas and Kathleen Mullen are residents of New Jersey and together own real property located at 1130 Bari Street East, Lehigh Acres, Florida 33936.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2010.   Plaintiffs, Derrick and Robin Peterson are residents of Florida and together own

real property located at 518 SW California Avenue, Stuart, Florida 34994.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2011.   Plaintiff, Udo Werner is a resident of Florida and owns real property located at 2014 NW 11th Court, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2012.   Plaintiffs, Richard and Olga Griffith are residents of Florida and together own real property located at 142 SW Covington Road, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2013.   Plaintiffs, Jetson and Lee Morgan are residents of Florida and together own real property located at 2561 52nd Avenue NE, Naples, Florida 34120.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2014.   Plaintiff, Olga Palmer is a resident of Florida and owns real property located at 1233 Kendari Terrace, Naples, Florida 34113.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2015.   Plaintiff, Carol Albano is a resident of Florida and owns real property located at 1401 NW 36th Way, Lauderhill, Florida 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

2016.   Plaintiffs, James and Mariamma Albert are residents of New York and together own real property located at 2670 Amber Lake Drive, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2017.   Plaintiff, Jean Louis Beauvilet is a resident of Florida and owns real property located at 1942 S E Floresta Drive, Port St. Lucie, Florida 34983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2018.   Plaintiffs, Lev Levitan and Rosaliya Makarchuk are residents of Florida and together own real property located at 81 Port Royal Drive, Palm Coast, Florida 32164.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2019.   Plaintiff, Thakur Persuad is a resident of Florida and owns real property located at 2815 Cabana Lane, Port St. Lucie, Florida 34983.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2020.   Plaintiffs, Rafael and Ana Segundo are residents of Florida and together own real property located at 2964 NE 3 Drive, Homestead, FL 33033.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2021.   Plaintiffs, Michael and Tatiana Smith are residents of Florida and together own

real property located at 3207 NE 14th Place, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2022.   Plaintiffs, David and Kathy Borgardt are residents of Florida and together own real property located at 2160 NW 23rd Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2023.   Plaintiffs, Cossette Bravo and David Ilanes are residents of Florida and together own real property located at 1014 Greenwood Avenue, Lehigh Acres, Florida 33972.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2024.   Plaintiff, Carol Cohen is a resident of Florida and owns real property located at 15586 Fiorenza Circle, Delray Beach, Florida 33446.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2025.   Plaintiffs, John and Sandra Conroy are residents of Florida and together own real property located at 1750 NW 24th Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2026.   Plaintiffs, Mara and James D'Angelo are residents of Florida and together own real property located at 9502 Waterford Oaks Blvd., Winter Haven, Florida 33884.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

2027.   Plaintiff, Maria Ebersole Architectural Alliance Holdings, Inc. owns real property located at 11001 Gulf Reflections, Drive, A-405, Ft. Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2028.   Plaintiff, Johnny Elmurr is a resident of Florida and owns real property located at 1920 Venice Avenue North, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2029.   Plaintiffs, Dirk Fischer and Svetlana Fisher are residents of Florida and together own real property located at 424 NW 38th Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2030.   Plaintiffs, James and Tecquinette Fogle are residents of Virginia and together own real property located at 2819 21st Street West, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2031.   Plaintiffs, Vincent and Joan Geraci are residents of Florida and together own real property located at 420 NW 38 Avenue, Cape Coral, Florida 33993.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2032.   Plaintiff, Gulf Reflections Condo Assn. owns real property located at 11001 Gulf

Reflections Drive, Ft. Myers, Florida 33908.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2033.   Plaintiffs, Stephanie and John Peace are residents of Florida and together own real property located at 123 SW 29th Street, Cape Coral, Florida 33914.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2034.   Plaintiff, Sieglinde Saeks is a resident of Florida and owns real property located at 2810 NW 14th Terrace, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2035.   Plaintiffs, John and Barbara Shaw are residents of Florida and together own real property located at 827 SW 17 Street, Cape Coral, Florida 33991.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2036.   Plaintiff, Humberto Suarez is a resident of Florida and owns real property located at 208 SE 6th Street, Cape Coral, Florida 33990.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2037.   Plaintiffs, Omar Thomas and Nordia Nelson are residents of Florida and together own real property located at 1913 Louis Avenue, Lehigh Acres, Florida 33972.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

378

accompanying this complaint which are incorporated herein by reference.

2038.   Plaintiff, Marcia Toledo is a resident of Florida and owns real property located at 3932 SW 52nd Avenue, #3, Pembroke Park, Florida 33023.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2039.   Plaintiff, Transland, LLC owns real property located at 34 NE 4th Street, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2040.   Plaintiff, Evelyn Arias is a resident of Florida and owns real property located at 3601 Malagrotta Circle, Cape Coral, Florida 33909.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2041.   Plaintiff, Aurora Barcia is a resident of Florida and owns real property located at 6119 NW Densaw Terrace, Port St. Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2042.   Plaintiffs, Fernando and Barbara Barragan are residents of Florida and together own real property located at 8935 SW 228th Lane, Cutler Bay, Florida 33190.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2043.   Plaintiffs, James and Barbara Fallmann are residents of Florida and together own

real property located at 11063 Pacifica Street, Wellington, Florida 33449.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2044.   Plaintiff, Diana Gay is a resident of Florida and owns real property located at 105 Twin Lake Circle, Umatilla, Florida 32784.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2045.   Plaintiff, James Meredith Henson is a resident of Florida and owns real property located at 109 Twin Lakes Circle, Umatilla, Florida 32784.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2046.   Plaintiffs, Nicolbe Hernandez and Sepia Reid are residents of Florida and together own real property located at 230 SW Lama Avenue, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2047.   Plaintiffs, James and Maria Ivory are residents of Colorado and together own real property located at 16315 Maya Circle, Punta Gorda, Florida 33955.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2048.   Plaintiffs, John and Katherine Kallas are residents of Florida and together own real property located at 1107 Dorothy Avenue N, Lehigh Acres, Florida 33971.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

2049.   Plaintiff, T. Jack Kent is a resident of Florida and owns real property located at 4960 N. Harrison Road, Mims, Florida 32754.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2050.   Plaintiffs, Guofeng Ma and Wei Cheng are residents of Florida and together own real property located at 17874 SW 47th Street, Miramar, Florida 33029.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2051.   Plaintiffs, Arlene and Charles Mackoff are residents of Florida and together own real property located at 15582 Fiorenza Circle, Delray Beach, Florida 33446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2052.   Plaintiff, Bryan Masmela is a resident of Florida and owns real property located at 10902 NW 83rd Street, Doral, Florida 331780.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2053.   Plaintiffs, Bradley and Tricia Miller are residents of Florida and together own real property located at 11134 Pacifica Street, Wellington, Florida 33449.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2054.   Plaintiff, Carmela Nunez is a resident of Florida and owns real property located at

3000 Stanfort Road, West Palm Beach, Florida 33405.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2055.   Plaintiffs, David and Andrea Osterberg are residents of Florida and together own real property located at 3404 W. Sevilla Street, Tampa, Florida 33629.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2056.   Plaintiff, Hector Patino is a resident of Florida and owns real property located at 14718 SW 5th Street, Pembroke Pines, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2057.   Plaintiff, Socorro Restrepo is a resident of Florida and owns real property located at 8932 SW 228 Lane, Cutler Bay, Florida 33190.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2058.   Plaintiffs, Jack and Luz Rizzo are residents of Florida and together own real property located at 15578 Fiorenza Circle, Delray Beach, Florida 33446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2059.   Plaintiffs, Perry and Stephanie Scarlett are residents of Florida and together own real property located at 221 SW Ridgecrest Drive, Port St. Lucie, Florida 34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

2060.   Plaintiffs, Terrance Scott and Deborah Semrau are residents of Florida and together own real property located at 15435 Fiorenza Circle, Delray Beach, Florida 33446. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2061.   Plaintiffs, Randy and Teresa Teegarden are residents of Florida and together own real property located at 4433 Fielovien Circle, Wesley Chapel, Florida 33545.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2062.   Plaintiffs, Barry and Barbara Tutin are residents of Florida and together own real property located at 15562 Fiorenza Circle, Delray Beach, Florida 33446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2063.   Plaintiffs, Jack and Claire Benjamin are residents of Louisiana and together own real property located at 12 Pelham, Metairie, Louisiana 70005.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2064.   Plaintiff, Jonathan Satter is a resident of Florida and owns real property located at 115 Palmetto Lane, West Palm Beach, Florida 33405.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2065.   Plaintiffs, Daniel and Gessica Toth are residents of Florida and together own real

property located at 11039 Muller Road, Ft. Pierce, Florida 34945.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2066.   Plaintiffs, Jacques and Nicole Waguespack are residents of Louisiana and together own real property located at 1423 Savannah Street, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2067.   Plaintiffs, Sheldon Friefield, Inc. and Southern Homes Development, Corp. together own real property located at 7242 Horizon Drive, W. Palm Beach, Florida 33412. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2068.  Plaintiff, Herold Athouriste is a resident of Louisiana and owns real property located at 17849 SW 54th Street, Miramar, FL 33069.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2069.  Plaintiff, Deborah Hansen is a resident of Louisiana and owns real property located at 3537 NW 14th Ct., Lauderhill, FL 33311.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

2070.  Plaintiff, Melissa Wetzler is a resident of Florida and owns real property located at 6687 N. Grande Drive, Boca Raton, Florida  33433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

2071.  Plaintiff, the WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (hereafter, the "WCI Trust"), is a Delaware trust recognized pursuant to order of the United States Bankruptcy Court for the District of Delaware (the "WCI Bankruptcy Court") entered on August 26, 2009, in the bankruptcy case styled In re WCI Communities, Inc., et al., Case No. 08-11643. Robert C. Pate was appointed by the WCI Bankruptcy Court to serve as the Trustee of the WCI Trust. The WCI Trust brings its claim on behalf of the third party beneficiary homeowners identified in Exhibit "C", attached hereto. The WCI Trust is participating in the Knauf class asserted herein.

2072.  Plaintiff, Oceanique Development Company owns real property located at 4180 N. Highway A1A, Ft. Pierce, FL #801B; 4180 N. Highway A1A, Ft. Pierce, FL #802B, (including common areas of Building B); 4180 N. Highway A1A, Ft. Pierce, FL #803B; 4180 N. Highway A1A, Ft. Pierce, FL #804B; 4180 N. Highway A1A, Ft. Pierce, FL #805B; 4180 N. Highway A1A, Ft. Pierce, FL #901B; 4180 N. Highway A1A, Ft. Pierce, FL #902B; 4180 N. Highway A1A, Ft. Pierce, FL #903B; 4180 N. Highway A1A, Ft. Pierce, FL #904B; 4180 N. Highway A1A, Ft. Pierce, FL #905B; 4180 N. Highway A1A, Ft. Pierce, FL #1001B; 4180 N. Highway A1A, Ft. Pierce, FL #1002B; 4180 N. Highway A1A, Ft. Pierce, FL #1003B; 4180 N. Highway A1A, Ft. Pierce, FL #1004B 4180 N. Highway A1A, Ft. Pierce, FL #1005B; 4180 N. Highway A1A, Ft. Pierce, FL #1101B; 4180 N. Highway A1A, Ft. Pierce, FL #1102B; 4180 N. Highway A1A, Ft. Pierce, FL #1103B; 4180 N. Highway A1A, Ft. Pierce, FL #1104B; 4180 N. Highway A1A, Ft. Pierce, FL #1105B; 4180 N. Highway A1A, Ft. Pierce, FL #1201B; 4180 N. Highway A1A, Ft. Pierce, FL #1202B; 4180 N. Highway A1A, Ft. Pierce, FL #1203B; 4180 N. Highway

A1A, Ft. Pierce, FL #1204B; 4180 N. Highway A1A, Ft. Pierce, FL #1205B; 4180 N. Highway,

Ft. Pierce, FL (Garage Building C); 4160 N. Highway A1A, Ft. Pierce, FL #201A; 4160 N.

Highway A1A, Ft. Pierce, FL #202A; 4160 N. Highway A1A, Ft. Pierce, FL #203A; 4160 N.

Highway A1A, Ft. Pierce, FL #204A; 4160 N. Highway A1A, Ft. Pierce, FL #205A; 4160 N.

Highway A1A, Ft. Pierce, FL #206A; 4160 N. Highway A1A, Ft. Pierce, FL #207A; 4160 N.

Highway A1A, Ft. Pierce, FL #301A; 4160 N. Highway A1A, Ft. Pierce, FL #302A; 4160 N.

Highway A1A, Ft. Pierce, FL #303A; 4160 N. Highway A1A, Ft. Pierce, FL #304A; 4160 N.

Highway A1A, Ft. Pierce, FL #305A; 4160 N. Highway A1A, Ft. Pierce, FL #306A; 4160 N.

Highway A1A, Ft. Pierce, FL #307A.  Plaintiff is participating as a class representative in the

class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

## DEFENDANTS

2073.  Unless specifically stated to the contrary, all individual defendants are citizens of

the state where they do business and all entities are citizens of the state where they are

organized.  For those entities, where the state of organization is not listed, it is asserted upon

information and belief that the entity is incorporated and/or organized in the state of its principal

place of business.

### The Manufacturing Defendants

2074.  Defendant Knauf Gips is a German corporation doing business in several States,

including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina,

and Virginia.  One of Knauf Gips' affiliates, Knauf Verwaltungsgsellschaft KG, owns a

substantial stake in USG.  Knauf Gips is a leading manufacturer of building materials and

386

systems. Knauf Gips, together with its affiliates, including Knauf Tianjin, provides building materials and systems to customers in over 50 countries, including the United States. Upon information and belief, at all times material hereto, Knauf Gips supervised, operated, trained and otherwise exercised control and/or had the right to control the operations of Knauf Tianjin, and its agents, apparent agents, and employees.

2075.  Among other things, in 1995, Knauf Gips introduced its advanced production techniques and technology into China. From 1997 through 2001, Knauf Gips invested in China and established three plasterboard plants which are located in Wuhu, Tianjin and Dongguan. The product quality of all Knauf Gips' plants in China, including Knauf Tianjin, are strictly controlled according to the requirements of Knauf Gips' headquarters in Germany. Moreover, Knauf Gips' sales and technical support teams support Knauf Gips' businesses throughout the world, including Knauf Tianjin in China. Knauf Tianjin and its employees are the actual and/or apparent agents of Knauf Gips.

2076.  Upon information and belief, Knauf Gips, together with its affiliates and/or actual or apparent agents, including Knauf Tianjin, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia. Upon information and belief, Knauf Gips and/or Knauf Tianjin has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Knauf Gips and/or Knauf Tianjin manufactured and sold, directly and indirectly, to certain suppliers in the United States.

387

Knauf Gips directly controlled through its global family of businesses the importation of defective Chinese drywall at all times and provided oversight over internal investigations of sales of defective Chinese drywall.

2077.  Defendant Knauf Tianjin is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Knauf Tianjin is involved in the manufacturing and sale of gypsum drywall. Knauf Tianjin is the actual agent and/or apparent agent of Knauf Gips.  Upon information and belief, Knauf Tianjin, individually and/or together with and at the direction and control of its principal, Knauf Gips, manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the exception that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Knauf Tianjin and/or Knauf Gips has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States. Knauf Tianjin and/or Knauf Gips manufactured and sold, directly and indirectly, to certain suppliers in the United States.  Representatives of Knauf Tianjin have intentionally directed communications to distributors in the United States, employed American distributors as agents for the company, shipped product intending for it to be distributed in the United States and otherwise engaged in commerce and/or circumstances that the company reasonably expected that it could be hailed into United States Courts.

2078.  Defendant Knauf Plasterboard (Wuhu) Co. Ltd., is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi,

Texas, North Carolina, and Virginia.  Knauf Plasterboard (Wuhu) Co., Ltd. is involved in the manufacturing and/or sale of gypsum drywall.  Upon information and belief, Knauf Plasterboard (Wuhu) Co., Ltd. manufactured, sold, distributed, marketed or placed within the stream of commerce gypsum drywall with the exception that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Knauf Plasterboard Wuhu Co., Ltd. has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States.  Upon information and belief, Knauf Plasterboard (Wuhu) Co., Ltd. manufactured and/or sold to certain suppliers in the United States.

2079.  Defendant Knauf Plasterboard (Dongguan) Co., Ltd., is a foreign corporation doing business in several States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Upon information and belief, Knauf Plasterboard (Dongguan) Co., Ltd. is formally known as Guandong Knauf New Building Material Products Co., Ltd.  Knauf Plasterboard (Dongguan) Co., Ltd. is involved in the manufacturing and/or sale of gypsum drywall.  Upon information and belief, Knauf Plasterboard (Dongguan) Co., Ltd. manufactured, sold, distributed, marketed and/or placed within the stream of commerce gypsum drywall with the exception that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia.  Knauf Plasterboard (Dongguan) Co., Ltd. has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous

structures in the United States.  Upon information and belief, Knauf Plasterboard (Dongguan) Co., Ltd. manufactured and/or sold to certain suppliers in the United States.  Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. shall be collectively referred to herein as "Knauf".

**The Distributor and Supplier Defendants**

2080.  Defendant, 84 Lumber Company, LP is an entity or individual with a principal place of business at Eighty Four, Pennsylvania  15330.  Defendant is organized under the laws of Pennsylvania.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2081.   Defendant, 84 Lumber Company is an entity or individual with a principal place of business at St. Rose, Louisiana.  Defendant is organized under the laws of Pennsylvania. Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2082.  Defendant, Aburton Homes, Inc. is an entity or individual with a principal place of business at 590 Northwest Bayshore Blvd., Port St. Lucie, Florida  34983.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2083.  Defendant Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware is an entity or individual with a principal place of business at 19750 North 3rd Street, Citronelle, Alabama 36522.  Defendant is organized under the laws of Alabama.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

2084.  Defendant, Bailey Lumber & Supply Company is an entity or individual with a principal place of business at 813 E. Pass Road, Gulfport, Mississippi 39507.  Defendant is organized under the laws of Mississippi.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2085.  Defendant, Banner Supply Co. is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2086. Defendant, Banner Supply Company Pompano, LLC is an entity or individual with a principal place of business at 1660 SW 13th Court, Pompano Beach, Florida 33069.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2087.   Defendant, Banner Supply Company Ft. Myers, LLC is an entity or individual with a principal place of business at 2910 Cargo Street, Fort Myers, Florida 33916.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2088.  Defendant, Banner Supply Company Tampa LLC is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is

391

organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2089.  Defendant, Banner Supply Company Port St. Lucie, LLC is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2090.  Defendant, Banner Supply International, LLC is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2091. Defendant, Bradford Lumber is an entity or individual with a principal place of business at 200 Wright Avenue #C, Terrytown, Louisiana  70056.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2092.  Defendant, Building Materials Wholesale (B.M.W.) is an entity or individual with a principal place of business at 198 Commercial Parkway, Santa Rosa Beach, Florida 32459. Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

392

2093.  Defendant, Building Supply House, L.L.C. is an entity or individual with a principal place of business at 15 Jacqueline Court, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2094.  Defendant, Cape Cement & Supply, Inc. is an entity or individual with a principal place of business at 645 Commercial Park Place, Cape Cora, Florida 33991.  Defendant is organized under the laws of Florida  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2095.  Defendant, Creola Ace Hardware, Inc. is an entity or individual with a principal place of business at Creola, Alabama.  Defendant is organized under the laws of Alabama.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2096.  Defendant, Ed Price Building Materials is an entity or individual with a principal place of business at 7835 Airline Highway, Baton Rouge, Louisiana 70815.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2097.  Defendant, Gulf Coast Drywall, LLC is an entity or individual with a principal place of business at 15385 Airline Highway, Prairieville, Louisiana 70769.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and

damages to Subclass Members.

2098.  Defendant, Holmes Building Materials, LLC is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2099.  Defendant, Home Depot USA, Inc. is an entity or individual with a principal place of business at Atlanta, Georgia.  Defendant is organized under the laws of Delaware.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2100.  Defendant, Home Town Lumber & Supply, Inc. is an entity or individual with a principal place of business at Ocean Spring, Mississippi.  Defendant is organized under the laws of Mississippi.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2101.  Defendant, Independent Drywall Distributors, LLC is an entity or individual with a principal place of business at Palm Coast, Florida.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2102.  Defendant, Interior/Exterior Building Supply, LP is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2103.   Defendant, Interior/Exterior Enterprises, LLC is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2104.   Defendant, J&H Distributers is an entity or individual with a principal place of business at 1208 Kohnke Hill Road, Hammond, Louisiana 70401.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2105.   Defendant, Jon A. Wilder, Inc. is an entity or individual with a principal place of business at 619 John Anderson Highway, Flagler Beach, Florida 32136.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2106.   Defendant, Just-Rite Supply is an entity or individual with a principal place of business at 17551 16th Street, Gulfport, Mississippi 39503.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2107.   Defendant USG Corporation is a Delaware corporation with a principal place of business in Chicago, Illinois.  USG, together with its various affiliates, including its subsidiary, L&W Supply Corporation and Seacoast Supply, is the nation's largest distributor of drywall and

related building products.  USG, through its subsidiary L&W Supply Corporation, sold, distributed, supplied, marketed, inspected, imported, exported, or delivered the drywall at issue in this litigation.  USG is responsible for the actions of its subsidiary through control person and other management activities.

2108.  Defendant, L&W Supply Corporation d/b/a Seacoast Supply is an entity or individual with a principal place of business at 550 W. Adams Street, Dept. 174, Chicago, Illinois 60661.  Defendant is organized under the laws of Delaware.  L&W Supply Corporation is a subsidiary of USG.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2109.   Defendant, Louisiana Lumber, LLC is an entity or individual with a principal place of business at 2020 Hwy. 190 W, Suite 103 PMB 107, Slidell, Louisiana 70460. Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2110.  Defendant, Lowe's Home Centers, Inc. is an entity or individual with a principal place of business at 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28697.  Defendant is organized under the laws of North Carolina.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2111.  Defendant, Mazer's Discount Homes Centers, Inc. is an entity or individual with a principal place of business at Wilmington, Delaware.  Defendant is organized under the laws of

Delaware.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2112.  Defendant, Murphy Bateman Building Supplies, LLC is an entity or individual with a principal place of business at 1107 Washington Street, Franklinton, Louisiana 70438. Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2113.  Defendant, Ocean Springs Lumber Company, LLC is an entity or individual with a principal place of business at Ocean Springs, Mississippi.  Defendant is organized under the laws of Mississippi.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2114.  Defendant, Parish Home Center is an entity or individual with a principal place of business at Zachary, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2115.  Defendant, Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. is an entity or individual with a principal place of business at 21459 Hwy 36, Abita Springs, Louisiana 70420.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2116.  Defendant, ProBuild East, LLC is an entity or individual with a service address in Plantation, Florida.  Defendant is a distributor or supplier of drywall and related building

products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2117.   Defendant, RJL Drywall, Inc. is an entity or individual with a principal place of business at 8181 Bayshore Road, Fort Myers, Florida 33917.  Defendant is organized under the laws of Florida.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2118.   Defendant, Rothchilt International, Ltd. is a foreign corporation.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2119.   Defendant, Sea Coast Construction, LLC is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2120.   Defendant, Sorrento Lumber Co., Inc. is an entity or individual with a principal place of business at Sorrento, Louisiana.  Defendant is organized under the laws of Louisiana. Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2121.   Defendant, Stock Building Supply, LLC is an entity or individual with a principal place of business at 8020 Arco Corporate Drive, Raleigh, North Carolina 27617.  Defendant is organized under the laws of North Carolina.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2122.  Defendant, Swift Supply, Inc. is an entity or individual with a principal place of business at Atmore, Alabama.  Defendant is organized under the laws of Alabama.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2123.  Defendant, Venture Supply Company is an entity or individual with a principal place of business at 1140 Azalea Garden Road, Norfolk, Virginia 23502.  Defendant is organized under the laws of Virginia.  Defendant is a distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

**The Importer/Exporter/Broker Defendants**

2124.   Defendant, Interior/Exterior Building Supply, LP is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119.  Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2125.  Defendant, Interior/Exterior Enterprises, LLC is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119.  Defendant is organized under the laws of Louisiana. Defendant is a importer, exporter, or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2126.  Defendant, La Suprema Enterprises, Inc. is an entity or individual with a principal place of business at 2221 NE 164th Street, Suite 335, North Miami Beach, Florida 33l60.

Defendant is organized under the laws of Florida. Defendant is a importer, exporter, or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2127.   Defendant, La Suprema Trading, Inc. is an entity or individual with a principal place of business at 2221 NE 164th Street, Suite 335, North Miami Beach, Florida 33l60. Defendant is organized under the laws of Florida. Defendant is a importer, exporter, or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

2128.   Defendant, Rothchilt International Ltd. is a foreign corporation.  Defendant is a importer, exporter, or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

### The Developer/Builder Subclasses

2129.   Defendant, Aburton Homes, Inc. is an entity or individual with a principal place of business at 590 Northwest Bayshore Blvd., Port Lucie, Florida 34983.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2130. Defendant, Acadian Builders of Gonzales, Inc. is an entity or individual with a principal place of business at 6300 Championship Ct., Ste. 201, Gonzales, Louisiana 70737. Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

400

2131. Defendant, Acadian Builders & Contractors, LLC is an entity or individual with a principal place of business at 6473 Hwy 44, Ste. 201, Gonzales, Louisiana 70737.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2132. Defendant, Adams Homes of North West Florida, Inc. is an entity or individual with a principal place of business at 3000 Gulf Breeze Parkway, Gulf Breeze, Florida 32563. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2133. Defendant, Advantage Builders of America, Inc. is an entity or individual with a principal place of business at 11796 - C Metro Pkwy., Ft. Myers, Florida 33966.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2134. Defendant, Affordable Homes & Land, LLC is an entity or individual with a principal place of business at 2232 Caroline Street, Mandeville, Louisiana 70448.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2135. Defendant, Alana Development Corporation is an entity or individual with a principal place of business at 4425 US Hwy 1 South #209, St. Augustine, Florida 32086.

Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members'
homes and, directly or through agents, installed defective drywall in these homes, which has
resulted in harm and damages to Subclass members as described herein.

2136. Defendant, Albanese-Popkin The Oaks Development Group, L.P. is an entity or
individual with a principal place of business at 1200 S. Rogers Circle, Suite #11, Boca Raton,
Florida 33487.  Defendant is organized under the laws of Florida.  Defendant built certain
Subclass Members' homes and, directly or through agents, installed defective drywall in these
homes, which has resulted in harm and damages to Subclass members as described herein.

2137. Defendant, Alternative Source, Inc. is an entity or individual with a principal place
of business at 3701 Williams Blvd., Ste. 261, Kenner, Louisiana 70065.  Defendant is organized
under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or
through agents, installed defective drywall in these homes, which has resulted in harm and
damages to Subclass members as described herein.

2138. Defendant, Alvin Royes, Jr., LLC is an entity or individual with a principal place
of business at 226 Simalusa Drive, Covington, Louisiana 70435.  Defendant is organized under
the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or
through agents, installed defective drywall in these homes, which has resulted in harm and
damages to Subclass members as described herein.

2139. Defendant, America's First Home, Inc. is an entity or individual with a principal
place of business at 9220 Bonita Beach Road, Ste. 109, Bonita Springs, Florida 34135.
Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members'
homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

2140. Defendant, American Dream Builders, Inc. is an entity or individual with a principal place of business at Lehigh Acres, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2141. Defendant, American Gallery Development Group, LLC d/b/a American Gallery Homes an entity or individual with a principal place of business at 3930 Chiquita Blvd S. Cape Coral, Florida 33914.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2142. Defendant, RJL Drywall, Inc. is an entity or individual with a principal place of business at 8181 Bayshore Road, Fort Myers, Florida 33917.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2143. Defendant, Anthony F. Marino General Contractor, LLC is an entity or individual with a principal place of business at 4800 Sharp Road, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2144. Defendant, Anthony Raggs is an entity or individual with a principal place of

business at 10810 NW 19th Avenue, Miami, Florida  33167.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2145. Defendant, Anthony Skrmetti is an entity or individual with a principal place of business at Perkinston, Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2146. Defendant, Antilles Vero Beach, LLC is an entity or individual with a principal place of business at 202 SE 5th Street, Delray Beach, Florida  33483.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2147. Defendant, Aranda Homes, Inc. is an entity or individual with a principal place of business at Cape Coral, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2148. Defendant, Aranda Homes of Florida, Inc. is an entity or individual with a principal place of business at 1310 Southwest 4th Terrace, Cape Coral, Florida 33991.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2149. Defendant, Arizen Homes, Inc. is an entity or individual with a principal place of business at 2700 West Cypress Creek Road, Suite B-111, Fort Lauderdale, Florida 33309. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2150. Defendant, Arthur Homes (JL Arthur) is an entity or individual with a principal place of business at 77384 Green Valley Road, Folsom, Louisiana 70437.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2151. Defendant, Aubuchon Homes, Inc. is an entity or individual with a principal place of business at 1310 SE 4th Terrace, Cape Coral, Florida 33991.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2152. Defendant, Avalon Preserve Developers, LLC is an entity or individual with a principal place of business at 11854 Bayport Lane #3, Ft. Myers, Florida 33908.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2153. Defendant, B.B.S. Builders, Inc. is an entity or individual with a principal place of business at 3525 Griffin Road, Fort Lauderdale, Florida 33312.  Defendant is organized under

the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2154.   Defendant, B&E Construction of Miami, Corp. is an entity or individual with a principal place of business at 7944 SW 199th Terrace, Miami, Florida 33189.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2155.   Defendant, Tepeyac, LLC is an entity or individual with a principal place of business at 2325 SW 25th Street, Miami, Florida 33133.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2156.   Defendant, Bagley Construction, LLC is an entity or individual with a principal place of business at 104 Bayou Perez Drive, Madisonville, Louisiana 70447.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2157.   Defendant, Barony Homes, Inc. is an entity or individual with a principal place of business at 2508 Del Prado Blvd. S. Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

2158.  Defendant, Bass Homes, Inc. is an entity or individual with a principal place of business at Stapleton, Alabama.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2159.  Defendant, Bauhaus, Inc. is an entity or individual with a principal place of business at Miami, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2160.  Defendant, Bauhaus Solutions, Inc. is an entity or individual with a principal place of business at 12471 SW 30 St., B-15, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2161.  Defendant, Bay Colony - Gateway, Inc. is an entity or individual with a principal place of business at Bonita Springs, Florida (Lee County).  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2162.  Defendant, Baywood Construction, Inc. is an entity or individual with a principal place of business at 534 SE 16th Place, Cape Coral, Florida 33990.  Defendant is organized under

407

the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2163.  Defendant, BDG Waterstone, LLC is an entity or individual with a principal place of business at 12908 SW 133 Court, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2164.  Defendant, Bella Builders, Inc. is an entity or individual with a service address at 2579 Sawgrass Lake Ct., Cape Coral, Florida 33909.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2165.  Defendant, Bender Construction & Development, Inc is an entity or individual with a principal place of business at 3775 7th Ave. NW, Naples, Florida 34120.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2166.  Defendant, Benoit Builders, LLC f/k/a Benoit Builders & Realtors, Inc. is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2167.  Defendant, BigBear Const. Co. is an entity or individual with a principal place of business at Covington, Louisiana.  Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2168.  Defendant, Big River Construction and Remodeling Co., Inc. is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2169.  Defendant, Blue Oaks/Gulfstream Development, LLC is an entity or individual with a principal place of business at 21 N.E. First Avenue, Ocala, Florida 34470.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2170.  Defendant, BO Builders, LLC is an entity or individual with a principal place of business at 1449 Montmartre Street, Mandeville, Louisiana 70448.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2171.  Defendant, Bonita Beachwalk, LLC an entity or individual with a principal place of business at 4450 Bonita Beach Road, Bonita Springs, Florida 34134.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2172.  Defendant, Bove Company is an entity or individual with a principal place of business at 4300 Marsh Landing Blvd., Suite 202, Jacksonville Beach, Florida 32250. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2173.  Defendant, Brantly Homes, Inc. is an entity or individual with a principal place of business at Pelham, Alabama.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2174.  Defendant, Brightwater Community 1 LLC is an entity or individual with a principal place of business at 6012 Mariners Watch Drive, Tampa, Florida 33615.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2175.  Defendant, Windship Homes of Florida, Inc. is an entity or individual with a principal place of business at 10627 Broadland Pass, Thonotosassa, Florida 33592.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

410

and damages to Subclass members as described herein.

