*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Exhibit "A"–Additional Plaintiffs Named in Plaintiffs Omnibus Class Action Complaint (I)**

| | | |
|---|---|---|
| 1100 Valencia LLC | Anderson, Samuel | Aymerich, Jason |
| 1Gerica, Ramona | Anderson, Shawn and Victoria | Bache, Alan, Charlotte Fuller & |
| Abbott, Carl D. And Adele | Andrade, Sean & Katie | Michael Messner |
| Abiega, Elisa | Andreason, Grant and Patricia | Badchkam, Annette |
| Aboulafia, Steven | Andreoli, Robert | Baez, Dava Lucherini |
| Acadia II Condo c/o Russell Foti | Anglada, Mark | Baggiero, Alan and Dena |
| Aceto, Anthony/Manevich, Ida | Anglada, Mark | Baginski, Andrea |
| Acevado, John | Anise, Maikel & Karen | Bagley, Gerald |
| Acosta, Amparo | Antilles Vero Beach, LLC | Bahl, Ashima |
| Acosta, Carlos | c/o Ironwood Development | Bailey, Gary and Kristi |
| Adams, Candace H | Anton, Kevin and Joann | Bailey, Georgia |
| Adams, Edward | Antoni, Barry and Marilyn | Bailey, Robert and Anne |
| Adams, John and Andrea | Arango, Oswaldo | Bailey, Vickie |
| Adams, Kevin | Araujo, Marcos | Baker, Garry/Lynn |
| Adams. David Creston and Frances | Arbelo, Luis and Fatima | Baker, Joseph and Brittany |
| Carolyn Box | Arcese, John and Mary | Baker, Omar and Adrianna |
| Adaniel, Jesue & Amy | Archer, Steven and Anja | Balan, Kirenia and Jorge |
| Adcock, Jerald/Melissa | Areces, Miguel and Jacqueline | Balassone, Arthur and Barbara |
| Adhin, David and Perlene | Aria Properties, LLC | Ballard, James Monty and Suzanne |
| Aguilar, Eleanor | Arias, Evelyn | Ballard, Mildred |
| Akers, Christine & Robert | Arias, Mirtha | Bank Plus/Mercado |
| Alava, Alicia | Arif, Mohammed | Banks, Jeremy and Carla |
| Albano, Carol | Armstrong, Clayton and Amy | Banner, William and Kitty |
| Albert, James & Mariamma | Armstrong, David and Bonnie | Barber, Reginald/Constance Barber |
| Alcindor, Nevinsthon & Marlen | Armstrong, Richard John and | Barcia, Aurora |
| Alexandre, Dieuseul and Marie | Virginia Shelley | Barker, Marion Knox |
| Alfonso, Cindy | Arnaud, Lester and Catherine | Baron, Allen |
| Alford, Edgar & Rita | Arnold, Lee and Maureen | Barone, John and Heather |
| Allard, John C. | Arroyave, Angela | Barragan, Fernando & Barbara |
| Alldredge, Emily and Rufus | Arsenaux, Everiste and Lizette | Barranco, Johnny |
| Allen, Andrew and Nicole | Asad, Issa and Noha | Barreca, Antoine and Nicole |
| Allen, Brookman/Carolyn | Ashley, Tatiana | Barreca, Corinne |
| Allen, Kennith & Cora | Ashmore, John Britton | Barrett, Larry Van |
| Allen, Patricia S. | Athouriste, Herold | Barrios, Orlando/Escalona, Amarilis |
| Allen, Shane and Nicole | Atkins, Lynard | Barrios, Reggie |
| Almeida, Jeff | Atkinson, Christopher and Kristin | Barrow, Clarencea nd Marion |
| Alonzo, Judy | Atkinson, William | Barry, Scott and Judy |
| Alvarez-Farre, Emilio and Martha | Auerbach, Suely | Bartels, Kerry & Marie |
| Amato, Dean and Dawn | Auger, Jerry and Susan | Bartholomen, Alexandra and Craig |
| Amaya, Jose/Hernandez, Reyna | Austin, John | Bashein, Joyce |
| Ambroise, Donald | Avalon Preserve Condominium | Bass, William |
| Ameneiro, Sandra and Gino | Association, Inc. | Batteau, Michael |
| Amerson, Amy Louise | Avello, Daniel and Isbel | Battista, Leo--c/o Louis Battista |
| Ames, Vickie H. | Avery, Janet | Baudier, Monette |
| Amey, Tim and Nickie | Awadallah, Mazen | Beard, Marilyn |
| Ammirato, Salvatrice | Awalt, Donald/Awalt, Tatiana | Beasley, Austin and Betty |
| Ammons, Dana and Rick | Axelrod, Leonard and Rivka | Beauvilet, Jean Louis |
| Ancira, Chris and Lilah | Co-Trustees of The Leonard and | Becker, Larry |
| Anders, Thomas G. And Nicole P. | Rivka Axelrod 2007 Revocable | Bel Burgo, Carlos and Leonor |
| Anderson, James and Elizabeth | Trust | Bel Sole Condo Owners Assn. |
| Anderson, Mark | Ayers, James and Leona | Belfiglio, Mark |

Bell, Gerald and Helen
Bello de Bachek, Nilda
Belson, Luydmila
Benesch, Paul
Benjamin, Jack and Claire
Bennett, James and Barbara
Bennett, John F. & Mary
Bennett, Stephen and Jennifer
Bennette, Lillie & Joseph
Benullis, Stephen and Michelle
Beringhaus, Robert
Berman, Seth and Ginger
Berra, Dale and JaneWoodruff
Henry and Nancy Woodruff
Berson, Gloria and Fuhrman, Keith
Bertram, Beresford and Theresa
Bertucci, Ronnie
Besson, Ellen and Michael J.
Bettencourt, Virgil and Mary
Beverly, Martin and Erika
Bicehouse, Daniel and Tracy
Bidigare, Susan
Bienemy, Eric and Gina
Billy, Ronald/Tabitha
Bilski, Walter and Tracey
Birnbaum, Scott and Mary
Bishop, Brian
Bissoon, Suresh and Oma
Bizarro, Julio
Blackhawk Reserve JV/Regency Constructors, LLC
Blacklidge, Rhonny
Blalock, Pete
Blanco, Christopher and Cristina
Bloom, Andrew and Ina
Blue Water Condo Association
Bo, Theresa
Bobinger, Lisa McQueen and Brandie
Bobrow, Scott and Cheryl
Boersma, Kenneth and Victoria
Boggs, Garyl and Penelope
Boham, Keith and Allison
Bolden, Thomas/Smith, Monica
Bolton, Wade
Bolyard, Christopher and Rachel
Bonamour, Mikea nd Deborh
Bonamy, Robert David, Jr. and Jennifer Ann Bonamy
Bond, Arthur A. and Marilyn J.
Bongiorno, Salvatore and Arlene
Bonnecarrere, Wavi Lee
Bontu, Prakash R. and Rupa
Boothe, Neil
Boquet, Edwin
Bordy, Agnes
Borgardt, David & Kathy
Borges, Haroldo

Borkowski, Julie and Stephen
Borne, Carol
Borodiak, Ivan
Borrello, Donna M./Thomas W. Stallings
Bosarge, Deborah
Bosarge, Deborah
Botterill, Thurburn & Caroline
Bouanchaud, Janine
Boudreaux, Virginia R.
Bound, Brenda
Bourdon, Lucille
Bourgeois, Bryan & Sandy
Bourgeois, Jason and Felicia
Bourgeois, Richard and Gail
Boxe, Kevin and Roxann
Bradford, Deborah
Bradley, Jimmy and Louise
Brady, John and Joann
Brady, Michael and Barbara
Braithwaite, Judy
Brand, Maryann
Brandolino, Rose
Brandt, Sherolyn V.
Braun Enterprises
Braun, Michael and Ilana
Braun, Steve and Helen
Bravo, Cossette & David Ilanes
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Brereton, Matthew
Bretzman, Carl Jr and Amanda Additional Occupants: Trey (son 10); Brandon (son 6); Kassidy (daught-1)
Bridges, Paul E. and Marie J. Bridges
Briscoe, Hopeton
Brito, Juan
Brittain, James and Caroline H.
Brogdon, Carl and Stacey
Bronaugh, David and Heather
Brooks, George
Brotbeck, Charles and Sandra
Brown, Ada and Hillary
Brown, Dorene
Brown, Faith
Brown, Habdon and Carla
Brown, Judalyne Brown
Brown, Larry
Brown, Ronald T. & Marilyn
Bruce,Jamie and Erick
Brumfield, Ollie and Andreienne
Bryant, Robbie and Lizabeth
Bryda, Louis and Karen
Brynn, Gerald E./Betty J. Brynn
Buckingham, Keith/Fasenda, Jose
Buckley, Brenda

