*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Exhibit "B"–Additional Defendants Named in Plaintiffs Omnibus Class Action Complaint (I)**

53 Enterprises f/k/a A-1 Brothers, Inc.
84 Lumber Company
84 Lumber Company, LP
911 Drywall, Inc.
A1 Brothers, Inc.
Abington Woods, LLC
Aburton Homes
Aburton Homes, Inc.
Acadian Buidlers of Gonzales, Inc.
Acadian Builders and Contractors, LLC
Ace Drywall
Aced Interior Drywall
Adam Carpenter
Adams Homes of North West Florida, Inc.
Advantage Builders of America, Inc.
Affordable Homes & Land, LLC
Alana Development Corporation
Albanese-Popkin The Oaks Development Group, L.P.
Alternative Source, Inc.
Alvin Royes, Jr., LLC
America's First Home, Inc.
American Dream Builders, Inc.
American Gallery Development Group, LLC d/b/a
American Gallery Homes
Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware
Anthony F. Marino General Contractor, LLC
Anthony Raggs
Anthony Skrmetti
Anthony's Drywalls, Inc.
Antilles Vero Beach, LLC
Aranda Homes, Inc.
Aranda Homes of Florida, Inc.
Arizen Homes, Inc.
Arthur Homes (JL Arthur)
Aubuchon Homes, Inc.
Avalon Preserve Developers, LLC
B & B Drywall
B.B.S. Builders, Inc.
B&E Construction of Miami, Corp.
B&W Complete Construction, Inc.
Bagley Construction, LLC
Bailey Lumber & Supply  Company
Banner Supply Co.
Banner Supply Company Ft. Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Barony Homes, Inc.
Bass Homes, Inc.
Bauhaus Inc.
Bauhaus Solutions, Inc.
Bay Colony - Gateway, Inc.
Baystate Drywall
Baywood Construction, Inc.
BDG Waterstone, LLC
Bella Builders, Inc.
Belmont Lakes Investments, LLC
Bender Construction & Development, Inc.
Benoit Buidlers, LLC f/k/a Benoit Builders & Realtors, Inc.
BHD Corp.
Big Bear Const. Co.
Big River Construction and Remodeling Co., Inc.
Bill Gregory Drywall
Blackhawk Partners, LLC
Blue Oaks/Gulfstream Development, LLC
BO Builders, LLC
Bonita Beachwalk, LLC
Bove Company
Bradford Lumber
Bradford Plastering, Inc.
Brantly Homes, Inc.
Brian Papania
Brightwater Community 1 LLC
Building Materials Wholesale (B.M.W.)
Building Supply House, L.L.C.
Burnett Construction Co.
C. Adams Construction and Design, LLC
C.A. Steelman, Inc.
C&C Homebuilders, Inc.
Calmar Construction Company, Inc.
Cape Cement & Supply, Inc.
Cardel Master Builder, Inc. d/b/a Cardel Homes
Caribe Central, LLC
Caribe East LLC
Caribe Homes Corp.
Catalano Custom Homes, LLC
CDC Builders, Inc.
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown LLC
Centerline Homes at Tradition, LLC
Centerline Homes at Vizcaya, Inc.
Centerline Homes Construction Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Central Peninsula Contracting LLC
Centurion Homes of Louisiana, LLC
Century Builders Group, Inc.
Certain Homes, Inc.
CGF Construction
Chabot Enterprises, Inc.
Chris Booty

1

Chris Cadis
Chris P. Roberts
Christopher Billot
Christopher M. Odom
Cockerham Construction, LLC
Comfort Home Builders, Inc.
Continental Drywall Contractors, Inc.
Corner Stone Construction of S.W. Florida, Inc. a/k/a Construction of Collier Co., LLC
Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials
Craftmaster, LLC
Craftsmen Builders, Inc.
Creola Ace Hardware, Inc.
Cretin Homes, LLC
Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes)
CRF Management Co., Inc.
Crosby Development Company, LLC
Crown Builders, Inc.
CSI Contractor Services, Inc.
D.R. Horton, Inc.
D&B Framing, Inc.
Daelen of Tangiaphoa, LLC
Danal Homes Development, Inc.
Darwin Sharp Construction, LLC
David Ray Gavins
David Weekley Homes, LLC a.k.a. Weekley Homes, LP
DC Builders, LLC
Dedicated Builders, LLC
DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc.
Derby Homes, Inc.
Design Contractors, LLC
Design Drywall of South Florida, LLC
Diamond Court Construction Company
DMH Development, Co.
Dorado Homes Development, Ltd.
Drywall Service, Inc.
Duncan Construction of South West Florida, Inc.
Dunn Wright Construction, Inc.
Duo-Fast Construction, Inc.
Dupree Contractors, Inc.
E. Jacob Fakouri Construction, Inc.
E.B. Developers, Inc.
E.N. Suttin Construction Company
Eastern Construction Group, Inc.
Ed Price Building Materials
EH Building Group
Elite Construction Co. SW Inc.
Elite Home Construction Inc.
Empire Construction, LLC
Empire Properties, LLC
Enchanted Homes, Inc.
Excel Construction of S.W. Florida, Inc.
Executive Home Builders, LLC
F. Vincino and Company, Inc.
Finish One Drywall, LLC
First Choice Drywall Services, Inc.

