*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Exhibit "D"–Plaintiffs' Counsel and Pro Se Plaintiffs Contact Information in Plaintiffs Omnibus Class Action Complaint (I)**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Kea Sherman<br>The Andry Law Firm<br>610 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 586-8899<br>ksherman@andrylawfirm.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |

Bruce Steckler
Herbert Flowers
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219-4281
Phone: (214) 521-3605
Fax: (214) 520-1181
hflowers@baronbudd.com

Don Barrett, P.A.
404 Court Square
P.O. Box 987
Lexington, MS 39095

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Bencomo & Associates
639 Loyola Ave.
Suite 2110
New Orleans, LA 70119
Phone: (504) 529-2929
ben_law@bellsouth.net

Michael I. Kean
Berman, Kean & Riguera, P.A.
2101 W. Commercial Boulevard
Suite 2800
Fort Lauderdale, FL 33309
Phone: (954) 735-0000
Fax: (954) 735-3636
mik@bemankean.com

Jeffrey Berniard
Berniard Law Firm, LLC
643 Magazine Street
Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
Jeffberniard@laclaim.com

E. John Litchfield
Matthew P. Chenevert
Berrigan, Litchfield, Schonekas,
 Mann & Traina, LLC
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Phone: (504) 568-0541
Fax: (504) 561-8655
mchenevert@berriganlaw.net

Edward Blizzard
Blizzard, McCarthy & Nabers, LLP
The Lyric Centre Building
440 Louisiana, Suite 1710
Houston, TX 77002-1689
Phone: (713) 844-3750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

Donna Borrello, LLC
206 Decatur Street
New Orleans, LA 70124
Phone: (504) 595-6191
borellodm@cox.net

George C. Gaskell
Brown, Brown & Gaskell
1626 90th Avenue
Vero Beach, FL 32966
ggaskell@brownllp.com

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Andrew J. Cross
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 725-7700
Across@careydanis.com

Kyle W. Hawthorne
Champlin Law Firm
4137 S. Sherwood Forest Blvd., Suite 120
Baton Rouge, LA 70816
Phone: (225) 295-3600
Fax: (225) 292-3144
kyle@champlintitle.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Patrick Connick
Law Offices of Patrick Connick
1335 Barataria Blvd.
Marrero, LA 70072
Phone: (504) 347-4535

Jack Reise
Stephen R. Astley
Coughlin, Stoia, Geller, Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Phone: (561) 750-3000
Fax: (561) 750-3364
creynolds@csgrr.com

Peyton B. Burkhalter
Courcelle & Burkhalter, LLC
Executive Tower, Suite 185
3500 North Causeway Boulevard
Metairie, LA 70002
Phone: (504) 828-1315
Fax: (504) 828-1379
pburkhalter@candbllc.com

Charles J. LaDuca
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
wanderson@cuneolaw.com

John M. Dubreuil
Daigle, Fisse & Kessenich
227 Hwy 21
Madisonville, LA 70447
Phone: (985) 871-0800
Fax: (985) 871-0899
jdubreuil@daiglefisse.com

Grady J. Flattmann
Henry Dart Attorneys at Law
510 N. Jefferson Street
Covington, LA 70433
Phone: (985) 809-8093
Fax: (985) 809-8094
gflattman@dartlaw.com

Mark G. Duncan
Davis & Duncan, L.L.C.
201 Carroll Street
Mandeville, LA 70448
Phone: (985) 626-5770
Fax: (985) 626-5771
mduncan@davisduncanlaw.com

Joshua M. Palmintier
deGravelles, Palmintier, Holthaus & Fruge, LLC
618 Main Street
Baton Rouge, LA 70801
Phone: (225) 344-3735
Fax: (225) 336-1146

Julie Jochum
Gregory Dileo
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Phone: (504) 522-3456
Fax: (504) 522-3888
jjochumnola@gmail.com

6

Elizabeth Borne
Dysart & Tabary, LLP
3 Courthouse Square
Chalmette, LA 70043
Phone: (504) 271-8011
Fax: (504) 648-0255
LisaB@dst-law.com

