*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs Omnibus Class Action Complaint (I)

Subclass # 1:   84 Lumber Company
Subclass # 2:   84 Lumber Company, LP
Subclass # 3:   Aburton Homes
Subclass # 4:   Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware
Subclass # 5:   Bailey Lumber & Supply  Company
Subclass # 6:   Banner Supply Co.
Subclass # 7:   Banner Supply Company Ft. Myers, LLC
Subclass # 8:   Banner Supply Company Pompano, LLC
Subclass # 9:   Banner Supply Company Port St. Lucie, LLC
Subclass # 10:  Banner Supply Company Tampa, LLC
Subclass # 11:  Banner Supply International, LLC
Subclass # 12:  Bradford Lumber
Subclass # 13:  Building Materials Wholesale (B.M.W.)
Subclass # 14:  Building Supply House, L.L.C.
Subclass # 15:  Cape Cement & Supply, Inc.
Subclass # 16:  Creola Ace Hardware, Inc.
Subclass # 17:  Ed Price Building Materials
Subclass # 18:  Gulf Coast Drywall, LLC
Subclass # 19:  Holmes Building Materials, LLC
Subclass # 20:  Home Depot USA, Inc.
Subclass # 21:  Home Town Lumber & Supply, Inc.
Subclass # 22:  Independent Drywall Distributors, LLC
Subclass # 23:  Interior/Exterior Building Supply, LP
Subclass # 24:  Interior/Exterior Enterprises, LLC
Subclass # 25:  J&H Distributers
Subclass # 26:  Jon A. Wilder, Inc.
Subclass # 27:  Just-Rite Supply
Subclass # 28:  L&W Supply Corporation d/b/a Seacoast Supply
Subclass # 29:  Louisiana Lumber, LLC
Subclass # 30:  Lowe's Home Centers, Inc.
Subclass # 31:  Mazer's Discount Homes Centers, Inc.
Subclass # 32:  Murphy Bateman Building Supplies, LLC
Subclass # 33:  Ocean Springs Lumber Company, LLC
Subclass # 34:  Parish Home Center
Subclass # 35:  Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.
Subclass # 36:  ProBuild East, LLC
Subclass # 37:  RJL Drywall, Inc.
Subclass # 38:  Rothchilt International Ltd.
Subclass # 39:  Sea Coast Construction, LLC

Subclass # 40:  Sorrento Lumber Co., Inc.
Subclass # 41:  Stock Building Supply LLC
Subclass # 42:  Swift Supply, Inc.
Subclass # 43: Venture Supply Company