*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs Omnibus Class Action Complaint (I)**

Subclass #44:  Interior/Exterior Building Supply, LP
Subclass # 45:  Interior/Exterior Enterprises, LLC
Subclass # 46:  La Suprema Trading, Inc.
Subclass # 47:  La Suprema Enterprise, Inc.
Subclass # 48:  Rothchilt International, Ltd.