2176.   Defendant, Burnett Construction Co. is an entity or individual with a principal place of business at 1407 Hwy. 109, Wilsonville, Alabama 35186.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2177.   Defendant, C. Adams Construction and Design LLC is an entity or individual with a principal place of business at 5235 Magazine Street, New Orleans, Louisiana 70115.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2178.   Defendant, Calmar Construction Company, Inc. is an entity or individual with a principal place of business at 2420 Piedmont Street, Kennar, Louisiana 70062.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2179.   Defendant, Cardel Master Builder, Inc. d/b/a Cardel Homes is an entity or individual with a service address in Wilmington, Delaware.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2180.   Defendant, Caribe East LLC is an entity or individual with a principal place of business at 11755 SW 90 St., Ste. 210, Miami, Florida 33186.  Defendant is organized under the

411

laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2181.  Defendant, Caribe Homes Corp. is an entity or individual with a principal place of business in Miami, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2182.  Defendant, Caribe Central LLC is an entity or individual with a service address at 11755 SW 90 St. Ste. 210, Miami, Florida 33186.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2183.  Defendant, Design Drywall of South Florida, LLC is an entity or individual with a principal place of business at 4444 SW 71st Ave., #107, Miami Florida 33155.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2184.  Defendant, Northstar Homebuilders Inc. is an entity or individual with a principal place of business at 11755 SW 90 St., Ste. 210, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2185.  Defendant, Catalano Custom Homes, LLC is an entity or individual with a

principal place of business at 71 Victoria Lane, Mandeville, Louisiana.  Defendant built certain

Subclass Members' homes and, directly or through agents, installed defective drywall in these

homes, which has resulted in harm and damages to Subclass members as described herein.

2186.   Defendant, CDC Builders, Inc. is an entity or individual with a principal place of

business at 5805 Blue Lagoon Drive, Ste. 480, Miami, Florida 33126.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2187.   Defendant, Centerline Homes at Georgetown LLC is an entity or individual with a

principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant

is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2188.   Defendant, Centerline Homes, Inc. is an entity or individual with a principal place

of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2189.   Defendant, Centerline Homes Construction, Inc. is an entity or individual with a

principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant

is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2190.  Defendant, Centerline Port St. Lucie, Ltd. is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2191.  Defendant, Centerline Homes At Delray, Inc. is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2192.  Defendant, Centerline Homes at Vizcaya, Inc. is an entity or individual with a principal place of business at 12534 Wiled Road, Coral Springs, Florida 33076.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2193.  Defendant, Centerline Homes at Tradition, LLC  is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2194.  Defendant, Centurion Homes of Louisiana, LLC is an entity or individual with a

414

principal place of business at 210 Eydie Lane, Slidell, Louisiana 70458.  Defendant is organized

under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2195.  Defendant, Certain Homes, Inc. is an entity or individual with a principal place of

business at 9736 SW 141st Drive, Miami, Florida 33176.  Defendant is organized under the laws

of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents,

installed defective drywall in these homes, which has resulted in harm and damages to Subclass

members as described herein.

2196.  Defendant, CGF Construction is an entity or individual with a principal place of

business at 12300 SW 130 Street, Unit #8, Miami, Florida 33186.  Defendant is organized under

the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

2197.  Defendant, Chris Booty is an entity or individual with a principal place of business

at 35007 May Road, Denham Springs, Louisiana 70726.  Defendant is organized under the laws

of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents,

installed defective drywall in these homes, which has resulted in harm and damages to Subclass

members as described herein.

2198.  Defendant, Chris Cadis is an entity or individual with a principal place of business

at 472 East Chase Ct., Mandeville, Louisiana 70448.  Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

2199.   Defendant, C&C Homebuilders, Inc. is an entity or individual with a principal place of business at 472 East Chase Ct., Mandeville, Louisiana 70448.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2200.   Defendant, Chris P. Roberts is an entity or individual with a principal place of business at 9536 Evans Road, Gulfport, Mississippi 39503.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2201.   Defendant, Cockerham Construction, LLC is an entity or individual with a principal place of business at 14251 Richardson, Greenwell Springs, Louisiana 70739.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2202.   Defendant, Comfort Home Builders is an entity or individual with a principal place of business at Cape Coral, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2203.   Defendant, Craftmaster, LLC is an entity or individual with a principal place of business at 300 Pencarrow Circle, Madisonville, Louisiana 70447.  Defendant is organized under

the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2204.  Defendant, Craftsman Builders, Inc. is an entity or individual with a principal place of business at 1501 Robert J. Conlan Blvd., Suite 210, Palm Bay, Florida 32005. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2205.  Defendant, Cretin Homes, LLC (EL Cretin, LLC d/b/a) is an entity or individual with a principal place of business at LaPlace, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2206.  Defendant, Crosby Development Company, L.L.C. is an entity or individual with a principal place of business at 401 Rue St. Ann, Metairie, Louisiana 70005.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2207.  Defendant, Crown Builders, Inc. is an entity or individual with a principal place of business at 10731 S.W. 30 Place, Davie, Florida 33328.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass

members as described herein.

2208.  Defendant, D.R. Horton, Inc. is an entity or individual with a principal place of business at Fort Worth, Texas.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2209.  Defendant, Daelen of Tangipahoa, LLC is an entity or individual with a principal place of business at 22 Walnut Place, Covington, Louisiana 70433.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2210.  Defendant, Darwin Sharp Construction, LLC is an entity or individual with a principal place of business at 17313 Kat Kaw Road, Franklinton, Louisiana 70438.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2211.  Defendant, David Weekley Homes, LLC a.k.a. Weekly Homes, LP is an entity or individual with a principal place of business at 1111 N. Post Oak Road, Houston, Texas 77055.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2212.  Defendant, DC Builders, LLC is an entity or individual with a principal place of

418

business at Zachary, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2213.  Defendant, DeMorgan Homes of Bradenton, Inc., a/k/a Mtn Homes Southwest, Inc. is an entity or individual with a principal place of business at 909 25th Drive East, Ellenton, Florida 34222.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2214.  Defendant, Dedicated Builders, LLC is an entity or individual with a principal place of business at 5306 Breckenridge Ave., Baton Rouge, Louisiana 70805.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2215.  Defendant, Derby Homes, Inc. is an entity or individual with a principal place of business at 4758 Leonard Blvd. South, Lehigh Acres, Florida 33973.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2216.  Defendant, Design Contractors, LLC is an entity or individual with a principal place of business at Prairieville, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed

defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2217.   Defendant, Diamond Court Construction Company is an entity or individual with a principal place of business at 2112 SE Bersell Road, Port Saint Lucie, Florida 34952.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2218.   Defendant, DMH Development, Co. is an entity or individual with a principal place of business at Hattiesburg, Mississippi.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2219.   Defendant, Dorado Homes Development, Ltd. is an entity or individual with a principal place of business at 1421 SW 107th Avenue, Ste. 306, Miami, Florida 33174.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2220.   Defendant, Dunn Wright Construction, Inc. is an entity or individual with a principal place of business at 19993 Tucker Road, Ste. B, Zachary, Louisiana 70791.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2221.  Defendant, Dupree Contractors, Inc. is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2222.  Defendant, E. Jacob Fakouri Construction, Inc. is an entity or individual with a principal place of business at 11838 Richcroft Ave., Baton Rouge, Louisiana 70814.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2223.  Defendant, E.B. Developers, Inc. is an entity or individual with a principal place of business at 7200 W. Camino Real Road., Ste. 302 Boca Raton, Florida 33433.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2224.  Defendant, EH Building Group is an entity or individual with a principal place of business at 4227 Northlake Blvd., Palm Beach Gardens, Florida 33410.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2225.  Defendant, Eastern Construction Group, Inc. is an entity or individual with a principal place of business at 9275 SW 97th Terr, Miami, Florida 33176.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2226.  Defendant, Elite Construction Co. SW Inc. is an entity or individual with a principal place of business in Florida.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2227.  Defendant, Elite Home Construction Inc. is an entity or individual with a principal place of business at 22521 Lowe Davis Rd., Covington, Louisiana 70435.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2228.  Defendant, Empire Construction, LLC is an entity or individual with a service address of 112 Spring Dr., Fairhope, Alabama 36532.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2229.  Defendant, Empire Properties, LLC is an entity or individual with a principal place of business at Creola, Alabama.  Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

422

2230.  Defendant, Enchanted Homes, Inc. is an entity or individual with a principal place of business at North Ft. Myers, Florida 33918.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2231.  Defendant, Excel Construction of S.W. Florida, Inc. is an entity or individual with a principal place of business at 2217 SW 43rd St., Cape Coral, Florida 33914.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2232.  Defendant, Executive Home Builders, LLC is an entity or individual with a principal place of business at St. Amant, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2233.  Defendant, First Construction Corporation is an entity or individual with a principal place of business at 1344 Villere Street, Mandeville, Louisiana 70448.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2234.  Defendant, First Home Builders, Inc. is an entity or individual with a principal place of business at 1820 Colonial Blvd., Suite 101, Ft. Myers, Florida 33907.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2235.  Defendant, Fisher & Son Contractors, LLC is an entity or individual with a principal place of business at Louisiana.  Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2236.  Defendant, Floridian Gulf Coast Homes, Inc. is an entity or individual with a principal place of business at 1433 Thistledown Way, Ft. Myers, Florida 33901.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2237.  Defendant, Font Builders, Inc. is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2238.  Defendant, Fortis Construction, LLC is an entity or individual with a principal place of business at 123 Tinkling Springs Rd., Fisherville, Virginia 22939.  Defendant is organized under the laws of Virginia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2239.   Defendant, Fusion Building Concepts, Inc. is an entity or individual with a principal place of business at 620 Briercliff Dr., Orlando, Florida 32806.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2240.   Defendant, G.I. Homes is an entity or individual with a principal place of business at 1600 Sawgrass Corp., Parkway, Ste. 400, Sunrise, Florida 33323.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2241.   Defendant, G.L.B. and Associates, Inc. d/b/a Balli Construction is an entity or individual with a principal place of business at 5885 SW 73rd Street, Ste. 4, Miami, Florida 33143.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2242.   Defendant, Galloway Sunset Estates, Inc. is an entity or individual with a principal place of business at 12300 SW 130 St., Unit 8, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2243.   Defendant, Garram Homes, Inc. is an entity or individual with a principal place of business at 285 Sevilla Ave., 2nd Floor, Coral Gables, Florida 33134.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2244.  Defendant, Prestige Properties is an entity or individual with a principal place of business at 10767 East Taylor Road, Gulfport, Mississippi 39503.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2245.  Defendant, Gatco Construction, Inc. is an entity or individual with a principal place of business at 5100 S. Cleveland Ave., 318-347 Fort Myers, Florida 33907.  Defendant is organized under the laws of Florida .  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2246.  Defendant, Genesis Residential Group, Inc. is an entity or individual with a principal place of business at 6012 Mariners Watch Drive, Tampa, Florida 33615.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2247.  Defendant, GHO Development Corporation is an entity or individual with a principal place of business at 3200 Burgundy Dr., North, Palm Beach Gardens, Florida 33410. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2248.   Defendant, Abington Woods, LLC is an entity or individual with a principal place of business at 215 Old River Road, Lincoln, Rhode Island 02865.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2249.   Defendant, GL Building Corporation is an entity or individual with a service address at 1600 Sawgrass Corp., Parkway, Ste. 400, Sunrise, Florida 33323.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2250.   Defendant, GL Homes is an entity or individual with a principal place of business at1600 Sawgrass Corporate Parkway, Ste. 300, Sunrise, Florida 33323.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2251.   Defendant, Global Home Builders, Inc. is an entity or individual with a service address at 1301 SW Babcock Ave., Port St. Lucie, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2252.   Defendant, Global Home Builders, LLC is an entity or individual with a principal place of business at 2128 Andora St., Navarre, Florida 32566.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2253.   Defendant, Global Home Builders of the Treasure Coast, Inc.  is an entity or individual with a principal place of business at 1301 SW Babcock, Port Saint Lucie, Florida 34953.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2254.   Defendant, Chabot Enterprises, Inc. is an entity or individual with a principal place of business at 5135 S.E. Manatee Terrace, Stuart, Florida 34997.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2255.   Defendant, Vicinity Drywall, Inc. is an entity or individual with a principal place of business at 5257 NW Gamma Street, Port Saint Lucie, Florida 34986.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2256.   Defendant, B&W Complete Construction, Inc. is an entity or individual with a principal place of business at 5257 NW Gamma Street, Port St. Lucie, Florida 34986.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

428

2257. Defendant, GMI Construction, Inc. is an entity or individual with a principal place of business at 141 Wood Thrush Drive, Madisonville, Louisiana 70447. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2258. Defendant, Gold Coast Homes of SW Florida is an entity or individual with a principal place of business at 26475 Eagle Blvd., Punta Gorda, Florida 33950. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2259. Defendant, Gooden Homes, LLC is an entity or individual with a principal place of business at 607 Main Street, La Place, Louisiana 70068. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2260.     Defendant, Robert Champagne, Great Southern Builders LLC is an entity or individual with a principal place of business at 13222 Lake Bend Avenue, Covington, Louisiana 70435. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2261. Defendant, Great Southern Homes, Inc. is an entity or individual with a principal place of business at Gulfport, Mississippi. Defendant is organized under the laws of Mississippi.

429

Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2262.   Defendant, Gremillion Homes, Inc. is an entity or individual with a principal place of business at 14249 Hwy. 1077, Folsom, Louisiana 70437.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2263.   Defendant, Greystoke Homes at South Point II LLC is an entity or individual with a principal place of business at 14475 N.W. 26th Avenue, Opa Locka, Florida 33054.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2264.   Defendant, Groff Construction Inc. is an entity or individual with a principal place of business at 6728 Willow Lake Circle, Ft. Myers, Florida 33912.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2265.   Defendant, Gryphon Construction, LLC is an entity or individual with a principal place of business at 3300 Corporate Ave., Ste. 110, Weston, Florida 33331.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

430

and damages to Subclass members as described herein.

2266.  Defendant, Guillermo Permuy is an entity or individual with a principal place of business at Miami, Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2267.  Defendant, Francisco Tomas Permuy is an entity or individual with a principal place of business at 621 SW 127 Avenue, Miami, Florida 33184.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2268.  Defendant, Gulfstream Development, LLC an entity or individual with a principal place of business at Gulf Shores, Alabama.  Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2269.  Defendant, Gulfstream Homes, Inc. is an entity or individual with a principal place of business at Naples, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2270.  Defendant, Gwen Core is an entity or individual with a principal place of business at 44 Park Lane, Folsom, Louisiana 70137.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in

harm and damages to Subclass members as described herein.

2271.   Defendant, H & H Custom Homebuilders is an entity or individual with a principal place of business at 210 Highway 21, Madisonvillle, Louisiana 70447.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2272.   Defendant, H.C. Owen Builder, Inc. is an entity or individual with a principal place of business at 5654 Main Street, Zachary, Louisiana 70791.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2273.   Defendant, Hallmark Homes, Inc. is an entity or individual with a principal place of business at 530 Autumn Wind Lane, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2274.   Defendant, Hammer Construction Services Ltd. is an entity or individual with a principal place of business at 601 Del Prado Blvd. N., Suite #8, Cape Coral, Florida 33991. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2275.   Defendant, Hansen Homes, Inc. is an entity or individual with a principal place of

432

business at Cape Coral, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2276.  Defendant, Hanson Homes, Inc. is an entity or individual with a principal place of business at 1050 SE 22nd Avenue, Minneapolis, Minnesota 55414.  Defendant is organized under the laws of Minnesota.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2277.  Defendant, Hansen Homes of South Florida, Inc. is an entity or individual with a principal place of business at 1436 SE 16th Place, Cape Coral, Florida 33915.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2278.  Defendant, Heights Custom Homes, LLC a/k/a Heights Properties, LLC is an entity or individual with a principal place of business at 8695 College Pkwy., Ste. 225, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2279.  Defendant, Highland Lakes, LLC d/b/a Eddleman Homes, LLC is an entity or individual with a principal place of business at 2700 Hwy. 280, Ste. 425, Birmingham, Alabama 35223.  Defendant built certain Subclass Members' homes and, directly or through agents,

installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2280.  Defendant, Hilliard Butler Construction Company, Inc. is an entity or individual with a principal place of business at 5026 Par Four Drive, New Orleans, Louisiana 70128. Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2281.  Defendant, Holiday Builders, Inc. is an entity or individual with a principal place of business at 1801 Penn St., Ste. 1-A, Melbourne, Florida 32901.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2282.  Defendant, Home One Homes is an entity or individual with a principal place of business at 2121 N. Causeway Blvd., #167, Metairie, Louisiana 70001.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2283.  Defendant, John T. Grab, III is an entity or individual with a principal place of business at 236 Kissena Park, Covington, Louisiana 70435.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2284.  Defendant, HPH Homes, is an entity or individual with a principal place of

434

business at 2236 Cahaba Valley Dr., Birmingham, Alabama 35242.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2285.  Defendant, HPH Properties, LLC is an entity or individual with a principal place of business at Birmingham, Alabama.  Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2286.  Defendant, Hutchinson Homes, Inc. is an entity or individual with a principal place of business at Fairhope, Alabama 36533.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2287.  Defendant, ICI Homes Inc. is an entity or individual with a principal place of business at 2379 Beville Road, Daytona Beach, Florida 32119.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2288.  Defendant, Intervest Construction, Inc. is an entity or individual with a principal place of business at 2379 Beville Road, Daytona Beach, Florida 32119.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2289.  Defendant, In-line Contractors, LLC is an entity or individual with a principal place of business at 17803 Glen Park Drive, Baton Rouge, Louisiana 70817.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2290.  Defendant, Intercoastal Construction Co. is an entity or individual with a principal place of business at Miami Beach, Florida.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2291.  Defendant, Investment Properties Unlimited Inc. is an entity or individual with a principal place of business at 350 Camino Grdns Blvd., Boca Raton, Florida 33432.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2292.  Defendant, Ironwood Properties, Inc. is an entity or individual with a principal place of business at 202 SE 5th Ave., Delray Beach, Florida 33483.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2293.  Defendant, J. Helm Construction, Inc. D/b/a Sundown Development is an entity or

individual with a principal place of business at 1025 West Indiantown Road, Ste. 101, Jupiter, Florida 33458. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2294. Defendant, J&J Builders Northshore, Inc. is an entity or individual with a principal place of business at 832 East Boston Street, Unit 15, Covington, Louisiana 70433. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2295. Defendant, James LeBlanc is an entity or individual with a principal place of business at Walker, Louisiana 70785. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2296. Defendant, JD Custom Homes, Inc. is an entity or individual with a principal place of business at 14651 Palm Beach Blvd., 106-B, Fort Myers, Florida 33905. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2297. Defendant, Miller Professional Contracting, Inc. is an entity or individual with a principal place of business at 15811 Quail Trail, Fort Myers, Florida 33912. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2298.   Defendant, Jim Walter Homes, Inc. is an entity or individual with a principal place of business at Tampa, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2299.   Defendant, JJK&A Holding Corporation is an entity or individual with a principal place of business at 1050 Front Street, Slidell, Louisiana 70458.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2300.   Defendant, John G. Finch Construction, LLC is an entity or individual with a principal place of business at 64343 Johnston Road, Pearl River, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2301.   Defendant, John Korn Builders, LLC is an entity or individual with a principal place of business at Biloxi, Mississippi.  Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2302.   Defendant, John L. Crosby, L.L.C. is an entity or individual with a principal place

438

of business at 401 Rue St. Ann, Metairie, Louisiana 70005.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2303.  Defendant, John Paul George d/b/a JPG Enterprises, Inc. is an entity or individual with a principal place of business at 4121 Royal Palm Beach Blvd., Royal Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2304.  Defendant, JST Properties, LLC of Mississippi is an entity or individual with a principal place of business at Flowood, Mississippi.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2305.  Defendant, Judson Construction Group, LLC is an entity or individual with a principal place of business at 11000 Metro Parkway, Suite 13, Fort Myers, Florida 33966. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2306.  Defendant, K. Hovnanian First Homes, LLC is an entity or individual with a principal place of business at 110 West Front Street, Red Bank, New Jersey 07701.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2307.   Defendant, Kaye Homes, Inc. is an entity or individual with a principal place of business at 5979 Pine Ridge Road, Naples, Florida 34119.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2308.   Defendant, KB Home of Orlando, LLC is an entity or individual with a principal place of business at 9102 Southpark Center Loop, Suite, 140, Orlando, Florida 32819.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2309.   Defendant, KB Home Florida LLC is an entity or individual with a principal place of business at 10990 Wilshire Blvd., 7th Floor, Los Angeles, California 90024.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2310.   Defendant, KB Home Fort Myers, LLC is an entity or individual with a principal place of business at Fort Myers, Florida (Lee County).  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2311.   Defendant, Ken Roberts is an entity or individual with a principal place of

business at 4509 Shores Dr., Metairie, Louisiana 70006.  Defendant built certain Subclass

Members' homes and, directly or through agents, installed defective drywall in these homes,

which has resulted in harm and damages to Subclass members as described herein.

2312.  Defendant, Kolter Homes, LLC is an entity or individual with a principal place of

business at West Palm Beach, Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2313.  Defendant, La Homes and Properties, Inc. is an entity or individual with a

principal place of business at Lakeland, Louisiana.  Defendant is organized under the laws of

Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents,

installed defective drywall in these homes, which has resulted in harm and damages to Subclass

members as described herein.

2314.  Defendant, Lake Ashton Development Group II LLC an entity or individual with a

principal place of business at 500 South Florida Avenue, Ste. 700, Lakeland, Florida 33801.

Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

2315.  Defendant, CRF Management Co., Inc. an entity or individual with a principal

place of business at 500 South Florida Avenue, Ste. 700, Lakeland, Florida 33801.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2316.  Defendant, Lakeside Village Development LLC 1 is an entity or individual with a principal place of business at 1 Sanctuary Blvd, Mandeville, Louisiana  70741.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2317.  Defendant, Land Resources LLC is an entity or individual with a principal place of business at Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2318.  Defendant, Las Playas LLC is an entity or individual with a principal place of business at 4101 Ravenswood R. 401, Ft. Lauderdale, Florida 33312.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2319.  Defendant, Last Minute Properties, LLC is an entity or individual with a principal place of business at 4431 Iberville St., Mandeville, Louisiana 70471.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2320.  Defendant, Philip Latapie is an entity or individual with a principal place of business at 4431 Iberville St., Mandeville, Louisiana 70741.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes,

which has resulted in harm and damages to Subclass members as described herein.

2321.   Defendant, Lawrence Migliar LLJ Construction is an entity or individual with a principal place of business at 3510 South Sterling Avenue, Tampa, Florida 33629.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2322.   Defendant, Lee Harbor Homes of Florida, Inc. is an entity or individual with a principal place of business at 12555 New Brittany Blvd., Fort Myers, Florida 33907.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2323.   Defendant, Lee Wetherington Homes, Inc. is an entity or individual with a principal place of business at 6009 Business Blvd., Sarasota, Florida 34240.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2324.   Defendant, Legend Custom Builders, Inc. is an entity or individual with a principal place of business at Fort Myers, Florida (Lee County).  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2325.   Defendant, Lennar Corporation is an entity or individual with a principal place of

business at 700 NW 107 Avenue, Suite 400, Miami, Florida 33172.  Defendant is organized

under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2326.  Defendant, Lennar Homes, LLC is an entity or individual with a principal place of

business at 700 NW 107th Avenue, Suite 400, Miami, Florida 33172.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2327.  Defendant, Lifescape Builders is an entity or individual with a principal place of

business at 8000 Liberty Parkway, #14, Birmingham, Alabama 35242.  Defendant is organized

under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2328.  Defendant, Liongate Design Structure, LLC is an entity or individual with a

principal place of business at 232 Andalusia Avenue, Suite 202, Coral Gables, Florida 33134.

Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

2329.  Defendant, Louran Builders, Inc. is an entity or individual with a principal place

of business at 414 SW Dalton Circle, Port St. Lucie, Florida 34953.  Defendant built certain

Subclass Members' homes and, directly or through agents, installed defective drywall in these

homes, which has resulted in harm and damages to Subclass members as described herein.

2330.   Defendant, Louran Gips KG is an entity or individual with a principal place of business at 414 SW Dalton Circle, Port St. Lucie, Florida 34953.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2331.   Defendant, LPR Builders, Inc. is an entity or individual with a service address at 1150 NW 72 Ave., Ste. 501, Miami, Florida 33126.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2332.   Defendant, Century Builders Group, Inc. is an entity or individual with a service address of 7270 NW 12 Street, Miami, Florida 33126.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2333.   Defendant, LTL Construction, Inc. is an entity or individual with a principal place of business at 2601 East 4th Ave., Tampa, Florida 33605.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2334.   Defendant, Lucra Investments, Inc. is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members

445

as described herein.

2335.  Defendant, Lynch Builders, LLC is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2336.  Defendant, M/I Homes, Inc. is an entity or individual with a principal place of business at 3 Easton Oval, Ste. 500, Columbus, OH 43219.  Defendant is organized under the laws of Ohio.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2337.  Defendant, M/I Homes of Tampa, LLC is an entity or individual with a principal place of business at 3 Easton Oval, Ste. 500, Columbus, OH 43219.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2338.  Defendant, M. Miller and Company, Inc. is an entity or individual with a principal place of business at 224 S. Old Dixie Hwy., Jupiter, Florida 33458.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2339.  Defendant, BHD Corp. is an entity or individual with a principal place of business

446

at 631 US Hwy 1, Suite 100, N. Palm Beach, Florida 33408.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2340.  Defendant, M.E. Gibbens, Inc. is an entity or individual with a principal place of business at St. Louis, Mississippi.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2341.  Defendant, M.K. Development, Inc. is an entity or individual with a principal place of business at 1100 Pine Ridge Road, Naples, Florida 34108.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2342.  Defendant, Lucky Strike M.K., Inc. is an entity or individual with a principal place of business at 1100 Pine Ridge Road, Naples, Florida 34108.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2343.  Defendant, Majestic Homes & Realty SW LLC is an entity or individual with a principal place of business at 4121 Royal Palm Beach Blvd., Royal Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2344.   Defendant, JPG Enterprises, Inc. is an entity or individual with a principal place of business at 4121 Royal Palm Beach Blvd, Royal Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2345.   Defendant, Majestic Custom Homes & Development, Inc. is an entity or individual with a principal place of business at 4061 Royal Palm Beach Blvd., Royal Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2346.   Defendant, Majestic Homes of Port St. Lucie, Inc. is an entity or individual with a principal place of business at 4061 Royal Palm Blvd., West Palm Beach, Florida 33411. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2347.   Defendant, Majestic Homes, Inc. is an entity or individual with a principal place of business at 3741 Southwest 7th Street, Ocala, Florida 34474.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2348.  Defendant, Mandy Drywall Inc. is an entity or individual with a principal place of business at 13751 SW 143 Ct., Unit #106, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2349.  Defendant, Manuel Gonzales Terra Group, Intl. is an entity or individual with a principal place of business at 3191 Coral Way, Ste. 648, Miami, Florida 33145.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2350.  Defendant, Marigold Court, LLC is an entity or individual with a principal place of business at Mandeville, Louisiana.  Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2351.  Defendant, Mariner Village Townhomes Inc. is an entity or individual with a principal place of business at 7975 NW 154th St. , Ste. 400, Miami Lakes, Florida 33016. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2352.  Defendant, Maronda Homes, Inc. of Florida is an entity or individual with a principal place of business at 1383 St. Route 30, Clinton, PA 15026.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or

449

through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2353.  Defendant, Master Builders of South Florida, Inc. is an entity or individual with a principal place of business at 1400 E. Oakland Pk. Blvd., Ste. 210, Oakland Park, Florida 33334. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2354.  Defendant, Mayeaux Construction, Inc. is an entity or individual with a principal place of business at 14 Carolina Court, Covington, Louisiana 70433.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2355.  Defendant, MCCAR Homes-Tampa, LLC is an entity or individual with a principal place of business at 4125 Old Milton Pwy., Alpharetta, Georgia 30005.  Defendant is organized under the laws of Georgia.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2356.  Defendant, McCombs Services, LLC is an entity or individual with a principal place of business in Crane Hill, Alabama.  Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2357.  Defendant, McDowell Builders, LLC is an entity or individual with a principal place of business at 36156 Pleasant Hill Court, Prairieville, Louisiana 70769.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2358.  Defendant, MCM Building Enterprises, Inc. is an entity or individual with a principal place of business in Jacksonville, Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2359.  Defendant, McMath Construction, Inc. is an entity or individual with a principal place of business in Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2360.  Defendant, Medallion Homes Gulf Coast, Inc. is an entity or individual with a principal place of business at 2212 58th Avenue E, Bradenton, Florida 34203.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2361.  Defendant, Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes is an entity or individual with a principal place of business in Encino, California.

Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

2362.   Defendant, Medallion Homes, LLC is an entity or individual with a principal place

of business at 6470 Briarcliff Rd., Ft. Myers, Florida 33912.  Defendant is organized under the

laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

2363.   Defendant, Meiben Home Builders, LLC is an entity or individual with a principal

place of business at 2250 SW Savona Blvd., Port St. Lucie, Florida 34953.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2364.   Defendant, Melvin Prange, Jr., Construction, L.L.C. is an entity or individual with

a principal place of business at 27 Miller Creeklane, Slidell, Louisiana 70458.  Defendant is

organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2365.   Defendant, Meridian Homes USA, Inc. is an entity or individual with a principal

place of business at 4060 Creek Bay Church Road, Loganville, Georgia 30052.  Defendant is

organized under the laws of Georgia.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2366.  Defendant, Meritage Homes of Florida, Inc. is an entity or individual with a principal place of business at 17851 N. 85th Street, #300, Scottsdale, Arizona 85255.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2367.  Defendant, Methodical Builders, Inc. is an entity or individual with a principal place of business at 14700 County Rd. 9, Summerdale, Alabama 36580.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2368.  Defendant, MGB Construction, Inc.  is an entity or individual with a principal place of business at 945 Sebastian Blvd., Suite 4, Sebastian, Florida 32958.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2369.  Defendant, Midwest Construction & Development Incorporated is an entity or individual with a principal place of business at 1080 E. Indiantown Rd., Suite 205, Jupiter, Florida 33477.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2370.  Defendant, Millennium Homes and Development, Inc. is an entity or individual

with a principal place of business at 110 W. Reynolds Street #104, Plant City, Florida 33563. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2371. Defendant, Ming K. Wong is an entity or individual with a principal place of business at 1353 Francis Harriet Drive, Baton Rouge, Louisiana 70815. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2372. Defendant, Morgan Homes, Inc. is an entity or individual with a principal place of business in Lighthouse, Florida. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2373. Defendant, Morrison Homes, Inc. is an entity or individual with a principal place of business at 4900 N. Scottsdale Rd., Ste. 2000, Scottsdale, Arizona 85251. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2374. Defendant, Nathanial Crump is an entity or individual with a principal place of business at 2927 Plank Road, Baton Rouge, Louisiana 70805. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

454

2375. Defendant, Nelso, LLC is an entity or individual with a principal place of business in Baton Rouge, Louisiana. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2376. Defendant, Nice Homes, Inc. is an entity or individual with a principal place of business in Plaquemine, Louisiana. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2377. Defendant, North Palm Estates Homes, Inc. is an entity or individual with a principal place of business at 7901 W. 25 Ave., #3, Hialeah, Florida 33016. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2378. Defendant, Rafuls & Associates Construction Co., Inc. is an entity or individual with a principal place of business at 7901 W. 25 Ave., #3, Hialeah, Florida 33016. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2379. Defendant, G. Drywalls Corporation is an entity or individual with a principal place of business at 12951 SW 124 Street, Miami, Florida 33186. Defendant is organized under

the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2380.  Defendant, Northstar Holdings at B and A, LLC is an entity or individual with a principal place of business at 1732 S. Congress Ave., Ste. 335, Palm Springs, Florida 33461-2140.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2381.  Defendant, Northstar Homes, Inc. is an entity or individual with a principal place of business in Florida.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2382.  Defendant, O'Neill/Holliman Corporation is an entity or individual with a principal place of business in McHenry, Mississippi.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2383.  Defendant, O'Neal Homes, Inc. is an entity or individual with a principal place of business at 16127 Orange Grove Road, Gulfport, Mississippi 39503.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2384.  Defendant, Oak Avenue, LLC is an entity or individual with a principal place of

business at 3310 Oak Avenue, Miami, Florida 33133.  Defendant built certain Subclass

Members' homes and, directly or through agents, installed defective drywall in these homes,

which has resulted in harm and damages to Subclass members as described herein.

2385.   Defendant, Oak Tree Construction is an entity or individual with a principal place

of business at 78290 Highway 1083, Covington, Louisiana 70431.  Defendant built certain

Subclass Members' homes and, directly or through agents, installed defective drywall in these

homes, which has resulted in harm and damages to Subclass members as described herein.

2386.   Defendant, Oakbrook Building and Design, Inc. is an entity or individual with a

principal place of business at 7227 Clint Moore Road, Boca Raton, Florida 33496.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2387.   Defendant, Oyster Bay Homes, Inc. is an entity or individual with a principal

place of business at Lehigh Acres, Florida 33971.  Defendant is organized under the laws of

Florida.  Defendant built certain Subclass Members' homes and, directly or through agents,

installed defective drywall in these homes, which has resulted in harm and damages to Subclass

members as described herein.

2388.   Defendant, Palm Coast Construction, LLC is an entity or individual with a

principal place of business at 326 E. August Ln., Slidell, Louisiana.  Defendant is organized

under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2389.  Defendant, Palm Isles Holdings, LLC is an entity or individual with a principal place of business in Florida.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.'

2390.  Defendant, Palm State Construction, Inc. is an entity or individual with a principal place of business at 3825 North S.R. 15A, Deland, Florida 32724.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2391.  Defendant, Twin Lakes Reserve & Golf Club, Inc. is an entity or individual with a principal place of business at 41521 S.R. 19, Umatilla Florida 32784.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2392.  Defendant, Paradise Builders of SW Florida, Inc. is an entity or individual with a principal place of business at 1423 SE 16th Pl. #101, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2393.  Defendant, Paragon Homes, Inc. is an entity or individual with a principal place of business at 509 N. Magnolia Ave., Suite 2, Orlando, Florida 32801.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2394.  Defendant, Paramount Quality Homes Corp. is an entity or individual with a principal place of business at 1597 SE Port St. Lucie Blvd., Port St. Lucie, Florida 34952. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2395.  Defendant, Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. is an entity or individual with a principal place of business at 4524 SE 16th Place, #2C, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2396.  Defendant, Paul Homes of Florida, LLC is an entity or individual with a principal place of business at 4524 SE 16th Place, Ste. 2C, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2397.  Defendant, Paul Hyde Homes is an entity or individual with a principal place of business at 54 Coronado Avenue, Kennver, Louisiana 70065.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

459

2398.  Defendant, Penn Construction Co., LLC is an entity or individual with a principal place of business in Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2399.  Defendant, Pine Ridge Real Estate Enterprises, LLC is an entity or individual with a principal place of business at 1311 Newport Center Dr. West, Ste. C, Deerfield Beach, Florida 33442.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2400.  Defendant, Pioneer Construction, LLC is an entity or individual with a principal place of business at 617 Piney Ridge Circle, Madisonville, Louisiana 70447.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2401.  Defendant, Ponce Riviera, LLC is an entity or individual with a principal place of business at 500 S. Dixie Hwy, Ste. 307, Miami, Florida 33146.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2402.  Defendant, Premier Communities, Inc. is an entity or individual with a principal place of business at 4316 Turnberry Circle, North Port, Florida 34288.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2403.  Defendant, Premier Custom Homes is an entity or individual with a principal place of business at 1039 Acadian Dr., Madisonville, Louisiana 70447.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2404.   Defendant, Prestige Development, Inc. is an entity or individual with a principal place of business in Mobile, Alabama.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2405.   Defendant, Pride Homes of Lakes by the Bay - Parcel H, LLC is an entity or individual with a principal place of business at 12448 SW 127th Avenue, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2406.  Defendant, MATSA Construction Company, Inc. is an entity or individual with a principal place of business at 14167 SW 143 Crt., Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2407.  Defendant, Pride Homes, LLC is an entity or individual with a principal place of business at 11077 Biscayne Blvd. 205, Miami, Florida 33161.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2408.  Defendant, Promenade Developers, Ltd. is an entity or individual with a principal place of business at 2400 High Ridge Road, Boynton Beach, Florida 33426.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2409.  Defendant, E.N. Suttin Construction Company is an entity or individual with a principal place of business at 2400 High Ridge Road Boynton Beach, Florida 33426.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2410.  Defendant, Vintage Properties, Inc. is an entity or individual with a principal place of business at 2400 High Ridge Road, Boynton Beach, Florida 33426.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2411.  Defendant, R & B Construction & Remodeling, Inc. is an entity or individual with a principal place of business at 1800 SE 1st - Ste. 102, Miami, Florida 33135.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2412.  Defendant, R. Fry Builders, Inc. is an entity or individual with a principal place of business at 1508 SE 12th Terrace, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2413.  Defendant, R.J. Homes, LLC is an entity or individual with a principal place of business at 13004 Little Bluff Drive, Vancleave, Mississippi 39565.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2414.  Defendant, Raintree Construction is an entity or individual with a principal place of business at 1225 Magazine Street, New Orleans, Louisiana 70130.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2415.  Defendant, Randal Maranto Builders, LLC is an entity or individual with a principal place of business in Port Allen, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2416.  Defendant, Ray Bec, Inc. is an entity or individual with a principal place of business at 1197 Salem Drive, Slidell, Louisiana 70461.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2417.  Defendant, David Ray Gavins is an entity or individual with a principal place of business at 960 Riverview Drive, Biloxi, Mississippi 39532-3302.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2418.  Defendant, Gavins Construction Company is an entity or individual with a principal place of business at 960 Riverview Drive, Biloxi, Mississippi 39532-3302.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2419.  Defendant, RCR Holdings, II, LLC is an entity or individual with a principal place of business at 1500 Gateway Blvd., Ste. 200, Boynton Beach, Florida 33426.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2420.  Defendant, Reed Builders, LLC is an entity or individual with a principal place of business at 141 Shady Lake Parkway, Baton Rouge, Louisiana 70810.  Defendant is organized

under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2421.  Defendant, Regatta Constrution, LLC is an entity or individual with a principal place of business at 2345 14th Avenue, Suite 1, Vero Beach, Florida 32960.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2422.  Defendant, Regency Homes, Inc. is an entity or individual with a principal place of business at 2840 University Drive, Coral Springs, Florida 33065.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2423.  Defendant, Blackhawk Partners, LLC is an entity or individual with a principal place of business at 2840 University Drive, Coral Springs, Florida 33065.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2424.  Defendant, Belmont Lakes Investments, LLC is an entity or individual with a principal place of business at 10100 West Sample Road, Suite 205, Coral Springs, Florida 33065.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes,

which has resulted in harm and damages to Subclass members as described herein.

2425.   Defendant, Stonebrook Estates, Inc. is an entity or individual with a principal place of business at 7227 Clint Moore Rd., Boca Raton, Florida 33496.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2426.   Defendant, Stonebrook Homes, LLC is an entity or individual with a principal place of business at 2840 University Drive, Coral Springs, Florida 33065.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2427.   Defendant, Resource Rental & Renovation LLC is an entity or individual with a principal place of business at 21 Beth Drive, Covington, Louisiana 70433.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2428.   Defendant, RFC Homes is an entity or individual with a principal place of business at 307 NW Treeline Trace, Port St. Lucie, Florida 34986.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2429.   Defendant, Richard Jones Construction Company, Inc. is an entity or individual with a principal place of business at 190 Congress Park Drive, Suite 180, Delray Beach, Florida 33445.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes,

which has resulted in harm and damages to Subclass members as described herein.

2430.  Defendant, Rickelman Construction, Inc. is an entity or individual with a principal place of business at 3237 Deliah Drive, Cape Coral, Florida 33993.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2431.  Defendant, Rivercrest, LLC/The St. Joe Company is an entity or individual with a principal place of business at 245 Riverside Avenue, Ste. 500, Jacksonville, Florida 32202.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2432.  Defendant, RJM Homes, Inc. is an entity or individual with a principal place of business at 15340 Meadowwood Dr., Wellington, Florida 33414.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2433.  Defendant, RL Homes IX, LLC is an entity or individual with a principal place of business at 8233 SW 189th Terrace, Miami, Florida 33157.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2434.  Defendant, Continental Drywall Contractors, Inc. is an entity or individual with a

467

principal place of business at 10809 SW 143 Court, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2435.  Defendant, Rookery Park Estates, LLC is an entity or individual with a principal place of business at 1400 E. Oakland Park Blvd., Ste 111, Oakland park, Florida 33334. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2436.  Defendant, Royal Homes (Anthony Marino) is an entity or individual with a principal place of business at 480 Sharp Road, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2437.  Defendant, Ryland Group, Inc. is an entity or individual with a principal place of business at 24025 Park Sorrento, Suite 400, Calabasas, California 91302.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2438.  Defendant, S&O Investments, LLC is an entity or individual with a principal place of business in Alabama.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in

these homes, which has resulted in harm and damages to Subclass members as described herein.

2439.   Defendant, Christopher M. Odom is an entity or individual with a principal place of business at 107 Westwood St., Mobile, Alabama 36606.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2440.   Defendant, Jonathan Scott Shewmake is an entity or individual with a principal place of business at 6489 Lakeview Ct., Saraland, Alabama 36571.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2441.   Defendant, Sail Harbour, LLC is an entity or individual with a principal place of business at 4227 Northlake Blvd., Palm Beach Gardens, Florida 33410.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2442.   Defendant, Santa Barbara Estates, Inc. is an entity or individual with a principal place of business at 2280 SE 7th Street, Pompano Beach, Florida 33062.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2443.   Defendant, Saturno Construction AB Inc. is an entity or individual with a principal place of business at 1621 SE Mariner Ln., Port St. Lucie, Florida 34983.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2444.   Defendant, Savoie Construction, Inc. is an entity or individual with a principal place of business in Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2445.   Defendant, Savoie Real Estate Holdings, LLC is an entity or individual with a principal place of business in Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2446.   Defendant, Schenley Park Homes, LLC is an entity or individual with a principal place of business at 2601 SW 77 Ct., Miami, Florida 33155.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2447.   Defendant, Scott Colson is an entity or individual with a principal place of business at 115 Victory Lane, Pass Christian, Mississippi 39571.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2448.   Defendant, Scott Designer Homes, Inc. is an entity or individual with a principal

place of business at 67070 Dolan St., Mandeville, Louisiana 70471.  Defendant is organized

under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2449.  Defendant, Shelby Homes, Inc. is an entity or individual with a principal place of

business at 2750 NE 185 St., 2nd Fl., Aventura, Florida 33180.  Defendant is organized under the

laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

2450.  Defendant, Shelby Homes at Meadows, Inc. is an entity or individual with a

principal place of business at 2750 Miami Gardens, Dr., 2nd Fl., Aventura, Florida 33180.

Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

2451.  Defendant, Signature Series Homes, Inc. is an entity or individual with a principal

place of business at 4344 Chiquita Blvd. South, Cape Coral, Florida 33914.  Defendant is

organized under the laws of Florida.  Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

2452.  Defendant, Smith and Core, Inc. is an entity or individual with a principal place of

business at 82212 Hwy. 25, Folsom, Louisiana 70437.  Defendant is organized under the laws of

Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents,

installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2453. Defendant, Smith Family Homes Corporation is an entity or individual with a principal place of business at 5110 Eisenhower Blvd., Suite 160, Tampa, Florida 33634. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2454. Defendant, South Kendall Construction Corp. is an entity or individual with a principal place of business at 888 Kingsman Road, Homestead, Florida 33035. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2455. Defendant, Southern Homes, LLC is an entity or individual with a principal place of business at 1209 Orange St., Wilmington, Delaware 19801. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2456. Defendant, Springhill, LLC is an entity or individual with a principal place of business at 59101 Amber Street, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2457.  Defendant, Southern Homes of Broward XI, Inc. is an entity or individual with a principal place of business at 12895 SW 132 St., Ste. 200, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2458.  Defendant, Southern Star Construction Company, Inc. is an entity or individual with a principal place of business at 950 W. Causeway Approach, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2459.  Defendant, Laporte Family Properties is an entity or individual with a principal place of business at 950 W. Causeway Approach, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2460.  Defendant, Leroy Laporte, Jr. is an entity or individual with a principal place of business at 950 W. Causeway Approach, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2461.  Defendant, Southwell Homes, LLC is an entity or individual with a principal place of business at 16191 NW 57th Ave., Miami, Florida 33014.  Defendant is organized under the

laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2462.   Defendant, St. Joe Home Building, L.P. is an entity or individual with a principal place of business at 245 Riverside Avenue, Suite 500, Jacksonville, Florida 32202.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2463.   Defendant, Standard Pacific Homes of South Florida, a Florida General Partnership is an entity or individual with a principal place of business at 250 Sunset Drive, Suite 100, Miami, Florida 33173.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2464.   Defendant, Standard Pacific of South Florida GP, Inc. is an entity or individual with a principal place of business at 9900 SW 107th Avenue, Miami, Florida 33176.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2465.   Defendant, Standard Pacific d/b/a Standard Pacific of Colorado, Inc., a Delaware Corporation is an entity or individual with a principal place of business at 26 Technology Drive, Irvine, California 92618.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in

these homes, which has resulted in harm and damages to Subclass members as described herein.

2466.  Defendant, Star Homes of Florida, LLC is an entity or individual with a principal place of business at 2041 SW Bayshore Blvd., Port Saint Lucie, Florida 34984.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2467.  Defendant, Stephen Shivers is an entity or individual with a principal place of business at 720 Clover Place, Biloxi, Mississippi  39532.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2468.  Defendant, Sterling Communities, Inc. is an entity or individual with a principal place of business at 3090 Canterbury Drive, Boca Raton, Florida 33443.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2469.  Defendant, Sterling Communities Realty, Inc. is an entity or individual with a principal place of business at 3581 Lago De Talavera, Lake Worth, Florida  33467.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2470.  Defendant, Steven R. Carter, Inc. is an entity or individual with a principal place of business at 3808 W. San Nicholas Street, Tampa, Florida 33629.  Defendant is organized

under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2471.  Defendant, Suarez Housing Corporation is an entity or individual with a principal place of business at 9950 Princess Palm Avenue 212, Tampa, Florida 33619.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2472.  Defendant, Summit Contractors, Inc. is an entity or individual with a principal place of business in Slidell, Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2473.  Defendant, Summit Homes of LA, Inc. is an entity or individual with a principal place of business at 119 Village Street, Slidell, Louisiana 70458.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2474.   Defendant, Sun Construction, LLC is an entity or individual d/b/a Sunrise Homes with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2475.   Defendant, Sunrise Construction and Development, LLC is an entity or individual with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2476.  Defendant, Sunrise Custom Homes and Construction, LLC is an entity or individual with a principal place of business at 3598 Sligo Road, Haughton, Louisiana 71037.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2477.   Defendant, Sunrise Homes/Sun Construction is an entity or individual with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2478.  Defendant, Supreme Builders is an entity or individual with a principal place of business at 521 North Sam Houston Parkway, East 510, Houston, Texas 77060.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2479.  Defendant, Taber Construction is an entity or individual with a principal place of business at 1453 Natchez Loop, Covington, Louisiana  70433.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2480.  Defendant, Tad Brown is an entity or individual with a principal place of business at 19450 North 6th Street, Citronelle, Alabama 36522.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2481.  Defendant, Tallow Creek, LLC is an entity or individual with a principal place of business at 59101 Amber Street, Slidell, Louisiana 70461.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2482.  Defendant, Taylor Morrison of Florida, Inc. is an entity or individual with a principal place of business at 4905 West Laurel Street, Suite 100, Tampa, Florida 33607.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2483.  Defendant, Taylor-Woodrow Communities at Vasari is an entity or individual with a principal place of business at 4905 West Laurel, Suite 100, Tampa, Florida 33607.  Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2484.  Defendant, Team Work Construction, LLC is an entity or individual with a

principal place of business at 35 Stonebridge Court, Mandeville, Louisiana 70448.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2485.  Defendant, The Mitchell Co. is an entity or individual with a principal place of business at Colonial Bank Centre, 3rd Floor, 41 W. Interstate 65, Service Rd. N, Mobile, Alabama  36608.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2486.  Defendant, The New Morning, LLC is an entity or individual with a principal place of business at 215 Elk Avenue, Crested Butte, Colorado 81224.  Defendant is organized under the laws of Colorado.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2487.  Defendant, The Sterling Collection, Inc. is an entity or individual with a principal place of business at 4707 S.E. 9th Place, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2488.  Defendant, Tikal Construction Co. is an entity or individual with a principal place of business at 2325 NE 34th Lane, Cape Coral. Florida 33909.  Defendant is organized under the laws of Florid.  Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2489.   Defendant, Toll Estero, Ltd. Partnership d/b/a Toll Brothers, Inc. is an entity or individual with a principal place of business at 250 Gibralter Road, Horsham, Pennsylvania 19044.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2490.   Defendant, Total Contracting and Roofing, Inc. is an entity or individual with a principal place of business at 5975 NW 72 Ct., Parkland, Florida 33067.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2491.   Defendant, Treasure Coast Homes, LLC is an entity or individual with a principal place of business at 1798 Degroodt Road, Palm Bay, Florida 32910.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2492.   Defendant, Triumph Construction is an entity or individual with a principal place of business in Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2493.  Defendant, Tudela Classic Homes, LLC is an entity or individual with a principal place of business at 22374 Max Jude Lane, Mandeville, Louisiana 70471.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2494.  Defendant, Tuscan-Harvey Estate Homes, Inc. is an entity or individual with a principal place of business at 902 Clint Moore Road, Suite 120, Boca Raton, Florida 33487. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2495.  Defendant, Twelve Oaks of Polk County, Inc. is an entity or individual with a principal place of business at 2280 US Highway 98 North, Bartow, Florida 33830.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2496.  Defendant, United Home Builders, Inc. is an entity or individual with a principal place of business at 231 Del Prado Boulevard, Suite 11, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2497.  Defendant, United Homes International, Inc. is an entity or individual with a principal place of business at 7975 NW 154th Street, Suite 400, Miami Lakes, Florida 33016.

Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2498.   Defendant, United Homes, Inc. is an entity or individual with a principal place of business at 7975 NW 154th Street, Suite 400, Miami Lakes, Florida 33016.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2499.   Defendant, United-Bilt Homes, LLC is an entity or individual with a principal place of business in Shreveport, Louisiana.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2500.   Defendant, Van Aller Construction is an entity or individual with a principal place of business at 183 Northshore P., Gulf Shores, Alabama 36542.  Defendant is organized under the laws of Alabama.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2501.   Defendant, Velez Construction, LLC is an entity or individual with a principal place of business at 870 Wilson Drive, New Orleans, Louisiana 70119.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

2502.  Defendant, Velvet Pines Construction, LLC is an entity or individual with a principal place of business at 69160 Highway 59, Suite 1, Mandeville, Louisiana 70471. Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2503.  Defendant, Viking Homes of S.W. Florida, Inc. is an entity or individual with a principal place of business at 1205 S.E. 9th Terrace, Cape Coral, Florida 33990.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2504.  Defendant, Villa Development, Inc. is an entity or individual with a principal place of business at 4414-6 Del Prado Boulevard, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2505.  Defendant, Vincent Montalto Construction, Inc. is an entity or individual with a principal place of business at 414 SW Dalton Circle, Port St. Lucie, Florida 34953.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2506.  Defendant, Waterways Development, Inc, is an entity or individual with a

principal place of business at 502 Parsley Court, Kissimmee, Florida 34759. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2507. Defendant, WB Construction Company, Inc. is an entity or individual with a principal place of business at 18465 Tulip Road, Fort Meyers, Florida 33967. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2508. Defendant, Westpoint Development, LLC is an entity or individual with a principal place of business at 28448 Del Lago Way, Bonita Springs, Florida 34135. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2509. Defendant, Wilson Heights Development, Inc. is an entity or individual with a principal place of 3842 W. 16th Avenue, Hialeah, Florida 33012. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2510. Defendant, Woodland Enterprises, Inc. is an entity or individual with a principal place of business at 15592 Jupiter Farms Road, Jupiter, Florida 33478. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2511.   Defendant, Ybarzabal Contractors, LLC is an entity or individual with a principal place of business at 200 Oak Island Drive, Mandeville, Louisiana 70448.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2512.   Defendant, Zamora Corporation is an entity or individual with a principal place of business at 260 Palermo Avenue, Coral Gables, Florida 33134.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2513.   Defendant, Central Peninsula Contracting LLC is an entity or individual with a principal place of business at 10938 S.E. Highway 25, Belleview, Florida  34420.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2514.   Defendant, Gregg Nieberg, Inc. is an entity or individual with a principal place of business at 8264 Martingale Lane, Port St. Lucie, Florida 34986.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2515.  Defendant, HWB Construction, Inc. is an entity or individual with a principal place of business at 9900 SW 107th Avenue, Miami, Florida 33176.  Defendant is organized under the laws of Delaware.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

2516.  Defendant, Punta Gorda Partners, LLC is an entity or individual with a principal place of business at 4300 Marsh Landing, Suite 202, Jacksonville Beach, Florida 32250.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

### The Contractor/Installer Subclasses

2517.  Defendant, 911 Drywall, Inc. is an entity or individual with a principal place of business at 2025 SE 17th Place, Cape Coral, Florida 33909.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2518.  Defendant, 53 Enterprises f/k/a A-1 Brothers, Inc. is an entity or individual with a principal place of business at 8695 College Pkwy, #2408, Ft. Myers, Florida 33919.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2519.  Defendant, Acadian Builders & Contractors, LLC is an entity or individual with a

486

principal place of business at 6473 Hwy 44, Ste. 201, Gonzales, Louisiana 70737.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2520.  Defendant, Ace Drywall is an entity or individual with a principal place of business at 22214 Hoffman Road, Mandeville, Louisiana 70471.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2521.  Defendant, Aced Interior Drywall is an entity or individual with a principal place of business at 2204 NE 25 Terrace, Cape Coral, Florida.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2522.  Defendant, Adam Carpenter is an entity or individual with a principal place of business at 102 Chinchuba Gardens Drive, Mandeville, Louisiana 70471.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2523.  Defendant, Al Brothers Inc. is an entity or individual with a principal place of business at Cape Coral, Florida.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2524.  Defendant, Anthony's Drywalls, Inc. is an entity or individual with a principal

487

place of business at Pelham, Alabama.  Defendant is organized under the laws of Alabama.

Upon information and belief, Defendant constructed or installed defective drywall in the homes

of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2525.  Defendant, B & B Drywall is an entity or individual with a principal place of

business at 352 Lang Avenue, Pass Christian, Mississippi 39571.  Defendant is organized under

the laws of Mississippi.  Upon information and belief, Defendant constructed or installed

defective drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

2526.  Defendant, Banner Supply Co. is an entity or individual with a principal place of

business at 7195 NW 30th Street, Miami, Florida 33122.  Defendant is organized under the laws

of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in

the homes of certain Subclass Members, which has resulted in harm and damages to Subclass

Members.

2527.  Defendant Baystate Drywall is an entity or individual with a principal place of

business at 4851 Southwest 111th Terrace, Davie, Florida 33328.  Defendant is organized under

the laws of Florida.  Upon information and belief, Defendant constructed or installed defective

drywall in the homes of certain Subclass Members, which has resulted in harm and damages to

Subclass Members.

2528.  Defendant, Bill Gregory Drywall is an entity or individual with a principal place

of business at 3775 Creekwood Circle, Loganville, Georgia 30052.  Defendant is organized

under the laws of Georgia.  Upon information and belief, Defendant constructed or installed

defective drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

2529.   Defendant, Brian Papania is an entity or individual with a principal place of business at P.O. Box 3943, Bay St. Louis, Mississippi 39521.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2530.   Defendant, C.A. Steelman, Inc. is an entity or individual with a principal place of business at 2271 Brunner Ln., Ste. #5, Fort Myers, Florida 33912.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2531.   Defendant, Christopher Billot is an entity or individual with a principal place of business at 70269 7th Street, Covington, Louisiana 70433.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2532.   Defendant Continental Drywall Contractors, Inc. is an entity or individual with a principal place of business at 10809 SW 143 Court, Miami, Florida 33186.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2533.   Defendant, Corner Stone Construction of S.W. Florida, Inc.; a/k/a Cornerstone Construction of Collier Co., LLC is an entity or individual with a principal place of business at 5401 Jaeger Road, Naples, Florida.  Defendant is organized under the laws of Florida.  Upon

information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members

2534.  Defendant, Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials is an entity or individual with a principal place of business at 3100 Cumberland Boulevard, Suite 1700, Atlanta, Georgia 30339.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2535.  Defendant, Cretin Homes, LLC (EL Cretin, LLC d/b/a/) is an entity or individual with a principal place of business at LaPlace, Louisiana.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2536. Defendant, CSI Contractor Services, Inc. is an entity or individual with a principal place of business at N. Ft. Myers, Florida.  Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2537.  Defendant, D&B Framing, Inc. is an entity or individual with a principal place of business at Denham Springs, Louisiana.  Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2538.  Defendant, Danal Homes Development, Inc. is an entity or individual with a principal place of business at 1112 Weston Road, Ste. 264, Fort Lauderdale, Florida 33326.