Buckner, John/Paige Buckner
Bunn, James & Michele
Burgess, George and Karen
Burgos, Philip and Robbin
Burke, Jules and Barbara
Burke, Thomas & Mona
Burkman, Ken/Puello, Rosi
Burns, Robert E.
Burrus, Jordan
Burt, James and Janie
Burzotta, James and Rita
Bush, Charles and Judy
Bustamante, Jaime and Lynda Guzman
Butler, Hilliard and Sheral
Butler, James and Joycelyn
Buxton, Darren and Tracy
Bynum, Denese
Byrne, Gertrude
Caballero, Talishia
Cahill, Thomas and Susan
Caliguirie, Jacob
Caliper Capital of Florida, LLC
Callahan, Donald and Joanna
Calvo, Jeannette/Martinez, Tyronne
Camastro, Francesco and Georgina
Cameron, Christine
Caminita, Jennifer and Frank
Cammarata, Louis and Michelle
Camp, Michael (Toral)
Campanelli, Larry and Karen
Campbell, Ana Marie
Campbell, Daniel and Joan
Campbell, Janet Olive, as Trustee of the Bryan Olive Trust U/W July 12, 2006
Campbell, John
Campbell, Thomas/Kelli
Campola, Patsy and Maureen
Canciglia, Michael/Runda
Candela, Hilario
Cannestor, Michael and Enny
Cannistraci, Darlene
Canty, Honore and Elaine
Capizola, Edith
Caputo, Mark and Lisa
Carambat, Jr., Joseph
Carbone, David and Rachael
Cardenas, Albert and Lidelis
Carillo, Lou and Marge
Carlin, Charles and Yvonne
Carr, Craig/Windsor, Jill
Carr, Patrick E. Jr.
Carraway, Richard T/Linda Carraway
Carrion, Kathy
Carter, Alexis and James
Carter, Daniel

Carter, Jack Jr.
Carter-Smith, Jill
Caruso, Leanard and Cheryl
Carvajalino, Carlos
Case, Ronald
Casey, Hugh
Cash, Charles and Barbara
Casper, Bruce
Cassagne, Jordan and Brande
Cassanova, Filberto
Cassard, Jesse and Angela
Castaneda, Juan Carlos
Castillo, Alexis
Catalano, Pete and Annett
Catalano, Thomas and Faye
Catalogna, Michael and Phyllis
Cathcart, Carolyn
Caudle, Annie
Cavalieri, John and Sam
Ceglio, Carmine
Ceminsky, Gerald and Margaret
Cerna, Fernando and Cristina Jones-Cerna
Ceruti, Ronald and Sharon
Chadwick, Mark W.
Chanderdat, Jairaj and Taijrance
Chandler, John Eric
Chandler, Leslie
Chandra, Shalini
Chaney, Wesley M./Shelia D. Chaney
Chapados, Renee and Pierce, Lonnie
Chaplin, David and Arlen/c/o Evan Seif, Esq.
Chapman, David and Denise
Chapman, Duane & Sarah
Chapman, Patrick & Elizabeth
Charles, Frantz and Damaris Paulin
Chatman, Funell and Gail
Chavin, Valerie/Shmuely, Rami
Chavous, George and Lorine
Cheeran, David C. and Mary
Chery Jean-Robert and Presina
Chestang, Russell
Chester, Cheryl/Fischer, Donald
Chiappetta, Kevin and Karen
Chiarelli, Zopito and Palma
Child, Quinn and Cheri
Childress, Patricia
Chladny, Ray and Stafford, Debbie (Toral)
Chowdhry, Pervaiz
Christensen, Richard and Linda
Christian, Firdie and Deyse
Christian, Kevin
Christiansen, Steven and Jamie
Chrusz, Ryan and Kelli

Chutz, Lily Rose
Cianfrini, Jerry
Ciaramitaro, Dominic
Cindrich, Jeffrey and Tamara
Cintula, Theodore
Clague, Randy and Lisa
Clark, Charles E.
Clark, Jason
Clarke, Glen
Clarke, Michael and Peggy
Clarke, Roger
Clarkson, Arthur, Administrator of the Succession Of Mary Clarkson DeArmas
Claybaker, Richard W. and Klingsick, Judith D
Clement, Paul and Schexnaydre, Celeste
Clouse, Ronald and Eileen
Coats, Chuck
Cohan, Bradley
Cohen, Carol
Cohen, Elizabeth
Cohen, Jan and Michael
Cohen, Richard
Colby, Richard and Susan; Jordan, Nathan and Nickens, Florette
Cole, Harley and Brenda
Coley, Bryan and Harmony
Collepardi, Frank and Catherine
Collignon, Robert
Collins, John and Brenda
Conner, Virginia
Conrad, Formica/Fayard, Crystal
Conroy, John & Sandra
Constantino, Anthony and Iraida
Conte, Margaret Ann
Coogan, Kevin and Stella
Cook, Clay
Cook, Thomas and Martha
Coombs, Donald
Cooper, Andy
Cooper, Herbert "Kit"
Cooper, Jon and Sondra
Cooper, Obadiah/Lakeisha Cooper
Coords, Maria
Copeland, Justin and Kelly
Copello, Victor and Pamela
Coplin, Jose
Corcos, Menashe and Robin
Cordier, Gregory and Jean
Corell, Roberto and Angela
Corley, Kyle & Lorie
Cornwell, Burl and Sondra
Corr, Thomas Leo, III/Marchetti, Shawn
Costoya,, Armando and Ileana
Costoya, Jose and Maria

Cotlar, Sideny & Diane
Cox, Donnis P. and Thomas
Cox, Maria and Robert Shane
Cox, Shawn and Lisa
Craig, Bill and Jill
Craig, Brandy & James
Cramer, David and Denise
Crane, Jimmy
Crawford, Dawn and Scott
Crawford, Gary & Linda
Crawford, Michael
Crawford, Monique and Elaine
Creech, Raymond D. and Corrye
Crispino, Peter and Mary Ann
Cronin, William and Margaret
Crosby, Patrick and Jennifer
Cruikshawk, Craig and Jennifer Cruikshawk
Csakanyos, Renata and Antal, Gyorgy
Cucci, Jacqueline
Cuddapah, Prabhakara and Ramathilakam
Cuellar, Javier and Echeverri, Laura
Cuevas, Marvin & Angela
Cullin, Thomas and Delcie
Culpepper, Jonathan and Cindy
Cummings, Barrington/Brown, Annmarie
Cummings, Mark
Cuningham, Eddie
Cunningham, Dennis and Susan
Cunningham, Jean
Curcillo,Cynthia as attorney-in-fact and next friend of Ann Curcillo
Curthards, Nicholas
D'Agresto, Lewis
D'Ambrosio, Angelo and Deborah
D'Ambrosio, John and Pamela
D'Amico Michelle and Daniel
D'Angelo, Mara & James
D'Loughy, Daniel J.
Dabalsa, Ricardo
Dacosta, George
Dalmage, Dilworth & Hyaciinth
Daly, Patricia
Daniel, Michael & Monica
Daniel, William E. and Grace E.
Daniels, Kimberly Carroll
Daniels, Rita
Dano, Robbin
Darden, Reggie
Darmodihardjo, Denny and Tammy
Dauterive, Valliere, Margaret and Savoy, Ann Dauterive
David, Tony and Bethany
Davidson, T. Blake
Davis, James and Nancy

Davis, Jesse
Davis, Matthew and Tricia
Davis, Michael and Santagata, Paul
Davis, Wendell and Maritza
Davy, Christopher
De Los Santos, Rosibel and Brian
Deakins, John and Beverly
Deane, Robert and Lois
Deano, Madeline T.
DeBenedictis, Frank & Deborah
DeCambre, Nadine and Pansy
Decker, Enid and Harriet
Defalco, John
Defusco, Rob
DeHenese, Neil and Yolanda
Deitsch, Erik and Elizabeth
Dejan, Charlotte
Dejan, Leroy and Ann
DeJesus, leslie
Del Torro, Gilbert and Zamira
Delbusto, Barbara
Delgado, Johnnie and Aimee
Delpapa, Pamela
Demers, Jeff and Audra
Dempsey, Timothy (Trustee)
Denkhuas, David and Diane
Dennis, Jack, Jr. and Sabrina
Dennis, Patrick and Kathleen
DePirro, Stephen
DePompa, Angelo and Bianca
Derzhko, Miroslav
DeSchamps, Adam and Bobbie
DeSola, Nick and Heather
Despino, Jason and Brandy
Despote, Eddie & JoAnn
Desrosiers, Marie
Deutsch, Hunting and Mary
DeVita, Gerard and Ellen
Dew Five, LLC, c/o Richard & Gilda Podber
Dewberry, Patricia
Dharamsey, Shabbir
Dhawan, Ajay and Ritu Chada
Diallo, Alfa and Molero, Karla
Diamond, James and Heidi
Diaz, Fernando
Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)/Pelican Point Properties, LLC
DiFillipo, Steven and Kathleen
Dileo, Carl
DiMaggio, Juanita
Dinitto, Patrick and hevanilson Magalhaes
Dion, David and Parks, Eunice
Dishauzi, David
Dishauzi, John and Rose Marie