First Construction Corporation
First Homes Builders, Inc.
Fisher & Son Contractors, LLC
Florida Style Services, Inc.
Floridian Gulf Coast Homes, Inc.
Font Builders, Inc.
Fortis Construction, LLC
Francioni Builders, Inc.
Francisco Tomas Permuy
Fusion Building Concepts, Inc.
G. Drywalls Corporation
G.I. Homes
G.L. Building Corporation
G.L.B. and Associates, Inc. d/b/a Balli Construction
Galloway Sunset Estates, Inc.
Garram Homes, Inc.
Gatco Construction, Inc.
Gateway Drywall, Inc.
Gavins Construction Company
Genesis Residential Group, Inc.
George Meza
GHO Development Corporation
GL Homes
Global Home Builders, Inc.
Global Home Builders, LLC
Global Home Builders of the Treasure Coast, Inc.
GMI Construction, Inc.
Gold Coast Homes of SW Florida
Gooden Homes, LLC
Graf's Drywall, LLC
Great Southern Homes, Inc.
Gregg Nieberg, Inc.
Gremillion Homes, Inc.
Greystoke Homes at South Point II LLC
Groff Construction Inc.
Gryphon Construction, LLC
Guillermo Permuy
Gulf Coast Engineering, LLC
Gulfstream Development, LLC
Gulfstream Homes, Inc.
Gwen Core
H & H Custom Homebuilders
H.C. Owen Builder, Inc.
Hallmark Homes, Inc.
Hammer Constructions Services, Ltd.
Hansen Homes, Inc.
Hansen Homes of South Florida, Inc
Harbor Springs Construction and Development, L.L.C.
Hc Seals Drywall Partners
Heights Custom Homes, LLC a/k/a Heights Properties, LLC
Highland Lakes, LLC d/b/a Eddleman Homes, LLC
Hilliard Butler Construction Company, Inc.
Holiday Builders, Inc.
Holmes Building Materials, LLC
Home Depot USA, Inc.
Home One Homes
Home Town Lumber & Supply, Inc.