Richard J. Fernandez
Richard J. Fernandez, LLC
3000 West Esplanade Ave.
Suite 200
Metairie, LA 70002
Phone: (504) 834-8500
Fax: (504) 834-1511
rick@rjfernandezlaw.com

Michael L. Fondren, PC,
906 Convent Avenue
Pascagoula, MS 39567

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott M. Galante
Galante & Bivalacqua, LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Phone: (504) 648-1858
Fax: (504) 561-0559
scott@gb-lawfirm.com

Jessica G. Lagos
George Hartz & Lundeen
4800 LeJeune Road
Coral Gables, FL 33146
Phone: (305) 662-4800
Fax: (305) 667-8015
jessicalagos@georgehartz.com

Thomas M. Dougherty
Geraghty, Dougherty & Edwards, P.A.
1531 Hendry Street
Fort Myers, FL 33901
Phone: (239) 334-9500
Fax: (239) 334-8930
linda@7-litagators.com

R. Bowen Gillespie, III
Gillespie & Allison, PA
Suite A165
7601 North Federal Highway
Boca Raton, FL 33487-1683
Phone: (561) 368-5758
Fax: (561) 395-0917
gillespie-allison@prodigy.net

Brian J. Connelly
Jason L. Odom
Gould Cooksey Fennell P.A.
979 Beachland Blvd.
Vero Beach, FL 32963
Phone: (772) 231-1100
Fax: (772) 231-2020
nlr@gouldcooksey.com

Richard H. Gaines
Greenspoon, Marder, PA
100 W. Cypress Creek Rd., Suite 700
Ft. Lauderdale, FL 33309
Phone: (954) 491-1120
Fax: (954) 343-6944
Richard.Gaines@gmlaw.com

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Hausfeld LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Eric Grindley
Henderson, Franklin Starnes & Holt, PA
1715 Monroe Street
P.O. Box 280
Ft. Myers, FL 33902
Phone: (239) 344-1299
Fax: (239) 344-1526
Eric.Grindley@henlaw.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Christopher Casper
James, Hoyer, Newcomer, Smiljanich
 & Yanchunis, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
ccasper@jameshoyer.com

Samuel Elswick
James F. Humphreys & Associates, L.C.
500 Virginia Street East
Suite 800, United Center
Charleston, WV 25301
Phone: (304) 347-5050
Fax: (304) 347-5055
amcclelland@jfhumphreys.com

L. J. Hymel
Hymel, Davis & Petersen, L.L.C.
10602 Coursey Blvd.
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
ljhymel@hymeldavis.com

Irpino Law Firm
One Canal Place
365 Canal Street
Suite 2290
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
info@louisianalegal.com

Alan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Fax: (504) 524-5763
M.Fuselier@kanner-law.com

Brad Kelsky
Law Offices of Brad Kelsky, PA
10189 Cleary Blvd.
Suite 102
Plantation, FL 33324

Michael J. Ryan
Krupnick Campbell Malone Buser Slama
Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue
Ft. Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
ksolares@krupnicklaw.com

Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
gerry@lambertandnelson.com

Jack Landskroner
Landskroner, Grieco, Madden. Ltd.
1360 West 9th Street
Suite 200
Cleveland, OH 44113
Phone:  (216) 522-9000
Fax: (216) 522-9007
jack@landskronerlaw.com

Russel Lazega
Law Offices of Russel Lazega, P.A.
13499 Biscayne Blvd., Suite 107
North Miami, FL 33181
Phone: (305) 981-9055
Fax: (305) 981-9053
Joey@LazegaLaw.com

Paul A. Lea, Jr.
Paul A. Lea, Jr., APLC
527 E. Boston St., Suite 201
Covington, LA 70433-2948
Phone: (985) 292-2300
Fax: (985) 292-3501
jean@paullea.com

Andrew A. Lemmon
Lemmon Law Firm
P.O. Box 904
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
tiffany@lemmonlawfirm.com