490

Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2539. Defendant, Klepk Bros. Drywall, Inc. is an entity or individual with a principal place of business at 2409 Raven Croft Ct., Orlando, Florida 32837. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2540. Defendant, Darwin Sharp Construction, LLC is an entity or individual with a principal place of business at 17313 Kat Kaw Road, Franklinton, Louisiana 70438. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2541. Defendant, Duncan Construction of South West Florida, Inc. is an entity or individual with a principal place of business at 17280 Frank Road, Alva, Florida 33920. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2542. Defendant, Duo-Fast Construction, Inc. is an entity or individual with a principal place of business at 7830 SW 74th Court, Miami, Florida 33173. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to

Subclass Members.

2543.  Defendant, E. Jacob Fakouri Construction, Inc. is an entity or individual with a principal place of business at 11838 Richcroft Avenue, Baton Rouge, Louisiana 70814. Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2544.  Defendant, F. Vincino and Company is an entity or individual with a principal place of business at 15 NE 2 Avenue, Deerfield Beach, Florida 33441.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2545.  Defendant, Finish One Drywall, LLC is an entity or individual with a principal place of business at Baton Rouge, Louisiana.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2546.  Defendant, First Choice Drywall Services, Inc. is an entity or individual with a principal place of business at 17580 Cypress Point Road, Fort Meyers, Florida 33912. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2547.  Defendant, First Construction Corporation is an entity or individual with a

492

principal place of business at 1344 Villere Street, Mandeville, Louisiana 70448.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2548.  Defendant, Florida Style Services, Inc. is an entity or individual with a principal place of business at 26475 Eagle Boulevard, Punta Gorda, Florida  33950. Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2549.  Defendant, Francioni Builders, Inc. is an entity or individual with a principal place of business at 141 Robert E. Lee Boulevard, Suite 139, New Orleans, Louisiana 70124-2534. Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2550.  Defendant, Gateway Drywall, Inc. is an entity or individual with a principal place of business at 3091 SE Jay Street, Stuart, Florida 34997.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2551.  Defendant, George Meza is an entity or individual with a principal place of business at 4824 Belle Drive, Metarie, Louisiana 70006.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members,

which has resulted in harm and damages to Subclass Members.

2552.   Defendant, Graf's Drywall, LLC is an entity or individual with a principal place of business at 57460 St. Alexander Road, Husser, Louisiana 70442.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2553.   Defendant, Gregg Nieberg, Inc. is an entity or individual with a principal place of business at 8264 Martingale Lane, Port St. Lucie, Florida 34986.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2554.   Defendant, JM Interiors, Inc. is an entity or individual with a principal place of business at 539 SW Biltmore Street, Port St. Lucie, Florida 34983.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2555.   Defendant, Gulf Coast Engineering, LLC is an entity or individual with a principal place of business at 703 Cape Coral Parkway, West, Suite 201, Cape Coral, Florida 33914. Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2556.   Defendant, Harbor Springs Construction and Development, LLC is an entity or

494

individual with a principal place of business at 5611 Zip Drive, Unit 2, Ft. Meyers, Florida 33906.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2557.  Defendant, Hc Seals Drywall Partners is an entity or individual with a principal place of business at 125 George Mitchell Road, Carriere, Mississippi 39426.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2558.  Defendant, Interior/Exterior Building Supply, LP is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2559.  Defendant, Interior/Exterior Enterprises, LLC. is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2560.  Defendant, J.W. Hodges Drywall, Inc. is an entity or individual with a principal place of business at 2771 Vista Parkway, Suite F4, West Palm Beach, Florida 33411.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or

installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2561.  Defendant, Jacks Drywall, LLC is an entity or individual with a principal place of business at Gonzales, Louisiana.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2562.  Defendant, JB Plaster, Inc. is an entity or individual with a principal place of business at 27051 Jackson Avenue, Bonita Springs, Florida 34135.  Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2563.  Defendant, John Eschete is an entity or individual with an address for service at 22214 Hofman Road, Mandeville, Louisiana 70471.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2564.  Defendant, John Gillespie is an entity or individual with a principal place of business at 60393 North Tranquility Road, Lacombe, Louisiana 70445.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2565.  Defendant, JP Drywall, LLC is an entity or individual with a principal place of business at Wake Forest, North Carolina.  Defendant is organized under the laws of North Carolina. Upon information and belief, Defendant constructed or installed defective drywall in

the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2566.  Defendant, Keith Warrick Drywall, Inc. is an entity or individual with a principal place of business at 2690 Settlers Colony Boulevard, Gulf Breeze, Florida 32563.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2567.  Defendant, Kelley Drywall, Inc.  is an entity or individual with a principal place of business at 13755 115 Street, Fellsmere, Florida 32948.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2568.  Defendant, Kemah Construction, Inc.  is an entity or individual with a principal place of business at 9425 Burbank Drive, Baton Rouge, LA 70810.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2569.  Defendant, La Drywall is an entity or individual with a principal place of business at 36276 Sigrid Lane, Slidell, Louisiana 70460.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2570.  Defendant, Lebaron Bros. Drywall is an entity or individual with a principal place

of business at 7987 Pecue Lane, Suite C, Baton Rouge, Louisiana 70809.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2571.   Defendant, Lee Roy Jenkins is an entity or individual with a principal place of business at 37 Spruce Drive, Covington, Louisiana 70433.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2572.   Defendant, Louran Builders, Inc. is an entity or individual with a principal place of business at 414 SW Dalton Circle, Port St. Lucie, Florida 34953.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2573.   Defendant, Manny Garcia is an entity or individual with a principal place of business at 10501 SW 127 Street, Miami, Florida 33176.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2574.   Defendant, Manny's Drywall is an entity or individual with a principal place of business at 923 Van Loon Court, Kissimmee, Florida 34758.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2575.  Defendant, Mavied Corp. is an entity or individual with a principal place of business at 1301 NE 101 Street, Miami Shores, Florida 33138.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2576.  Defendant, McDowell Builders, LLC is an entity or individual with a principal place of business at 36156 Pleasant Hill Court, Prairieville, Louisiana 70769.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2577.  Defendant, Northeast Drywall Co. is an entity or individual with a principal place of business at 3938 Lake Padgett Drive, Land O'Lakes, Florida 34637.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2578. Defendant, NuWay Drywall, LLC is an entity or individual with a principal place of business at 384 Snapdragon Loop, Bradenton, Florida  34212.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2579.  Defendant, Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. is an entity or individual with a principal place of business at 3431 SW 11th Street, Deerfield

Beach, Florida 33442.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2580.  Defendant, Ozark Atlantic, LLC is an entity or individual with a principal place of business at 581 Technology Park, Suite 1001, Lake Mary, Florida 32746.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2581.  Defendant, P.D.C. Drywall Contractors, Inc. is an entity or individual with a principal place of business at 3458 SE Gran Parkway, Stuart, Florida 34997.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2582.  Defendant, Ponce Siding and Remodeling is an entity or individual with a principal place of business at 20075 Highway 36, Covington, Louisiana 70433.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2583.  Defendant, Precision Drywall is an entity or individual with a principal place of business at 601 N. Congress Avenue, Delray Beach, Florida 33445.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2584.   Defendant, Premier Plastering of Naples is an entity or individual with a service address at c/o Craig D. Blume, 800 Harbour Drive, Naples, Florida 34103.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2585.   Defendant, R.L. Drywall, Inc. is an entity or individual with a principal place of business at Walker, Louisiana.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2586.   Defendant, Ray Horvath Drywall, Inc. is an entity or individual with a principal place of business at 10155 NE 101st Street, Okeechobee, Florida 34972.  Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2587.   Defendant, Reed Builders, LLC is an entity or individual with a principal place of business at 141 Shady Lake Parkway, Baton Rouge, LA 70810.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2588.   Defendant, Residential Drywall, Inc. is an entity or individual with a principal place of business at 9237 Lazy Lane, Tampa, Florida 33614.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective

drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2589.  Defendant, Richard Hoover is an entity or individual with a principal place of business at 20345 Sisters Road, Ponchatoula, Louisiana 70454.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2590.  Defendant, Richardson Drywall is an entity or individual with a principal place of business at 2128 Hollywood Drive, Bay St. Louis, Mississippi 39520.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2591.  Defendant, Right Way Finishing, Inc. is an entity or individual with a principal place of business at 13089 Cypress Swamp Drive, Geismar, Louisiana 70734.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2592.  Defendant, RJL Drywall, Inc. LLC is an entity or individual with a principal place of business at 8181 Bayshore Road, Fort Meyers, Florida 33917.  Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2593.  Defendant, Sampson Drywall is an entity or individual with a principal place of business at 141 Segovia Road, St. Augustine, Florida 32086.  Defendant is organized under the

laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2594.  Defendant, Seals Drywall is an entity or individual with a principal place of business at 125 George Mitchell Road, Carrier, Mississippi  39426.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2595.  Defendant, Sidney Sutton Drywall, Inc. is an entity or individual with a principal place of business at Denham Springs, Louisiana.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2596.  Defendant, Siesta Bay Custom Homes, LLC is an entity or individual with a principal place of business at 15750 Quail Trail, Ft. Meyers, Florida  33912.  Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2597.  Defendant, Southwest Innovations, Inc. is an entity or individual with a principal place of business at Ft. Meyers, Florida,  Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2598.  Defendant, Bradford Plastering is an entity or individual with a principal place of

business at Cape Coral, Florida. Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2599.  Defendant, L&W Supply Corporation d/b/a Seacoast Supply is an entity or individual with a principal place of business at 550 W. Adams Street, Dept. 174, Chicago, Illinois 60661.  Defendant is organized under the laws of Delaware.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2600.  Defendant, Speedy Drywall is an entity or individual with a principal place of business at 103 2nd Street, Chalmette, Louisiana 70043.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2601.  Defendant, Steiner Drywall is an entity or individual with a principal place of business at 11505 Firetower Road, Pass Christian, Mississippi 39571.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2602.  Defendant, Drywall Service, Inc. is an entity or individual with a principal place of business at 20257 Dan Walker Road, Saucier, Mississippi 39574.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2603.  Defendant, Stone Sheetrock is an entity or individual with a principal place of

business at 1374 Dumaine Avenue, Baton Rouge, Louisiana 70810.  Upon information and

belief, Defendant constructed or installed defective drywall in the homes of certain Subclass

Members, which has resulted in harm and damages to Subclass Members.

2604.  Defendant, Sundown Development is an entity or individual with a principal place

of business at Tequsta, Florida.  Upon information and belief, Defendant constructed or installed

defective drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

2605.  Defendant, Supreme Builders is an entity or individual with a principal place of

business at 521 North Sam Houston Parkway, East 510, Houston, Texas 77060.  Upon

information and belief, Defendant constructed or installed defective drywall in the homes of

certain Subclass Members, which has resulted in harm and damages to Subclass Members.

2606.  Defendant, Tallow Creek, LLC is an entity or individual with a principal place of

business at 59101 Amber Street, Slidell, Louisiana 70461.  Defendant is organized under the

laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective

drywall in the homes of certain Subclass Members, which has resulted in harm and damages to

Subclass Members.

2607.  Defendant, Treasure Coast Homes, LLC is an entity or individual with a principal

place of business at 1798 Degroodt Road, Palm Bay, Florida 32910.  Defendant is organized

under the laws of Florida.  Upon information and belief, Defendant constructed or installed

defective drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

2608.  Defendant, Vicinity Drywall, Inc.  is an entity or individual with a principal place

of business at 5257 NW Gamma Street, Port Saint Lucie, Florida 34986.  Defendant is organized

under the laws of Florida.  Upon information and belief, Defendant constructed or installed

defective drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

2609.  Defendant, Wellington Drywall, Inc. is an entity or individual with a principal

place of business at 7825 Lantana Road, Lake Worth, Florida 33467.  Defendant is organized

under the laws of Florida.  Upon information and belief, Defendant constructed or installed

defective drywall in the homes of certain Subclass Members, which has resulted in harm and

damages to Subclass Members.

## FACTS REGARDING PRODUCT DEFECT

2610.  Upon information and belief, Defendants' drywall contains gypsum.

2611.  In "defective drywall" (such as that designed, manufactured, exported, imported,

distributed, delivered, supplied, inspected, installed, marketed, and/or sold by Defendants

herein), the gypsum and other components of the product break down and release sulfides and

other noxious gases that are then emitted (or "off-gassed") from the drywall.

2612.  Sulfides and other noxious gases, such as those emitted from Defendants' drywall,

cause corrosion and damage to personal property (such as air conditioning and refrigerator coils,

faucets, utensils, electrical wiring, copper, electronic appliances and other metal surfaces and

property).

2613.  Exposure to sulfide and other noxious gases, such as those emitted from

Defendants' drywall, causes personal injury resulting in eye irritation, sore throat and cough,

nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.

506

2614.  As a direct and proximate result of Defendants' actions and omissions, Plaintiffs' and the Class Members' structures, personal property, and bodies have been exposed to Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from Defendants' defective drywall.

2615.  Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the defective drywall, which was unfit for its intended purpose and unreasonably dangerous in its normal use in that the drywall caused corrosion and damage to personal property in Plaintiffs' and Class Members' homes, residences or structures and/or caused personal injury resulting in eye irritation, a sore throat and cough, nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.

2616.  Defendants recklessly, wantonly, and/or negligently manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the defective drywall at issue in this litigation.

2617.  Defendants recklessly, wantonly and/or negligently implement faulty, procedures for purposes of formulating, preparing, testing, and otherwise ensuring the quality and/or character of the defective drywall at issue in this litigation.

2618.  As a direct and proximate result of Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from these products, Plaintiffs and Class Members have suffered, and continue to suffer economic harm and/or personal injury.

2619.  As a direct and proximate result of Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from

these products, the Plaintiffs and the Class Members have suffered, and continue to suffer damages.  These damages include, but are not limited to, costs of inspection; costs and expenses necessary to remedy, replace and remove the defective drywall and other property that has been impacted; lost value or devaluation of their homes, residences or structures and property as a direct result of damage caused to the property and indirect damage resulting from perceived defects to the property, including stigma damages; loss of use and enjoyment of their home and property; and/or damages associated with personal injuries.

2620.  As a direct and proximate result of Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from these products, Plaintiffs and the Class Members have been exposed to toxic gases, suffered personal injury, have been placed at an increased risk of disease, and have need for injunctive relief in the form of repair and remediation of their home, of their home contracts, emergency/corrective notice, environmental testing and monitoring, and/or medical monitoring.

## CLASS ACTION ALLEGATIONS

### The Knauf Class

2621.  All Plaintiffs bring this suit as a class action pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and the following Class comprised of:

> All owners and residents (past or present) of real property located in the United States containing defective Chinese drywall manufactured, sold, distributed, and/or supplied by Knauf.

### The Distributor/Supplier Subclasses (Subclasses 1-43)

2622.  The representative Plaintiffs with claims against their distributors/suppliers, set

forth in the attached Schedule "1" (the alignment of Plaintiffs and Defendants is depicted in Schedule 1 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the distributors/suppliers for whom they have standing.  The designated Plaintiffs in Schedule 1 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in the United States containing Knauf's defective drywall that was sold, distributed, supplied, marketed, inspected, imported, brokered, or delivered by each defendant identified in Schedule 1.

2623.  The Distributor/Supplier subclasses identified in Schedule 1 are comprised as follows:

Subclass # 1:  84 Lumber Company

Subclass # 2:  84 Lumber Company, LP

Subclass # 3:  Aburton Homes

Subclass # 4:  Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware

Subclass # 5:  Bailey Lumber & Supply  Company

Subclass # 6:  Banner Supply Co.

Subclass # 7:  Banner Supply Company Ft. Myers, LLC

Subclass # 8:  Banner Supply Company Pompano, LLC

Subclass # 9:  Banner Supply Company Port St. Lucie, LLC

Subclass # 10:  Banner Supply Company Tampa, LLC

Subclass # 11:  Banner Supply International, LLC

Subclass # 12:  Bradford Lumber

Subclass # 13:  Building Materials Wholesale (B.M.W.)

509

Subclass # 14:  Building Supply House, L.L.C.

Subclass # 15:  Cape Cement & Supply, Inc.

Subclass # 16:  Creola Ace Hardware, Inc.

Subclass # 17:  Ed Price Building Materials

Subclass # 18:  Gulf Coast Drywall, LLC

Subclass # 19:  Holmes Building Materials, LLC

Subclass # 20:  Home Depot USA, Inc.

Subclass # 21:  Home Town Lumber & Supply, Inc.

Subclass # 22:  Independent Drywall Distributors, LLC

Subclass # 23:  Interior/Exterior Building Supply, LP

Subclass # 24:  Interior/Exterior Enterprises, LLC

Subclass # 25:  J&H Distributers

Subclass # 26:  Jon A. Wilder, Inc.

Subclass # 27:  Just-Rite Supply

Subclass # 28:  L&W Supply Corporation d/b/a Seacoast Supply

Subclass # 29:  Louisiana Lumber, LLC

Subclass # 30:  Lowe's Home Centers, Inc.

Subclass # 31:  Mazer's Discount Homes Centers, Inc.

Subclass # 32:  Murphy Bateman Building Supplies, LLC

Subclass # 33:  Ocean Springs Lumber Company, LLC

Subclass # 34:  Parish Home Center

Subclass # 35:  Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.

Subclass # 36:  ProBuild East, LLC

Subclass # 37:  RJL Drywall, Inc.

Subclass # 38:  Rothchilt International Ltd.

Subclass # 39:  Sea Coast Construction, LLC

Subclass # 40:  Sorrento Lumber Co., Inc.

Subclass # 41:  Stock Building Supply LLC

Subclass # 42:  Swift Supply, Inc.

Subclass # 43:  Venture Supply Company

**The Importer/Exporter/Broker Subclasses (Subclasses 44-48)**

2624.  The representative Plaintiffs with claims against importers, exporters, and brokers,

set forth in the attached Schedule "2" (the alignment of Plaintiffs and Defendants is depicted in

Schedule 2 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3)

and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those

similarly situated, against the importers, exporters, and brokers for whom they have standing.

The designated Plaintiffs in Schedule 2 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located
> in the United States containing Knauf's defective drywall that was
> sold, distributed, supplied, marketed, inspected, imported,
> brokered, or delivered by each defendant identified in Schedule 2.

2625.  The importer, exporter, and broker subclasses identified in Schedule 2 are

comprised as follows:

Subclass #44:  Interior/Exterior Building Supply, LP

Subclass # 45:  Interior/Exterior Enterprises, LLC

Subclass # 46:  La Suprema Trading, Inc.

511

Subclass # 47:  La Suprema Enterprise, Inc.

Subclass # 48:  Rothchilt International, Ltd.

**The Builder/Developer Subclasses (Subclasses 49-436)**

2626.  The representative Plaintiffs with claims against their builders/developers, set forth in the attached Schedule "3" (the alignment of Plaintiffs and Defendants is depicted in Schedule 3 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the builders/developers for whom they have standing.  The designated Plaintiffs in Schedule 3 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in the United States containing Knauf's defective drywall where each of the defendants identified in Schedule 3 was the builder or developer of the property.

2627.  The builder/developer subclasses identified in Schedule 3 are comprised as follows:

Subclass #49:  Abington Woods, LLC

Subclass #50:  Aburton Homes, Inc.

Subclass #51:  Acadian Buidlers of Gonzales, Inc.

Subclass #52:  Acadian Builders and Contractors, LLC

Subclass #53:  Adams Homes of North West Florida, Inc.

Subclass #54:  Advantage Builders of America, Inc.

Subclass #55:  Affordable Homes & Land, LLC

Subclass #56:  Alana Development Corporation

Subclass #57:  Albanese-Popkin The Oaks Development Group, L.P.

512

Subclass #58:  Alternative Source, Inc.

Subclass #59:  Alvin Royes, Jr., LLC

Subclass #60:  America's First Home, Inc.

Subclass #61:  American Dream Builders, Inc.

Subclass #62:  American Gallery Development Group, LLC d/b/a American Gallery Homes

Subclass #63:  Anthony F. Marino General Contractor, LLC

Subclass #64:  Anthony Raggs

Subclass #65:  Anthony Skrmetti

Subclass #66:  Antilles Vero Beach, LLC

Subclass #67:  Aranda Homes, Inc.

Subclass #68:  Aranda Homes of Florida, Inc.

Subclass #69:  Arizen Homes, Inc.

Subclass #70:  Arthur Homes (JL Arthur)

Subclass #71:  Aubuchon Homes, Inc.

Subclass #72:  Avalon Preserve Developers, LLC

Subclass #73:  B.B.S. Builders, Inc.

Subclass #74:  B&E Construction of Miami, Corp.

Subclass #75:  B&W Complete Construction, Inc.

Subclass #76:  Bagley Construction, LLC

Subclass #77:  Barony Homes, Inc.

Subclass #78:  Bass Homes, Inc.

Subclass #79:  Bauhaus Inc.

Subclass #80:  Bauhaus Solutions, Inc.

Subclass #81:  Bay Colony - Gateway, Inc.

Subclass #82:  Baywood Construction, Inc.

Subclass #83:  BDG Waterstone, LLC

Subclass #84:  Bella Builders, Inc.

Subclass #85:  Belmont Lakes Investments, LLC

Subclass #86:  Bender Construction & Development, Inc.

Subclass #87:  Benoit Buidlers, LLC f/k/a Benoit Builders & Realtors, Inc.

Subclass #88:  BHD Corp.

Subclass #89:  Big Bear Const. Co.

Subclass #90:  Big River Construction and Remodeling Co., Inc.

Subclass #91:  Blackhawk Partners, LLC

Subclass #92:  Blue Oaks/Gulfstream Development, LLC

Subclass #93:  BO Builders, LLC

Subclass #94:  Bonita Beachwalk, LLC

Subclass #95:  Bove Company

Subclass #96:  Brantly Homes, Inc.

Subclass #97:  Brightwater Community 1 LLC

Subclass #98:  Burnett Construction Co.

Subclass #99:  C. Adams Construction and Design, LLC

Subclass #100:  C&C Homebuilders, Inc.

Subclass #101:  Calmar Construction Company, Inc.

Subclass #102:  Cardel Master Builder, Inc. d/b/a Cardel Homes

Subclass #103:  Caribe Central, LLC

Subclass #104:  Caribe East LLC

Subclass #105:  Caribe Homes Corp.

Subclass #106:  Catalano Custom Homes, LLC

Subclass #107:  CDC Builders, Inc.

Subclass #108:  Centerline Homes at Delray, Inc.

Subclass #109:  Centerline Homes at Georgetown LLC

Subclass #110:  Centerline Homes at Tradition, LLC

Subclass #111:  Centerline Homes at Vizcaya, Inc.

Subclass #112:  Centerline Homes Construction Inc.

Subclass #113:  Centerline Homes, Inc.

Subclass #114:  Centerline Port St. Lucie, Ltd.

Subclass #115:  Central Peninsula Contracting LLC

Subclass #116:  Centurion Homes of Louisiana, LLC

Subclass #117:  Century Builders Group, Inc.

Subclass #118:  Certain Homes, Inc.

Subclass #119:  CGF Construction

Subclass #120:  Chabot Enterprises, Inc.

Subclass #121:  Chris Booty

Subclass #122:  Chris Cadis

Subclass #123: Chris P. Roberts

Subclass #124: Christopher M. Odom

Subclass #125: Cockerham Construction, LLC

Subclass #126: Comfort Home Builders, Inc.

Subclass #127: Continental Drywall Contractors, Inc.

Subclass #128: Craftmaster, LLC

Subclass #129: Craftsmen Builders, Inc.

Subclass #130: Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes)

Subclass #131: CRF Management Co., Inc.

Subclass #132: Crosby Development Company, LLC

Subclass #133: Crown Builders, Inc.

Subclass #134: D.R. Horton, Inc.

Subclass #135: Daelen of Tangiaphoa, LLC

Subclass #136: Darwin Sharp Construction , LLC

Subclass #137: David Ray Gavins

Subclass #138: David Weekley Homes, LLC a.k.a. Weekley Homes, LP

Subclass #139: DC Builders, LLC

Subclass #140: Dedicated Builders, LLC

Subclass #141: DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc.

Subclass #142: Derby Homes, Inc.

Subclass #143: Design Contractors, LLC

Subclass #144: Design Drywall of South Florida, LLC

Subclass #145: Diamond Court Construction Company

Subclass #146:  DMH Development, Co.

Subclass #147:  Dorado Homes Development, Ltd.

Subclass #148:  Dunn Wright Construction, Inc.

Subclass #149:  Dupree Contractors, Inc.

Subclass #150:  E. Jacob Fakouri Construction, Inc.

Subclass #151:  E.B. Developers, Inc.

Subclass #152:  E.N. Suttin Construction Company

Subclass #153:  Eastern Construction Group, Inc.

Subclass #154:  EH Building Group

Subclass #155:  Elite Construction Co. SW Inc.

Subclass #156:  Elite Home Construction Inc.

Subclass #157:  Empire Construction, LLC

Subclass #158:  Empire Properties, LLC

Subclass #159:  Enchanted Homes, Inc.

Subclass #160:  Excel Construction of S.W. Florida, Inc.

Subclass #161:  Executive Home Builders, LLC

Subclass #162:  First Construction Corporation

Subclass #163:  First Homes Builders, Inc.

Subclass #164:  Fisher & Son Contractors, LLC

Subclass #165:  Floridian Gulf Coast Homes, Inc.

Subclass #166:  Font Builders, Inc.

Subclass #167:  Fortis Construction, LLC

Subclass #168:  Francisco Tomas Permuy

Subclass #169:  Fusion Building Concepts, Inc.

Subclass #170:  G. Drywalls Corporation

Subclass #171:  G.I. Homes

Subclass #172:  G.L. Building Corporation

Subclass #173:  G.L.B. and Associates, Inc. d/b/a Balli Construction

Subclass #174:  Galloway Sunset Estates, Inc.

Subclass #175:  Garram Homes, Inc.

Subclass #176:  Gatco Construction, Inc.

Subclass #177:  Gavins Construction Company

Subclass #178:  Genesis Residential Group, Inc.

Subclass #179:  GHO Development Corporation

Subclass #180:  GL Homes

Subclass #181:  Global Home Builders, Inc.

Subclass #182:  Global Home Builders, LLC

Subclass #183:  Global Home Builders of the Treasure Coast, Inc.

Subclass #184:  GMI Construction, Inc.

Subclass #185:  Gold Coast Homes of SW Florida

Subclass #186:  Gooden Homes, LLC

Subclass #187:  Great Southern Homes, Inc.

Subclass #188:  Gregg Nieberg, Inc.

Subclass #189:  Gremillion Homes, Inc.

Subclass #190:  Greystoke Homes at South Point II LLC

Subclass #191:  Groff Construction Inc.

Subclass #192:  Gryphon Construction, LLC

Subclass #193:  Guillermo Permuy

Subclass #194:  Gulfstream Development, LLC

Subclass #195:  Gulfstream Homes, Inc.

Subclass #196:  Gwen Core

Subclass #197:  H & H Custom Homebuilders

Subclass #198:  H.C. Owen Builder, Inc.

Subclass #199:  Hallmark Homes, Inc.

Subclass #200:  Hammer Constructions Services, Ltd.

Subclass #201:  Hansen Homes, Inc.

Subclass #202:  Hansen Homes of South Florida, Inc

Subclass #203:  .Hanson Homes, Inc.

Subclass #204:  Heights Custom Homes, LLC a/k/a Heights Properties, LLC

Subclass #205:  Highland Lakes, LLC d/b/a Eddleman Homes, LLC

Subclass #206:  Hilliard Butler Construction Company, Inc.

Subclass #207:  Holiday Builders, Inc.

Subclass #208:  Home One Homes

Subclass #209:  HPH Homes

Subclass #210:  HPH Properties, LLC

Subclass #211:  Hutchinson Homes, Inc.

Subclass #212:  HWB Construction, Inc.

Subclass #213:  ICI Homes, Inc.

Subclass #214:  In-line Contractors, LLC

Subclass #215:  Intercoastal Construction Co.

Subclass #216:  Intervest Construction, Inc.

Subclass #217:  Investment Properties Unlimited Inc.

Subclass #218:  Ironwood Properties, Inc.

Subclass #219:  J. Helms Construction, Inc. d/b/a Sundown Development

Subclass #220:  J&J Builders Northshore, Inc.

Subclass #221:  James LeBlanc

Subclass #222:  JD Custom Homes, Inc.

Subclass #223:  Jim Walter Homes, Inc.

Subclass #224:  JJK&A Holding Corporation

Subclass #225:  John G. Finch Construction, LLC

Subclass #226:  John Korn Builders, LLC

Subclass #227:  John L. Crosby, L.L.C.

Subclass #228:  John Paul George d/b/a JPG Enterprises, Inc.

Subclass #229:  John T. Grab, III

Subclass #230:  Jonathan Scott Shewmake

Subclass #231:  JPG Enterprises, Inc.

Subclass #232:  JST Properties, LLC of Mississippi

Subclass #233:  Judson Construction Group, LLC

Subclass #234:  K. Hovnanian First Homes, LLC

Subclass #235:  Kaye Homes, Inc.

Subclass #236:  KB Home Florida LLC

Subclass #237:  KB Home Fort Myers, LLC

Subclass #238:  KB Home of Orlando, LLC

Subclass #239:  Ken Roberts

Subclass #240:  Kolter Homes, LLC

Subclass #241:  La Homes and Properties, Inc.