Doby, Brenda
Dodge, Dale and Beverly
Doering, Paul
Dolinsky, Chanel
Dominguez, Antonio and Zenedia
Donaldson, Malcom & Kelli
Donlon, Barnaby and Martina
Donnelly, Jerome and Daphine
Donnelly, Paul and Carrie Westphal
Donston, Cubby
Dontje, Mark and Katherine (Toral)
Dontje, Mark and Katherine
Doran, Candy
Doreus, Gerta
Doria, Vincent and Mary
Dorsey, Glenda F.
Dowdy, Alfred and Joyce
Dowling, D.J. and Andrea
Doyle, Theodore & Brenda
Drake, Walter L.
Druand, Pedro and Alice
Dube, Tim and Laura
Dugan, James and Kathleen
Duggins, Bruce and Maria
Duhon, Christopher and Kimberly
Dukes, Donald
Dunbar, Jean
Dunne, Cahal
Dupre, Ross and Marlo
Dupuy, Cullen and Mary
Durham, Scott and Heather
Duval, Jean and Marie Jacquet
Dye, Eileen (Toral)
Dykes, Kathleen
Earnest, Matthew Brent
Ebersole, Maria/Architectural Alliance Holdings, Inc.
Edelman, Michael
Edmonds, Johnny Lee
Edmondson, Willie and Margarita
Edward, Curtis and Kristine
Edwards, Cecile
Edwards, Trenice
Effron, Roger and Salley
Efries, Nathan and Patricia
Egan, Michelle and Giancario Lee
Eidson, Austin
Eisenfelder, Scott and Jilea
Eleuterius, Gregory and Elizabeth
Eleuterius, Marshall and Tasha
Elkins, Joseph
Elliot, Dezman
Elliott, Rogert (Toral)
Elliott, William & Mary Ann Fryc
Ellis, Rayford H. And Kristin Lyn Ellis
Elmore, Lillian
Elmurr, Johnny

Elorriaga, Mikel
Elsenberg, Brian and Lauren
Elzein, Hassib
Emerald Greens at Carrollwood, LLC
Enslen, Robert Grady
Enyart, James and Constance
Epstein, Kim
Eskenazi, Anna and Mark
Esmail, Nasim
Espinal, Joseph and Fabiola
Espino, Julio and Evangelina
Ess, Thomas and Judith
Estadt, Barry and Jean
Esteves, Jose
Etter, Steve and Cathy
Etzel, William Todd and Rebecca
Eubank, Richard
Evans, Cynthia Kay
Everett, Michael
Eze, Joann
Ezekiel, David & Suzanne
Faber, Fred and Irene
Fairburn, Tom & Cherie
Fairley, Billy and Mary
Fairley, Donald Larry
Fairley, Robert and Barbara
Falke, Kenneth & Maureen
Fallmann, James & Barbara
Fandetti, John
Farmer, Richard, Connie and Tracie
Farmer, Sherry
Farve, Beverlie
Fasano, Jack
Fath, Tom
Fayard, Amanda
Fazande, Dwayne and Latanja
Fechik, Deborah and Stacker, Edwin
Feeney, Fred and Susan
Feinberg, Manley and Diane
Feler, Svyatoslaw/Smolyanskaya, Yelena
Felicetti, Steven & Gayle
Fellows, David
Felton, Kerturah
Ferguson, Howard and Anna Catherine
Ferguson, Kejuana and Livingston, Jr.
Ferguson, Lee and Melinda
Fergusson, Monica
Fernandez, Damian
Fernandez, Jorge and Michelle
Fernandez, Jose and Lissette
Fernandez, Vernon and JoAnn
Ferraro, Brenda and Lee
Ferrell, John

Ferri, Albert and Francine
Feuerberg, Bryan and Emily
Field, Theodore and Leslie
Fifteen B's, LC/Bruce, Isaac/Santangelo Carl
Figueroa, Kathryn
Finch, Jerry
Finch, Joan
Fincher, Randy
Finke, Margaret c/o Castillo, Ronda
Firmani, Terry Lee
First East Side Savings Bank
Fischer, Dirk & Svetlana Fisher
Fisher, Norman and Andres
Fisher, Steve and Corrinn
Fitz-Patrick, Michael/Karen/KSK Investment Group, LLC
Fitzmorris, Mireille McLain
Flaherty, Sean
Flanagan, Barbara C. & John Bowman
Flanagan, Jane
Flanagan, John and Mary
Flattmann, Grady and Laura
Fleck, Joe
Fleming, Alan
Fleurantain, Toussaint and Bernite
Flores, Julian and Nathalia Cora
Florida Watefront Holdings, LLC
Floyd, Leroy and Bernadette
FMY Ventures, LLC
Fodor, Amy and Angelo
Fogle, James & Tecquinette
Foote, H. David
Forbes, William and Mary Lois
Ford, William and Melanie
Formice, Conrad
Forrest, Adrian and Wendy
Forrester, Ronald
Foster, Katherine
Fothergill, Zen
Fowler, David and Martha
Fox, Edwin and Lisa
Foxwell, Craig and Linda
Frais, Berenise and Sherley/Frais, Jonah
Franatovich, Mitchell J.
Frank, David and Catherine
Frank, Stephen (Esquire)
Franklin, Doris
Frawley, Don and Amy
Frazier, Larry and Dorothy
Freeland, Andrew and Emily
Freeman, Curtis
Frenchman, Beth
Frenz, Ray
Frew, Brian and Susannah
Fuchs, Steven

Fuentes, Rolando
Fulks, Bonnie and Richard
Fuqua, Kelly E.
Gagnard, Gary
Gaita, Gina (Promenade)
Galatas, Bernadette
Gall, Earl and Gywnn
Gallo, Louis
Gallotta-Dimassi, Cheryl
Galloway, James and Cynthia
Galloway, Jason and Deborah
Gallucii, Gary/Patricia
Galluzzi, Joseph and Heather
Galvin, Larry and Rene
Gamboa, Hernan
Gammage, Dr. Dan
Gandhi, Shailesh and Hemangini
Gant & Shivers Homes, LLC
Ganucheau, Renee
Garcia, Gabriela
Garcia, Jesus/Fernandez, Julio
Garcia, Lorena and Angela
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Gardner, Francesca and Brian
Gardner, Winston and Joyce
Gareave, Sterling and Jean
Garrett, Philip & Courtney
Garrett, Roger
Garton, Timothy
Gascon, Ed
Gatlin, David
Gatto, Charles
Gaussiran, Maxi
Gay, Diana
Gaynor, Peter and Tracy/Ackerman,Lillian
Gazzal, Joseph and Candace
Gazzier, Neoma
Geensburg, Cary
Geissler, Arthur and Sherry
Gelosa, Guiseppe and Rosa Mosca, Roberto and Lina
Gels, Daniel and Michelle
Genoune, Meir
Genovese, Karen
George, Christopher/Vacca, Natalie
George, Faith
Geraci, Vincent & Joan
Gesualdo, Domenic and Darlene
Ghafari, David
Ghate, Bageshri andDilip
Gibbs, Michael Ray and Eileen
Giffoni, Carlos
Giggey, Richard and Linda
Gilbert, Tony & Ann
Gilberti, Jeffrey and Chrissie
Gill, Russell and Ashley

Gillane, William and Maureen
Gillard, Rudean
Gillespie, Thomas J.
Gilligan, Brian and Carina
Gimenez, Adriana
Glaum, Leroy and Virginia
Gleason, Herman and Deborah
Glewa, Garrrett
Glick, Brad
Glickman, David and Joan
Glover, Bonnie J. And Craig
Gobos, Peter V.
Godwin, Pamela and Jack
Godwin, Richard and Bridgette
Gody, Anthony/Candace
Goldblum, John and Shirali, Asmita
Goldstean, Samel
Goldstein, Cindy
Goldstein, Marh and Nina
Gomez, Alfredo/Sylvia
Gomez, Axel and Nicole
Gomez, Gerogina
Gonzales, Angela and Saul
Gonzales, Nina
Gonzalez, Adalberto and Annette
Gonzalez, Dolores
Gonzalez, Hender and Kathrine
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gonzalez, Omar, Victoria and Miriam Velez
Gonzalez, Reinaldo and Kariana
Gonzalez, Roberto/Rivera, Fernanda
Gonzalez, Victor/Socarras, Yelene
Gonzelez, Oscar
Goodspeed, Jeff and Tracy
Goodus, Richard and Jane
Gopal, Renganathan & Induleisha
Gordon, RoseMarie
Gordon, Russell and Judy
Gotreaux, Dustin & Korie
Gottlieb, David and Lindsey
Gottlieb, Howard
Gottlob, Alan and Toni Ann and Melchiorre, John and Barbara (Tenants in Common)
Gottung, Douglas and Dolores Florio
Grace, Khadijeh
Graham, Marlene and Jay
Graham, Michael/Dayton, Glenn
Graham, William & Martha/Betty M. Harrod Trust/Trust for the Benefit of Martha H. Graham Under the Betty M. Harrod Trust
Grajales, Beatriz