Homes, Inc.
HPH Homes
HPH Properties, LLC
Hutchinson Homes, Inc.
HWB Construction, Inc.
ICI Homes, Inc.
In-line Contractors, LLC
Independent Drywall Distributors, LLC
Intercoastal Construction Co.
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
Intervest Construction, Inc.
Investment Properties Unlimited Inc.
Ironwood Properties, Inc.
J. Helms Construction, Inc. d/b/a Sundown Development
J.W. Hodges Drywall, Inc.
J&H Distributers
J&J Builders Northshore, Inc.
Jacks Drywall LLC
James LeBlanc
JB Plaster, Inc.
JD Custom Homes, Inc.
Jim Walter Homes, Inc.
JJK&A Holding Corporation
JM Interiors, Inc.
John Eschete
John G. Finch Construction, LLC
John Gillespie
John Korn Builders, LLC
John L. Crosby, L.L.C.
John Paul George d/b/a JPG Enterprises, Inc.
John T. Grab, III
Jon A. Wilder, Inc.
Jonathan Scott Shewmake
JP Drywall, LLC
JPG Enterprises, Inc.
JST Properties, LLC of Mississippi
Judson Construction Group, LLC
Just-Rite Supply
K. Hovnanian First Homes, LLC
Kaye Homes, Inc.
KB Home Florida LLC
KB Home Fort Myers, LLC
KB Home of Orlando, LLC
Keith Warrick Drywall, Inc.
Kelley Drywall
Kemah Construction, Inc.
Ken Roberts
Klepk Bros. Drywall, Inc.
Knauf GIPS KG
Knauf Plasterboard (Tianjin) Co., Ltd.
Knauf Plasterboard (Wuhu), Co., Ltd.
Knauf Plasterboard (Dongguan) Co., Ltd
Kolter Homes, LLC
L&W Supply Corporation d/b/a Seacoast Supply
La Drywall
La Homes and Properties, Inc.
 La Suprema Enterprise, Inc.
La Suprema Trading, Inc.
Lake Ashton Development Group II LLC
Lakeside Village Development, L.L.C. 1
Land Resources LLC
Laporte Family Properties
Las Playas LLC
Last Minute Properties, LLC
Lawrence Migliar LLJ Construction
Lebaron Bros. Drywall
Lee Harbor Homes of Florida, Inc.
Lee Roy Jenkins
Lee Wetherington Homes, Inc.
Legend Custom Builders, Inc.
Lennar Corporation
Lennar Homes, LLC
Leroy Laporte, Jr.
Lifescape Builders
Liongate Design Structure, LLC
Louisiana Lumber, LLC
Louran Builders, Inc.
Louran Gips KG
Lowe's Home Centers, Inc.
LPR Builders, Inc.
LTL Construction, Inc.
Lucky Strike M.K.Inc.
Lucra Investments, Inc.
Lynch Builders, LLC
M/I Homes, Inc.
M/I Homes of Tampa, LLC
M. Miller and Company, Inc.
M.E. Gibbens, Inc.
M.K. Development, Inc.
Majestic Custom Homes & Development, Inc.
Majestic Homes and Realty SW LLC
Majestic Homes, Inc.
Majestic Homes of Port St.Lucie, Inc.
Mandy Drywall Inc.
Manny Garcia
Manny's Drywall
Manuel Gonzales Terra Group Intl.
Marigold Court, LLC
Mariner Village Townhomes Inc.
Maronda Homes Inc. of Florida
Master Builders of South Florida, Inc.
MATSA Construction Company, Inc.
Mavied Corp.
Mayeaux Construction, Inc.
Mazer's Discount Homes Centers, Inc.
MCCAR Homes - Tampa, LLC
McCombs Services, LLC
McDowell Builders, LLC
MCM Building Enterprise, Inc.
McMath Construction, Inc.
Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes
Medallion Homes Gulf Coast, Inc.
Medallion Homes, LLC
Meiben Home Builders, LLC