Theodore J. Leopold
Leopold-Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
lmarks@leopoldkuvin.com

Andrea S. Lestelle
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard
Suite 602
Metairie, LA 70002-3726
Phone: (504) 828-1224
Fax: (504) 828-1229
lestelle@lestellelaw.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Protor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Alan E. Tannenbaum
Levin, Tannenbaum
1680 Fruitville Road, suite 102
Sarasota, FL 34236
Phone: (941) 316-0794
Fax: (941) 316-0301
ddurik@levintannenbaum.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Mark A. Hanson
The Law Offices of Lobeck & Hanson, P.A.
2033 Main Street, Suite 403
Sarasota, FL 34237
Phone: (941) 955-5622
Fax: (941) 951-1469
law@lobeckhanson.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

F. Gerald Maples.
F. Gerald Maples, PA
365 Canal St.; Suite 2650
New Orleans, LA 70130
ebowler@fgmaples.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

David P. Matthews
Julie L. Rhoades
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Phone: (713) 535-7179
Fax: (713) 535-7184
lnielsen@dpmlawfirm.com

Chip A. McCallum
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
lmarler@mhcilaw.com

Douglas M. McIntosh
Manuel R. Comras
McIntosh, Sawran, Peltz & Cartaya, P.A.
1601 Forum Place
Suite 1110
West Palm Beach, FL 33401-4025
Phone: (561) 682-3202
Fax: (561) 682-3206
mcomras@mspcesq.com

Mark A. Milstein
Jason J. Rudolph
Milstein, Adelman and Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
eshipman@maklawyers.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Morris Bart
Morris Bart, LLC
909 Poydras St.
20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
morrisbart@morrisbart.com

Gary J. Gambel
Murphy, Rogers, Sloss & Gambel
One Shell Square
701 Poydras Street, Suite 400
New Orleans, LA 70139
Phone: (504) 523-0400
Fax: (504) 523-5574
tdepaula@mrsnola.com

Matthew L. Lundy
Older & Lundy
3014 West Palmira Avenue
Suite 301
Tampa, FL 33629
Phone: (813) 254-8998
Fax: (813) 839-4411
MattLundy@olderlundylaw.com

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

H.K. Skip Pita
Pita & Del Prado
9350 South Dixie Hwy, Suite 1200
Miami, FL 33156
Phone: (305) 670-8060
Fax: (305) 670-6666
spita@pdfirm.com

W. Lee Pittman
Booth Samuels
Pittman, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711
booths@pdkhlaw.com

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com
jdonner@podhurst.com

Ewell Potts, Jr.
Potts & Potts, APLC
7216 W. Judge Perez Drive
Arabi, LA 70032
Phone: (504) 277-1588
Fax: (504) 277-1589
pottsandpotts@bellsouth.net

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

H. Clay Roberts
Roberts & Durkee, PA
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gable, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
roberts@rdlawnet.com

Dianne Nast
Roda & Nast, PC
801 Estelle Dr.
Lancaster, PA 17601
Phone: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com

Richard Kriseman
Saunders & Walker, PA
3491 Gandy Blvd. N., Suite 200
Pinellas Park, FL 33781
Phone: (727) 579-4500
Fax: (727) 577-9696
rick@saunderslawyers.com

18

T. J. Seale, III
Kevin Landreneau
Seale & Ross, APLC
10357 Old Hammond Highway
Baton Rouge, LA 70816
Phone: (225) 293-0886
Fax: (225) 293-0887
kevinlandreneau@sealeross.com

Christopher Seeger
Jeffery Grand
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
egoldberg@seegerweiss.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com

Michael W. Simon
Simon, Sigalos & Spyredes PA
3839 NW Boca Raton Blvd.
Suite 100
Boca Raton, FL 33431
Phone: (561) 447-0017
Fax: (561) 447-0018
msimon@3slaw.com

George R. Irvine, III
Stone, Granade & Crosby, P.C.
7133 Stone Drive
Daphne, Alabama 36526
Phone: (251) 626-6696
Fax: (251) 626-2617
gri@sgclaw.com