Subclass #242:  Lake Ashton Development Group II LLC

Subclass #243:  Lakeside Village Development, L.L.C. 1

Subclass #244:  Land Resources LLC

Subclass #245:  Laporte Family Properties

Subclass #246:  Las Playas LLC

Subclass #247:  Last Minute Properties, LLC

Subclass #248:  Lawrence Migliar LLJ Construction

Subclass #249:  Lee Harbor Homes of Florida, Inc.

Subclass #250:  Lee Wetherington Homes, Inc.

Subclass #251:  Legend Custom Builders, Inc.

Subclass #252:  Lennar Corporation

Subclass #253:  Lennar Homes, LLC

Subclass #254:  Leroy Laporte, Jr.

Subclass #255:  Lifescape Builders

Subclass #256:  Liongate Design Structure, LLC

Subclass #257:  Louran Builders, Inc.

Subclass #258:  Louran Gips KG

Subclass #259:  LPR Builders, Inc.

Subclass #260:  LTL Construction, Inc.

Subclass #261:  Lucky Strike M.K.Inc.

Subclass #262:  Lucra Investments, Inc.

Subclass #263:  Lynch Builders, LLC

Subclass #264:  M/I Homes, Inc.

Subclass #265:  M/I Homes of Tampa, LLC

Subclass #266:  M. Miller and Company, Inc.

Subclass #267:  M.E. Gibbens, Inc.

Subclass #268:  M.K. Development, Inc.

Subclass #269:  Majestic Custom Homes & Development, Inc.

Subclass #270:  Majestic Homes and Realty SW LLC

Subclass #271:  Majestic Homes, Inc.

Subclass #272:  Majestic Homes of Port St.Lucie, Inc.

Subclass #273:  Mandy Drywall Inc.

Subclass #274:  Manuel Gonzales Terra Group Intl.

Subclass #275:  Marigold Court, LLC

Subclass #276:  Mariner Village Townhomes Inc.

Subclass #277:  Maronda Homes Inc. of Florida

Subclass #278:  Master Builders of South Florida, Inc.

Subclass #279:  MATSA Construction Company, Inc.

Subclass #280:  Mayeaux Construction, Inc.

Subclass #281:  MCCAR Homes - Tampa, LLC

Subclass #282:  McCombs Services, LLC

Subclass #283:  McDowell Builders, LLC

Subclass #284:  MCM Building Enterprise, Inc.

Subclass #285:  McMath Construction, Inc.

Subclass #286:  Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes

Subclass #287:  Medallion Homes Gulf Coast, Inc.

Subclass #288:  Medallion Homes, LLC

Subclass #289:  Meiben Home Builders, LLC

Subclass #290:  Melvin Prange, Jr. Construction, L.L.C.

Subclass #291:  Meridian Homes USA, Inc.

Subclass #292:  Meritage Homes of Florida, Inc.

Subclass #293:  Methodical Builders, Inc.

Subclass #294:  MGB Construction, Inc.

Subclass #295:  Midwest Construction & Development Incorporated

Subclass #296:  Millennium Homes & Development, Inc.

Subclass #297:  Miller Professional Contracting, Inc.

Subclass #298:  Ming K Wong

Subclass #299:  Morgan Homes, Inc.

Subclass #300:  Morrison Homes, Inc.

Subclass #301:  Nathanial Crump

Subclass #302:  Neslo, LLC

Subclass #303:  Nice Homes, Inc.

Subclass #304:  North Palm Estates Homes, Inc.

Subclass #305:  Northstar Holdings at B and A LLC

Subclass #306:  Northstar Homebuilders, Inc.

Subclass #307:  Northstar Homes

Subclass #308:  O'Neal Homes, Inc.

Subclass #309:  O'Neill/Holliman Corporation

Subclass #310:  Oak Avenue, LLC

Subclass #311:  Oak Tree Construction

Subclass #312:  Oakbrook Building and Design, Inc.

Subclass #313:  Oyster Bay Homes, Inc.

Subclass #314:  Palm Coast Construction, LLC

Subclass #315:  Palm Isles Holdings, LLC

Subclass #316:  Palm State Construction, Inc.

Subclass #317:  Paradise Builders of SW Florida, Inc.

Subclass #318:  Paragon Homes, Inc.

Subclass #319:  Paramount Quality Homes Corp.

Subclass #320:  Paul Homes, Inc. a/k/a Management Services of Lee County, Inc.

Subclass #321:  Paul Homes of Flordia, LLC

Subclass #322:  Paul Hyde Homes

Subclass #323:  Penn Construction Co., LLC

Subclass #324:  Philip Latapie

Subclass #325:  Pine Ridge Real Estate Enterprises, LLC

Subclass #326:  Pioneer Construction, LLC

Subclass #327:  Ponce Riviera, LLC

Subclass #328:  Premier Communities, Inc.

Subclass #329:  Premier Custom Homes

Subclass #330:  Prestige Development, Inc.

Subclass #331:  Prestige Properties

Subclass #332:  Pride Homes, LLC

Subclass #333:  Pride Homes of Lakes by the Bay - Parcel H. LLC

Subclass #334:  Promenade Developers, Ltd.

Subclass #335:  Punta Gorda Partners, LLC

Subclass #336:  R & B Construction & Remodeling, Inc.

Subclass #337:  R. Fry Builders, Inc.

Subclass #338:  R.J. Homes, LLC

Subclass #339:  RJM Homes, Inc.

Subclass #340:  Rafuls & Associates Construction Co., Inc.

Subclass #341:  Raintree Construction

Subclass #342:  Randal Maranto Builders, LLC

Subclass #343:  Ray Bec Inc.

Subclass #344:  RCR Holdings II, LLC

Subclass #345:  Reed Builders, LLC

Subclass #346:  Regatta Construction, LLC

Subclass #347:  Regency Homes, Inc.

Subclass #348:  Resource Rental & Renovation LLC

Subclass #349:  RFC Homes

Subclass #350:  Richard Jones Construction Company, Inc.

Subclass #351:  Rickelman Construction, Inc.

Subclass #352:  Rivercrest, LLC/The St. Joe Company

Subclass #353:  RJL Drywall, Inc.

Subclass #354:  RL Homes IX, LLC

Subclass #355:  Robert Champagne, Great Southern Builders, LLC

Subclass #356:  Rookery Park Estates, LLC

Subclass #357:  Royal Homes (Anthony Marino)

Subclass #358:  Ryland Group, Inc.

Subclass #359:  S&O Investments, LLC

Subclass #360:  Sail Harbour, LLC

Subclass #361:  Santa Barbara Estates, Inc.

Subclass #362:  Saturno Construction AB Inc.

Subclass #363:  Savoie Construction, Inc.

Subclass #364:  Savoie Real Estate Holdings, LLC

Subclass #365:  Schenley Park Homes, LLC

Subclass #366:  Scott Colson

Subclass #367:  Scott Designer Homes, Inc.

Subclass #368:  Shelby Homes at Meadows, Inc.

Subclass #369:  Shelby Homes, Inc.

Subclass #370:  Signature Series Homes, Inc.

Subclass #371:  Smith and Core, Inc.

Subclass #372:  Smith Family Homes Corporation

Subclass #373:  South Kendall Construction Corp.

Subclass #374:  Southern Homes, LLC

Subclass #375:  Southern Homes of Broward XI, Inc.

Subclass #376:  Southern Star Construction Company, Inc.

Subclass #377:  Southwell Homes, LLC

Subclass #378:  Springhill, LLC

Subclass #379:  St. Joe Home Building, L.P.

Subclass #380:  Standard Pacific d/b/a Standard Pacific of Colorado, Inc.

Subclass #381:  Standard Pacific Homes of South Florida GP, Inc.

Subclass #382:  Standard Pacific Homes of South Florida, a Florida General Partnership

Subclass #383:  Star Homes of Florida LLC

Subclass #384:  Stephen Shivers

Subclass #385:  Sterling Communities Inc.

Subclass #386:  Sterling Communities Realty Inc.

Subclass #387:  Steven R. Carter, Inc.

Subclass #388:  Stonebrook Estates, Inc.

Subclass #389:  Stonebrook Homes, LLC

Subclass #390:  Suarez Housing Corporation

Subclass #391:  Summit Contractors, Inc.

Subclass #392:  Summit Homes of LA, Inc.

Subclass #393:  Sun Construction, LLC d/b/a Sunrise Homes

Subclass #394:  Sunrise Construction and Development, LLC

Subclass #395:  Sunrise Homes/Sun Construction

Subclass #396:  Sunrise Custom Homes & Construction, LLC

Subclass #397:  Supreme Builders

Subclass #398:  Taber Construction

Subclass #399:  Tad Brown

Subclass #400:  Tallow Creek, LLC

Subclass #401:  Taylor Morrison of  Florida, Inc.

Subclass #402:  Taylor-Woodrow Communities at Vasari

Subclass #403:  Team Work Construction, LLC

Subclass #404:  Tepeyac, LLC

Subclass #405:  The Mitchell Co.

Subclass #406:  The New Morning, LLC

Subclass #407:  The Sterling Collection, Inc.

Subclass #408:  Tikal Construction Co.

Subclass #409:  Toll Estero, Ltd. Partnership d/b/a Toll Brothers

Subclass # 410:  Total Contracting and Roofing, Inc.

Subclass #411:  Treasure Coast Homes, LLC

Subclass #412:  Triumph Construction

Subclass #413:  Tudela Classic Homes, LLC

Subclass #414:  Tuscan-Harvey Estate Homes, Inc.

Subclass #415:  Twelve Oaks of Polk County, Inc.

Subclass #416:  Twin Lakes Reserve & Golf Club, Inc.

Subclass #417:  United Homes Builders, Inc.

Subclass #418:  United Homes, Inc.

Subclass #419:  United Homes International, Inc.

Subclass #420:  United-Bilt Homes, LLC

Subclass #421:  Van Aller Construction

Subclass #422:  Velez Construction, LLC

Subclass #423:   Velvet Pines Construction, LLC

Subclass #424:  Vicinity Drywall, Inc.

Subclass #425:  Viking Homes of S.W. Florida, Inc.

Subclass #426:  Villa Development, Inc.

Subclass #427:  Vincent Montalto Construction, Inc.

Subclass #428:  Vintage Properties, Inc.

Subclass #429:  Waterways Development, Inc.

Subclass #430:  WB Construction Company, Inc.

Subclass #431:  Westpoint Development, LLC

Subclass #432:  Wilson Heights Development, Inc.

Subclass #433:  Windship Homes of Florida, Inc.

Subclass #434:  Woodland Enterprises, Inc.

Subclass #435:  Ybarzabal Contractors, LLC

Subclass #436:  Zamora Corporation

**The Contractor/Installer Subclasses (Subclasses 437-529)**

2628.  The representative Plaintiffs with claims against their contractors/installers, set forth in the attached Schedule "4" (the alignment of Plaintiffs and Defendants is depicted in Schedule 4 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the contractors/installers for whom they have standing.  The designated Plaintiffs in Schedule 4 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in the United States containing Knauf's defective drywall where each of the defendants identified in Schedule 4 was the contractor or installer of the drywall for the property.

2629. The contractor/installer subclasses identified in Schedule 4 are comprised as follows:

Subclass # 437:  911 Drywall, Inc.

Subclass # 438:  53 Enterprises f/k/a A-1 Brothers, Inc.

Subclass # 439:  A1 Brothers, Inc.

Subclass # 440:  Acadian Builders & Contractors, LLC

Subclass # 441:  Ace Drywall

Subclass # 442:  Aced Interior Drywall

530

Subclass # 443:  Adam Carpenter

Subclass # 444:  Anthony's Drywalls, Inc.

Subclass # 445:  B & B Drywall

Subclass # 446:  Banner Supply Co.

Subclass # 447:  Baystate Drywall

Subclass # 448:  Bill Gregory Drywall

Subclass # 449:  Bradford Plastering, Inc.

Subclass # 450:  Brian Papania

Subclass # 451:  C.A. Steelman, Inc.

Subclass # 452:  Christopher Billot

Subclass # 453:  Continental Drywall Contractors, Inc.

Subclass # 454:  Corner Stone Construction of S.W. Florida, Inc. a/k/a Construction of

Collier Co., LLC

Subclass # 455:  Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials

Subclass # 456:  Cretin Homes, LLC

Subclass # 457:  CSI Contractor Services, Inc.

Subclass # 458:  D&B Framing, Inc.

Subclass # 459:  Danal Homes Development, Inc.

Subclass # 460:  Darwin Sharp Construction, LLC

Subclass # 461:  Drywall Service, Inc.

Subclass # 462:  Duncan Construction of South West Florida, Inc.

Subclass # 463:  Duo-Fast Construction, Inc.

Subclass # 464:  E. Jacob Fakouri Construction, Inc.

Subclass # 465:  F. Vincino and Company, Inc.

Subclass # 466:  Finish One Drywall, LLC

Subclass # 467:  First Choice Drywall Services, Inc.

Subclass # 468:  First Construction Corporation

Subclass # 469:  Florida Style Services, Inc.

Subclass # 470:  Francioni Builders, Inc.

Subclass # 471:  Gateway Drywall, Inc.

Subclass # 472:  George Meza

Subclass # 473:  Graf's Drywall, LLC

Subclass # 474:  Gregg Nieberg, Inc.

Subclass # 475:  Gulf Coast Engineering, LLC

Subclass # 476:  Harbor Springs Construction and Development, L.L.C.

Subclass # 477:  Hc Seals Drywall Partners

Subclass # 478:  Interior/Exterior Building Supply, LP

Subclass # 479:  Interior/Exterior Enterprises, LLC

Subclass # 480:  J.W. Hodges Drywall, Inc.

Subclass # 481:  Jacks Drywall LLC

Subclass # 482:  JB Plaster, Inc.

Subclass # 483:  John Eschete

Subclass # 484:  John Gillespie

Subclass # 485:  JM Interiors, Inc.

Subclass # 486:  JP Drywall, LLC

Subclass # 487:  Keith Warrick Drywall, Inc.

Subclass # 488:  Kelley Drywall

Subclass # 489:  Kemah Construction, Inc.

Subclass # 490:  Klepk Bros. Drywall, Inc.

Subclass # 491:  L&W Supply Corporation d/b/a Seacoast Supply

Subclass # 492:  La Drywall

Subclass # 493:  Lebaron Bros. Drywall

Subclass # 494:  Lee Roy Jenkins

Subclass # 495:  Louran Builders, Inc.

Subclass # 496:  Manny Garcia

Subclass # 497:  Manny's Drywall

Subclass # 498:  Mavied Corp.

Subclass # 499:  McDowell Builders, LLC

Subclass # 500:  Northeast Drywall Co.

Subclass # 501:  NuWay Drywall LLC

Subclass # 502:  Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.

Subclass # 503:  Ozark Atlantic, LLC

Subclass # 504:  P.D.C. Drywall Contractors, Inc.

Subclass # 505:  Ponce Siding & Remodeling

Subclass # 506:  Precision Drywall

Subclass # 507:  Premier Plastering of Naples

Subclass # 508:  R.L. Drywall Inc.

Subclass # 509:  Ray Horvath Drywall, Inc.

Subclass # 510:  Reed Builders, LLC

Subclass # 511:  Residential Drywall Inc.

Subclass # 512:  Richard Hoover

Subclass # 513:  Richardson Drywall

Subclass # 514:  Right Way Finishing, Inc.

Subclass # 515:  RJL Drywall, Inc.

Subclass # 516:  Sampson Drywall

Subclass # 517:  Seals Drywall

Subclass # 518:  Sidney Sutton Drywall, Inc.

Subclass # 519:  Siesta Bay Custom Homes, LLC

Subclass # 520:  Southwest Innovations, Inc.

Subclass # 521:  Speedy Drywall

Subclass # 522:  Steiner Drywall

Subclass # 523:  Stone Sheetrock

Subclass # 524:  Sundown Development

Subclass # 525:  Supreme Builders

Subclass # 526:  Tallow Creek, LLC

Subclass # 527:  Treasure Coast Homes, LLC

Subclass # 528:  Vicinity Drywall, Inc.

Subclass # 529:  Wellington Drywall, Inc.

**General Class Allegations and Exclusions from the Class Definitions**

2630.  The following Persons shall be excluded from the Class and Subclasses: (1) Defendants and their subsidiaries, affiliates, officers and employees; (2) all Persons who make a timely election to be excluded from the proposed Class; (3) governmental entities; and (4) the judge(s) to whom this case is assigned and any immediate family members thereof.

2631.  Upon information and belief, Knauf's defective and unfit drywall was installed in at least hundreds of homes, residences, or other structures owned by Plaintiffs and Class Members.  Therefore, the Class and Subclasses are sufficiently numerous such that the joinder of all members of the Class and Subclasses in a single action is impracticable.

2632.  There are numerous common questions of law and fact that predominate over any questions affecting only individual members of the Class or Subclasses.  Among these common questions of law and fact are the following:

a.    whether Defendants' drywall products that release sulfide and other noxious gases are defective and/or unfit for their intended purpose;

b.     whether Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold defective drywall products;

c.    whether Plaintiffs and Class Members are entitled to recover compensatory, exemplary, incidental, consequential, and/or other damages as a result of Defendants' unlawful and tortious conduct; and

d.    whether Plaintiffs and Class Members are entitled to recover injunctive and/or equitable relief as a result of Defendants' unlawful and tortious conduct.

2633.  The legal claims of Plaintiffs are typical of the legal claims of other Class Members.  Additionally, for each of the subclasses that Plaintiffs seek to participate in, the legal claims of Plaintiffs are typical of the legal claims of other Subclass Members.  Plaintiffs have the same legal interests and need for legal remedies as other Class Members and/or Subclass Members.

2634.  Plaintiffs are adequate representatives of the Class and Subclasses in which they participate, together with their legal counsel, each will fairly and adequately protect the interests of the Class.  Plaintiffs have no known conflict with the Class or Subclasses and are committed to the vigorous prosecution of this action.

2635.  The undersigned counsel are competent counsel experienced in class action litigation, mass torts, and complex litigation involving defective and harmful products.  Counsel will fairly and adequately protect the interests of the class.

2636.  The various claims asserted in this action are certifiable under the provisions of Federal Rules of Civil Procedure 23(b)(1) because prosecuting separate actions by or against individual class members would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for the party opposing the class; or adjudications with respect to individual class members that, as a practical matter, would be dispositive of the interests of the other members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests.

2637.  The claims for injunctive relief in this case are certifiable under Fed. R. Civ. P. 23(b)(2).  Defendants have acted or refused to act on grounds that apply generally to the class, so

that final injunctive relief is appropriate respecting the class as a whole.

2638.  A class action is superior in this case to other methods of dispute resolution.  The Class members have an interest in class adjudication rather than individual adjudication because of their overlapping rights.  It is highly desirable to concentrate the resolution of these claims in this single forum because it would be difficult and highly unlikely that the affected Class Members would protect their rights on their own without this class action case.  Management of the class will be efficient and far superior to the management of individual lawsuits.  Accordingly, Plaintiffs' legal claims are properly certified pursuant to Rule 23(b)(3).

2639.  The issues particularly common to the class and subclass members' claims, some of which are identified above, are alternatively certifiable pursuant to Fed. R. Civ. P. 23(c)(4), as resolution of these issues would materially advance the litigation, and class resolution of these issues is superior to repeated litigation of these issues in separate trials.

### COUNT I
### NEGLIGENCE
### (Against All Defendants)

2640.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2641.  Defendants owed a duty to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, i) installing, j) marketing, and/or k) selling this drywall, including a duty to adequately warn of their failure to do the same.

2642.  Defendants knew or should have known that their wrongful acts and omissions would result in harm and damages in the manner set forth herein.

2643.  Defendants breached their duty to exercise reasonable care in the designing,

manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing, and/or selling this drywall.

2644.   Defendants likewise breached their duties to Plaintiffs and Class Members by failing to warn about the defective nature of the drywall.  Defendants, through the exercise of reasonable care, knew or should have known the nature of the defective drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

2645.   Defendants breached their duty to exercise reasonable care to timely remove and/or recall from the market and/or otherwise prevent the continued contact of Plaintiffs and Class Members with the drywall, upon leaning it had been sold in an unreasonably dangerous condition.

2646.   Given the defect in the Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

2647.   As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

## COUNT II
## NEGLIGENCE PER SE
### (Against All Defendants)

2648.   Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2649.   Defendants owed statutory duties to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

2650.   Defendants breached their statutory duties to the Plaintiffs and Class Members by

538

failing to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

2651.  Defendants likewise breached their statutory duties, including but not limited to those imposed under the International Building Code ("IBC") and other State and local Building Codes, to Plaintiffs and Class Members by failing to warn about the defective nature of the drywall.  For instance, it is specifically alleged that Defendants furnished the drywall in violation of ASTMC C 1396/C 1396M-069, and its predecessor(s).

2652.  Defendants, through the exercise of reasonable care, knew or should have known the nature of the defective drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

2653.  Given the defect in the Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

2654.  As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

**COUNT III**
**STRICT LIABILITY**
**(All Defendants)**

2655.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2656.  At all times relevant hereto, Defendants were in the business of distributing, delivering, supplying, inspecting, marketing, and/or selling drywall for sale to the general public.

2657.  The drywall, including that installed in the homes of Class Members was placed by

Defendants in the stream of commerce.

2658.  Defendants knew that the subject drywall would be used without inspection for defects by consumers.

2659.  Defendants intended that the drywall reach the ultimate consumers, such as Class Members, and it indeed reached Class Members when it was installed in their homes.

2660.  When installed in Class Members' homes, the drywall was in substantially the same condition as it was in when Defendants manufactured, sold, and/or delivered it.

2661.  At all times relevant hereto the subject drywall was used in a manner consistent with the uses intended by, or known to Defendants, and in accordance with the Defendants' directions and instructions.

2662.  The subject drywall was not misused or altered by any third parties.

2663.  The Defendants' drywall was defectively manufactured, designed, inspected, tested, marketed, distributed, and sold.

2664.  The design defect was in designing drywall that allowed high levels of sulfur and/or other chemicals to emit through off-gassing.

2665.  The manufacturing defect was in improperly selecting, testing, inspecting, mining, making, assembling, and using, gypsum for drywall with levels of sulfur that were too high and emitted various sulfide gases and/or other chemicals through off-gassing.

2666.  The drywall was also defective because it was improperly exported, imported, distributed, delivered, supplied, inspected, marketed, and/or sold in a defective condition, as described above.

2667.  The Defendants' defective manufacturing, designing, inspecting, testing, marketing,

540

distributing, and selling of the drywall rendered it unsafe and unreasonably dangerous for its intended use and to Class Members.

2668.  The drywall is also defective and unreasonably dangerous because Defendants failed to adequately warn and instruct Class Members of the defective design, inspection, testing, manufacturing, marketing, and selling of the drywall.

2669.  Class Members were unaware of the unreasonably dangerous propensities and defective condition of the drywall, nor could Class Members, acting as reasonably prudent people discovery that Defendants' drywall was defective, as set forth herein, or perceive its danger.

2670.  Defendants' defective drywall was much more dangerous and harmful than expected by the average consumer and by Class Members.

2671.  Defendants' defective drywall benefit to Class Members, if any, was greatly outweighed by the risk of harm and danger to them.

2672.  The defects in the drywall, as well as Defendants' failure to adequately warn Class Members of the defects rendered the drywall unreasonably dangerous and was the direct and proximate cause of damages and/or personal injuries to Class Members.

## COUNT IV
### BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
**(All Defendants)**

2673.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2674.  Defendants and/or their agents were in privity with Plaintiffs and Class Members and/or Plaintiffs and Class Members were foreseeable third party beneficiaries of any warranty.

2675.  At the times Defendants utilized, supplied, inspected, and/or sold this drywall for use in structures owned by Plaintiffs and Class Members, Defendants knew, or it was reasonably

foreseeable, that the drywall would be installed in structures owned by Plaintiffs and Class Members for use as a building material, and expressly or impliedly warranted the product to be fit for that use.

2676.  Defendants placed their drywall products into the stream of commerce in a defective condition and these products were expected to, and did, reach users, handlers, and persons coming into contact with said products without substantial change in the condition in which they were sold.

2677.  The drywall was defective and not merchantable because it was unfit for the uses intended or reasonably foreseeable by Defendants; to wit, the installation of the drywall in structures owned by Plaintiffs and Class Members for use as a building material, because it contained defects as set forth herein.

2678.  The Defendants breached their warranty because the drywall was not fit and safe for the particular purposes for which the goods were required (to be installed in structures owned by Plaintiffs and Class Members as a building material) due to the defects set forth herein.

2679.  Defendants had reasonable and adequate notice of the Plaintiffs' and the Class Members' claims for breach of warranty and failed to cure.

2680.  As a direct and proximate cause of Defendants' breach of warranties, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT V
## BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203
### (On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)
### (Against Builders Only)

2681.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2682.  Subclass Members who own condominiums in Florida, are owners of condominiums as that term is defined by Florida Statutes section 718.503.

542

2683.  Such Subclass Members, as owners, are entitled to the benefit of the statutory warranties of fitness and merchantability pursuant to Florida Statutes section 718.203.

2684.  Each of the builders who are subject to this claim are developers, as defined by Florida Statutes section 718.203(16), as they created condominiums or offered condominiums for sale in the ordinary course of business.

2685.  Pursuant to Florida Statutes section 718.203(1)(a-e), each of the builders who are subject to this claim is deemed to have granted Subclass Members, who own condominiums in Florida, an implied warranty of fitness and merchantability for the purposes or uses as follows:

> a.  As to each unit, a warranty for 3 years commencing with the completion of the building containing the unit.
>
> b.  As to the personal property that is transferred with, or appurtenant to, each unit, a warranty which is for the same period as that provided by the manufacturer of the personal property, commencing with the date of closing of the purchase or the date of possession of the unit, whichever is earlier.
>
> c.  As to all other improvements for the use of unit owners, a 3 year warranty commencing with the date of completion of the improvements.
>
> d.  As to all other personal property for the use of unit owners, a warranty which shall be the same as that provided by the manufacturer of the personal property.
>
> e.  As to the roof and structural components of a building or other improvements and as to mechanical, electrical, and plumbing elements serving improvements or a building, except mechanical elements serving only one unit, a warranty for a period beginning with the completion of construction of each building or improvement and

continuing for 3 years thereafter or 1 year after owners other than the developer obtain control of the association, whichever occurs last, but in no event more than 5 years.

2686.  At all times relevant hereto, routine maintenance was performed by Subclass Members and/or the builders who are subject to this claim or by an association controlled by such builders.

2687.  At the times the builders who are subject to this claim installed, utilized, supplied, inspected, and/or sold drywall for use in the Subclass Members' homes, the builders knew, or it was reasonably foreseeable, that the drywall would be installed in the Subclass Members' homes for use as a building material, and warrantied the product be fit and merchantable for that use.

2688.  Defendants' drywall product was placed into the stream of commerce by the builders who are subject to this claim in a defective condition and was expected to, and did, reach users, handlers, and persons coming into contact with said product without substantial change in the condition in which it was sold.

2689.  The drywall was defective because it was not fit for the uses intended or reasonably foreseeable by the builders; to wit, the installation of the drywall in Subclass Members' homes for use as a building material, because it contained defects as set forth herein.

2690.  The builders who are subject to this claim breached the implied warranty of merchantability and fitness because the drywall was not fit to be installed in Subclass Members' homes as a building material due to the defects set forth herein.

2691.  The builders who are subject to this claim had reasonable and adequate notice of the Subclass Members' claims for breach of implied warranty of fitness and merchantability and failed to cure.

2692.  As a direct and proximate cause of the builders' breach of the warranties under Florida Statutes section 718.203, Subclass Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT VI
## BREACH OF THE IMPLIED WARRANTY OF HABITABILITY
### (Against Builders Only)

2693.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2694.  The Builder Defendants were in direct contractual privity with their Subclass Members.

2695.  The drywall that the Builder Defendants installed in the homes of Subclass Members was placed into the stream of commerce by the Builder Defendants in a defective condition and was expected to, and did, reach users, handlers, and persons coming into contact with said drywall product without substantial change in the condition in which it was sold.

2696.  Certain Subclass Members bought their homes containing defective drywall based upon the judgment of the Builder Defendants.

2697.  The Builder Defendants breached the implied warranty of habitability because the defective drywall causes Subclass Members homes not be meet ordinary, normal standards reasonably to be expected of living quarters of comparable kind and quality due to the defects set forth herein.

2698.  The Builder Defendants had reasonable and adequate notice of the claims of the Subclass Members for breach of implied warranty of habitability and failed to cure.

2699.  As a direct and proximate cause of the Builder Defendants' breach of the implied warranty of habitability, Plaintiffs and Subclass Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT VII
## BREACH OF CONTRACT
### (Against Builders Only)

2700.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2701.  As part of the agreements to purchase real properties from the Builder Defendants, for which Subclass Members paid valuable consideration, the Builder Defendants contracted with Subclass Members to construct homes that would be free of defects.

2702.  The Builder Defendants materially breached their contracts by providing Subclass Members with defective homes; to wit, the homes contained drywall that is inherently defective because it emits various sulfide and other noxious gases through off-gassing that causes harm and damage as described herein.

2703.  As a direct and proximate cause of the Builder Defendants' breach of contract, Plaintiffs and Subclass Members have incurred harm and damages as described herein.

## COUNT VIII
## VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT
### (Against Louisiana Builders Only)

2704.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2705.  The Louisiana New Home Warranty Act provides protection to owners of homes against builders in connection with the construction of the homes.

547 of 591

2706.   For each applicable subclass, every subclass plaintiff is an "owner," as that term is defined by LSA-R.S. 9:3143(3), who is asserting a claim under the New Home Warranty Act against their "builder," as that term is defined by LSA-R.S. 9:3143(1).