Grant, Olga and Ross
Grasmeier, John and Marie
Graves, Chance Rio and Miriam
Gray, Bernard
Greco, Vincen
Green, Colin and natasha
Green, Jeffrey and Michelle
Green, Vaneen
Green, William and Jamie
Greenberg, Jason and Susan
Greenberg, Robert and Barbera
Greenblott, Charles
Greene, Craig and Kristin
Greenwald, Mike
Greer, Matthew & Olivia A.
Greever, Jeanne
Gremillion, Paul and Andrea
Griffith, Alan & Zoe
Griffith Richard and Olga
Griffiths, Lilly C. Gaye
Grippa, Vincent and Virginia
Gritter, Joseph and Catherine
Groce, Sue H.
Groom, Richard and Pamela
Gropp, Terry/Hilary
Grote, Joe and Janet/Danielle K and Julia Ruth Grote
Grundvig, Arlen & Brooke
Gudding Tiffany
Guerra, Darlyn
Guerrazzi, Diego & Magaly Nano
Guerrera, Anthony and Debbie
Guerrero, Nelson and Gretty Mendoza
Guidry, Christopher and Jerene
Guidry, Richard and Amy
Guillory, Gregory and Cynthia
Guillot, Eno and Frances
Gulf Reflections Condo Assn
Gulf Shores Surf & Racquet Club/c/o Thomas E. Brett
Gumina, Frank
Gumpert, Melvin and Shirley
Gurley, James F.
Gutierrez de Garcia, Jose and Maribel
Gutierrez, Victor and Bibiana

Hafeez, Muneer and Khalida
Hagmaier, Ray & Dyana
Haiman, Phillip
Hajela, Kuldeep and Karuna
Hakenjo, Candace and Todd
Hall, Eric
Hall, John and Denise
Hamilton, Wayne
Hammersley, Philip and Susannah/Watt, Dana and Kelly
Hamrick, Rebecca
Hand, Lincoln & Mimi Wade
Hand, Lincoln and Mimi
Hansen, Curt and Carrie
Hansen, Deborah (Debby-Ann)
Hanson, Rene
Haralson, Tommy and Sandra
Harbour, Jim and Jennifer
Harikrishnan, Sundaram and Jeeva
Harkins, Rochelle Frazier
Harmer, David and Heidi Kay
Harmon, Dennis and Nancy
Harper, Robert D.
Harrell, Jason & Melissa
Harris, A. Brent & Judy
Harris, Anthony Richard
Harris, Hugh and Elizabeth
Harris, Norman and Corliss
Harrison, George
Harrison-Wiley, Adria
Hart, Jesse and Sheila
Hartfield, Linda and Robert
Hartley, Loren
Hartmann, William/Karen
Hartz, Charles and Joy
Hary, Michael/Sarah
Hatcher, Brian and Amanda
Hatten, Gabriel
Hatzokos, Aris and Angela
Hawkins, Robert and Melissa
Haworth Holdings, LLC
Hay, Robert and Maria
Hayek, Michael and Hensley
Hayes, Brian D.
Haynes, Elvis and Coral
Hayre, Harbhajan

Hebert, Deborah
Hebert, Loney and Vickie
Heck, Joshua and Kelly
Heckman, Gary and Hall, Katherine
Heller, James and Barbara
Helm, Melina
Helmkamp, Christopher and Zivile
Henderson, Jason
Henderson, Linda
Henry, Frank
Henry, Michael and Joanne
Hensley, Donna
Henson, James Meredith
Herbert, Jason and Shanique
Herbert, Ken and Margot Foglia
Hernandez, Cynthia and Pedro
Hernandez, Divaldo and Migdalia
Hernandez, Ernest
Hernandez, James (Tripp) and Sherri
Hernandez, John and Diane E.
Hernandez, Jose & Concepcion
Hernandez, Marla
Hernandez, Nicolbe & Sepia Reid
Hernandez, Tatum and Charlene
Herrera, Vicente and Maria
Hertel, Larry and JeAnne
Hewitt, Margie
Hick, Todd
Hickey, William
Hidalgo, Tony and Sidney
Hidalgo, Tonya and Sidney
Hierholzer, Brian and Meena
Hill, Chris
Hiller, Billie
Hitt, James and Tammy
Hoagland, Lawrence and Ann
Hochman, Todd and Michelle
Hodge, Debra
Hoffman, Marvin and Dorecia
Hogan, Barbara
Hogan, Christopher & Kristen
Hogan, Rober J. and Joanne
Hoit, Charles and Leta
Holder, David
Holland, Diane

Holleman, Timothy and Lisa, (individually and on behalf of their minor child, Matthew Holleman)
Holley, Charles and Heidi
Holley, Charles and Heidi
Holliman, Jimmy & Debra
Holmes, Christine M.
Holmes, Elena
Hontzas, Betty
Hopkins, Terrell and Raeshonda
Hopmayer, Peter
Hopper, Dean and Dena
Horton, Jamie and Kimberly
Horvit, Adam and Marilyn
Houston, Debra (Promenade)
Hovis, Michelle
Howard, Agnes and Terril, John
Howard, Cynthia
Howard, Evelyn
Howard, Hillary
Howard, James and Carol
Howard, Walter
Hoyos, Hernan
Hubbell, Wendy/Cimo, Christy
Huckabee, Harold
Huckaby, Brian
Huckaby, Michael and Jennifer
Hudson, Adam
Hudson, Arthur
Hufft, Val and Audrey
Hulsey, Charles and Sarah
Hunter, Stephen and Patricia
Hunter, Thaddeus L. & Pamela R.
Hurley, Harry/Rosemarie
Huzey, John/Brennan, Chun
Iannazzi, Ronald and Florence
Igercich, Richard
Igl, Patrick
Inglis, John and Luella
Insco, John and Ruth
Investment Leaders, LLC

Ivory, James and Maria
J. H. P. W., LLC/Wade Ward, Member
Jackson, Anthony
Jackson, Douglas

Jackson, Leonard and Juliet
Jackson, Ronald
Jackson, Senora B.
Jackson, Stephen and Graciela
Jackson, Steve and Pam
Jackson, Terrell
Jackson, Valerie
Jacobsen, Kevin and Rhonda
James, Janelle
James, Jason and Jessica
James, John and Imie
Janssen, Richard/Tamara
Jaquez, Frank
Jaramillo, Consuello and Martinez, Ana
Jarrell, Chad and Darlene
Jarvin, Francis and Kathy
Jastremski, Florence
Jeannot, Welcemen & Kathleen
Jendersee, Melvin and Cary
Jerone, Victor
Jesus, Manuel and Liliane
Jimenez, Camilo
Jioia, Robert and Lori
JJ Hill, Brace & Limb Co.
Joachim, Ronald
Johnson, Charles and Molly
Johnson, Christopher & Loray
Johnson, Christopher Brett
Johnson, George and Millicent
Johnson, Michael and Janet
Johnson, Paul
Johnson, Paul and Caron
Johnson, Steve and Knoth, Mark


Johnson, Willie L. Jr.
Johnston, Jerry and Linda
Johnston, Victoria
Jones, Charles and Myrna
Jones, Gail
Jones, Roosevelt and Green, Barbara
Jones, Roy
Jones, Steven and Jessica

Jordan, William
Joseph, Booker & Brenda F.
Joseph Fernandez Additional Occupants: Megan Cobb (fiancé)
Joseph, Kesnel and Francine
Joseph, Mark and Jody
Josephson, Anthony and Philomin
Judge, Richard
Julian, Marcelo
Kalish, Joshua and Ling
Kallas, John & Katherine
Kampf, Richard and Patricia
Kapit, Arthur and Michelle
Karaian, George and Bernadette
Karl, Peter and Donna
Karp, Herbert
Kasakowski, Lawrence and Diane
Kasl, Paul and Melody
Kata, Carlos/Carolina
Katherine Dutten Wallace Trust
Kaufman, Jeffrey M. and Linda G.
Kazor, Joseph and Patricia
Kee, Michael and Pamela
Keenan, Brian and Shannon
Kehoe, Molly
Keller, Brad and Kerry
Kelly, Francine M.
Kelly, P. Clarke and Kathy G.
Kenney, Catherine and Danny
Kent, T. Jack
Kern, Kevin Mark
Kerr, Anna
Kessler, David and Amanda
Kesterson, Stephen and Rachel
Khimani, Zareen
Killen, Cindy
Kim, Charles and Helen
Kim, Jennifer J. and Phil Won Suh
Kim, Nina
King, David and Mary
King, Gregory G.
Kingsnorth, Bob and Grace
Kirn, Joseph Douglas and Linda
Kirsch, Yoshi
Kittrell, Glenn Allen and Fawn G. Kittrell