Melvin Prange, Jr. Construction, L.L.C.
Meridian Homes USA, Inc.
Meritage Homes of Florida, Inc.
Methodical Builders, Inc.
MGB Construction, Inc.
Midwest Construction & Development Incorporated
Millennium Homes & Development, Inc.
Miller Professional Contracting, Inc.
Ming K Wong
Morgan Homes, Inc.
Morrison Homes, Inc.
Murphy Bateman Building Supplies, LLC
Nathanial Crump
Neslo, LLC
Nice Homes, Inc.
North Palm Estates Homes, Inc.
Northeast Drywall Co.
Northstar Holdings at B and A LLC
Northstar Homebuilders, Inc.
Northstar Homes
NuWay Drywall LLC
O'Neal Homes, Inc.
O'Neill/Holliman Corporation
Oak Avenue, LLC
Oak Tree Construction
Oakbrook Building and Design, Inc.
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
Ocean Springs Lumber Company, LLC
Oyster Bay Homes, Inc.
Ozark Atlantic, LLC
P.D.C. Drywall Contractors, Inc.
Palm Coast Construction, LLC
Palm Isles Holdings, LLC
Palm State Construction, Inc.
Paradise Builders of SW Florida, Inc.
Paragon Homes, Inc.
Paramount Quality Homes Corp.
Parish Home Center
Paul Homes, Inc. a/k/a Management Services of Lee County, Inc.
Paul Homes of Flordia, LLC
Paul Hyde Homes
Penn Construction Co., LLC
Philip Latapie
Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.
Pine Ridge Real Estate Enterprises, LLC
Pioneer Construction, LLC
Ponce Riviera, LLC
Ponce Siding & Remodeling
Precision Drywall
Premier Communities, Inc.
Premier Custom Homes
Premier Plastering of Naples
Prestige Development, Inc.
Prestige Properties
Pride Homes, LLC
Pride Homes of Lakes by the Bay - Parcel H. LLC
ProBuild East, LLC
Promenade Developers, Ltd.
Punta Gorda Partners, LLC
R & B Construction & Remodeling, Inc.
R. Fry Builders, Inc.
R.J. Homes, LLC
R.L. Drywall Inc.
Rafuls & Associates Construction Co., Inc.
Raintree Construction
Randal Maranto Builders, LLC
Ray Bec Inc.
Ray Horvath Drywall, Inc.
RCR Holdings II, LLC
Reed Builders, LLC
Regatta Construction, LLC
Regency Homes, Inc.
Residential Drywall Inc.
Resource Rental & Renovation LLC
RFC Homes
Richard Hoover
Richard Jones Construction Company, Inc.
Richardson Drywall
Rickelman Construction, Inc.
Right Way Finishing, Inc.
Rivercrest, LLC/The St. Joe Company
RJL Drywall, Inc.
RJM Homes, Inc.
RL Homes IX, LLC
Robert Champagne, Great Southern Builders, LLC
Rookery Park Estates, LLC
Rothchilt International Ltd.
Royal Homes (Anthony Marino)
Ryland Group, Inc.
S&O Investments, LLC
Sail Harbour, LLC
Sampson Drywall
Santa Barbara Estates, Inc.
Saturno Construction AB Inc.
Savoie Construction, Inc.
Savoie Real Estate Holdings, LLC
Schenley Park Homes, LLC
Scott Colson
Scott Designer Homes, Inc.
Sea Coast Construction, LLC
Seals Drywall
Shelby Homes at Meadows, Inc.
Shelby Homes, Inc.
Sidney Sutton Drywall, Inc.
Siesta Bay Custom Homes, LLC
Signature Series Homes, Inc.
Smith and Core, Inc.
Smith Family Homes Corporation
Sorrento Lumber Co., Inc.
South Kendall Construction Corp.
Southern Homes, LLC
Southern Homes of Broward XI, Inc.
Southern Star Construction Company, Inc.

Southwell Homes, LLC
Southwest Innovations, Inc.
Speedy Drywall
Springhill, LLC
St. Joe Home Building, L.P.
Standard Pacific d/b/a Standard Pacific of Colorado, Inc.
Standard Pacific Homes of South Florida, a Florida General Partnership
Standard Pacific Homes of South Florida GP, Inc.
Star Homes of Florida LLC
Steiner Drywall
Stephen Shivers
Sterling Communities Inc.
Sterling Communities Realty Inc.
Steven R. Carter, Inc.
Stock Building Supply LLC
Stone Sheetrock
Stonebrook Estates, Inc.
Stonebrook Homes, LLC
Suarez Housing Corporation
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Sun Construction, LLC d/b/a Sunrise Homes
Sundown Development
Sunrise Construction and Development, LLC
Sunrise Custom Homes & Construction, LLC
Sunrise Homes/Sun Construction
Supreme Builders
Swift Supply, Inc.
Taber Construction
Tad Brown
Tallow Creek, LLC
Taylor Morrison of Florida, Inc.
Taylor-Woodrow Communities at Vasari
Team Work Construction, LLC
Tepeyac, LLC
The Mitchell Co.
The New Morning, LLC
The Sterling Collection, Inc.
Tikal Construction Co.
Toll Estero, Ltd. Partnership d/b/a Toll Brothers
Total Contracting and Roofing, Inc.
Treasure Coast Homes, LLC
Triumph Construction
Tudela Classic Homes, LLC
Tuscan-Harvey Estate Homes, Inc.
Twelve Oaks of Polk County, Inc.
Twin Lakes Reserve & Golf Club, Inc.
United Homes Builders, Inc.
United Homes, Inc.
United Homes International, Inc.
United-Bilt Homes, LLC
USG Corporation
Van Aller Construction
Velez Construction, LLC
Velvet Pines Construction, LLC
Venture Supply Company
Vicinity Drywall, Inc.
Viking Homes of S.W. Florida, Inc.
Villa Development, Inc.
Vincent Montalto Construction, Inc.
Vintage Properties, Inc.
Waterways Development, Inc.
WB Construction Company, Inc.
Wellington Drywall, Inc.
Westpoint Development, LLC
Wilson Heights Development, Inc.
Windship Homes of Florida, Inc.
Woodland Enterprises, Inc.
Ybarzabal Contractors, LLC
Zamora Corporation