Richard Taylor
Taylor Martino Zarzaur PC
P.O. Box 894
Mobile, AL 36601
Phone: (251) 433-3131
Fax: (251) 405-5080
richartaylor@taylormartino.com

Tom W. Thornhill
Thornhill Law Firm A PLC
1308 Ninth Street
Slidell, LA 70458
Phone: (985) 641-5010
Fax: (985) 641-5011
tom@thornhilllawfirm.com

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
Pmichon@torres-law.com

Thomas Vaughn
Vaughn & Bowden, PA
P.O. Box 240
Gulfport, MS 39502
Phone: (228) 863-5656
Fax: (228) 863-8962

Marcus Viles
Viles and Beckman, LLC
6350 Presidential Court
Fort Myers, FL 33919
Phone: (239) 334-3922
michael@vilesandbeckman.com
marcus@vilesandbeckman.com

J.E. Cullens, Jr.
Darrel Papillion
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
cullens@lawbr.net

Ryan L. Thomson
Watts, Hilliard, LLC
4 Dominion Drive
Bldg 3, Ste. 100
San Antonio, TX 78257-1300
Phone: (210) 447-0500
Fax: (210) 447-0501
Rthompson@wgclawfirm.com

James M. Scarmozzino, Esquire
Webb & Scarmozzino,
2121 West First Street, Ste. 200
Ft. Myers, FL 33901
Phone: (239) 334-1600
Fax: (239) 334-7979

Rick W. Sadorf
Wilkinson & Sadorf, P.A.
1744 N. Belcher Rd., Suite 150
Clearwater, FL 33765
Phone: (727) 726-1514
Fax: (727) 726-9044
rsadorf@wspalaw.com

Eric Williams
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002
Phone: (504) 832-9898
Fax: (504) 834-1511
eric@amlbenzene.net

Scott G. Wolfe, Jr.
Seth J. Smiley
Wolfe Law Group, LLC
4821 Prytania Street
New Orleans, LA 70115
Phone: (504) 894-9653
Fax (866) 761-8934
seth@wolfelaw.com

Eric D. Wooten
Wooten Law Firm, PLLC
1617 25th Avenue
Gulfport, MS 39501
Phone: (228) 214-1281
Fax: (228) 864-8962
edwvbw@gmail.com

R. Tucker Yance
Yance Law Firm, LLC
169 Dauphin St.
Suite 318
Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009
rty@yancelaw.com

Gordon Rudd
Zimmerman Reed, PLLP
651 Nicollet Maill, Suite 501
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
Julianne.VanNorman@zimmreed.com

| **PRO SE PLAINTIFFS** |
|---|
| Batteau, Michael<br>13270 Little Gem Circle<br>Fort Myers, FL 33913 |
| Bonamy, Robert David, Jr.<br>Jennifer Ann Bonamy |
| Clarkson, Arthur, Administrator of the Succession<br>Of Mary Clarkson DeArmas<br>2657 Danbury Drive<br>New Orleans, LA 70131 |
| Darden, Reggie<br>1037 Little Sorrell Drive<br>Calera, Al 35040 |
| David, Tony and Bethany<br>2405 Chalybe Terrace<br>Birmingham, AL |
| Hagmaier, Ray & Dyana<br>7221 Lemon Grass Drive<br>Parkland, FL 33076 |
| Hickey, William<br>16 East Acres Drive<br>Yardville, NJ 08620 |
| Igercich, Richard<br>46 Preserve Ln.<br>Mandeville, LA 70471 |
| Jacobsen, Kevin and Rhonda<br>1135 NW 15th Terrace<br>Cape Coral, FL 33993 |
| Leon, Maria Elena<br>14724 S.W. 7th Street<br>Pemroke Pines, FL 33027 |
| Rickert, Frederick and Kathleen<br>P.O. Box 380261<br>Birmingham, AL 35238 |

Singleton, Enrica
11413 Longview Drive
New Orleans, LA 70128