2707.   Implicit in every Builder Defendant's building contract is the requirement that the work to be completed be performed in a workmanlike manner that is free from defects in material and workmanship.

2708.   Each of the Builders who are subject to this claim violated their duty to use materials that are free from defects.  The Knauf drywall used by these Builders is defective for the reasons set forth above.

2709.   Given the defect in the Knauf drywall, the Builders knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

2710.   As a direct and proximate cause of the Builders' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

**COUNT IX**
**REDHIBITION**
**(By Louisiana Plaintiffs Against All Defendants)**

2711.   Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2712.   The drywall manufactured, distributed and/or sold by Defendants was not reasonably fit for its ordinary and intended purpose.

2713.   Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises, in accordance with La. Civ. Code art. 2524.

547

2714.  In addition, or in the alternative, the drywall manufactured, distributed and/or sold by Defendants contained redhibitory defects, in that, at the time of delivery, the propensity to emit or off-gas Sulfer compounds and/or other potentially harmful, irritating and/or corrosive substances renders the drywall so useless and/or inconvenient that it must be presumed that Plaintiffs would not have purchased the drywall had they known of the defect or defects.

2715.  In the alternative, the defects are redhibitory in that, while not rendering the drywall totally useless, diminish the drywall's use and/or value to such an extent that it must be presumed that the buyer would have bought it, but for a lesser price.

2716.  The Manufacturing Defendants are conclusively presumed to know of the defects in the drywall manufactured by them.

2717.  In addition, it is believed and alleged that All Defendants knew of the defects in the drywall at the time the drywall was delivered and/or sold.

2718.  Defendants have had numerous opportunities to repair and/or replace the drywall and associated fixtures and/or building components and have failed to do so; in addition, and/or in the alternative, such requests have been, would have been and/or would be futile; Manufacturing Defendants and/or Distributor Defendants are, moreover, deemed to be placed on notice when notice is provided to Builder Defendants (and/or Distributor Defendants); and All Defendants, in addition, or alternatively, had actual knowledge of the problems in the drywall and the need for replacement, remediation and/or repair.

2719.  All Defendants are therefore liable to all Louisiana Plaintiffs for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale and those incurred for the preservation of the drywall and associated items,

for damages, and for reasonable attorneys' fees, in accordance with La. Civ. Code art. 2545.

2720.  In the alternative, to the extent that any Distributor Defendant and/or Builder Defendant did not know of the defects in the drywall at the time of delivery and/or sale, those defendants are liable to Louisiana Plaintiffs to repair, remedy or correct the defect; and/or, if unable to do so, for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale, and those expenses incurred for the preservation of the drywall and associated items, in accordance with La. Civ. Code art. 2531.

## COUNT X
### LOUISIANA PRODUCTS LIABILITY ACT
#### (Manufacturing Defendants)
#### (Pleaded in the Alternative Against Distributor Defendants)

2721.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2722.   In addition to any and all damages, attorneys fees and other remedies made available to Louisiana Plaintiffs under the warranty of fitness and/or warranty against redhibitory defects, the Manufacturing Defendants are liable to Louisiana Plaintiffs under the Louisiana Products Liability Act, ("LPLA"), La. R.S. 9:2800.51, *et seq.*

2723.  The LPLA is also pleaded in the alternative with respect to any Distributor Defendant who might be considered a "manufacturer" under La. R.S. 9:2800.53(1)(a) (labels or otherwise holds the drywall out as his own), 9:2800.53(1)(b) (exercises control over or influences a characteristic of the drywall causing damage), 9:2800.53(1)(c) (the manufacturer of a product which contains the drywall as a component part), and/or 9:2800.53(1)(d) (a seller of a product of an alien manufacturer where the seller is in the business of importing or distributing the drywall for resale and is the *alter ego* of the alien manufacturer).

2724.  The Manufacturing Defendants, upon information and belief, expressly warranted

549

that "the gypsumboards manufactured and sold ... are guaranteed to be free from defects in materials and workmanship."

2725. The Manufacturing Defendants expressly warranted that "the gypsumboards were manufactured in accordance to ASTM C36."

2726. The drywall at issue is, in all cases, unreasonably dangerous by virtue of the unreasonable off-gassing and/or emission of Sulfer compounds and/or other corrosives, toxins and/or irritants, which do not in any way contribute to or enhance the utility of the drywall, yet pose a risk to the wiring, plumbing, appliances, personal property, overall economic value of the property and financial security of the owner, and/or the health of the residents of the property.

2727. At all times pertinent and material hereto, there existed alternative feasible manufacturing processes and/or designs of drywall which perform all of the functions and utility of traditional drywall, without emitting unreasonable levels of Sulfer and/or other toxic and/or corrosive compounds.

2728. At all times pertinent and material hereto, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) knew that their drywall was unreasonably dangerous and/or defective as set forth herein.

2729. In the alternative, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) should have, at all times pertinent and material hereto, known of the unreasonably dangerous and/or defective characteristics and/or conditions, had they reasonably employed then-existing scientific and/or technical knowledge, reasonable testing, and/or other reasonable and then-accepted methods of quality assurance and/or quality control.

2730. Defendants' drywall is unreasonably dangerous in composition or construction in

550

that, at the time it left Defendant's control, it deviated in a material way from Defendant's own specifications or performance standards.

2731.  In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in design, in that, at the time the drywall left Defendant's control, there existed an alternative design for the product that was capable of preventing Plaintiffs' damage, and the likelihood of causing the plaintiffs' damage and the gravity of that harm outweighed the burden (if any) on the Defendant in adopting such alternative design and the adverse effect (if any) on the utility of the drywall.

2732.  In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in that it fails to conform to an express warranty about the product which induced the use of the product and caused damage to Plaintiffs to the extent that the warranty was untrue.

2733.  In addition, and in the alternative, Defendants' drywall is unreasonably dangerous due to an inadequate warning, in that, at the time the drywall left Defendant's control, the drywall possessed a characteristic that might cause damage and yet Defendant failed to use reasonable care to provide an adequate warning of such characteristics and/or dangers to users and/or handlers of the drywall.

2734.  Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises.

## COUNT XI
## PRIVATE NUISANCE
### (All Defendants)

2735.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2736.  The Defendants' tortious or wrongful acts or omissions have caused sulfide gas and/or other chemical leaching into structures owned by Plaintiffs and Class Members which has

unreasonably interfered, and continues to interfere, with the Plaintiffs' and Class Members' use and enjoyment of their properties and caused them harm and damage as discussed herein.

2737.  Defendants' interference has impaired the rights of Plaintiffs' and Class Members' health, comfort, safety, free use of their property, and/or peaceful enjoyment of their property.

2738.  Defendants' invasions were intentional and unreasonable, and/or unintentional but otherwise negligent or reckless.

2739.  The interference with Plaintiffs' and Class Members' use of their property caused by Defendants is substantial and is ongoing.

2740.  Defendants' private nuisance was the direct, proximate, and foreseeable cause of Plaintiffs' and Class Members' damages, injuries, harm, loss, and increased risk of harm, which they suffered and will continue to suffer.

2741.  As a direct and proximate cause of Defendants' creation of a private nuisance, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT XII**
**NEGLIGENT DISCHARGE OF A CORROSIVE SUBSTANCE**
**(All Defendants)**

2742.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2743.  Defendants had actual or constructive knowledge of the extremely corrosive and dangerous propensities of the drywall at issue in this litigation.

2744.  Notwithstanding their actual or constructive knowledge of the corrosive and dangerous propensities of the drywall, Defendants nevertheless designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold the drywall for use in the

homes or other structures owned by Plaintiffs and class members.

2745.  By causing the sale, distribution, delivery, and/or supply of the drywall under these circumstances, Defendants breached their duty to exercise reasonable care and created a foreseeable zone of risk of injury to Plaintiffs and class members.

2746.  Defendants likewise breached their duties to Plaintiffs and Class Members by failing to warn about the corrosive and dangerous propensities of the drywall.  Defendants, through the exercise of reasonable care, knew or should have known the nature of the defective drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

2747.  Plaintiffs and class members have suffered injuries by virtue of their exposure to the defective drywall at issue in this litigation.  Given the defect in the Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

2748.  As a direct and proximate result of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.  The injuries sustained by Plaintiffs and Class Members are within the foreseeable zone of risk created by Defendants.

## COUNT XIII
## UNJUST ENRICHMENT
### (All Defendants)

2749.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2750.  Defendants received money as a result of Plaintiffs' and Class Members' purchases of Defendants' defective drywall, or purchases of structures containing this drywall, either directly or through an agent, and Defendants wrongfully accepted and retained these benefits to the detriment

of Plaintiffs and Class Members.

2751.  Defendants' acceptance and retention of these benefits under the circumstances make it inequitable and unjust for Defendants to retain the benefit without payment of the value to the Plaintiffs and the Class Members.

2752.  Defendants, by the deliberate and tortious conduct complained of herein, have been unjustly enriched in a manner which warrants restitution.

**COUNT XIV**
**VIOLATION OF CONSUMER PROTECTION ACTS**
**(All Defendants)**

2753.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2754.  This is an action for relief under the various Consumer Protection Acts of the jurisdictions in which affected properties are present, including but not limited to, L.SA-R.S. 51:1401, *et seq.* (Louisiana Unfair Trade Practices and Consumer Protection Law); Ala. Code 1975 § 8-19-1, *et seq.* (Alabama Deceptive Trade Practices Act); G.S. § 75-1.1, *et seq.* (North Carolina Consumer Protection Act); F.S. § 501.201, *et seq.* (Florida Deceptive and Unfair Trade Practices Act); Va. Code. Ann. § 59.1-196, *et seq.* (Virginia Consumer Protection Act); Tex. Bus. Com. Code Ann. § 17.41, *et seq.* (Texas Deceptive Trade Practices-Consumer Protection Act); Miss. Code Ann. § 75-24-1, *et seq.* (Mississippi Consumer Protection Act).

2755.  The Defendants' acts and omissions as well as their failure to use reasonable care in this matter as alleged in this complaint, including but not limited to, the knowing misrepresentation or failure to disclose the source, affiliation, origin, characteristics, ingredients, standards and quality of defective drywall constitute violation of the provisions of the Consumer Protection Acts of the Relevant States.

554

2756.  Plaintiffs and Class Members have suffered actual damages as a result of Defendants' violation of these Consumer Protection Acts and are entitled to relief.

2757.  As a direct and proximate cause of Defendants' violations of the Consumer Protection Acts of the Relevant States, Plaintiffs and Class Members have incurred harm and damages as described herein.

**COUNT XV**
**EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING**
**(All Defendants)**

2758.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

2759.  Plaintiffs and the Class Members are without adequate remedy at law, rendering injunctive and other equitable relief appropriate.

2760.  Plaintiffs and the Class Members will suffer irreparable harm if the Court does not render the injunctive relief and medical monitoring relief set forth herein, and if defendants are not ordered to recall, buy back, rescind, and/or repair the structures owned by Plaintiffs and Class Members.

2761.  Plaintiffs, on behalf of themselves and all others similarly situated, demand injunctive and equitable relief and further, that defendants be ordered to: (1)  to buy back or rescind the contracts for Plaintiffs' and Class Members' homes or other structures, or  in the alternative, remediate, repair and/or replace the drywall in such structures upon proof by the defendants of the feasibility of such remedy or repair; (2) cease and desist from misrepresenting to the Class and the general public that there is no defect in, or danger associated with, the drywall; (3) institute, at their own cost, a public awareness campaign to alert the Class and general public of the defect and

dangers associated with the drywall; and (4) create, fund, and support a medical monitoring program.

2762.  Until Defendants' defective drywall has been removed and remediated, Defendants must provide continued environmental and air monitoring in the structures owned by Plaintiffs and Class Members.

2763.  Plaintiffs and Class Members have been exposed to greater than normal background levels of sulfides and other hazardous chemicals as a result of exposures to Defendants' defective and unfit drywall and have suffered personal injuries as a result.

2764.  The sulfides and other noxious gases which have been released from Defendants drywall and to which Plaintiffs and Class Members have been exposed are proven hazardous, dangerous, or toxic substances.

2765.  Plaintiffs' and Class Members' exposures were caused by the Defendant's negligent or otherwise tortious conduct.

2766.  Plaintiffs' and Class Members' exposure may lead to serious health problems, diseases, and medical conditions that may be prevented by timely medical diagnosis and treatment.

2767.  The method and means for diagnosing the Plaintiffs' and Class Members' potential medical problems are well accepted in the medical and scientific community and will be of great benefit to the Plaintiffs and Class Members by preventing or minimizing health problems that they may encounter as a result of the defective and unfit drywall.

2768.  As a proximate result of their exposure to sulfide and other noxious gases from Defendants' defective and unfit drywall, Plaintiffs and Class Members have developed a significantly increased risk of contracting a serious latent disease.

2769.  Monitoring procedures exist that make the early detection of any latent disease possible that are different from those normally recommended in the absence of the exposure.

2770.  The prescribed monitoring regime is reasonably necessary according to contemporary scientific principles.

## DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.    an order certifying the case as a class action;

b.    an order certifying the Class and each of the Subclasses;

c.    an order appointing Plaintiffs as the Class Representatives of the Class;

d.    an order appointing undersigned counsel and their firms as counsel for the Class;

e.    compensatory and statutory damages;

f.    punitive damages as allowed by law;

g.    pre and post-judgment interest as allowed by law;

h.    injunctive relief;

I.    an award of attorneys' fees as allowed by law;

j.    an award of taxable costs; and

k.    any and all such further relief as this Court deems just and proper.

557

Respectfully submitted,

Dated: December 9, 2009                    By:s/j/_____

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
 rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

561

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

## COUNSEL FOR INDIVIDUAL PLAINTIFFS[2]

### Alters, Boldt, Brown, Rash & Culmo,
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Abbott, Carl D./Adele | Cramer, David and Denise | Giggey, Richard and Linda |
| Adams, Kevin | Cummings, Mark | Gimenez, Adriana |
| Ambroise, Donald | Davis, Matthew and Tricia | Gomez, Axel and Nicole |
| Anderson, Mark | Davy, Christopher | Gomez, Gerogina |
| Anton, Kevin/Joann | DeJesus, leslie | Gonzalez, Dolores |
| Araujo, Marcos | DePirro, Stephen | Grant, Olga and Ross |
| Bongiorno, Salvatore/Arlene | DeSola, Nick and Heather | Green, Colin and Natasha |
| Borkowski, Julie/Stephen | Diamond, James and Heidi | Gumina, Frank |
| Brown, Dorene | DiFillipo, Steven and Kathleen | Hanson, Rene |
| Buckingham, Keith/Fasenda, Jose | Dube, Tim and Laura | Insco, John and Ruth |
| Burkman, Ken/Puello, Rosi | Edelman, Michael | Jackson, Douglas |
| Caliguirie, Jacob | Fellows, David | Jimenez, Camilo |
| Campbell, Ana Marie | Field, Theodore and Leslie | Johnson, Paul |
| Carr, Craig/Windsor, Jill | Firmani, Terry Lee | Kampf, Richard and Patricia |
| Carrion, Kathy | Fleurantain, Toussaint and Bernite | Knouff, Johna nd Jacqueline |
| Carter-Smith, Jill | Fodor, Amy and Angelo | Koc, Jeffrey and Lori |
| Castaneda, Juan Carlos | Foster, Katherine | Kraham, Stuart |
| Catalogna, Michael and Phyllis | Frenz, Ray | Lake, William and Jacqueline |
| Ceglio, Carmine | Fulks, Bonnie and Richard | Levin, Ronald and Carol |
| Clarke, Roger | Garcia, Gabriela | Macias, Juan Carlos/Hernandez, |
| Coplin, Jose | Garcia, Lorena and Angela | Adrianna |
| Cohen, Jan and Michael | Gardner, Francesca and Brian | Martin, Aaron |
| Cox, Shawn and Lisa | Geensburg, Cary | McAuliffe, Dixie and Matthew |

---

[2]Attached hereto as Schedule "D" is the contact information for each plaintiff's counsel and pro se plaintiff.

Melville, Maundy and John
Mesa, Mirta
Metzl, Justin
Morton, Robert
Nolan, James and Adele
O'Brien, Wendy
Peach Harbor Clubhouse
Pestenski, Tirzah and Ryan
Petroraio, Michael and Kathy
Plaza, Ana Maria
Porch, David and Ashley
Potes, Lino
Pritchard, Thomas
Rautenberg, Lee
Rehrig, Neil
Ritman, William
Rodriguez, Rudy
Saintil, Ducassea nd Mereegrace
Sanchez, Lisset
Senior, Wendy and Lucianil
Shea, Doris
Shikley, Ahmed and Shazia
Schneiderman, Leonardo and Jean
Simms, Troy and Carrie
Snyder, Robert and Doreen
Steiner, Roland
Tapia, Arben
Umana, Jose
Vargas, Jose
Venius, Jean-Enor and Rosita
Victores, Monica and Didio
Wanounou, Susan and Yacov
Whaley, John and Sharon
Williams, Herbert
Zheng, Ziaojuan/Weifang, Frank
Acosta, Carlos
Andreoli, Robert
Bolton, Wade
Campbell, Daniel and Joan
Del Torro, Gilbert and Zamira
Fleming, Alan
Fothergill, Zen
Goldstein, Cindy
Greever, Jeanne
Hovis, Michelle
James, John and Imie

Kuhne, Erica
Lemmon, Dennis and Helen
Logie, Kevin and Nicole
Lunsford, Barry
Naidus, Gary
Rucker, Johnnie
Salguero, Diana
Steiner, Stephanie
Williams, Demitrius
Yourich, Stephen
Aguilar, Eleanor
Almeida, Jeff
Anderson, Samuel
Aria Properties, LLC
Ashley, Tatiana
Becker, Larry
Bidigare, Susan
Blue Water Condo Association
Bruce,Jamie and Erick
Properties in Miami, LLC
Caliper Capital of Florida, LLC
Case, Ronald
Casper, Bruce
Castillo, Alexis
Dano, Robbin
D'Agresto, Lewis
Doreus, Gerta
Dalmage, Dilworth & Hyaciinth
Dunne, Cahal
Elkins, Joseph
Frazier, Larry and Dorothy
Gandhi, Shailesh and Hemangini
Gascon, Ed
Genoune, Meir
Greenwald, Mike
Harrison-Wiley, Adria
Haynes, Elvis and Coral
Hernandez, Ernest
Jackson, Leonard and Juliet
Jackson, Anthony
Johnson, Paul
Karp, Herbert
Lagano, Sasha
Leonard, Jeff
Lezama, Juan Carlos

Libertella, Rocco
Merclop Holding, LLC
Lundberg, Rick
Magdalena Gardens Condo
Association
Maryfield, David
Mason, Fay and Michael
Mazzaca, Philip
Molinaro, Peter
Moses, William
Nelson, Brian and Victoria
Njie, Josephina
Osaiyuwu, Ivie
Oxman, Samuel
Osowsky, Dawn
Parrillo, Joseph and Dorothy
Peace Harbor Condo Assocaition
Pereira, Fernanda
Persky, Paula
Poliard, Phares
Reyes, Jorge
Risko, Dawn
Rose, Novelt
Samlal, Nalinie D.
Sampson, Henry and Pauline
Scully, Lenoy & Valrie
Schumacher, Jay
Shirley, Jason
Sill, Garth
Singh, Janet
Sisso, Alberto
Sutton Lori
Talley, Lawrence and Cathleen
Taylor, Brian
Taylor, Eric
Thayer, Thomas
Trees, Eric and Natalie
Trotman, Shonae
Tucker, Joseph and Deborah
Virden, David
Walker, Andrew
Walsh, Gladys/Martin, Frank
Zeigler, Bart
Athouriste, Herold
Hansen, Deborah (Debby-Ann)

### **The Andry Law Firm**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Van Winkle, Ronnie and Anne

### **Anthony Irpino**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Musgrave, Richard and Michele

**Aronfeld Trial ATtorneys, PA** *Counsel on Behalf of the Following Individual Plaintiffs*

Maunsbach, Kay

## Baron & Budd and Alters, Boldt, Brown, Rash & Culmo,
### *Counsel on Behalf of the Following Individual Plaintiffs*:

Maykut, Kent & Donna
Young, Linda & Raymond
Oliver, Patches & Richard
Shelton, Michael & Leslie
Doyle, Theodore & Brenda
Mandill, Jami
Schulz, Shannon and Grant
Mitchell, Michael
Finke, Margaret/c/o Castillo, Ronda
Bourgeois, Bryan & Sandy
Guerrera, Anthony and Debbie
Meyer, John

Molero, Charles and JoAnn
Cooper, Herbert "Kit"
Ferraro, Brenda and Lee
Bouanchaud, Janine
Tedesco, Caroline and Robert
Hogan, Barbara
Arsenaux, Everiste and Lizette
Guillot, Eno and Frances
Collins, John and Brenda
Walker, James and Cheryl
Rupp, Joseph and Theresa
Miles, Carl and Tania

Talbert, Bill
Carr, Patrick E. Jr.
Nuzzo, James
Daniels, Rita
Cornwell, Burl and Sondra
Snow, Olivia
Nelson, Brian and Victoria
WCI Chinese Drywall Property
Damage and Personal Injury
Settlement Trust

## Barrios Firm, *Counsel on Behalf of the Following Individual Plaintiffs*:

Kokoszka, Jason and Heather
Legendre, Eugene
Puig, Donald and Marcelyn
Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam
Kelly, Francine M.
O'Hear, Anne M.

Teefy, Thomas M./Susan E. Teefy
Mosley, Shawn
Randolph, Vincent L.
Creech, Raymond D. and Corrye
Brown, Judalyne Brown

## Becnel Law Firm and Herman, Herman, Katz and Cotlar LLP,
### *Counsel on Behalf of the Following Individual Plaintiffs*:

Alldredge, Emily and Rufus
Amerson, Amy Louise
Barone, John and Heather
Chiappetta, Kevin and Karen
Godwin, Pamela and Jack
Heck, Joshua and Kelly
Quividia, Joseph Todd
Ledet, Trisha and Darryl
Nunez, Ernest and Marie
Panneton, Ruth and Ovila
Payton, Sean and Beth
Staton, Lori Ann
Alfonso, Cindy
Ancira, Chris and Lilah
Boquet, Edwin
Ceruti, Ronald and Sharon
Chatman, Funell and Gail

Despino, Jason and Brandy
Duhon, Christopher and Kimberly
Fazande, Dwayne and Latanja
Gilberti, Jeffrey and Chrissie
Gillane, William and Maureen
Guidry, Christopher and Jerene
Hebert, Loney and Vickie
Hulsey, Charles and Sarah
Kerr, Anna
Lea, Chris and Julie
Mercante, Joseph and Barbara
Pavageau, Craig and Olivia
Rigney, George and Raffy
St. Germain, Keith and Cheryl
Stabile, Anthony and Judith
Tiemann, Richard and Jean

Toras, Nikolaos
Torrance, Matthew and Mary
Woods, Rechanda
Woodside, John and Jennifer
Ross, Bourgeois/McCants, Michael
Rodosta, Toni
Dewberry, Patricia
Bolden, Thomas/Smith, Monica
Stockwell, Shelley
Childress, Patricia
Doran, Candy
Lewis, Christopher and Natalie
Ganucheau, Renee
Beasley, Austin and Betty
Waguespack, Jacques and Nicole

564

**Becnel Law Firm and Roda and Nast,** *Counsel on Behalf of the Following Individual Plaintiffs*

Ruesch, Kevin and Dorothy

**Becnel Law Firm, Morris Bart, and Herman, Herman, Katz & Cotlar**
*Counsel on Behalf of the Following Individual Plaintiffs*

Martin, Michael
Cassagne, Jordan and Brande
Canty, Honore and Elaine
Hall, Eric
Gritter, Joseph and Catherine
Hidalgo, Tonya and Sidney
Quick, William and Maxine

Spencer, Patricia
Brumfield, Ollie and Andreienne
Donnelly, Jerome and Daphine
Collignon, Robert
Gaussiran, Maxi

**Bencomo & Associates,** *Counsel on Behalf of the Following Individual Plaintiffs*

Bienemy, Eric and Gina

**Berman, Kean & Riguera, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*

First East Side Savings Bank

**Berniard Law,** *Counsel on Behalf of the Following Individual Plaintiffs*

Borne, Carol
Price, Joshua and Kimberlea
Kessler, David and Amanda
Rosetta, Dufrene and Ernest

**Berrigan, Litchfield,** *Counsel on Behalf of the Following Individual Plaintiffs*

Green, William and Jamie
Pizani, Calvin and Lindsey
Triche, Susan, Glenn, Nicholas and Shae
    Dennis, Shae

**Blizzard, McCarthy & Naber, LLP,** *Counsel on Behalf of the Following Individual Plaintiffs*

Schlabach, Eric and Stacy

**Brown, Brown & Gaskell,** *Counsel on Behalf of the Following Individual Plaintiffs*

Poplano, Mark & Linda
Cohen, Elizabeth
Minor, David
Luglis, John

565

**Carey & Danis, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs*

Robinhood Terrace, LLC

**Champlin Law Firm,** *Counsel on Behalf of the Following Individual Plaintiffs*

Rovira, Jonathan Paul, Jr.

**Coughlin, Stoia, Geller, Rudman & Robbins,** *Counsel on Behalf of the Following Individual Plaintiffs*

Riesz, Lawrence and Schnee, Jennifer

**Cuneo, Gilbert,** *Counsel on Behalf of the Following Individual Plaintiffs*

Minafri, Steven
Stanley, Duke

**Daigle, Fisse & Kessenich,** *Counsel on Behalf of the Following Individual Plaintiffs*

Fernandez, Vernon and JoAnn

**Lewis & Roberts, PLLC,** *Counsel on Behalf of the Following Individual Plaintiffs*

Dorsey, Glenda F.
Dupre, Ross and Marlo
Durham, Scott and Heather
Eleuterius, Marshall and Tasha
Eubank, Richard
Ferguson, Howard/Anna Catherine
Garton, Timothy
Gill, Russell and Ashley
Grace, Khadijeh
Greco, Vincent
Greene, Craig and Kristin
Green, Jeffrey and Michelle
Guillory, Gregory and Cynthia
Hansen, Curt and Carrie
Harkins, Rochelle Frazier
Harris, Anthony Richard
Hart, Jesse and Sheila
Haworth Holdings, LLC
Hayek, Michael and Hensley
Johnson, Steve/Knoth, Mark
Jones, Charles and Myrna
Kitts, Corey and Monique
Deano, Madeline T.

Landry, Justin and Renee
Ledford, Samuel
Lewis, Lesley
Mailhes, Debbie
Middleton, Michael/Megham
Mogor, Melissa
Mumphrey, Frank/Gail Arcement
Nelson, Douglas and Maria
Petone, Anthony Peter
Perez-Marini, Monique C.
Raborn, Randy and Pamela
Roberts, Michael and Wendy
Robinson, Robert and Lindy
Schiel, John H. and D'Auby
Stanley, Billy Wayne/Amanda
Tabor, Lisa and Jordan
Taylor, David Jason/Amanda
Taylor, Russell and Tiffany
Theologos, Charles and Sherry
Thomas, Brian and Tamara
Vereen, Glenn W.

Volke, Chip and Christina
Youmans, Dr. Cassandra
Deakins, John and Beverly
Culpepper, Jonathan and Cindy
Knight, Marshall J., Sr.
Alonzo, Judy
Banner, William and Kitty
Bennett, James and Barbara
Bobinger, Lisa McQueen/ Brandie
Boggs, Garyl and Penelope
Bourgeois, Jason and Felicia
Chadwick, Mark W.
Buxton, Darren and Tracy
Bryant, Robbie and Lizabeth
Chapman, David and Denise
Brandt, Sherolyn V.
Whitfield, Christopher
Mayo, Jake C. and Emily
Fairley, Robert and Barbara
Fairley, Billy and Mary
Etzel, William Todd/Rebecca
Todd, Debra/Smith, Frank

Romano, Leo and Marie

Axelrod, Leonard and Rivka,Co-Trustees of The Leonard and Rivka Axelrod 2007 Revocable Trust

Proske, Allan and Rebecca

Piccolo, John and Ann

Murray, Paul

Tom, Jianran and San

Baez, Dava Lucherini

Fox, Edwin and Lisa

Loutfy, Tarek and Andrea

Livaich, Peter, Twin Crest Associates, LLC

Gazzal, Joseph and Candace

Gottlob, Alan and Toni Ann and Melchiorre, John and Barbara

Graham, Michael, Dayton, Glenn

Jioia, Robert and Lori

Kolich, John and Susanna

LLG Investment Properties LLC

Ramos, Manuela and Lavinia

Figueroa, Kathryn

Copello, Victor and Pamela

D'Ambrosio, Angel/Deborah

L&L South Florida Realty, LLC

Middleton, Valerie T.

Mills, Stephanie Jo

McCabe, Lawrence Dean

Lybarger, Rayman/Chong Suk

Moulin, William and JoAnn

Logan, Jamie D.

Nearing, Wayne and Virginia

Neel, Kevin and Stacy

Balassone, Arthur and Barbara

Baron, Allen

Bashein, Joyce

Adams. David Creston and Frances Carolyn Box

McCullough, Matthew Stuart

Zhou, Zhongmin and Huang, Qinxi

Young, Ramona and Id-Deen, Suluki/Young, Ramona

Id-Deen, Suluki:

Wojcik, Walter Jr. and Lydia

Wiley, Thad

Wiley, Thad

Tynes, Tiffany

Thompson, Venesia and Logan, Susan

Tempel, Harvey and Lisa

Tailor, Lloyd and Hoxter, Scott

Stock, Amir and Bella

Smith, Kelly

Sheperd, Wesley

Sheperd, Wesley

Shaya, Samuel

Schmidt, David and Karen

Schafer, Thomas and Camille

Sabatino, Dominic and Hiskey, Richard/

Rovezzi, James

Rayman, Birgitta

Ramos, Mariann and Joseph

Rojas, Victor

Poplausky, Maurice and Hanna

Polovin, Annette

Sharit, Juanita R.