Kittrell, Mark Charles and Laurie Lynn Kittrell
Kitts, Corey and Monique
Klemann, Travis John
Klemm, Timothy

Klien, Lee
Klujian, Matthew and Sirarpi
Knapp, Russell and Jonas, Audrey
Knight, Marshall J., Sr.
Knock, Luther David
Knouff, Johna nd Jacqueline
Koc, Jeffrey and Lori
Kokoszka, Jason and Heather
Kol, Dan/Phalla/Kol, Frank/Jennie
Kolbenheyer, Howard
Kolich, John and Susanna
Kornegay, Kim P. and Mona J. Kornegay
Kottkamp, Jeffrey and Cynthia
Kovacs, Michael and Judith
Kozlowski, Michael
Kraham, Stuart
Kranstover, John and Linda
Kraut, Lee
Kroll, Brian and Naida

Krulik, Holly and Douglas
Kuhne, Erica
Kuhner, James/Laine, Janet
Kupfer, Larry and Robin
Kurutz, Barbara and Stephen
Kynard, Horace and Kimberly
L&L South Florida Realty, LLC
L&M Estates
La Fleur, Marius and Wendy
LaCroix, Jim
Ladner, Brent & Stacy
Ladner, Daniel Christian
LaDow, Gilbert and Dolores
Lagano, Sasha
Laguerre, Lucien
Lahey, Patrick
Lahn, Gerard & Karen

Lake, William and Jacqueline
Lake Worth Real Estate, Inc./Regency Constructors, LLC/Greyhawk
Lakind, Alan and Linda
Lalama, Frank and Romy
Lamadore, Gary
Lamarque, Carroll, Jr., Carrol Lamarque, III and Robin Lamarque
Lamma, Husein
Landry, Floyd
Landry, Gerard and J. Leatrice Kiefer (homeowner)
Landry, Decker and Julia (landowner)
Landry, Justin and Renee
Lang, Joe & Amy
Langdale, James
Lange, Janet
Langfeld, Stephan and Sabine
Langlois, Rebecca and Robert Roth
Lapidot, Ori
Laraque, Jean & Gueldie
Lartigue, C.W. & Margaret
LaSala, Anthony and Brian
LaSalle, Julio and Carmen
Lasserre, Paul
Latona, Giovanni/Christine
Lattanzio, Frank
Laudermilk, Richard and Jewelstine
Lauer, David and Dolores
Lawrence, Ericka & Cornelius
Lay, Stephen and Kristen
Lea, Chris and Julie
Leben, Roger and Janet
LeBlance, Calvin and Sara
Ledet, Trisha and Darryl
Ledford, Samuel
Lee, April
Legendre, Eugene
Legendre, Paul and Janet
Leger, Lolly J./Hayden, Leslie J.
Legere, Michele
Legland, David and Sharon
LeJeune, Michael and Melissa
Lemmon, Dennis and Helen
Leon, Maria Elena

Leonard, Jeff
Lescault, Henry
Leslie, Kathleen
Lessick, Michael
Lester, John/Jaycine/Schiller, Larry
Levin, Ronald and Carol
Levine, Daniel and Tamara/Joie D. and Landon D. Levine
Levitan, Lev & Rosaliya Makarchuk
Levy, Kenneth and Lynn
Lewinger, Elizabeth
Lewis, Barbara
Lewis, Christopher and Natalie
Lewis Eloise
Lewis, Jared and Emily Ella
Lewis, Lesley
Lezama, Juan Carlos
Libertella, Rocco
Lief, Matthew and Delores
Lightle, Kenneth
Lim, George & Percy
Limbach, Richard A.
Lincoln, David and Margaret
Lindner, Thomas
Lindsay, Horace and Donna
Lippold, Patricia/Hibbs, Janet
Litten, Randall
Litus, Rodney and Suze
Livaich, Peter/Twin Crest Associates, LLC
Livesay, Michael J.
Lizotte, Richard and Robichaux, Ronald Jr.
Lizotte, Richard and Susan
LLG Investment Properties LLC
Lobb, Karol and Tatiana
Loftis, Dell and Lydia
Logan, Jamie D.
Logie, Kevin and Nicole
LoMonaco, Philip and Deborah
Loney, Christopher & Rochelle
Lopez, Christie
Lopez, Javiel and Natiai
Lopez, Jose Juan and Carmen Monsalve
Lopez, Stephen

Lorona, Karen
Louis, Adlain
Loutfy, Tarek and Andrea
Lowe, Talut, Lowe, Linton and Mercedes/Lowe, Daniel/Lowe, Arran
Lowry, Jim/Lowry Development, LLC
Luglis, John
Lukaszewski, Lynn
Lumare Properties/c/o Mauricio Reyes Henao
Lundberg, Rick
Lundy, Michael
Lunsford, Barry
Luntz, George and Adrienne
Lybarger, Rayman and Chong Suk
Lynch, Richard
Ma, Guofeng & Wei Cheng
Macario, Juan
Machado, Cleber and Sandra
Machado, Williams Bicelis and Franyelina Lopez
Macias, Juan Carlos/Hernandez, Adrianna
Macke, Casey and Adrienne
Mackie, Frank
Mackoff, Arlene & Charles
Macmurdo, William and Cornelia
Macri, Joseph and Earl Heller
Maddox, Sidney
Magdalena Gardens Condo Association
Magpantry, Maria Elaine
Mahlstedt, Steve and Martha Mahlstedt
Mahner, John
Maier, William Craft
Mailhes, Debbie
Maillot, Georges and Janice
Maloy, Jack and Louise
Maltby, Wesley and Diane
Mancini, Edward
Mancuso, Robert and Lorraine
Mandill, Jami
Mandsaurwala, Ali Asgar and Shadaab
Manes, Ronald

Marcario, Katherine
Marcinkiewicz, Michael and Lillian
Mardeni, Marirose and Roberto
Marines, John and Judy
Marino, Jonathan
Mark Brown and Tracy Brown/Additional Occupant: Hayley
Markowitz, Brian and Nancy
Marr, John
Marsell, Thomas and Peggy
Marshall, Kathryn
Marston, William & Janine
Martin, Aaron
Martin, Donna
Martin, James and Heather
Martin, Michael
Martin, Patrick and Alice
Martin, Robert & Acela
Martineau, Bill and Cynthia
Martinez, Felix and Jenny
Martinez, Gerardo/Pomares, Ivvone
Martinez, Mario and Diane
Martinez-Diaz, Dailyn
Maryfield, David
Masmela, Bryan
Mason, Fay and Michael
Mason, Hiram, Individually and on behalf of his wife Shannon S. Mason, and their minor children, Bryce L. Mason, and Hiram L. Mason, Jr
Mason, Phillip and Candace
Massachi
Masse Contracting, Inc.
Matherne, Erich & Hayley
Matthew Cotton and Melanie Cotton/Additional Occupant: Luke Cottton
Matus, Aldo and Ghedy
Matzer, Joy and Robert
Maunsbach, Kay
Maya, Adi
Maykut, Kent & Donna
Mayo, Jake C. and Emily
Mazza-Martinez, Tania and Armando
Mazzaca, Philip

McAleer, Joe
McAuliffe, Dixie and Matthew
McAuliffe, James & Carole
McCabe, Lawrence Dean
McCaffrey, Patrick
McCarty, Terrance and Sandra
McCauley, Edward and Jeanette
McCoy, Douglas & Carolyn
McCue, Michael and Ethel
McCullough, Matthew Stuart
McDavid, Fermon and Loretta
McDuffie, Claude Eugene and Jimmie McDuffie
McDuffie, Jason and Burleson
McEneany, Edward
McGarity, Megan Leigh
McGee, Tim
McHugh, Joseph and Ellyn
McKenzie, James and Elizabeth
McLendon, Brian/Stephanie
McMillan, Bill and Maleah
McNitt, David and Sharon
McPherson, William & Claudette
McVety, Michael/Terri
Medrano, Ramon/Melo, Nedy
Mekras, George
Meltzer, Marc/Carol
Melville, Maundy and John
Mendoza, Esperanza & Adolfo
Mercado, Juan/Irena
Mercado, Marvin and Martha Mercado
Mercante, Joseph and Barbara
Merclop Holding, LLC
Mesa, Mirta
Methvin, William & Deborah
Metzl, Justin
Meyer, John
Meyer, Lawrence and Elizabeth
Meyer, Robert & Lynn
Miano, Bert J.
Michaud, Claude and Laidlaw, Melissa
Middleton, Michael and Megham
Middleton, Valerie T.
Miguelez, David & Stephanie Miguelez