Seifert, Charles and Lois

Panico, Frank and Fay Teller

Ovicher, Joseph and Celine

Murray, Brian

Minuto, Michael

Miller, William and Teresa

Michaud, Claude and Laidlaw, Melissa

Luntz, George and Adrienne

Lattanzio, Frank

Lasserre, Paul

LaSala, Anthony and Brian

Kroll, Brian and Naida

Klemm, Timothy

Kenney, Catherine and Danny

Jordan, William

Investment Leaders, LLC

Graves, Chance Rio and Miriam

Flaherty, Sean

Farmer, Richard, Connie/Tracie

Eleuterius, Gregory/Elizabeth

Edwards, Trenice

Dileo, Carl

Csakanyos, Renata/Antal, Gyorgy

Cohen, Richard

Chandra, Shalini

Carbone, David and Rachael

Cammarata, Louis and Michelle

Campbell, Janet Olive, as Trustee of the Bryan Olive Trust U/W July 12, 2006

Camastro, Francesco and Georgina

Burke, Jules and Barbara

Bertucci, Ronnie

McMillan, Bill and Maleah

Strong, Karrissa M.

Pentecost, Mary Louise

McAleer, Joe

Kesterson, Stephen and Rachel

Gurley, James F.

Blalock, Pete

Bel Sole Condo Owners Assn.

Bennett, Stephen and Jennifer

Chaney, Wesley M. and Shelia D. Chaney

Chestang, Russell

Cooper, Obadiah and/Lakeisha Cooper

Crawford, Michael

Drake, Walter L.

Dykes, Kathleen

Edmonds, Johnny Lee

Ellis, Rayford H. And Kristin Lyn Ellis

Fairley, Donald Larry

Forrester, Ronald

Gatlin, David

Groce, Sue H.

Gulf Shores Surf & Racquet Club/c/o Thomas E. Brett

Henderson, Jason

McGarity, Megan Leigh

Thomas, Willie and Pernice Thomas

Williams, Mark E.

Yu, Albert and Sarah Yu

Mahlstedt, Steve and Martha Mahlstedt

Monahan, Bill

Navy Cove Harbor, a Condo

Owners Association

Limbach, Richard A.

Lee, April

Lay, Stephen and Kristen

Ladner, Daniel Christian

Kynard, Horace and Kimberly

Kornegay, Kim P. and Mona J. Kornegay

Kittrell, Mark Charles and Laurie Lynn Kittrell

Kittrell, Glenn Allen and Fawn G. Kittrell

Kirn, Joseph Douglas and Linda

King, Gregory G.

Kern, Kevin Mark

Kelly, P. Clarke and Kathy G.

Katherine Dutten Wallace Trust

Jones, Roy

Jones, Steven and Jessica

Johnston, Jerry and Linda

Johnson, George and Millicent

Johnson, Christopher Brett

J. H. P. W., LLC, Wade Ward

Jackson, Valerie

Jackson, Terrell

Jackson, Steve and Pam

Hudson, Arthur

Horton, Jamie and Kimberly

Hopkins, Terrell and Raeshonda

Hontzas, Betty

Hoit, Charles and Leta

Hill, Chris

Hensley, Donna

Martin, Donna

Nelson, Scott

Hayes, Brian D.

Hawkins, Robert and Melissa

Hatcher, Brian and Amanda

Haralson, Tommy and Sandra

Harbour, Jim and Jennifer

Hand, Lincoln and Mimi

Hamrick, Rebecca

Mitchell, Ronnie and Shirley M. Mitchell

Gudding Tiffany

Griffiths, Lilly C. Gaye

Gottlieb, David and Lindsey

Gordon, Russell and Judy

Goldstean, Samel

Godwin, Richard and Bridgette

Gibbs, Michael Ray and Eileen

Miano, Bert J.

Gray, Bernard

Nguyen, Katie and Khanal Luong

Nguyen, Thach Dai and Minhthu Lee

Nichols, John W. and Pamela J.

Nichols, W. Barrett and Linda

Orr, James S. and Barbara G. Orr

Pampel, Terry L. and Nancy J.

Patel, Mayur

Patterson, Shawn and Yvonne

Patton, Fredran and Monica

Peace, Daniel and Sharon

Perez, Edgar F.

Perry, Joshua

Phan, Lisa

Phoenix West Condo,c/o William Robinson, Jr.

Pilgram, Bobby Glenn

Pilkington, Barbara and Joseph Tennet

Pittman, Bobb

Pressnail, Donald and Sherron

Prickett, Javis Brian and Jared Alan Kenny

Purter, Charles N. and Nicole J.

Ranelli, Frank J. and Rosalind

Rayfield, Sylvia W.

Reeves, Brandy

Roberts, Ashley

McDuffie, Claude Eugene and Jimmie McDuffie

Roll, Patrick and Jane

Ross, Nathan

Sanibel Condo Owners Assn.

Sargent, Judith R.

Schriener, John and Patricia

Schultz, James and Jennifer

Scivley, Dale and Kathleen

Scott, Janet Gardner

Simon, David and Andrea

Sisson, Amanda

Smith, Frank

Smith, Margaret

Spiers, Susan

Spink-Farmer, Dr. Carol B.

Spivey, Sharon

Spradlin, Brenda H.

Stastny, Steven and Lauren

Stephens, Daniel and Stephanie

Stephenson, Randy Lynn

Streufert, Tera Brook

Summers, Mary Jo

Sumner, David and Amy

Supernaugh, John and Deborah

Penala, Sadanandam and Neeraja Suram

Taylor, Robert

Thomas, Marshall and Michelle

Thomas, Paula

McDuffie, Jason and Burleson

Tillery, Robert and Nancy

Tombrello, Pat

Torbet, Chris and Tracie

Traffica, Charles

Adams, Candace H

Trott, Darrell and Tammy

Ames, Vickie H.

Amey, Tim and Nickie

Arif, Mohammed

Armstrong, Richard John and Virginia Shelley

Atkinson, Christopher/Kristin

Ballard, James Monty/Suzanne

Barber, Reginald/Constance

Barker, Marion Knox

Barrett, Larry Van

Bass, William

Velazquez, Andrew

Waite, Gregory Miller

Bicehouse, Daniel and Tracy

Bond, Arthur A. and Marilyn J.

Bosarge, Deborah

Bridges, Paul E. and Marie J.

Brittain, James and Caroline H.

Brown, Larry

Buckley, Brenda

Buckner, John and Paige

Bynum, Denese

Carlin, Charles and Yvonne

Carraway, Richard T. and Linda

Cash, Charles and Barbara

Caudle, Annie

Chandler, John Eric

Walden, Nicholas

Chavous, George and Lorine

Clark, Charles E.

Wallace, Stephen L. and Jeanie

Coley, Bryan and Harmony

Cook, Clay

Cook, Thomas and Martha

Walters, Charles and Suzanne

Cox, Donnis P. and Thomas

Warhurst, Ernest E.

Cruikshawk, Craig and Jennifer

Daniel, William E./Grace E.

Daniels, Kimberly Carroll

Davidson, T. Blake

Davis, James and Nancy

Dennis, Jack, Jr. and Sabrina

DeSchamps, Adam and Bobbie

Donnelly, Paul/Carrie Westphal

Weldon, Daniel Scott &
    Kimberly Dawn

Wilkes, Margaret

Earnest, Matthew Brent

Robinson, Linda

Eidson, Austin

Wilson, Kevin

Enslen, Robert Grady

Everett, Michael

Fandetti, John

Woodward, Sam and Kristy

Felton, Kerturah

Ferrell, John

Fincher, Randy

Flanagan, John and Mary

Forbes, William and Mary Lois

Mercado, Marvin/Martha

Fowler, David and Martha

Franklin, Doris

Freeland, Andrew and Emily

Freeman, Curtis

Fuqua, Kelly E.

Helm, Melina

Gels, Daniel and Michelle

**David & Duncan,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Wayne, William and Kelly

**deGravelles, Palmintier, Holthaus & Fruge, LLC** *Counsel on Behalf of the Following Individual Plaintiffs*:

Arnaud, Lester and Catherine

Bradley, Jimmy and Louise

Matus, Aldo and Ghedy

Turner, Tyrone C.

Wheeler, Don and Agnes

**Gregory DiLeo** *Counsel on Behalf of the Following Individual Plaintiffs*:

Cathcart, Carolyn

Niemann, Jason and Renee

St. Martin, Steven

**Don Barrett, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bank Plus/Mercado

Elmore, Lillian

Mumphrey, Frank/Arcement, Gail

Perry, Timothy and Tracey

Proby, Joseph and Mary

**Donna Borrello, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Borrello, Donna M. and Thomas W. Stallings

**Dysart & Tabary, LLP,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Lamarque, Carroll, Jr., Carrol Lamarque, III and Robin Lamarque

**F. Gerald Maples, PA,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Robbins, Margaret & Glenwood

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

| | |
|---|---|
| Allen, Andrew and Nicole | Watts, Sharon |
| Hernandez, John and Diane E. | Baudier, Monette |
| Hopper, Dean and Dena | Clague, Randy and Lisa |
| Jarrell, Chad and Darlene | Hewitt, Margie |
| Meyer, Lawrence and Elizabeth | Petagna, Brent & Lisa |
| Morlas, Ralph and Paula | Benjamin, Jack and Claire |
| Peres, Tony and Kathy | |
| Skinner, Helena | |

**Galante & Bivalacqua**, *Counsel on Behalf of the Following Individual Plaintiffs***:**

Guerra, Darlyn

**George Hartz & Lundeen,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Hartz, Charles and Joy
Ziska, David and Julie
Mackie, Frank
Suarez, Gaston and Marta
Candela, Hilario
Ramirez, Julio and Myriam
Sternstein, Jerry
Mekras, George
Legland, David and Sharon
Fleck, Joe

**Geraghty, Dougtherty & Edwards,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Frawley, Don and Amy

**Gillespie & Allison, PA,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Blackhawk Reserve JV/Regency Constructors, LLC
Lake Worth Real Estate, Inc./Regency Constructors, LLC/Greyhawk
Oakbrook Building & Design, Inc./Regency Constructors, LLC

**Gould Cooksey Fenne, P.C.,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

| | |
|---|---|
| Ammirato, Salvatrice | McCue, Michael and Ethel |
| Archer, Steven and Anja | Morgan, Keith and Shirley |
| Cameron, Christine | Petrella, Robert, on behalf of Albert and Annette Petrella |
| Collepardi, Frank and Catherine | Smith, David and Ellen |
| Corr, Thomas Leo, III/Marchetti, Shawn | Stafford, Malcolm and Heather |
| Harmon, Dennis and Nancy | Vargo, Julie |
| Hernandez, James (Tripp) and Sherri | Villamizar, German and Janice |
| Joseph, Mark and Jody | Webster, James and Rosalie |
| Judge, Richard | Zito, Anthony and Donna |
| Lindsay, Horace and Donna | |
| Marr, John | |

**Greenspoon, Marder, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Ross, Agnes

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

| | |
|---|---|
| Barrios, Reggie | Jerone, Victor |
| Beard, Marilyn | Langdale, James |
| Bishop, Brian | Lopez, Christie |
| Carambat, Jr., Joseph | Lowry, Jim/Lowry Development, LLC |
| Clarke, Glen | Mahner, John |
| Cooper, Andy | Noldge, Don |
| Crane, Jimmy | Ott, Elizabeth |
| Finch, Jerry | Palmer, Edith |
| Hatten, Gabriel | Peterson, Robert |
| Henry, Frank | Pitre, David |
| Hudson, Adam | Reese, Virgil |

571

Richard, Catherine

Rose, George and Marie

Smith, Everett and Maressa

Somerholder, Robert

Stephens, Charles

Tracey, Ron and Hazel

Watson, Gloria

West, Ralph

Williamson, Dolly

### Henderson,Franklin, Starnes & Holt, PA *Counsel on Behalf of the Following Individual Plaintiffs*:

Perry, James

### Henry Dart, *Counsel on Behalf of the Following Individual Plaintiffs*:

Flattmann, Grady and Laura

### Herman, Herman, Katz & Colar, LLP, *Counsel on Behalf of the Following Individual Plaintiffs*:

Cotlar, Sideny & Diane

Genovese, Karen

Harris, Norman and Corliss

Hernandez, Tatum/Charlene

Kee, Michael and Pamela

Legendre, Paul/Janet

Mills, Jeannete

Morici, Mark and Maureen,
    individually and on behalf of
    their minor children Abigail
    and Meagan

Naden, Craig & Roberta

Nunez, Frederick & Lisa

Orduna, Albert and Judith

Oster, Don and Betty

Pasentine, Judith Ellen

Reece, Ryan and Ashlin

Sanders, Bill/Veglia, Elizabeth

Ward, Amy and Truman

Maillot, Georges and Janice

Barreca, Corinne

Barreca, Antoine and Nicole

Barrow, Clarencea nd Marion

Cordier, Gregory and Jean

Cunningham, Dennis and Susan

Dejan, Charlotte

Dejan, Leroy and Ann

Galatas, Bernadette

Gardette, Michael and Rhonda

Gleason, Herman and Deborah

Henderson, Linda

Lartigue, C.W. & Margaret

Leger, Lolly J./Hayden, Leslie

Mason, Hiram, Individually and
    on behalf of his wife
    Shannon S. Mason, and their
    minor children, Bryce L.
    Mason, and Hiram L. Mason, Jr

Olson, Olaf A. and Wanda G.,
    individually and on behalf of
    their minor children, Coral
    Olson and Marina Olson

Petrey, Charles & Marcia

Reese, Jean

Roberson, Sandra

Rome, Erwin and Karen

Silva, Stephen & Isis

Wenzel, John and Lorraine,
    individually and on behalf of
    their minor child, Bryan
    Wenzel

Wheeler, Alicia, individually
    and on behalf of Jeffrey
    Wheeler and Jordan Wheeler

White, Taeneia

572

**Hymel, Davis & Petersen,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Colby, Richard and Susan; Jordan, Nathan and Nickens, Florette
Lewis, Jared and Emily Ella
Robins, Kelvin Hayes and Alecia;
Janeyah Monic Hall, Kaleb and Tylecia Marie Ridgley

**James F. Humphreys & Assoc.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Boothe, Neil
Walker, Demetra

**James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. and
Norton, Hammersley, Lopez & Skokos, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Curcillo,Cynthia as attorney-in-fact and next friend of Ann Curcillo
Grundvig, Arlen & Brooke
Lamadore, Gary
O'Donnell, Elizabeth
Wolslegel, Walter and Harriette
Molinaro, Joseph and Sharon
Anderson, Shawn and Victoria
Hammersley, Philip and Susannah Watt, Dana and Kelly

**Kanner & Whiteley,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bronaugh, David and Heather
Butler, James and Joycelyn
Dennis, Patrick and Kathleen
Galloway, James and Cynthia

**Law Offices of Brad E. Kelsky, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Wetzler, Melissa

**Krupnick, Campbel, Malone,** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Acadia II Condo c/o Russell Foti, President | Adhin, David and Perlene | Antoni, Barry and Marilyn |
| Aceto, Anthony/Manevich, Ida | Alford, Edgar & Rita | Areces, Miguel and Jacqueline |
| Acosta, Amparo | Andrade, Sean & Katie | Arnold, Lee and Maureen |
| Adams, John and Andrea | Andreason, Grant and Patricia | Auger, Jerry and Susan |
| Adaniel, Jesue & Amy | Anise, Maikel & Karen | Awadallah, Mazen |

573

Baggiero, Alan and Dena

Bailey, Robert and Anne

Bailey, Vickie

Ballard, Mildred

Battista, Leo/c/o Louis Battista

Belson, Luydmila

Benesch, Paul

Bennett, John F. & Mary

Berra, Dale and Jane

Woodruff Henry and Nancy Woodruff

Bertram, Beresford and Theresa

Beverly, Martin and Erika

Birnbaum, Scott and Mary

Bo, Theresa

Bobrow, Scott and Cheryl

Boersma, Kenneth and Victoria

Boham, Keith and Allison

Bontu, Prakash R. and Rupa

Bordy, Agnes

Borodiak, Ivan

Brandolino, Rose

Braun, Michael and Ilana

Brereton, Matthew

Briscoe, Hopeton

Brogdon, Carl and Stacey

Brynn, Gerald E./Betty J. Brynn

Burns, Robert E.

Burt, James and Janie

Bustamante, Jaime and Lynda Guzman

Caballero, Talishia

Camp, Michael (Toral)

Campola, Patsy and Maureen

Cannestor, Michael and Enny

Capizola, Edith

Caputo, Mark and Lisa

Cardenas, Albert and Lidelis

Carter, Jack Jr.

Caruso, Leanard and Cheryl

Catalano, Pete and Annett

Cerna, Fernando and Cristina Jones-Cerna

Chanderdat, Jairaj and Taijrance

Cheeran, David C. and Mary

Chiarelli, Zopito and Palma

Child, Quinn and Cheri

Chladny, Ray and Stafford, Debbie (Toral)

Christian, Firdie and Deyse

Cianfrini, Jerry

Cintula, Theodore

Claybaker, Richard W. and Klingsick, Judith D

Cooper, Jon and Sondra

Corcos, Menashe and Robin

Costoya, Jose and Maria

Crawford, Dawn and Scott

Cuellar, Javier and Echeverri, Laura

Cullin, Thomas and Delcie

Cunningham, Jean

D'Ambrosio, John and Pamela

Darmodihardjo, Denny and Tammy

Davis, Michael and Santagata, Paul

Defusco, Rob

Deitsch, Erik and Elizabeth

Delpapa, Pamela

DePompa, Angelo and Bianca

Desrosiers, Marie

Dew Five, LLC, c/o Richard & Gilda Podber

Dharamsey, Shabbir

Diallo, Alfa and Molero, Karla

Dion, David and Parks, Eunice

Donlon, Barnaby and Martina

Dontje, Mark and Katherine (Toral)

Doria, Vincent and Mary

Dowling, D.J. and Andrea

Dunbar, Jean

Duval, Jean and Marie Jacquet

Dye, Eileen (Toral)

Edwards, Cecile

Effron, Roger and Salley

Eisenfelder, Scott and Jilea

Elliott, Rogert (Toral)

Elorriaga, Mikel

Enyart, James and Constance

Esmail, Nasim

Espinal, Joseph and Fabiola

Espino, Julio and Evangelina

Estadt, Barry and Jean

Evans, Cynthia Kay

Faber, Fred and Irene

Falke, Kenneth & Maureen

Fechik, Deborah and Stacker, Edwin

Fifteen B's, LC /Bruce, Isaac/Santangelo Carl

Fisher, Norman and Andres

Flanagan, Barbara C. & John Bowman

Floyd, Leroy and Bernadette

Fordham, Allen and Amisa

Frais, Berenise and Sherley/Frais, Jonah

Frank, David and Catherine

Gall, Earl and Gywnn

Gallo, Louis

Gareave, Sterling and Jean

Gatto, Charles

Gaynor, Peter and Tracy/Ackerman,Lillian

Gesualdo, Domenic and Darlene

Ghate, Bageshri andDilip

Gillespie, Thomas J.

Gilligan, Brian and Carina

Glaum, Leroy and Virginia

Glick, Brad

Glickman, David and Joan

Gobos, Peter V.

Goldblum, John and Shirali, Asmita

Goldstein, Marh and Nina

Gonzalez, Reinaldo and Kariana

Goodus, Richard and Jane

Gopal, Renganathan & Induleisha

Gordon, RoseMarie

Gottung, Douglas and Dolores Florio/Joyce Gottung

Grajales, Beatriz

Greenberg, Jason and Susan

Greenberg, Robert and Barbera

Greenblott, Charles

Grote,Joe and Janet

Danielle K and Julia Ruth Grote

Guerrero, Nelson and Gretty Mendoza

Haiman, Phillip

Hajela, Kuldeep and Karuna

Harrison, George

Harikrishnan, Sundaram and Jeeva

Heckman, Gary and Hall, Katherine

Heller, James and Barbara

Helmkamp, Christopher and Zivile

Herbert, Ken and Margot Foglia

Hertel, Larry and JeAnne

Hierholzer, Brian and Meena

Hoffman, Marvin and Dorecia

Hogan, Rober J. and Joanne

Horvit, Adam and Marilyn

Howard, Agnes and Terril, John

Howard, Evelyn

Iannazzi, Ronald and Florence

Inglis, John and Luella

Jeannot, Welcemen & Kathleen

Johnson, Michael and Janet

Johnston, Victoria

Jones, Gail

Jones, Roosevelt and Green, Barbara

Josephson, Anthony and Philomin

Kapit, Arthur and Michelle

Karl, Peter and Donna

Kasl, Paul and Melody

Kaufman, Jeffrey M. and Linda G.

Kim, Charles and Helen

Kim, Jennifer J. and Phil Won Suh

Kirsch, Yoshi

Knock, Luther David

Kovacs, Michael and Judith

Kranstover, John and Linda

Kraut, Lee

Krulik, Holly and Douglas

Kupfer, Larry and Robin

La Fleur, Marius and Wendy

Laguerre, Lucien

Lahn, Gerard & Karen

Lalama, Frank and Romy

Lapidot, Ori

LaSalle, Julio and Carmen

Leslie, Kathleen

Lessick, Michael

Levine, Daniel and Tamara

Joie D. and Landon D. Levine

Levy, Kenneth and Lynn

Lewis Eloise

Lief, Matthew and Delores

Lightle, Kenneth

Lim, George & Percy

Lippold, Patricia/Hibbs, Janet

Lizotte, Richard and Robichaux, Ronald Jr.

Lizotte, Richard and Susan

Lopez, Javiel and Natiai

Lopez, Jose Juan and Carmen Monsalve

Lowe, Talut, Lowe, Linton and Mercedes

Lowe, Daniel/Lowe, Arran

Lumare Properties/c/o Mauricio Reyes Henao

Lynch, Richard

Machado, Williams Bicelis and Franyelina Lopez

Magpantry, Maria Elaine

Mancuso, Robert and Lorraine

Marcario, Katherine

Markowitz, Brian and Nancy

Martin, Robert & Acela

Massachi

Maya, Adi

McAuliffe, James & Carole

McCarty, Terrance and Sandra

McCauley, Edward and Jeanette

McCoy, Douglas & Carolyn

McEneany, Edward

McNitt, David and Sharon

McPherson, William & Claudette

Meyer, Robert & Lynn

Miguelez, David & Stephanie Miguelez

Miller, Alan & Christine

Molina, Cesar and Monica

Moser, Mary Catherine

Neste, Dave

Nijhawan, Balraj and Pushpa/c/o Pradeep Nijhawan

Norton, James P. & Joan C.

O'Neil, Gerald & Brasch, Jacqueline

Onori, Paul (Toral)

Orlando, Dario

Orjuela, Sonia

Ornstein, Steven and Jodi Orenstein

Oropesa, Omar & Danielle Brandy & Olivia Oropesa

Ortiz, Amelia & Mark & Candace & Brianna

Patterson, Gary and Nicole

Patterson, Sydney Patterson, Sean

Patterson, Scott A

Peloquin, Michael and Erin

Perone, Samuel

Pike, Lisa

Plushko, Valentin and Nadezha

Poliseo, Daniel and Donna

Portsmith Condo Association/c/o Kenneth Hinkley, President

Pratts, Norberto & Belgica

Price, Robert and Edith

Prieto, Jorge and Jennifer

Provenzano, John & Karen

Pruscha, Calman & Charleen Living Trust

Raio, Joseph

Ravelo, Carlos

Reyes, Evelyn & Viera Lazara

Richards, John and Patricia

Rizzo, Frank & Christina

Roberts, Velda

Robichaux, Ronald, Jr.

Rodriguez, Jorge A. and Lizet

Rojhani, Ira & Sherri

Romain, Doug

Romano, Rita

Rooney, Frank

Rose, Michael

Ross, Robert and Natalie

Rubenstein, Richard and Cathy Stubins

Rubin, Laurence & Helen

Ruiz, Vincent & Diana

Russinoff, Ian & Irvia

Ryan, Frank and Lisa

San Filippo, Keith and Linda

Schafer, Clyde and Pauline

Schmitt, Gerd (Trust)

Schultheis, Gary and Maryann

Seall, Stephen & Barbara

Sexton, Brian & Shannon

Shirali, Sudheer and Charu/c/o Canton Pediatrics, Inc.

Siegel, William and Sandra

Silverblatt, James and Cheryl
Silvestre, Luis & Melissa
Sisk, Robert and Suzanne
Smietana, Mark J, Rugiano, Laruel
Smith, Donald and Winsome
Solomon, Daniel & Grace
Sontheimer, Shirley
SoSa, Gustavo & Maria
Soska, Frank and Maria
Spallina, Joseph and Mary
Spangler, John and Rita
Sposa, Jacqueline
Squiccirini, Robert and Melissa
Stewart, Chester
Stringer, Allen & June
Szirovatka, John

Tann, Guy & Dorothy
Thomas, Craig and Carol
Tiano, Pete & Sharon
Timberlake, Frank & Laura
Tobin, Eric and Beth Sorenson
Toscana II at Renaissance, Inc.
c/o James Enyart, President
Troutman, Rodney and Sheila
Trump, Chris and Kelly
Valentine, David & Donna
Vasquez, Claudia
Ventimiglia, Sal
Verger, Jose & Valerie
Villarama, Lilia
Virella, Vilma

Vollrath, Richard & Rebecca
Weiner, Darryl
Wengel, Lawrence and Susan
Wilbar Investments LLC
Dean Barnett, President
Wilkinson, Paul & Joann
Clean Tech Buffs, Inc.
Willis, John & Lori
Witteveen, Michael
Wojciechowski, Thomas
Woodruff, Henry
Wynter, Viola
Kim, Nina

**Lambert & Nelson, PLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Guidry, Richard and Amy
Pierson, Jan and Neil
Campbell, John
Amato, Dean and Dawn
Moyse, Margaret A, individually and on behalf of the Margaret Allen Moyse Revocable Living Trust
Holleman, Timothy and Lisa, (individually and on behalf of their minor child, Matthew Holleman)
Gammage, Dr. Dan
Kehoe, Molly
Galloway, Jason and Deborah
Fisher, Steve and Corrinn
Campbell, John

**Landskroner, Grieco, Madden, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Austin, John
Martineau, Bill and Cynthia

**Law Offices of Rusell Lazega,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Orlowski, David

**Law Offices of Patrick Connick** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bartholomen, Alexandra and Craig

576

**Law Offices of Sidney D. Torres, III,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Gerica, Ramona

Landry, Gerard and J. Leatrice Kiefer and Landry, Decker and Julia

Sicard, Austin, Jr.