9

Mikita, Michael
Milano, Jason & Sarah Bennett
Miles, Carl and Tania
Miller, Alan & Christine
Miller, Bradley & Tricia
Miller, Daniel
Miller, Vickie T. Egan
Miller, William and Marlene
Miller, William and Teresa
Mills, Jeannete
Mills, Stephanie Jo
Minafri, Steven
Minor, David
Minuto, Michael

Mirakian, Samuel
Mitchell, Michael
Mitchell, Ronnie and Shirley M. Mitchell
Mizell, Fred & Taffenie
Mizne, Michael and Jeannine
Mogor, Melissa
Molero, Charles and JoAnn
Molina, Cesar and Monica
Molinaro, Joseph and Sharon
Molinaro, Peter
Monahan, Bill
Moore, Victor
Moreau, Catherine and Patrick
Morgan, Jetson and Lee
Morgan, Keith and Shirley
Morici, Mark and Maureen, individually and obo their minor children Abigail and Meagan
Morlas, Ralph and Paula
Morrison, Jeffrey/Leigh
Morton, Gary
Morton, Robert
Moser, Mary Catherine
Moses, William
Mosley, Shawn
Moulin, William and JoAnn
Moyse, Margaret A, individually and on behalf of the Margaret Allen Moyse Revocable Living Trust
Mozdzonek, Agnes
Muenchen, Stephen Sr.

Mullen, Thomas and Kathleen
Mulligan, Vincent and Virginia
Mumphrey, Frank and Gail Arcement
Murray, Brian
Murray, Paul
Musgrave, Richard and Michele
Nabors, Jason & Charlotte
Naden, Craig & Roberta
Naidus, Gary
Naustdal, Oscar and Donna
Navy Cove Harbor, a Condo Owners Association
Nearing, Wayne and Virginia
Neel, Kevin and Stacy
Nelson, Brian and Victoria
Nelson, Dick and Nancy
Nelson, Douglas and Maria
Nelson, Scott
Neste, Dave
Neumann, Allan
Nevels, Susan
Newton, Twnica N.
Ng, Winnie & CheeWah
Nguyen, Anthony
Nguyen, Katie and Khanal Luong
Nguyen, Thach Dai and Minhthu Lee
Nicholas, Gregory/Jill
Nichols, John W. and Pamela J.
Nichols, W. Barrett and Linda
Niemann, Jason and Renee
Nieto, Peter
Nijhawan, Balraj and Pushpa/c/o Pradeep Nijhawan
Njie, Josephina
Noel, Patrick & Jacqueline
Nolan, James and Adele
Noldge, Don
Norman, Louis and Patricia
Norton, James P. & Joan C.
Novello, Robin
Nukho, Michael, Edward and George
Nunez, Carmela
Nunez, Ernest and Marie
Nunez, Frederick & Lisa

Nuqui, Magno/Aracelli
Nuzzo, James
O'Brien, Wendy
O'Brien, William
O'Connor, Andrew
O'Donnell, Elizabeth
O'Hear, Anne M.
O'Keefe, James
O'Loughlin, William and Mary Ellen
O'Neil, Gerald & Brasch, Jacqueline
Oakbrook Building & Design, Inc./Regency Constructors, LLC
Oceanique Development Company
Oe, Jonathan
Oler, Danette and Raymond
Oliver, Patches & Richard
Olson, Olaf A. and Wanda G., individually and obo their minor children, Coral Olson and Marina Olson
Onori, Paul (Toral)
Orcutt, Aaron and Tracey/Gallo, Vito
Orduna, Albert and Judith
Origin Capital VII, LLC
Orjuela, Sonia
Orlando, Dario
Orlowski, David
Ornstein, Steven and Jodi Orenstein
Oropesa, Omar & Danielle Brandy & Olivia Oropesa
Orr, James S. and Barbara G. Orr
Ortiz, Amelia & Mark & Candace & Brianna
Ortiz, Leiszardo
Osaiyuwu, Ivie
Osowsky, Dawn
Oster, Don and Betty
Osterberg, David & Andrea
Otero, Edgar & Kellie Ann
Ott, Elizabeth
Oves, Jose Francisco
Ovicher, Joseph and Celine
Oxman, Samuel
Pabon, Fernando
Pagador, Tabitha

Palma, Hector and JoAnn
Palmer, Edith
Palmer, Olga
Palmer, William and Anne
Palsgraf, William and Maria
Pampel, Terry L. and Nancy J.
Panariello, Agostino and Johanna
Panessa, Bart
Panico, Frank and Fay Teller
Panneton, Ruth and Ovila
Parker, Charles and Rachael
Parr, Shelly and Kelly
Parrillo, Joseph and Dorothy
Pasentine, Judith Ellen
Patel, Mayur
Patin, Danielle
Patino, Hector
Patterson, Gary and Nicole
Patterson, Sydney Patterson, Sean
Patterson, Scott A
Patterson, Shawn and Yvonne
Patton, Fredran and Monica
Paukovich, Michael and Margarita
Pavageau, Craig and Olivia
Payne, James and Vicki
Peace, Daniel and Sharon
Peace Harbor Condo Association
Peace, Stephanie & John
Peach Harbor Clubhouse
Pedlar, Lynne
Pelland, John and Susan
Pelner, Richard and Debra
Peloquin, Michael and Erin
Pena, Adelky
Penala, Sadanandam and Neeraja Suram
Pensabene, Joseph and Patricia
Pentecost, Mary Louise
Peoples, Daniel
Pereira, Fernanda
Peres, Tony and Kathy
Perez, Edgar F.
Perez, Geraldo and Olga Alfonso
Perez, Jorge and Rosa
Perez, Louis
Perez, Tyrone and Aida

Perez-Marini, Monique C.
Perga, Anthony and Marcia
Perone, Pat
Perone, Samuel
Perrio, Carla
Perry, James
Perry, Joshua
Perry, Timothy and Tracey
Persaud, Narayan and Durpattie
Persky, Paula
Persuad, Thakur
Pestenski, Tirzah and Ryan
Petagna, Brent & Lisa
Peters, Ronald
Petersman, Craig
Peterson, Daniel
Peterson, Derrick & Robin
Peterson, Robert
Petkin, Paul and Therese
Petone, Anthony Peter
Petrella, Robert, on behalf of Albert and Annette Petrella
Petrey, Charles & Marcia
Petrorairo, Michael and Kathy
Pezze, Dan
Phan, Lisa
Phoenix West Condo/c/o William Robinson, Jr.
Piccolo, John and Ann
Pierre, Rollad
Pierson, Jan and Neil
Pike, Lisa
Pilgram, Bobby Glenn
Pilkington, Barbara and Joseph Tennet
Piper, Victor
Pisaris-Henderson, Craig and Kelly
Pitre, David
Pitter, Delroy and Jacqueline
Pittman, Bobb
Piwetz, Randy & Jeanne
Pizani, Calvin and Lindsey
Plaza, Ana Maria
Plazas, Luis and Sandra
Plotkin, Peter/McNeel, Diane
Plushko, Valentin and Nadezha
Podlasek, Christopher

Poliard, Phares
Poliseo, Daniel and Donna
Polk, Sarah
Polovin, Annette
Poplano, Mark & Linda
Poplausky, Maurice and Hanna

Porch, David and Ashley
Portsmith Condo Association/c/o Kenneth Hinkley, President
Postler, Mark & Deborah
Pote, David
Potes, Lino
Pratts, Norberto & Belgica
Pressnail, Donald and Sherron
Price, Joshua and Kimberlea
Price, Kevin
Price, Robert and Edith
Prichard Housing Authoirty
Prickett, Javis Brian and Jared Alan Kenny
Prieto, Jorge and Jennifer
Pritchard, Thomas
Proby, Joseph and Mary
Profit, Russell and Georgina
Promenade at Tradition Community Association, Inc.
Properties in Miami, LLC
Proske, Allan and Rebecca
Provenzano, John & Karen
Pruscha, Calman & Charleen Living Trust
Puig, Donald and Marcelyn
Puri, Antonio Cesar
Purter, Charles N. and Nicole J.
Quaglietti, Rocco
Quebbeman, Brad and Lisa
Quick, William and Maxine
Quilio, Sandra
Quimby, Clayton/Cheryl
Quividia, Joseph Todd
Raborn, Randy and Pamela
Ragsdale, Tara
Raio, Joseph
Ramirez, Fredrick
Ramirez, Julio and Myriam
Ramos, Manuela and Lavinia