Styron, Charles

Uli, Peter and Catherine

**Lemmon Law,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Clement, Paul and Schexnaydre, Celeste

LaCroix, Jim

**Leopold Kuvin,** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Berson, Gloria and Fuhrman, Keith | Lakind, Alan and Linda |
| Bradford, Deborah | Williams, Mike |
| Burrus, Jordan | Etter, Steve and Cathy |
| Hamilton, Wayne | Forrest, Adrian and Wendy |
| Hoagland, Lawrence and Ann | Galluzzi, Joseph and Heather |
| Jarvin, Francis and Kathy | Wachter, William and Jill |
| Knapp, Russell and Jonas, Audrey | Arcese, John and Mary |
| Palsgraf, William and Maria | Wagner, Tracy |
| Shurer, John | Feinberg, Manley and Diane |
| Badchkam, Annette | Satter, Jonathan |
| Catalano, Thomas and Faye | Toth, Daniel and Gessica |
| Feuerberg, Bryan and Emily | |
| Skora, Gregory and Danielle | |

**Lestelle & Lestelle, APLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bennette, Lillie & Joseph

**Levin, Fishbein, Sedran & Berman**
**Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane;**
**Hausfeld, LLP and Law Offices of Richard J. Serpe**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Sheldon Friefield, Inc. and | Akers, Christine & Robert | Bloom, Andrew and Ina |
|    Southern Homes  Development | Balan, Kirenia and Jorge | Borges, Haroldo |
|   Corp. | Bagley, Gerald | Brady, John and Joann |
| Abiega, Elisa | Bello de Bachek, Nilda | Burgess, George and Karen |
| Aboulafia, Steven | Benullis, Stephen and Michelle | Byrne, Gertrude |
| Alvarez-Farre, Emilio/d Martha | | |

Cassanova, Filberto
Christian, Kevin
Coombs, Donald
Dacosta, George
Davis, Jesse
Deane, Robert and Lois
Deutsch, Hunting and Mary
Diaz, Fernando
Egan, Michelle/Giancario Lee
Elsenberg, Brian and Lauren
Elzein, Hassib
Eskenazi, Anna and Mark
Ferguson, Kejuana/Livingston .
Fernandez, Jorge and Michelle
Flores, Julian and Nathalia Cora
Frenchman, Beth
Galvin, Larry and Rene
Gamboa, Hernan
Glover, Bonnie J. And Craig
Gonzalez, Miguel Angel
Gonzelez, Oscar
Gonzalez, Omar, Victoria and
    Miriam Velez
Groom, Richard and Pamela
Guerrazzi, Diego/Magaly Nano
Gutierrez de Garcia, Jose
    and Maribel
Herbert, Jason and Shanique
Charles, Frantz/ Damaris Paulin
Harmer, David and Heidi Kay
Hay, Robert and Maria
Jaramillo, Consuello and
    Martinez, Ana
Jesus, Manuel and Liliane
Johnson, Charles and Molly
Jones, Gail
Kurutz, Barbara and Stephen
Lamma, Husein
Laraque, Jean & Gueldie
Leben, Roger and Janet
Litten, Randall
Lukaszewski, Lynn
Machado, Cleber and Sandra
Mardeni, Marirose and Roberto
Martinez, Felix and Jenny
Mazza-Martinez, Tania and

Armando
Miller, Daniel
Nelson, Dick and Nancy
Neumann, Allan
Ng, Winnie & CheeWah
Novello, Robin
Oceanique Development Company
Oves, Jose Francisco
Pabon, Fernando
Ramsarran, Lloyd and Dinah
Reid, Grant and Kathyrn
Rinaldi, Jr. Joseph J.
Rizzo, Ricardo/Alfonso,
    Madelin
Roberts, Steven and Jennifer
Rodriguez, Jeryl & Jose
Ronkin, Joel & Sharri
Roseman, Robert & Linda
Rosen, Michael
Rossi, Richard and Joanna
Santamaria, Carolyn and Daniel
Santiago, Jason
Sardina, Raymond
Sarkar, Immanuel and Robinson,
    Catherin
Seifart, Armin and Gore, Lisa
Siraco, Stephen
Sirota, Alli and Paul
Souza, Juliana
Starkman, Jeffrey and Sharlene
Tarzy, Jim
Trepkowski, Carrie and David
Turner, Earnest & Pigi Caretti
Urdaneta, Herving/Annielys
    Aular
Vickers, Karen
Villalta, Daniel
Wisdom, Katori and Patrick
Woodbridge, Robert and Dale
Zeller, Maria Rosa/Solabella
    Company Limited
Zervos, Angelos and Gregoria
Esteves, Jose
Chester, Cheryl/Fischer, Donald
Mendoza, Esperanza & Adolfo
Pelner, Richard and Debra

Richardson, M.L.
Rookery Park Estates,
    LLC/KOL Ventures, LLC
Ameneiro, Sandra and Gino
Asad, Issa and Noha
Fuchs, Steven
Holmes, Elena
Johnson, Paul and Caron
Kolbenheyer, Howard
Lahey, Patrick
Maltby, Wesley and Diane
Manes, Ronald
Mizne, Michael and Jeannine
Puri, Antonio Cesar
Riccardi, Peter and Rose
Samberg, Brian and Lori
Seyour, Serge
Smith, David and Wendy
Stanley, David and Patricia
Vasquez, Martha
Wahlgren, Henry and Joan
Walter, Todd
Harris, Hugh and Elizabeth
Singleteary, Stephen B.
Stephens, Ricardo
Mandsaurwala, Ali Asgar
    and Shadaab
Saieh, Clifford
Atkinson, William
Arango, Oswaldo
Elliot, Dezman
Fergusson, Monica
Ramirez, Fredrick
Joachim, Ronald
Promenade at Tradition
Community Association, Inc.
Fernandez, Damian
Gaita, Gina (Promenade)
Real Estate Resolutions Group,
    LLC
Houston, Debra (Promenade)
Mikita, Michael
Ritter, Bill and Elizaberth
L&M Estates
Bush, Charles and Judy
Chery Jean-Robert and Presina

Hopmayer, Peter
Podlasek, Christopher
Beringhaus, Robert

Defalco, John
Cuningham, Eddie

### Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.
*Counsel on Behalf of the Following Individual Plaintiffs*:

DeBenedictis, Frank & Deborah
Felicetti, Steven & Gayle
Rosen, Richard & Elissa
Rohan, Patricia and Donald
Matzer, Joy and Robert
Conrad, Formica/Fayard, Crystal
Richards, Stephen and Donna
Cindrich, Jeffrey and Tamara

### Levin, Tannenbaum, *Counsel on Behalf of the Following Individual Plaintiffs*:

James, Jason and Jessica

### Lobeck & Hanson, P.A. *Counsel on Behalf of the Following Individual Plaintiffs*:

Burzotta, James and Rita
Tuhro, Raymond W. and Nancy

### Lumpkin & Reeves, *Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Atkins, Lynard | Maddox, Sidney | Curthards, Nicholas |
| JJ Hill, Brace & Limb Co. | Perrio, Carla | Eze, Joann |
| Brand, Maryann | Rapp, Chari | Fath, Tom |
| Coats, Chuck | Redmond, Benny | Feeney, Fred and Susan |
| Donston, Cubby | Reed, Dustin & Amy | Formice, Conrad |
| Farve, Beverlie | Sanders, Billy | Gazzier, Neoma |
| Fath, Tom | Seliby, William | Gonzales, Angela and Saul |
| Gagnard, Gary | Simmons, David | Hartfield, Linda and Robert |
| Green, Vaneen | Taylor, Russell | Hick, Todd |
| Hiller, Billie | Whipps, Jared | Legere, Michele |
| Hodge, Debra | Allen, Kennith & Cora | Nguyen, Anthony |
| Holland, Diane | Anglada, Mark | Pagador, Tabitha |
| Huckabee, Harold | Barranco, Johnny | Perez, Louis |
| Landry, Floyd | Chapman, Patrick & Elizabeth | Perone, Pat |
| Lescault, Henry | Conner, Virginia | Peterson, Daniel |
| Lorona, Karen | Craig, Brandy & James | Pitre, David |

Polk, Sarah
Toronio, Eric
Wagner, Mark
Willet, Frank and Deidre
Wood, Sheila
Bartels, Kerry & Marie
Blacklidge, Rhonny
Braun, Steve and Helen
Howard, Cynthia
Ladner, Brent & Stacy

Smith, Audra Ray
Cuevas, Marvin and Angela
Braun Enterprises
Hebert, Deborah
Ayers, James and Leona
Acevado, John
Roberts, Greg
Goodspeed, Jeff and Tracy
Bonamour, Mikea nd Deborh

Lewinger, Elizabeth
Riverbend Homeowners
Association
Masse Contracting, Inc.
Klien, Lee
Garrett, Roger
Foote, H. David

### Martzel & Bickford. *Counsel on Behalf of the Following Individual Plaintiffs*:

Carillo, Lou and Marge
Seiler, Marie
Burke, Thomas & Mona
Garrett, Philip & Courtney
Gotreaux, Dustin & Korie
Lang, Joe & Amy
Matherne, Erich & Hayley
Methvin, William & Deborah
Patin, Danielle
Quilio, Sandra

Ragsdale, Tara
Robair, Alexander
Schields, Larry
Smith, Clinton & Kelly
Tabor, Edward & Emmilou
Armstrong, David and Bonnie
Steele, Jason and Peny
Whitaker, Robert and Dana

### Matthews & Associates, *Counsel on Behalf of the Following Individual Plaintiffs*:

Carter, Alexis and James
Dukes, Donald
Doby, Brenda
Klemann, Travis John
Elliott, William & Mary Ann Fryc
Huckaby, Michael and Jennifer

### McCallum, Hoaglund, Cook & Irby, LLP, *Counsel on Behalf of the Following Individual Plaintiffs*:

Fairburn, Tom & Cherie
Farmer, Sherry
Graham, William & Martha/
   Betty M. Harrod Trust
   Trust for the Benefit of     Martha
H. Graham Under the     Betty M.
Harrod Trust
Gilbert, Tony & Ann
Greer, Matthew & Olivia A.

Griffith, Alan & Zoe
Hand, Lincoln & Mimi Wade
Harper, Robert D.
Ezekiel, David & Suzanne
Howard, James and Carol
Randolph, Michael and Susan
Hunter, Thaddeus L. & Pamela
Joseph, Booker & Brenda F.
Killen, Cindy

Lawrence, Ericka & Cornelius
Loney, Christopher & Rochelle
Maier, William Craft
Marston, William & Janine
Milano, Jason & Sarah Bennett
Moore, Victor
Newton, Twnica N.
Noel, Patrick & Jacqueline
Richardson, Cherie & Keith

Ridley, Arnold Lee & Rada
Rodgers, Jeremy A.
Starnes, Tracey & Vickie
Tanis, Donald & Susan
Thompson, Ortis Darren &
    Susan
Vincent, Maria & James

Wilkens, Susan
Wright, Jeff & Suzanne J.
Yarbrough, Rebecca K.
Daniel, Michael & Monica
Crawford, Gary & Linda
Corley, Kyle & Lorie
Chapman, Duane & Sarah

Bunn, James & Michele
Ashmore, John Britton
Howard, Hillary

## McIntosh, Sawran, Peltz & Cartaya, *Counsel on Behalf of the Following Individual Plaintiffs*:

Casey, Hugh
Gutierrez, Victor and Bibiana

## Michael L. Fondren, P.C., *Counsel on Behalf of the Following Individual Plaintiffs*:

Roberts, Lois Bosarge

## Milstein, Adelman & Kreger and Roberts & Durkee, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ammons, Dana and Rick
Arbelo, Luis and Fatima
Arias, Mirtha
Auerbach, Suely
Avello, Daniel and Isbel
Bailey, Gary and Kristi
Bailey, Georgia
Banks, Jeremy and Carla
Bissoon, Suresh and Oma
Braithwaite, Judy
Brown, Habdon and Carla
Callahan, Donald and Joanna
Calvo, Jeannette/Martinez,
    Tyronne
Ceminsky, Gerald and Margaret
Corell, Roberto and Angela
Craig, Bill and Jill
Crawford, Monique and Elaine
Crispino, Peter and Mary Ann
Cummings, Barrington/Brown,
    Annmarie
Dabalsa, Ricardo
DeCambre, Nadine and Pansy

Dolinsky, Chanel/Wainstein,
    Victor
Dowdy, Alfred and Joyce
Epstein, Kim
Feler, Svyatoslaw/
    /Smolyanskaya, Yelena
Fernandez, Jose and Lissette
Ferri, Albert and Francine
Ford, William and Melanie
Gonzalez, Victor/Socarras,
    Yelene
Graham, Marlene and Jay
Grasmeier, John and Marie
Gumpert, Melvin and Shirley
Hernandez, Cynthia and Pedro
Howard, Walter
Jackson, Stephen and Graciela
James, Janelle
Kingsnorth, Bob and Grace
Kasakowski, Lawrence/Diane
LaDow, Gilbert and Dolores
Litus, Rodney and Suze
McGee, Tim

Muenchen, Stephen Sr.
Mullen, Thomas and Kathleen
Mulligan, Vincent and Virginia
Naustdal, Oscar and Donna
Orcutt, Aaron and
    Tracey/Gallo, Vito
Palmer, William and Anne
Panessa, Bart
Pena, Adelky
Pensabene, Joseph and Patricia
Perez, Jorge and Rosa
Persaud, Narayan and Durpattie
Pitter, Delroy and Jacqueline
Reid, Marvin
Rivas, Ramon and Nilda
Rodriguez, Nicole/Canfield,
    Carrie
Schlichte, Henry and Cheryl
Seavers Jay and Sandra
Sica, Donna
Silvestri, Richard and Lorraine
St. Cyr, Randa and Emmanuel
Su, Qi ing ("Andy)

Surman, Fred
Walsh, Darion
Watson, Patrick and Paula
Whidden, Tyler
Williams, Margret
Wakeland, Angella/Nicholas
Bell, Gerald and Helen
Carvajalino, Carlos
Chrusz, Ryan and Kelli
Conte, Margaret Ann
Costoya,, Armando and Ileana
Cuddapah, Prabhakara and
    Ramathilakam
De Los Santos, Rosibel/Brian
Efries, Nathan and Patricia
FMY Ventures, LLC
Gillard, Rudean
Gonzalez, Luis and Caridad
Gonzalez, Roberto/Rivera,
    Fernanda
Hafeez, Muneer and Khalida
Henry, Michael and Joanne
Laudermilk, Richard/Jewelstine
Macario, Juan
Marcinkiewicz, Michael/Lillian
O'Brien, William
Pelland, John and Susan
Rottau, Erwin/Cloeren, Mary
    Jane
Zheltkov, Victor and Lyudmilla
Holley, Charles and Heidi
Mullen, Thomas and Kathleen
Peterson, Derrick & Robin
Werner, Udo

Coords, Maria
Griffithm Richard and Olga
Morgan, Jetson and Lee
Palmer, Olga
Albano, Carol
Holley, Charles and Heidi
Mullen, Thomas and Kathleen
Peterson, Derrick & Robin
Werner, Udo
Coords, Maria
Griffith Richard and Olga
Morgan, Jetson and Lee
Palmer, Olga
Albano, Carol
Albert, James & Mariamma
Beauvilet, Jean Louis
Levitan, Lev & Rosaliya
    Makarchuk
Persuad, Thakur
Segundo, Rafael & Ana
Smith, Michael & Tatiana
Borgardt, David & Kathy
Bravo, Cossette & David Ilanes
Cohen, Carol
Conroy, John & Sandra
D'Angelo, Mara & James
Ebersole, Maria Architectural
    Alliance Holdings, Inc.
Elmurr, Johnny
Fischer, Dirk & Svetlana Fisher
Fogle, James & Tecquinette
Geraci, Vincent & Joan
Gulf Reflections Condo Assn

Peace, Stephanie & John
Saeks, Sieglinde
Shaw, John & Barbara
Suarez, Humberto
Thomas, Omar & Nordia
    Nelson
Toledo, Marcia
Transland, LLC
Arias, Evelyn
Barcia, Aurora
Barragan, Fernando & Barbara
Fallmann, James & Barbara
Gay, Diana
Henson, James Meredith
Hernandez, Nicolbe & Sepia
    Reid
Ivory, James and Maria
Kallas, John & Katherine
Kent, T. Jack
Ma, Guofeng & Wei Cheng
Mackoff, Arlene & Charles
Masmela, Bryan
Miller, Bradley & Tricia
Nunez, Carmela
Osterberg, David & Andrea
Patino, Hector
Restrepo, Socorro
Rizzo, Jack & Luz
Scarlett, Perry & Stephanie
Semrau, Terrance Scott & Deborah
Teegarden, Randy & Teresa
Tutin, Barry and Barbara

**Morgan and Morgan**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Cole, Harley and Brenda
Kottkamp, Jeffrey and Cynthia
Alava, Alicia
Allen, Brookman/Carolyn
Billy, Ronald/Tabitha
Campbell, Thomas/Kelli
Dempsey, Timothy (Trustee)
Hartmann, William/Karen

Hary, Michael/Sarah
Hurley, Harry/Rosemarie
Macri, Joseph and Earl Heller
Mercado, Juan/Irena
Nicholas, Gregory/Jill
Perez, Geraldo/Olga Alfonso
Roche, Rosser
Rodriguez, Javier and

Sepulveda, Catalina
Spoto, Anthony/Sharon
Valle, Gladys
Willingham, Peter/Marty
Young, Michael/Patricia
Adcock, Jerald/Melissa
Canciglia, Michael/Runda
Kata, Carlos/Carolina

Janssen, Richard/Tamara
Latona, Giovanni/Christine
McLendon, Brian/Stephanie
McVety, Michael/Terri
Morrison, Jeffrey/Leigh
O'Keefe, James
Origin Capital VII, LLC
Quimby, Clayton/Cheryl
Runyon, Thomas/Sonia
Samos Holdings, LLC
Tenny, Thomas/Rene
Tran, Andy
Antilles Vero Beach, LLC/c/o
    Ironwood Development
Arroyave, Angela
Brooks, George
DeHenese, Neil and Yolanda
Delgado, Johnnie and Aimee
Janssen, Richard and Tamara
Joseph, Kesnel and Francine

Klujian, Matthew and Sirarpi
Livesay, Michael J.
Norman, Louis and Patricia
Paukovich, Michael/ Margarita
Perga, Anthony and Marcia
Richardson, Franklyn
    /Kimberley
Scoone, James
Sulen, Francisco
Swanson, Andrew and Maria
Terlizzi, John
Avery, Janet
Baker, Garry/Lynn
Chandler, Leslie
Fitz-Patrick, Michael/Karen/ KSK
    Investment Group, LLC
Gallucii, Gary/Patricia
Gody, Anthony/Candace
Gomez, Alfredo/Sylvia
Gropp, Terry/Hilary

Holmes, Christine M.
Kol, Dan/Phalla/Kol,
    Frank/Jennie
Lester, John/Jaycine/
    Schiller, Larry
Marino, Jonathan
Martinez, Gerardo/
    Pomares, Ivvone
Meltzer, Marc/Carol
Mirakian, Samuel
Nuqui, Magno/Aracelli
Rauci, Steven/Dorothy
Sanon, Enock/Marie
Stokes, Wyman
Stopa, Gary/Sharon
Ursa, Flaviu-Emil/Dorina
Van House, Robert/Jean
Watson, John/Joan

### Murphy, Rogers, Sloss & Gambel, *Counsel on Behalf of the Following Individual Plaintiffs*:

Butler, Hilliard and Sheral
Crosby, Patrick and Jennifer
Macmurdo, William and Cornelia

### Older& Lundy, *Counsel on Behalf of the Following Individual Plaintiffs*:

Lundy, Michael

### Parker, Waichman, Alonson, LLP, *Counsel on Behalf of the Following Individual Plaintiffs*:

Allen, Shane and Nicole
Campanelli, Larry and Karen
Cronin, William and Margaret
Schatzle, Ralph and Judith
Adams, Edward
Awalt, Donald/Awalt, Tatiana
Aymerich, Jason
Baginski, Andrea
Baker, Joseph/Brittany
Belfiglio, Mark
Bilski, Walter and Tracey

Bizarro, Julio
Bosarge, Deborah
Boxe, Kevin and Roxann
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Cahill, Thomas and Susan
Cannistraci, Darlene
Chapados, Renee/Pierce,
    Lonnie
Christiansen, Steven and Jamie
Christensen, Richard and Linda

Ciaramitaro, Dominic
Clouse, Ronald and Eileen
Coogan, Kevin and Stella
Copeland, Justin and Kelly
Cucci, Jacqueline
Davis, Wendell and Maritza
Demers, Jeff and Audra
DeVita, Gerard and Ellen
Dinitto, Patrick and hevanilson
    Magalhaes
Dishauzi, David

Dishauzi, John and Rose Marie

Dodge, Dale and Beverly


Dominguez, Antonio/Zenedia

Edmondson, Willie/Margarita

Edward, Curtis and Kristine

Frank, Stephen

Frew, Brian and Susannah

Geissler, Arthur and Sherry

Gelosa, Guiseppe  and Rosa

Mosca, Roberto and Lina

George, Christopher/Vacca, Natalie

George, Faith

Giffoni, Carlos

Glewa, Garrrett

Gonzales, Nina

Gottlieb, Howard

Grippa, Vincent and Virginia

Hartley, Loren

Hatzokos, Aris and Angela

Hayre, Harbhajan

Hochman, Todd and Michelle

Huzey, John/Brennan, Chun

Jendersee, Melvin and Cary

Kalish, Joshua and Ling

Karaian, George and Bernadette

Kazor, Joseph and Patricia

Keller, Brad and Kerry

Keenan, Brian and Shannon

Kuhner, James/Laine, Janet

Lauer, David and Dolores

Lewis, Barbara

Lobb, Karol and Tatiana

LoMonaco, Philip and Deborah

Louis, Adlain

Maloy, Jack and Louise

Mancini, Edward

Marines, John and Judy

Martin, Patrick and Alice

McCaffrey, Patrick

McHugh, Joseph and Ellyn

McKenzie, James and Elizabeth

Mozdzonek, Agnes

Nevels, Susan

O'Connor, Andrew

Oe, Jonathan

Ortiz, Leiszardo

Palma, Hector and JoAnn

Panariello, Agostino/Johanna

Perez, Tyrone and Aida

Petkin, Paul and Therese

Pezze, Dan

Pisaris-Henderson, Craig Kelly

Price, Kevin

Reino, Frank and Helen

Roy, Gerard

Saggese, Thomas and Joy

Salerno, Valerie

Schmidt, Dale and Sheila Ann

Schwall, Ed and Mandy

Small, Norma

Smillie, John and Samantha/Chapman, Mike and Heidi

Sokich, Kristin and Kristen

Sutton, James

Tabor, Donna

Teixeira, Adelino and Sandra

Tiburzi, Angelo and Mary Anne

Tinoco, Lester and Soymar

Tran, Phu

Venturoso, Maria

Vitiello, Anthony

Vivante at Boca Lago Homeowner's Association

West, Fern

Woolley, Scott

Young, Arne and Jeanie

Berman, Seth and Ginger

Bolyard, Christopher\Rachel

Bound, Brenda

Bryda, Louis and Karen

Burgos, Philip and Robbin

Cavalieri, John and Sam

Chowdhry, Pervaiz

Clarke, Michael and Peggy

Daly, Patricia

Decker, Enid and Harriet

Delbusto, Barbara

Dontje, Mark and Katherine

Ferguson, Lee and Melinda

Foxwell, Craig and Linda

Fuentes, Rolando

Gardner, Winston and Joyce

Gonzalez, Hender and Kathrine

Hall, John and Denise

Hernandez, Marla

Hoyos, Hernan

Hunter, Stephen and Patricia

Julian, Marcelo

Khimani, Zareen

Lange, Janet

Lopez, Stephen

Macke, Casey and Adrienne

McDavid, Fermon and Loretta

Miller, William and Marlene

Morton, Gary

O'Loughlin, William\Mary Ellen

Peoples, Daniel

Plazas, Luis and Sandra

Plotkin, Peter/McNeel, Diane

Pote, David

Quebbeman, Brad and Lisa

Ristovski, Van

Ryan, Michael and Michele

Salloum, Eddy and Bechara

Sanchez, Jackie

Sanclemente, Leonardo/Nelly

Sanfilippo, Frank

Slowley, Andre

Stone, Blayne and Charlayne

Todorski, Vasil and Vera

Vieau, Mark

Walton, William

Wilson, Teresa

Wolf, Frederick/Acosta, Ynes

Amaya, Jose/Hernandez, Reyna

Armstrong, Clayton and Amy

Bahl, Ashima

Brotbeck, Charles and Sandra

Daly, Patricia

Duggins, Bruce and Maria

Gallotta-Dimassi, Cheryl

Gonzalez, Adalberto /Annette

Hernandez, Divaldo/ Migdalia

Medrano, Ramon/Melo, Nedy

Rodenhouse, Robert
Sanchez, Jason and Elizabeth
Scaletta, Thomas
Schlief, Robert and Krista
Sheppard, Kenneth/Catherine
Baker, Omar and Adrianna
Brito, Juan
Toran, George
Jaquez, Frank
Avalon Preserve Condominium
   Association, Inc.

Bettencourt, Virgil and Mary
Alexandre, Dieuseul and Marie
Clark, Jason
Denkhuas, David and Diane
Derzhko, Miroslav
Herrera, Vicente and Maria
Igl, Patrick
Marshall, Kathryn
Nukho, Michael, Edward and
   George
Petersman, Craig

Quaglietti, Rocco
Barry, Scott and Judy
Constantino, Anthony/Iraida
Barrios, Orlando/Escalona,
   Amarilis
Kozlowski, Michael
Langfeld, Stephan and Sabine
Toran, George, Jr.

### Paul A. Lea, Jr., *Counsel on Behalf of the Following Individual Plaintiffs*:

Bonnecarrere, Wavi Lee
Bourdon, Lucille
Donaldson, Malcom & Kelli
Gremillion, Paul and Andrea
Harris, A. Brent & Judy
Hufft, Val and Audrey
King, David and Mary
Mizell, Fred & Taffenie

Piwetz, Randy & Jeanne
LeJeune, Michael and Melissa
Segreto, Mark and Victoria
LeBlance, Calvin and Sara
Jackson, Senora B.

### Peyton B. Burkhalter, *Counsel on Behalf of the Following Individual Plaintiffs*:

Boudreaux, Virginia R.
Miller, Vickie T. Egan

### Pita & Del Prado, *Counsel on Behalf of the Following Individual Plaintiffs*:

Sanchez, Alfonso and Maria

### Pittman, Dutton, Kirby & Hellums, *Counsel on Behalf of the Following Individual Plaintiffs*:

Trott, Darrell and Tammy

### Podhurst Orseck, PA, *Counsel on Behalf of the Following Individual Plaintiffs*:

Alcindor, Nevinsthon & Marlen
Chaplin, David and Arlene/c/o Evan Seif, Esq.
Druand, Pedro and Alice
Florida Watefront Holdings, LLC
Garcia, Jesus/Fernandez, Julio

Harrell, Jason & Melissa
Hernandez, Jose & Concepcion
Johnson, Christopher & Loray
Otero, Edgar & Kellie Ann
Raso, Anthony

Salinas, Maria E.

Thomas, Michael

Smtih, Steve

Brown, Faith

Bel Burgo, Carlos and Leonor

Chavin, Valerie/Shmuely, Rami

1100 Valencia LLC

Blanco, Christopher and Cristina

Dauterive, Valliere, Margaret and Savoy, Ann Dauterive

**Potts & Potts, APLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Wood, Pamela Ann

**Reich & Binstock**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Martinez, Mario and Diane

Vest, Jason

Doering, Paul

Allard, John C.

Flanagan, Jane

Hitt, James and Tammy

Schmidt, John

**Roberts & Durkee, P.A. and Milstein, Adelman and Kreger, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Peterson, Derrick & Robin

**Saunders & Walker. P.A.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Stan Pinkus Revocable Trust

Bache, Alan, Charlotte Fuller & Michael Messner

Profit, Russell and Georgina

Sferrazza, Laura

Smith, Adrian & Micaile

**Seale & Ross, APLC and Kevin Landreneau**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Anders, Thomas G. And Nicole P.

Cassard, Jesse and Angela

586

**Seeger Weiss**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Huckaby, Brian
Williams, Diana and Terry

**Shapiro, Blasi, Wasserman & Gora, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

D'Loughy, Daniel J.

**Simon, Sigalos & Spyredes, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Sharper, Darren

**Stone, Granade & Crosby**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Loftis, Dell and Lydia

**Taylor, Martino, Zarzaur, P.C.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Valverde, Mark
Allen, Patricia S.
Payne, James and Vicki
Marsell, Thomas and Peggy
Mason, Phillip and Candace
Smith, Bo and Laura
Simmons, Kevin and Gayla
Finch, Joan
Prichard Housing Authoirty
Anglada, Mark
Fayard, Amanda
Allen Young
Michael Cabrera
James Byers

**The Law Office of Joseph M. Bruno, APLC,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Gardette, Michael A. and Nicole
Carter, Daniel
Peters, Ronald
Roberts, Jeffrey D.
St. Martin, Janeau

**The Thornhill Law Firm, APLC**, *Counsel on Behalf of the Following Individual Plaintiffs***:**

Anderson, James and Elizabeth
Besson, Ellen and Michael J.
Chutz, Lily Rose
D'Amico Michelle and Daniel
Fitzmorris, Mireille McLain
Moreau, Catherine and Patrick
DiMaggio, Juanita
Despote, Eddie & JoAnn
Johnson, Willie L. Jr.
Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)
Pelican Point Properties, LLC
Jastremski, Florence
Silvestri, Susan W.
Stovall, Virginia and Daniel
Thomas, Darlene and James

**Vaughn & Bowden, PA. and Wooten Law Firm**, *Counsel on Behalf of the Following Individual Plaintiffs***:**

Brown, Ronald T. & Marilyn
Cuevas, Marvin & Angela
Gant & Shivers Homes, LLC
Hogan, Christopher & Kristen
Holliman, Jimmy & Debra
Nabors, Jason & Charlotte
Postler, Mark & Deborah
Schruff, Patrick & Marcile
Stringer,  Mark & Denise
Webb, James and Sandy

**Viles & Beckman, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Jackson, Ronald

Pierre, Rollad

Cohan, Bradley

Lindner, Thomas

**Walters, Papillion, Thomas, Cullens, LLC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bourgeois, Richard and Gail

Dupuy, Cullen and Mary

Holder, David

Langlois, Rebecca and Robert Roth

**Watts Hilliard, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Franatovich, Mitchell J.

Vinh, Le Ven

**Webb & Scarmozzino**, *Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Smith, Nancy | Fasano, Jack |
| Tronchet, Ryan | Pedlar, Lynne |
| Martin, James and Heather | Brady, Michael and Barbara |
| Villaverde, Gilbert & Gloria | Soldavini-Clapper, Brigid |
| Romero, Jacqueline and Jose | Ess, Thomas and Judith |
| Cox, Maria and Robert Shane | Dhawan, Ajay and Ritu Chada |
| Lincoln, David and Margaret | Botterill, Thurburn & Caroline |
| Santos, Luis & Odette | Martinez-Diaz, Dailyn |
| Dugan, James and Kathleen | Piper, Victor |
| Walsh, John and Joanne | Robinson, Lynne & Edger |
| Scholand, Martin, Constance and Francis | Oler, Danette and Raymond |
| Watts, James and Linda | Strout, Katie/Jerrells, Matt J. |
| Wiatr, Daniel and Kay | Vetter, Frank and Gina |

**Wilkinson & Sadorf, P.A.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Emerald Greens at Carrollwood, LLC

589

**Williams Law Office, LLC and Richard J. Fernandez, LLC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Senac, Jacque and Dana

**Wolfe Law Group, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Hakenjo, Candace and Todd
Hidalgo, Tonya  and Sidney
Hubbell, Wendy/Cimo, Christy
Zeber, Michele and Neil
Nieto, Peter
Parr, Shelly and Kelly
Caminita, Jennifer and Frank
Brown, Ada and Hillary
Rogers, Brad and Cassandra

**Yance Law Firm, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bretzman, Carl Jr and Amanda
Joseph Fernandez
Matthew Cotton and Melanie Cotton
Mark Brown and Tracy Brown
Parker, Charles and Rachael
Singley, Wanda Yvette

**Zimmerman Reed**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ghafari, David
Rose, Tom and Lisa

## Pro Se Plaintiffs

Batteau, Michael

Bonamy, Robert David, Jr. and Jennifer Ann Bonamy

Clarkson, Arthur, Administrator of the Succession Of Mary Clarkson DeArmas

Darden, Reggie

David, Tony and Bethany

Hagmaier, Ray & Dyana

Hickey, William

Igercich, Richard

Jacobsen, Kevin and Rhonda

Leon, Maria Elena

Rickert, Frederick and Kathleen

Singleton, Enrica