Ramos, Mariann and Joseph
Ramsarran, Lloyd and Dinah
Randolph, Michael and Susan
Randolph, Vincent L.
Ranelli, Frank J. and Rosalind
Rapp, Chari
Raso, Anthony
Rauci, Steven/Dorothy
Rautenberg, Lee
Ravelo, Carlos
Rayfield, Sylvia W.
Rayman, Birgitta
Real Estate Resolutions Group, LLC
Redmond, Benny
Reece, Ryan and Ashlin
Reed, Dustin & Amy
Reese, Jean
Reese, Virgil
Reeves, Brandy
Rehrig, Neil
Reid, Grant and Kathryn
Reid, Marvin
Reino, Frank and Helen
Restrepo, Socorro
Reyes, Evelyn & Viera Lazara
Reyes, Jorge
Riccardi, Peter and Rose
Richard, Catherine
Richards, John and Patricia
Richards, Stephen and Donna
Richardson, Cherie & Keith
Richardson, Franklyn and Kimberley
Richardson, M.L.
Rickert, Frederick and Kathleen
Ridley, Arnold Lee & Rada
Riesz, Lawrence and Schnee, Jennifer
Rigney, George and Raffy
Rinaldi, Jr. Joseph J.
Risko, Dawn
Ristovski, Van
Ritman, William
Ritter, Bill and Elizabeth
Rivas, Ramon and Nilda
Riverbend Condominiums, Inc./Allen Young, Owner
Riverbend Condominiums, Inc./James Byers, Owner
Riverbend Condominiums, Inc./Michael Cabrera
Riverbend Homeowners Association
Rizzo, Frank & Christina
Rizzo, Jack & Luz
Rizzo, Ricardo and Alfonso, Madelin
Robair, Alexander
Robbins, Margaret & Glenwood
Roberson, Sandra
Roberts, Ashley
Roberts, Greg
Roberts, Jeffrey D.
Roberts, Lois Bosarge
Roberts, Michael and Wendy
Roberts, Steven and Jennifer
Roberts, Velda
Robichaux, Ronald, Jr.
Robinhood Terrace, LLC
Robins, Kelvin Hayes and Alecia; Janeyah Monic Hall, Kaleb and Tylecia Marie Ridgley
Robinson, Linda
Robinson, Lynne & Edger
Robinson, Robert and Lindy
Roche, Rosser
Rodenhouse, Robert
Rodgers, Jeremy A.
Rodosta, Toni
Rodriguez, Javier and Sepulveda, Catalina
Rodriguez, Jeryl & Jose
Rodriguez, Jorge A. and Lizet
Rodriguez, Nicole/Canfield, Carrie
Rodriguez, Rudy
Rogers, Brad and Cassandra
Rohan, Patricia and Donald
Rojas, Victor
Rojhani, Ira & Sherri
Roll, Patrick and Jane
Romain, Doug
Romano, Leo and Marie
Romano, Rita
Rome, Erwin and Karen
Romero, Jacqueline and Jose
Ronkin, Joel & Sharri
Rookery Park Estates, LLC/KOL Ventures, LLC
Rooney, Frank
Rose, George and Marie
Rose, Michael
Rose, Novelt
Rose, Tom and Lisa
Roseman, Robert & Linda
Rosen, Michael
Rosen, Richard & Elissa
Rosetta, Dufrene and Ernest
Ross, Agnes
Ross, Bourgeois/McCants, Michael
Ross, Nathan
Ross, Robert and Natalie
Rossi, Richard and Joanna
Rottau, Erwin/Cloeren, Mary Jane
Rovezzi, James
Rovira, Jonathan Paul, Jr.
Roy, Gerard
Rubenstein, Richard and Cathy Stubins
Rubin, Laurence & Helen
Rucker, Johnnie
Ruesch, Kevin and Dorothy
Ruiz, Vincent & Diana
Runyon, Thomas/Sonia
Rupp, Joseph and Theresa
Russinoff, Ian & Irvia
Ryan, Frank and Lisa
Ryan, Michael and Michele
Sabatino, Dominic and Hiskey, Richard/Sabatino, Dominic/Hiskey, Richard
Saeks, Sieglinde
Saggese, Thomas and Joy
Saieh, Clifford
Saintil, Ducassea nd Mereegrace
Salerno, Valerie
Salguero, Diana
Salinas, Maria E.
Salloum, Eddy and Bechara
Samberg, Brian and Lori
Samlal, Nalinie D.

Samos Holdings, LLC
Sampson, Henry and Pauline
San Filippo, Keith and Linda
Sanchez, Alfonso and Maria
Sanchez, Jackie
Sanchez, Jason and Elizabeth
Sanchez, Lisset
Sanclemente, Leonardo and Nelly
Sanders, Bill and Veglia, Elizabeth
Sanders, Billy
Sanfilippo, Frank
Sanibel Condo Owners Assn.
Sanon, Enock/Marie
Santamaria, Carolyn and Daniel
Santiago, Jason
Santos, Luis & Odette
Sardina, Raymond
Sargent, Judith R.
Sarkar, Immanuel and Robinson, Catherin
Satter, Jonathan
Scaletta, Thomas
Scarlett, Perry & Stephanie
Schafer, Clyde and Pauline
Schafer, Thomas and Camille
Schatzle, Ralph and Judith
Schiel, John H. and D'Auby
Schields, Larry
Schlabach, Eric and Stacy
Schlichte, Henry and Cheryl
Schlief, Robert and Krista
Schmidt, Dale and Sheila Ann
Schmidt, David and Karen
Schmidt, John
Schmitt, Gerd (Trust)
Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam
Schneiderman, Leonardo and Jean
Scholand, Martin, Constance and Francis
Schriener, John and Patricia
Schruff, Patrick & Marcile
Schultheis, Gary and Maryann
Schultz, James and Jennifer
Schulz, Shannon and Grant
Schumacher, Jay
Schwall, Ed and Mandy

Scivley, Dale and Kathleen
Scoone, James
Scott, Janet Gardner
Scully, Lenoy & Valrie
Seall, Stephen & Barbara
Seavers Jay and Sandra
Segreto, Mark and Victoria
Segundo, Rafael & Ana
Seifart, Armin and Gore, Lisa
Seifert, Charles and Lois
Seiler, Marie
Seliby, William
Semrau, Terrance Scott & Deborah
Senac, Jacque and Dana
Senior, Wendy and Lucianil
Sexton, Brian & Shannon
Seyour, Serge
Sferrazza, Laura
Sharit, Juanita R.
Sharper, Darren
Shaw, John & Barbara
Shaya, Samuel

Shea, Doris
Sheldon Friefield, Inc. and Southern Homes Development Corp.
Shelton, Michael & Leslie
Sheperd, Wesley


Sheppard, Kenneth and Catherine
Shikley, Ahmed and Shazia
Shirali, Sudheer and Charu/c/o Canton Pediatrics, Inc.
Shirley, Jason
Shurer, John
Sica, Donna
Sicard, Austin, Jr.
Siegel, William and Sandra
Sill, Garth
Silva, Stephen & Isis
Silverblatt, James and Cheryl
Silvestre, Luis & Melissa
Silvestri, Richard and Lorraine
Silvestri, Susan W.
Simmons, David

Simmons, Kevin and Gayla
Simms, Troy and Carrie
Simon, David and Andrea
Singh, Janet
Singleteary, Stephen B.
Singleton, Enrica
Singley, Wanda Yvette
Siraco, Stephen
Sirota, Alli and Paul
Sisk, Robert and Suzanne
Sisso, Alberto
Sisson, Amanda
Skinner, Helena
Skora, Gregory and Danielle
Slowley, Andre
Small, Norma
Smietana, Mark J, Rugiano, Laruel
Smillie, John and Samantha /Chapman, Mike and Heidi
Smith, Adrian & Micaile
Smith, Audra Ray
Smith, Bo and Laura
Smith, Clinton & Kelly
Smith, David and Ellen
Smith, David and Wendy
Smith, Donald and Winsome
Smith, Everett and Maressa
Smith, Frank
Smith, Kelly
Smith, Margaret
Smith, Michael & Tatiana
Smith, Nancy
Smtih, Steve
Snow, Olivia
Snyder, Robert and Doreen
Sokich, Kristin and Kristen
Soldavini-Clapper, Brigid
Solomon, Daniel & Grace
Somerholder, Robert
Sontheimer, Shirley
SoSa, Gustavo & Maria
Soska, Frank and Maria
Souza, Juliana
Spallina, Joseph and Mary
Spangler, John and Rita
Spencer, Patricia

| | | |
|---|---|---|
| Spiers, Susan | Summers, Mary Jo | Tiemann, Richard and Jean |
| Spink-Farmer, Dr. Carol B. | Sumner, David and Amy | Tillery, Robert and Nancy |
| Spivey, Sharon | Supernaugh, John and Deborah | Timberlake, Frank & Laura |
| Sposa, Jacqueline | Surman, Fred | Tinoco, Lester and Soymar |
| Spoto, Anthony/Sharon | Sutton, James | Tobin, Eric and Beth Sorenson |
| Spradlin, Brenda H. | Sutton Lori | Todd, Debra/Smith, Frank |
| Squiccirini, Robert and Melissa | Swanson, Andrew and Maria | Todorski, Vasil and Vera |
| St. Cyr, Randa and Emmanuel | Szirovatka, John | Toledo, Marcia |
| St. Germain, Keith and Cheryl | Tabor, Donna | Tom, Jianran and San |
| St. Martin, Janeau | Tabor, Edward & Emmilou | Tombrello, Pat |
| St. Martin, Steven | Tabor, Lisa and Jordan | Toran, George |
| Stabile, Anthony and Judith | Tailor, Lloyd and Hoxter, Scott | Toran, George, Jr. |
| Stafford, Malcolm and Heather | Talbert, Bill | Toras, Nikolaos |
| Stan Pinkus Revocable Trust | Talley, Lawrence and Cathleen | Torbet, Chris and Tracie |
| Stanley, Billy, Wayne and Amanda | Tanis, Donald & Susan | Toronio, Eric |
| Stanley, David and Patricia | Tann, Guy & Dorothy | Torrance, Matthew and Mary |
| Stanley, Duke | Tapia, Arben | Toscana II at Renaissance, Inc./c/o James Enyart, President |
| Starkman, Jeffrey and Sharlene | Tarzy, Jim | Toth, Daniel and Gessica |
| Starnes, Tracey & Vickie | Taylor, Brian | Tracey, Ron and Hazel |
| Stastny, Steven and Lauren | Taylor, David Jason and Amanda B. | Traffica, Charles |
| Staton, Lori Ann | Taylor, Eric | Tran, Andy |
| Steele, Jason and Peny | Taylor, Robert | Tran, Phu |
| Steiner, Roland | Taylor, Russell | Transland, LLC |
| Steiner, Stephanie | Taylor, Russell and Tiffany | Trees, Eric and Natalie |
| Stephens, Charles | Tedesco, Caroline and Robert | Trepkowski, Carrie and David |
| Stephens, Daniel and Stephanie | Teefy, Thomas M. /Susan E. Teefy | Triche, Susan, Glenn, Nicholas and Sha/Dennis, Shae |
| Stephens, Ricardo | Teegarden, Randy & Teresa | Tronchet, Ryan |
| Stephenson, Randy Lynn | Teixeira, Adelino and Sandra | Trotman, Shonae |
| Sternstein, Jerry | Tempel, Harvey and Lisa | Trott, Darrell and Tammy |
| Stewart, Chester | Tenny, Thomas/Rene | Troutman, Rodney and Sheila |
| Stock, Amir and Bella | Terlizzi, John | Trump, Chris and Kelly |
| Stockwell, Shelley | Thayer, Thomas | Tucker, Joseph and Deborah |
| Stokes, Wyman | Theologos, Charles and Sherry | Tuhro, Raymond W. and Nancy |
| Stone, Blayne and Charlayne | Thomas, Brian and Tamara | Turner, Earnest & Pigi Caretti |
| Stopa, Gary/Sharon | Thomas, Craig and Carol | Turner, Tyrone C. |
| Stovall, Virginia and Daniel | Thomas, Darlene and James | Tutin, Barry and Barbara |
| Streufert, Tera Brook | Thomas, Marshall and Michelle | Tynes, Tiffany |
| Stringer, Allen & June | Thomas, Michael | Uli, Peter and Catherine |
| Stringer, Mark & Denise | Thomas, Omar & Nordia Nelson | Umana, Jose |
| Strong, Karrissa M. | Thomas, Paula | Urdaneta, Herving & Annielys Aular |
| Strout, Katie/Jerrells, Matt J. | Thomas, Willie and Pernice Thomas | Ursa, Flaviu-Emil/Dorina |
| Styron, Charles | Thompson, Ortis Darren & Susan | Valentine, David & Donna |
| Su, Qi ing ("Andy") | Thompson, Venesia and Logan, Susan | Valle, Gladys |
| Suarez, Gaston and Marta | Tiano, Pete & Sharon | Valverde, Mark |
| Suarez, Humberto | Tiburzi, Angelo and Mary Anne | |
| Sulen, Francisco | | |

Van House, Robert/Jean
Van Winkle, Ronnie and Anne
Vargas, Jose
Vargo, Julie
Vasquez, Claudia
Vasquez, Martha
Velazques, Andrew
Venius, Jean-Enor and Rosita
Ventimiglia, Sal
Venturoso, Maria
Vereen, Glenn W.
Verger, Jose & Valerie
Vest, Jason
Vetter, Frank and Gina
Vickers, Karen
Victores, Monica and Didio
Vieau, Mark
Villalta, Daniel
Villamizar, German and Janice
Villarama, Lilia
Villaverde, Gilbert & Gloria
Vincent, Maria & James
Vinh, Le Ven
Virden, David
Virella, Vilma
Vitiello, Anthony
Vivante at Boca Lago Homeowner's Association
Volke, Chip and Christina
Vollrath, Richard & Rebecca
Wachter, William and Jill
Wagner, Mark
Wagner, Tracy
Waguespack, Jacques and Nicole
Wahlgren, Henry and Joan
Waite, Gregory Miller
Walden, Nicholas
Walker, Andrew
Walker, Demetra
Walker, James and Cheryl
Wallace, Stephen L. and Jeanie P.
Walsh, Darion
Walsh, Gladys/Martin, Frank
Walsh, John and Joanne
Walter, Todd
Walters, Charles and Suzanne

Walton, William
Wanounou, Susan and Yacov
Ward, Amy and Truman
Warhurst, Ernest E.
Watson, Gloria
Watson, John/Joan
Watson, Patrick and Paula
Watts, James and Linda
Watts, Sharon
Wayne, William and Kelly
WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust
Webb, James and Sandy
Webster, James and Rosalie
Weiner, Darryl
Weldon, Daniel Scott & Kimberly Dawn
Wengel, Lawrence and Susan
Wenzel, John and Lorraine, individually and obo their minor child, Bryan Wenzel
Werner, Udo
West, Fern
West, Ralph
Wetzler, Melissa
Whaley, John and Sharon
Wheeler, Alicia, individually and obo Jeffrey Wheeler and Jordan Wheeler
Wheeler, Don and Agnes
Whidden, Tyler
Whipps, Jared
Whitaker, Robert and Dana
White, Taeneia
Whitfield, Christopher
Wiatr, Daniel and Kay
Wilbar Investments LLC
Wiley, Thad
Wilkens, Susan
Wilkes, Margaret
Wilkinson, Paul & Joann/Clean Tech Buffs, Inc.
Willet, Frank and Deidre
Williams, Demitrius
Williams, Diana and Terry
Williams, Herbert

Williams, Margret/Wakeland, Angella and Nicholas
Williams, Mark E.
Williams, Mike
Williamson, Dolly
Willingham, Peter/Marty
Willis, John & Lori
Wilson, Kevin
Wilson, Teresa
Wisdom, Katori and Patrick
Witteveen, Michael
Wojciechowski, Thomas
Wojcik, Walter Jr. and Lydia
Wolf, Frederick/Acosta, Ynes
Wolslegel, Walter and Harriette
Wood, Pamela Ann
Wood, Sheila
Woodbridge, Robert and Dale
Woodruff, Henry
Woods, Rechanda
Woodside, John and Jennifer
Woodward, Sam and Kristy
Woolley, Scott
Wright, Jeff & Suzanne J.
Wynter, Viola
Yarbrough, Rebecca K.
Youmans, Dr. Cassandra
Young, Arne and Jeanie
Young, Linda & Raymond
Young, Michael/Patricia
Young, Ramona and Id-Deen, Suluki/Young, Ramona/Id-Deen, Suluki:
Yourich, Stephen
Yu, Albert and Sarah Yu
Zeber, Michele and Neil
Zeigler, Bart
Zeller, Maria Rosa/Solabella Company Limited OMC Chambers
Zervos, Angelos and Gregoria
Zheltkov, Victor and Lyudmilla
Zheng, Ziaojuan/Weifang, Frank
Zhou, Zhongmin and Huang, Qinxi
Ziska, David and Julie
Zito, Anthony and Donna