*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Allen, Andrew and Nicole 3704 Clifford Drive Metairie, LA 70002 | Interior/Exterior Building Supply, LP | 44 |
| Anders, Thomas G. And Nicole P. 2042 High Pointe Zachary, LA 70791 | Interior/Exterior Building Supply, LP | 44 |
| Benjamin, Jack and Claire 12 Pelham Metairie, LA 70005 | Interior/Exterior Building Supply, LP | 44 |
| Cassard, Jesse and Angela 1768 Ashland Drive Zachary, LA 70791 | Interior/Exterior Building Supply, LP | 44 |
| Clague, Randy and Lisa 4416 Halter Ln. Hammond, LA 70403 | Interior/Exterior Building Supply, LP | 44 |
| Fernandez, Vernon and JoAnn 41555 C.C. Road Ponchatoula, LA 70454 | Interior/Exterior Building Supply, LP | 44 |
| Garrett, Philip & Courtney 6050 General Diaz Drive New Orleans, LA 70124 | Interior/Exterior Building Supply, LP | 44 |
| Gotreaux, Dustin & Korie 192 Oakwood Lane Denham Springs, LA 70726 | Interior/Exterior Building Supply, LP | 44 |
| Hernandez, John and Diane E. 144 20th Street New Orleans, LA 70124 | Interior/Exterior Building Supply, LP | 44 |
| Hewitt, Margie 600 Sunrise Court Biloxi, MS 39532 | Interior/Exterior Building Supply, LP | 44 |
| Hopper, Dean and Dena 81149 Osprey Drive Bush, LA 70431 | Interior/Exterior Building Supply, LP | 44 |
| Joseph Fernandez 967 Weatherby St S Saraland, AL 36571 | Interior/Exterior Building Supply, LP | 44 |
| Lang, Joe & Amy 101 Rue Merlot Abita Springs, LA 70420 | Interior/Exterior Building Supply, LP | 44 |
| Methvin, William & Deborah 2800 Debouchel Blvd. Meraux, La 70075 | Interior/Exterior Building Supply, LP | 44 |
| Meyer, Lawrence and Elizabeth 29310 Laurel Drive Lacombe, LA 70445 | Interior/Exterior Building Supply, LP | 44 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Morlas, Ralph and Paula<br>2 South Court Ville Drive<br>Mandeville, LA 70476 | Interior/Exterior Building Supply, LP | 44 |
| Parker, Charles and Rachael<br>963 Weatherby St S<br>Saraland, AL 36571 | Interior/Exterior Building Supply, LP | 44 |
| Patin, Danielle<br>5012 Pauger Street<br>New Orleans, LA 70122 | Interior/Exterior Building Supply, LP | 44 |
| Peres, Tony and Kathy<br>4825 Tracy Street<br>Violet, LA 70092 | Interior/Exterior Building Supply, LP | 44 |
| Petagna, Brent & Lisa<br>2619 Octavia St.<br>New Orleans, LA 70115 | Interior/Exterior Building Supply, LP | 44 |
| Quilio, Sandra<br>225 Carriage Pines Lane<br>Covington, LA 70835 | Interior/Exterior Building Supply, LP | 44 |
| Robair, Alexander<br>39058 Bayou View Avenue<br>Gonzales, LA 70737 | Interior/Exterior Building Supply, LP | 44 |
| Schields, Larry<br>808 W. Harbour Court<br>Ocoee, FL 34761 | Interior/Exterior Building Supply, LP | 44 |
| Skinner, Helena<br>29300 Laurel Drive<br>Lacombe, LA 70445 | Interior/Exterior Building Supply, LP | 44 |
| Smith, Clinton & Kelly<br>211 Oakmont Drive<br>New Orleans, LA 70128 | Interior/Exterior Building Supply, LP | 44 |
| Steele, Jason and Peny<br>2321 Maureen Lane<br>Meraux, LA 70072 | Interior/Exterior Building Supply, LP | 44 |
| Tabor, Edward & Emmilou<br>4712 Reich Street<br>Metairie, LA 70006 | Interior/Exterior Building Supply, LP | 44 |
| Watts, Sharon<br>29284 Laurel Drive<br>Lacombe, LA 70445 | Interior/Exterior Building Supply, LP | 44 |
| Whitaker, Robert and Dana<br>104 Squaw Court<br>Covington, LA 70435 | Interior/Exterior Building Supply, LP | 44 |
| Anders, Thomas G. And Nicole P.<br>2042 High Pointe<br>Zachary, LA 70791 | Interior/Exterior Enterprises, LLC | 45 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Cassard, Jesse and Angela 1768 Ashland Drive Zachary, LA 70791 | Interior/Exterior Enterprises, LLC | 45 |
| Clague, Randy and Lisa 4416 Halter Ln. Hammond, LA 70403 | Interior/Exterior Enterprises, LLC | 45 |
| Garrett, Philip & Courtney 6050 General Diaz Drive New Orleans, LA 70124 | Interior/Exterior Enterprises, LLC | 45 |
| Gotreaux, Dustin & Korie 192 Oakwood Lane Denham Springs, LA 70726 | Interior/Exterior Enterprises, LLC | 45 |
| Hewitt, Margie 600 Sunrise Court Biloxi, MS 39532 | Interior/Exterior Enterprises, LLC | 45 |
| Joseph Fernandez 967 Weatherby St S Saraland, AL 36571 | Interior/ Exterior Enterprises, LLC | 45 |
| Lang, Joe & Amy 101 Rue Merlot Abita Springs, LA 70420 | Interior/Exterior Enterprises, LLC | 45 |
| Methvin, William & Deborah 2800 Debouchel Blvd. Meraux, La 70075 | Interior/Exterior Enterprises, LLC | 45 |
| Parker, Charles and Rachael 963 Weatherby St S Saraland, AL 36571 | Interior/ Exterior Enterprises, LLC | 45 |
| Patin, Danielle 5012 Pauger Street New Orleans, LA 70122 | Interior/Exterior Enterprises, LLC | 45 |
| Petagna, Brent & Lisa 2619 Octavia St. New Orleans, LA 70115 | Interior/Exterior Enterprises, LLC | 45 |
| Quilio, Sandra 225 Carriage Pines Lane Covington, LA 70835 | Interior/Exterior Enterprises, LLC | 45 |
| Robair, Alexander 39058 Bayou View Avenue Gonzales, LA 70737 | Interior/Exterior Enterprises, LLC | 45 |
| Schields, Larry 808 W. Harbour Court Ocoee, FL 34761 | Interior/Exterior Enterprises, LLC | 45 |
| Smith, Clinton & Kelly 211 Oakmont Drive New Orleans, LA 70128 | Interior/Exterior Enterprises, LLC | 45 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Steele, Jason and Peny 2321 Maureen Lane Meraux, LA 70072 | Interior/Exterior Enterprises, LLC | 45 |
| Tabor, Edward & Emmilou 4712 Reich Street Metairie, LA 70006 | Interior/Exterior Enterprises, LLC | 45 |
| Whitaker, Robert and Dana 104 Squaw Court Covington, LA 70435 | Interior/Exterior Enterprises, LLC | 45 |
| Abiega, Elisa 8811 SW 203 Terrace Cutler Bay, FL 33189 | La Suprema Trading, Inc. | 46 |
| Aboulafia, Steven 3735 Yucataan Pkwy. Cape Coral, FL 33993 | La Suprema Trading, Inc. | 46 |
| Akers, Christine & Robert 11019 Carrara Court #201 Bonita Springs, FL 34135 | La Suprema Trading, Inc. | 46 |
| Alvarez-Farre, Emilio and Martha 12335 Moss Ranch Road Miami, FL 33156 | La Suprema Trading, Inc. | 46 |
| Ameneiro, Sandra and Gino 2239 SE 19th Avenue Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Arango, Oswaldo 14730 SW 34 Street Miami, FL 33185 | La Suprema Trading, Inc. | 46 |
| Asad, Issa and Noha 12767 Equestrian Trail Davie, FL 33330 | La Suprema Trading, Inc. | 46 |
| Atkinson, William 2400 NE Rustic Way Jensen Beach, FL 34957 | La Suprema Trading, Inc. | 46 |
| Bagley, Gerald 504 Loretto Avenue Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Balan, Kirenia and Jorge 14817 SW 161 Street Miami, FL 33187 | La Suprema Trading, Inc. | 46 |
| Bello de Bachek, Nilda 10757 NW 81 Lane Doral, FL 33178 | La Suprema Trading, Inc. | 46 |
| Benullis, Stephen and Michelle 6200 twin Bridges Drive Zephyrhills, FL 33541 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Payton, et al. v. Khulf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Bloom, Andrew and Ina<br>17847 Monte Vista Drive<br>Boca Raton, FL 33496 | La Suprema Trading, Inc. | 46 |
| Borges, Haroldo<br>3424 SW 147 Place<br>Miami, FL 33185 | La Suprema Trading, Inc. | 46 |
| Brady, John and Joann<br>P.O. Box 1708<br>Shavertown, PA 18708 | La Suprema Trading, Inc. | 46 |
| Burgess, George and Karen<br>11905 SW 73rd Avenue<br>Pincecrest, FL 33156 | La Suprema Trading, Inc. | 46 |
| Byrne, Gertrude<br>17926 Monte Vista Drive<br>Boca Raton, FL 33496 | La Suprema Trading, Inc. | 46 |
| Cassanova, Filberto<br>2704 SW 115th Avenue<br>Miami, FL 33156 | La Suprema Trading, Inc. | 46 |
| Charles, Frantz and Damaris Paulin<br>2355 SW 125 Avenue<br>Miramar, FL 33027 | La Suprema Trading, Inc. | 46 |
| Chester, Cheryl<br>Fischer, Donald<br>3 Glen Avenue<br>Roslyn, NY 11576 | La Suprema Trading, Inc. | 46 |
| Christian, Kevin<br>20351 SW 87 Place<br>Miami, FL 33189 | La Suprema Trading, Inc. | 46 |
| Coombs, Donald<br>115 Mollyness Road<br>Kingston 20 Jamaica | La Suprema Trading, Inc. | 46 |
| Dacosta, George<br>6859 Julia Gardens Drive<br>Coconut Creek, FL 33073 | La Suprema Trading, Inc. | 46 |
| Davis, Jesse<br>8626 104th Avenue<br>Vero Beach, FL 32967 | La Suprema Trading, Inc. | 46 |
| Deane, Robert and Lois<br>2225 SE 20 Avenue<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Diaz, Fernando<br>20338 SW 88 Court<br>Cutler Bay, FL 33189 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Paylon, et al. v. Khalij Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Egan, Michelle and Giancario Lee<br>10860 SW 136 Street<br>Miami, FL 33176 | La Suprema Trading, Inc. | 46 |
| Elliot, Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | La Suprema Trading, Inc. | 46 |
| Elsenberg, Brian and Lauren<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | La Suprema Trading, Inc. | 46 |
| Elzein, Hassib<br>10781 NW 81st Lane<br>Doral, FL 33178 | La Suprema Trading, Inc. | 46 |
| Eskenazi, Anna and Mark<br>17878 Monte Vista Drive<br>Boca Raton, FL 33496 | La Suprema Trading, Inc. | 46 |
| Esteves, Jose<br>218 W 30 Street<br>Hialeah, FL 33012 | La Suprema Trading, Inc. | 46 |
| Ferguson, Kejuana and Livingston, Jr.<br>1892 SE 23rd Court<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Fergusson, Monica<br>14393 SW 19 Terrace<br>Miami, FL 33175 | La Suprema Trading, Inc. | 46 |
| Fernandez, Damian<br>14881 SW 161 St.<br>Miami, FL 33187 | La Suprema Trading, Inc. | 46 |
| Fernandez, Jorge and Michelle<br>12257 SW 82nd Terrace<br>Miami, FL 33183 | La Suprema Trading, Inc. | 46 |
| Flores, Julian and Nathalia Cora<br>2230 SE 19 Avenue<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Frenchman, Beth<br>10133 Cobblestone Creek Drive<br>Boynton, Beach, FL 33437 | La Suprema Trading, Inc. | 46 |
| Fuchs, Steven<br>1500 Ocean Bay Drive<br>Suite G-7<br>Key Largo, Fl 33037 | La Suprema Trading, Inc. | 46 |
| Gaita, Gina (Promenade)<br>10440 SW Stephanie Way<br>Unit ____<br>Port St.Lucie, FL | La Suprema Trading, Inc. | 46 |
| Galvin, Larry and Rene<br>203 Buring Street Blvd.<br>Absecon, NJ 08201 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Payton, et al. v. Khalij Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Gamboa, Hernan<br>523 Cascading Creek Lane<br>Winter Gardens, FL 34787 | La Suprema Trading, Inc. | 46 |
| Glover, Bonnie J. And Craig<br>1402 SW 150th Terrace<br>Davie, FL 33362 | La Suprema Trading, Inc. | 46 |
| Gonzalez, Miguel Angel<br>2908 NE 2nd Drive<br>Homestead, FL 33033 | La Suprema Trading, Inc. | 46 |
| Gonzalez, Omar, Victoria and Miriam Velez<br>8002 NW 107 Court<br>Miami, FL 33178 | La Suprema Trading, Inc. | 46 |
| Gonzelez, Oscar<br>8711 SW 203 St.<br>Cutler Bay, FL 33189 | La Suprema Trading, Inc. | 46 |
| Groom, Richard and Pamela<br>3138 Ohio Street<br>Coconut Grove, FL 33133 | La Suprema Trading, Inc. | 46 |
| Guerrazzi, Diego & Magaly Nano<br>11220 NW 84 Street<br>Doral, FL 33178 | La Suprema Trading, Inc. | 46 |
| Gutierrez de Garcia, Jose and Maribel<br>11143 NW 72nd Terrace<br>Doral, FL 33178 | La Suprema Trading, Inc. | 46 |
| Harmer, David and Heidi Kay<br>2329 Westminster Court<br>Winter Parks, FL 32789 | La Suprema Trading, Inc. | 46 |
| Harris, Hugh and Elizabeth<br>2889 St. Barts Square<br>Vero Beach, FL 32962 | La Suprema Trading, Inc. | 46 |
| Hay, Robert and Maria<br>94 Fairmount Street<br>Valley Stream, NY 11580 | La Suprema Trading, Inc. | 46 |
| Herbert, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | La Suprema Trading, Inc. | 46 |
| Holmes, Elena<br>7404 Cobb Road<br>Bokeelia, FL 33993 | La Suprema Trading, Inc. | 46 |
| Houston, Debra (Promenade)<br>10440 SW Stephanie Way<br>Unit ____<br>Port St.Lucie, Fl | La Suprema Trading, Inc. | 46 |
| Jaramillo, Consuello and Martinez, Ana<br>P.O. Box 832249<br>Miami, FL 33285 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Jesus, Manuel and Liliane 6857 Julia Gardens Drive Coconut Creek, FL 33073 | La Suprema Trading, Inc. | 46 |
| Joachim, Ronald 155 Belle Grove Lane Royal Palm Beach, FL 33411 | La Suprema Trading, Inc. | 46 |
| Johnson, Charles and Molly 10125 Cobblestone Creek Drive Boynton Beach, FL 33472 | La Suprema Trading, Inc. | 46 |
| Johnson, Paul and Caron 12708 Equestrian Trial Davie, FL 33330 | La Suprema Trading, Inc. | 46 |
| Jones, Gail 7281 Lemon Grass Drive Parkland, FL 33076 | La Suprema Trading, Inc. | 46 |
| Kolbenheyer, Howard 2708 August Drive Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Kurutz, Barbara and Stephen 1982 SE 23rd Court Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Lahey, Patrick 2817 St. Barts Square Vero Beach, FL 32967 | La Suprema Trading, Inc. | 46 |
| Lamma, Husein 5800 SW 127 Avenue, Apt. 2314 Miami, FL 33183 | La Suprema Trading, Inc. | 46 |
| Laraque, Jean & Gueldie 17911 Monte Vista Drive Boca Raton, FL 33496 | La Suprema Trading, Inc. | 46 |
| Leben, Roger and Janet 1912 SE 23 Ct. Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Litten, Randall 2235 SE 20th Avenue Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Lukaszewski, Lynn P.O. Box 4157 Cherry Hill, NJ 08034 | La Suprema Trading, Inc. | 46 |
| Machado, Cleber and Sandra 6875 Julia Gardens Drive Coconut Creek, FL 30073 | La Suprema Trading, Inc. | 46 |
| Maltby, Wesley and Diane 1966 SE 23rd Court Homestead, FL 33035-1243 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Mandsaurwala, Ali Asgar and Shadaab 4274 NE 16th Street Homestead, FL 33033 | La Suprema Trading, Inc. | 46 |
| Manes, Ronald 15235 SW 14th Avenue Road Ocala, FL 34473 | La Suprema Trading, Inc. | 46 |
| Mardeni, Marirose and Roberto 10787 NW 81 Lanes Doral, FL 33178 | La Suprema Trading, Inc. | 46 |
| Martinez, Felix and Jenny 2250 SE 19 Avenue Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Mazza-Martinez, Tania and Armando P.O. Box 566105 Miami, FL 33256-6105 | La Suprema Trading, Inc. | 46 |
| Mendoza, Esperanza & Adolfo 10102 NW 129 Terrace Hialeah Gardens, FL 33108 | La Suprema Trading, Inc. | 46 |
| Miller, Daniel 1903 SW 46 Terrace Cape Coral, FL 33914 | La Suprema Trading, Inc. | 46 |
| Mizne, Michael and Jeannine 9621 Cobblestone Creek Drive Boynton Beach, FL 33472 | La Suprema Trading, Inc. | 46 |
| Nelson, Dick and Nancy 6635 Bobby Jones Ct. Palmetto, FL 34221 | La Suprema Trading, Inc. | 46 |
| Neumann, Allan 37 Court of Greenway Northbrook, IL 60062 | La Suprema Trading, Inc. | 46 |
| Ng, Winnie & CheeWah 10101 Cobblestone Creek Drive Boynton Beach, FL 33472 | La Suprema Trading, Inc. | 46 |
| Novello, Robin 9407 Bridgebrook Drive Boca Raton, FL 33496 | La Suprema Trading, Inc. | 46 |
| Oves, Jose Francisco 2220 SE 19 Avenue Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Pabon, Fernando 9740 SW 184th Street Miami, FL 33157 | La Suprema Trading, Inc. | 46 |
| Pelner, Richard and Debra 345 Mestre Place North Venice, FL 34275 | La Suprema Trading, Inc. | 46 |

**Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.**

## Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs
### Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Promenade at Tradition Community Association, Inc. 430 NW Lake Whitney Place Port St. Lucie, FL 34986 | La Suprema Trading, Inc. | 46 |
| Puri, Antonio Cesar 13101 SW 268 Street Homestead, FL 33032 | La Suprema Trading, Inc. | 46 |
| Ramirez, Fredrick 10067 Pines Blvd., Ste. A Pembrook Pines, FL 33024 | La Suprema Trading, Inc. | 46 |
| Ramsarran, Lloyd and Dinah 6756 NW Argus Street Port .Lucie, FL 34983 | La Suprema Trading, Inc. | 46 |
| Reid, Grant and Kathyrn 2820 124 Avenue East Parrish, FL 34219 | La Suprema Trading, Inc. | 46 |
| Riccardi, Peter and Rose 99 Ogden Parma Town Line Road Spencerport, NY 14559 | La Suprema Trading, Inc. | 46 |
| Richardson, M.L. 1555 Indian River Blvd., Ste. B120 Vero Beach, FL 32960 | La Suprema Trading, Inc. | 46 |
| Rinaldi, Jr. Joseph J. 31423 Ohio Street Miami, FL 33133 | La Suprema Trading, Inc. | 46 |
| Rizzo, Ricardo and Alfonso, Madelin 1987 SE 21 Ct. Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Roberts, Steven and Jennifer 10013 Cobblestone Creek Dr. Boynton Beach, FL 33472 | La Suprema Trading, Inc. | 46 |
| Rodriguez, Jeryl & Jose 9725 Cobblestone Creek Drive Boynton Beach, FL 33472 | La Suprema Trading, Inc. | 46 |
| Ronkin, Joel & Sharri 2505 Provence Circle Weston, FL 33327 | La Suprema Trading, Inc. | 46 |
| Rookery Park Estates, LLC KOL Ventures, LLC 1400 E. Oakland Park Blvd. Suite 111 Oakland Park, FL 33334 | La Suprema Trading, Inc. | 46 |
| Roseman, Robert & Linda 231 Grant Avenue Dumont, NJ 07628 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Payton, et al. v. Khalid Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Rosen, Michael<br>17538 Middlebrook Way<br>Boca Raton, FL 33496 | La Suprema Trading, Inc. | 46 |
| Real Estate Resolutions Group, LLC<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 | La Suprema Trading, Inc. | 46 |
| Rossi, Richard and Joanna<br>21218 St. Andrews Blvd., #225<br>Boca Raton, FL 33433 | La Suprema Trading, Inc. | 46 |
| Saieh, Clifford<br>4282 NE 16th St.<br>Homestead FL 33033 | La Suprema Trading, Inc. | 46 |
| Samberg, Brian and Lori<br>17682 Middlebrook Way<br>Boca Raton, FL 33496 | La Suprema Trading, Inc. | 46 |
| Santamaria, Carolyn and Daniel<br>8765 Cobblestone Preserve Court<br>Boynton Beach, FL 33472 | La Suprema Trading, Inc. | 46 |
| Santiago, Jason<br>2140 SE 19 Avenue<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Sardina, Raymond<br>8812 SW 203 Terrace<br>Cutler Bay, FL 33189 | La Suprema Trading, Inc. | 46 |
| Sarkar, Immanuel and Robinson, Catherin<br>8821 SW 203 Terrace<br>Cutler Bay, FL 33189 | La Suprema Trading, Inc. | 46 |
| Seifart, Armin and Gore, Lisa<br>2515 Swanson Avenue<br>Miami, FL 33133 | La Suprema Trading, Inc. | 46 |
| Seyour, Serge<br>1457 SW 22nd Lane<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Singleteary, Stephen B.<br>3181 Oak Avenue<br>Miami, FL 33133 | La Suprema Trading, Inc. | 46 |
| Siraco, Stephen<br>12430 SW 50 Street, #121<br>Miramar, FL 33027 | La Suprema Trading, Inc. | 46 |
| Sirota, Alli and Paul<br>8843 Morgan Landing Way<br>Boynton Beach, FL 33473 | La Suprema Trading, Inc. | 46 |
| Smith, David and Wendy<br>5101 Lakeview Drive<br>Miami Beach, FL 33140 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**

**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/<br>Importer/<br>Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Souza, Juliana<br>6865 Julia Gardens Drive<br>Coconut Creek, FL 33073 | La Suprema Trading, Inc. | 46 |
| Stanley, David and Patricia<br>4845 66th Lane<br>Vero Beach, FL 32967 | La Suprema Trading, Inc. | 46 |
| Starkman, Jeffrey and Sharlene<br>11224 NW 77th Place<br>Parkland, FL 33076 | La Suprema Trading, Inc. | 46 |
| Stephens, Ricardo<br>16923 SW 87 Avenue<br>Miami, FL 33157 | La Suprema Trading, Inc. | 46 |
| Tarzy, Jim<br>11 Sunrise Trail<br>Medford, NJ 08055 | La Suprema Trading, Inc. | 46 |
| Trepkowski, Carrie and David<br>3027 Lake Manatee Court<br>Cape Coral, FL 33909 | La Suprema Trading, Inc. | 46 |
| Turner, Earnest & Pigi Caretti<br>3109 Grand Avenue #181<br>Coconut Grove, FL 33133 | La Suprema Trading, Inc. | 46 |
| Urdaneta, Herving & Annielys Aular<br>999 SW 146 Terrace<br>Pembroke Pines, FL 33027 | La Suprema Trading, Inc. | 46 |
| Vasquez, Martha<br>14740 SW 34 Street<br>Miami, FL 33185 | La Suprema Trading, Inc. | 46 |
| Vickers, Karen<br>2259 SE 19 Avenue<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Villalta, Daniel<br>8782 SW 203 Terrace<br>Miami, FL 33189 | La Suprema Trading, Inc. | 46 |
| Wahlgren, Henry and Joan<br>4615 SE Pilot Avenue<br>Stuard, Fl 34997 | La Suprema Trading, Inc. | 46 |
| Walter, Todd<br>29300 SW 173rd Court<br>Homestead, FL 33030 | La Suprema Trading, Inc. | 46 |
| Wisdom, Katori and Patrick<br>1954 SE 22nd Court<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |
| Woodbridge, Robert and Dale<br>2165 SE 20 Avenue<br>Homestead, FL 33035 | La Suprema Trading, Inc. | 46 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Zeller, Maria Rosa<br>586 Loretto Avenue<br>Coral Gables, FL 33146<br><br>Solabella Company Limited<br>OMC Chambers, Wickhams Cay 1, Road Town, Tortola British Virgin Islands | La Suprema Trading, Inc. | 46 |
| Zervos, Angelos and Gregoria<br>20451 SW 87 Court<br>Miami, FL 33189 | La Suprema Trading, Inc. | 46 |
| Candela, Hilario<br>6201 Granada Blvd.<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Fleck, Joe<br>554 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Hartz, Charles and Joy<br>25 Tahibit Beach Island<br>Coral Gables, FL 33143 | La Suprema Trading, Inc. | 46 |
| Legland, David and Sharon<br>1150 Madruga Avenue<br>Apt. C02<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Mackie, Frank<br>13990 S. Dixie Highway #106<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Mekras, George<br>434 Indies Drive<br>Vero Beach, FL 32963 | La Suprema Trading, Inc. | 46 |
| Ramirez, Julio and Myriam<br>550 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Sternstein, Jerry<br>526 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Suarez, Gaston and Marta<br>542 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Trading, Inc. | 46 |
| Ziska, David and Julie<br>6335 S.W. 110 Street<br>Miami, FL 33156 | La Suprema Trading, Inc. | 46 |
| Abiega, Elisa<br>8811 SW 203 Terrace<br>Cutler Bay, FL 33189 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Aboulafia, Steven<br>3735 Yucataan Pkwy.<br>Cape Coral, FL 33993 | La Suprema Enterprise, Inc. | 47 |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | La Suprema Enterprise, Inc. | 47 |
| Alvarez-Farre, Emilio and Martha<br>12335 Moss Ranch Road<br>Miami, FL 33156 | La Suprema Enterprise, Inc. | 47 |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Arango, Oswaldo<br>14730 SW 34 Street<br>Miami, FL 33185 | La Suprema Enterprise, Inc | 47 |
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | La Suprema Enterprise, Inc. | 47 |
| Atkinson, William<br>2400 NE Rustic Way<br>Jensen Beach, FL 34957 | La Suprema Enterprise, Inc | 47 |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Balan, Kirenia and Jorge<br>14817 SW 161 Street<br>Miami, FL 33187 | La Suprema Enterprise, Inc. | 47 |
| Bello de Bachek, Nilda<br>10757 NW 81 Lane<br>Doral, FL 33178 | La Suprema Enterprise, Inc. | 47 |
| Benullis, Stephen and Michelle<br>6200 twin Bridges Drive<br>Zephyrhills, FL 33541 | La Suprema Enterprise, Inc. | 47 |
| Bloom, Andrew and Ina<br>17847 Monte Vista Drive<br>Boca Raton, FL 33496 | La Suprema Enterprise, Inc. | 47 |
| Borges, Haroldo<br>3424 SW 147 Place<br>Miami, FL 33185 | La Suprema Enterprise, Inc. | 47 |
| Brady, John and Joann<br>P.O. Box 1708<br>Shavertown, PA 18708 | La Suprema Enterprise, Inc. | 47 |
| Burgess, George and Karen<br>11905 SW 73rd Avenue<br>Pincecrest, FL 33156 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Byrne, Gertrude<br>17926 Monte Vista Drive<br>Boca Raton, FL 33496 | La Suprema Enterprise, Inc. | 47 |
| Cassanova, Filberto<br>2704 SW 115th Avenue<br>Miami, FL 33156 | La Suprema Enterprise, Inc. | 47 |
| Charles, Frantz and Damaris Paulin<br>2355 SW 125 Avenue<br>Miramar, FL 33027 | La Suprema Enterprise, Inc. | 47 |
| Chester, Cheryl<br>Fischer, Donald<br>3 Glen Avenue<br>Roslyn, NY 11576 | La Suprema Enterprise, Inc. | 47 |
| Christian, Kevin<br>20351 SW 87 Place<br>Miami, FL 33189 | La Suprema Enterprise, Inc. | 47 |
| Coombs, Donald<br>115 Mollyness Road<br>Kingston 20 Jamaica | La Suprema Enterprise, Inc. | 47 |
| Dacosta, George<br>6859 Julia Gardens Drive<br>Coconut Creek, FL 33073 | La Suprema Enterprise, Inc. | 47 |
| Davis, Jesse<br>8626 104th Avenue<br>Vero Beach, FL 32967 | La Suprema Enterprise, Inc. | 47 |
| Deane, Robert and Lois<br>2225 SE 20 Avenue<br>Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Diaz, Fernando<br>20338 SW 88 Court<br>Cutler Bay, FL 33189 | La Suprema Enterprise, Inc. | 47 |
| Egan, Michelle and Giancario Lee<br>10860 SW 136 Street<br>Miami, FL 33176 | La Suprema Enterprise, Inc. | 47 |
| Elliot, Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | La Suprema Enterprise, Inc. | 47 |
| Elsenberg, Brian and Lauren<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | La Suprema Enterprise, Inc. | 47 |
| Elzein, Hassib<br>10781 NW 81st Lane<br>Doral, FL 33178 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**

**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Eskenazi, Anna and Mark<br>17878 Monte Vista Drive<br>Boca Raton, FL 33496 | La Suprema Enterprise, Inc. | 47 |
| Esteves, Jose<br>218 W 30 Street<br>Hialeah, FL 33012 | La Suprema Enterprise, Inc. | 47 |
| Ferguson, Kejuana and Livingston, Jr.<br>1892 SE 23rd Court<br>Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Fergusson, Monica<br>14393 SW 19 Terrace<br>Miami, FL 33175 | La Suprema Enterprise, Inc. | 47 |
| Fernandez, Damian<br>14881 SW 161 St.<br>Miami, FL 33187 | La Suprema Enterprise, Inc. | 47 |
| Fernandez, Jorge and Michelle<br>12257 SW 82nd Terrace<br>Miami, FL 33183 | La Suprema Enterprise, Inc. | 47 |
| Flores, Julian and Nathalia Cora<br>2230 SE 19 Avenue<br>Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Frenchman, Beth<br>10133 Cobblestone Creek Drive<br>Boynton, Beach, FL 33437 | La Suprema Enterprise, Inc. | 47 |
| Fuchs, Steven<br>1500 Ocean Bay Drive<br>Suite G-7<br>Key Largo, Fl 33037 | La Suprema Enterprise, Inc. | 47 |
| Gaita, Gina (Promenade)<br>10440 SW Stephanie Way<br>Unit ____<br>Port St.Lucie, FL | La Suprema Enterprise, Inc. | 47 |
| Galvin, Larry and Rene<br>203 Buring Street Blvd.<br>Absecon, NJ 08201 | La Suprema Enterprise, Inc. | 47 |
| Gamboa, Hernan<br>523 Cascading Creek Lane<br>Winter Gardens, FL 34787 | La Suprema Enterprise, Inc. | 47 |
| Glover, Bonnie J. And Craig<br>1402 SW 150th Terrace<br>Davie, FL 33362 | La Suprema Enterprise, Inc. | 47 |
| Gonzalez, Miguel Angel<br>2908 NE 2nd Drive<br>Homestead, FL 33033 | La Suprema Enterprise, Inc. | 47 |
| Gonzalez, Omar, Victoria and Miriam Velez<br>8002 NW 107 Court<br>Miami, FL 33178 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beni Payton, et al. v. Khluf Gips, KG, et al.*

## Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs
## Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Gonzelez, Oscar<br>8711 SW 203 St.<br>Cutler Bay, FL 33189 | La Suprema Enterprise, Inc. | 47 |
| Groom, Richard and Pamela<br>3138 Ohio Street<br>Coconut Grove, FL 33133 | La Suprema Enterprise, Inc. | 47 |
| Guerrazzi, Diego & Magaly Nano<br>11220 NW 84 Street<br>Doral, FL 33178 | La Suprema Enterprise, Inc. | 47 |
| Gutierrez de Garcia, Jose and Maribel<br>11143 NW 72nd Terrace<br>Doral, FL 33178 | La Suprema Enterprise, Inc. | 47 |
| Harmer, David and Heidi Kay<br>2329 Westminster Court<br>Winter Parks, FL 32789 | La Suprema Enterprise, Inc. | 47 |
| Harris, Hugh and Elizabeth<br>2889 St. Barts Square<br>Vero Beach, FL 32962 | La Suprema Enterprise, Inc. | 47 |
| Hay, Robert and Maria<br>94 Fairmount Street<br>Valley Stream, NY 11580 | La Suprema Enterprise, Inc. | 47 |
| Herbert, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | La Suprema Enterprise, Inc. | 47 |
| Holmes, Elena<br>7404 Cobb Road<br>Bokeelia, FL 33993 | La Suprema Enterprise, Inc. | 47 |
| Houston, Debra (Promenade)<br>10440 SW Stephanie Way<br>Unit ____<br>Port St.Lucie, Fl | La Suprema Enterprise, Inc. | 47 |
| Jaramillo, Consuello and Martinez, Ana<br>P.O. Box 832249<br>Miami, FL 33285 | La Suprema Enterprise, Inc. | 47 |
| Jesus, Manuel and Liliane<br>6857 Julia Gardens Drive<br>Coconut Creek, FL 33073 | La Suprema Enterprise, Inc. | 47 |
| Joachim, Ronald<br>155 Belle Grove Lane<br>Royal Palm Beach, FL 33411 | La Suprema Enterprise, Inc. | 47 |
| Johnson, Charles and Molly<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | La Suprema Enterprise, Inc. | 47 |
| Johnson, Paul and Caron<br>12708 Equestrian Trial<br>Davie, FL 33330 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Jones, Gail 7281 Lemon Grass Drive Parkland, FL 33076 | La Suprema Enterprise, Inc. | 47 |
| Kolbenheyer, Howard 2708 August Drive Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Kurutz, Barbara and Stephen 1982 SE 23rd Court Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Lahey, Patrick 2817 St. Barts Square Vero Beach, FL 32967 | La Suprema Enterprise, Inc. | 47 |
| Lamma, Husein 5800 SW 127 Avenue, Apt. 2314 Miami, FL 33183 | La Suprema Enterprise, Inc. | 47 |
| Laraque, Jean & Gueldie 17911 Monte Vista Drive Boca Raton, FL 33496 | La Suprema Enterprise, Inc. | 47 |
| Leben, Roger and Janet 1912 SE 23 Ct. Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Litten, Randall 2235 SE 20th Avenue Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Lukaszewski, Lynn P.O. Box 4157 Cherry Hill, NJ 08034 | La Suprema Enterprise, Inc. | 47 |
| Machado, Cleber and Sandra 6875 Julia Gardens Drive Coconut Creek, FL 30073 | La Suprema Enterprise, Inc. | 47 |
| Maltby, Wesley and Diane 1966 SE 23rd Court Homestead, FL 33035-1243 | La Suprema Enterprise, Inc. | 47 |
| Mandsaurwala, Ali Asgar and Shadaab 4274 NE 16th Street Homestead, FL 33033 | La Suprema Enterprise, Inc. | 47 |
| Manes, Ronald 15235 SW 14th Avenue Road Ocala, FL 34473 | La Suprema Enterprise, Inc. | 47 |
| Mardeni, Marirose and Roberto 10787 NW 81 Lanes Doral, FL 33178 | La Suprema Enterprise, Inc. | 47 |
| Martinez, Felix and Jenny 2250 SE 19 Avenue Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Mazza-Martinez, Tania and Armando P.O. Box 566105 Miami, FL 33256-6105 | La Suprema Enterprise, Inc. | 47 |
| Mendoza, Esperanza & Adolfo 10102 NW 129 Terrace Hialeah Gardens, FL 33108 | La Suprema Enterprise, Inc. | 47 |
| Miller, Daniel 1903 SW 46 Terrace Cape Coral, FL 33914 | La Suprema Enterprise, Inc. | 47 |
| Mizne, Michael and Jeannine 9621 Cobblestone Creek Drive Boynton Beach, FL 33472 | La Suprema Enterprise, Inc. | 47 |
| Nelson, Dick and Nancy 6635 Bobby Jones Ct. Palmetto, FL 34221 | La Suprema Enterprise, Inc. | 47 |
| Neumann, Allan 37 Court of Greenway Northbrook, IL 60062 | La Suprema Enterprise, Inc. | 47 |
| Ng, Winnie & CheeWah 10101 Cobblestone Creek Drive Boynton Beach, FL 33472 | La Suprema Enterprise, Inc. | 47 |
| Novello, Robin 9407 Bridgebrook Drive Boca Raton, FL 33496 | La Suprema Enterprise, Inc. | 47 |
| Oves, Jose Francisco 2220 SE 19 Avenue Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Pabon, Fernando 9740 SW 184th Street Miami, FL 33157 | La Suprema Enterprise, Inc. | 47 |
| Pelner, Richard and Debra 345 Mestre Place North Venice, FL 34275 | La Suprema Enterprise, Inc. | 47 |
| Promenade at Tradition Community Association, Inc. 430 NW Lake Whitney Place Port St. Lucie, FL 34986 | La Suprema Enterprise, Inc. | 47 |
| Puri, Antonio Cesar 13101 SW 268 Street Homestead, FL 33032 | La Suprema Enterprise, Inc. | 47 |
| Ramirez, Fredrick 10067 Pines Blvd., Ste. A Pembrook Pines, FL 33024 | La Suprema Enterprise, Inc. | 47 |
| Ramsarran, Lloyd and Dinah 6756 NW Argus Street Port .Lucie, FL 34983 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

## Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs
## Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Reid, Grant and Kathyrn<br>2820 124 Avenue East<br>Parrish, FL 34219 | La Suprema Enterprise, Inc. | 47 |
| Riccardi, Peter and Rose<br>99 Ogden Parma Town Line Road<br>Spencerport, NY 14559 | La Suprema Enterprise, Inc. | 47 |
| Richardson, M.L.<br>1555 Indian River Blvd., Ste. B120<br>Vero Beach, FL 32960 | La Suprema Enterprise, Inc. | 47 |
| Rinaldi, Jr. Joseph J.<br>31423 Ohio Street<br>Miami, FL 33133 | La Suprema Enterprise, Inc. | 47 |
| Rizzo, Ricardo and Alfonso, Madelin<br>1987 SE 21 Ct.<br>Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Roberts, Steven and Jennifer<br>10013 Cobblestone Creek Dr.<br>Boynton Beach, FL 33472 | La Suprema Enterprise, Inc. | 47 |
| Rodriguez, Jeryl & Jose<br>9725 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | La Suprema Enterprise, Inc. | 47 |
| Ronkin, Joel & Sharri<br>2505 Provence Circle<br>Weston, FL 33327 | La Suprema Enterprise, Inc. | 47 |
| Rookery Park Estates, LLC<br>KOL Ventures, LLC<br>1400 E. Oakland Park Blvd.<br>Suite 111<br>Oakland Park, FL 33334 | La Suprema Enterprise, Inc. | 47 |
| Roseman, Robert & Linda<br>231 Grant Avenue<br>Dumont, NJ 07628 | La Suprema Enterprise, Inc. | 47 |
| Rosen, Michael<br>17538 Middlebrook Way<br>Boca Raton, FL 33496 | La Suprema Enterprise, Inc. | 47 |
| Real Estate Resolutions Group, LLC<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 | La Suprema Enterprise, Inc. | 47 |
| Rossi, Richard and Joanna<br>21218 St. Andrews Blvd., #225<br>Boca Raton, FL 33433 | La Suprema Enterprise, Inc. | 47 |
| Saieh, Clifford<br>4282 NE 16th St.<br>Homestead FL 33033 | La Suprema Enterprise, Inc. | 47 |
| Samberg, Brian and Lori<br>17682 Middlebrook Way<br>Boca Raton, FL 33496 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Santamaria, Carolyn and Daniel 8765 Cobblestone Preserve Court Boynton Beach, FL 33472 | La Suprema Enterprise, Inc. | 47 |
| Santiago, Jason 2140 SE 19 Avenue Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Sardina, Raymond 8812 SW 203 Terrace Cutler Bay, FL 33189 | La Suprema Enterprise, Inc. | 47 |
| Sarkar, Immanuel and Robinson, Catherin 8821 SW 203 Terrace Cutler Bay, FL 33189 | La Suprema Enterprise, Inc. | 47 |
| Seifart, Armin and Gore, Lisa 2515 Swanson Avenue Miami, FL 33133 | La Suprema Enterprise, Inc. | 47 |
| Seyour, Serge 1457 SW 22nd Lane Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Singleteary, Stephen B. 3181 Oak Avenue Miami, FL 33133 | La Suprema Enterprise, Inc. | 47 |
| Siraco, Stephen 12430 SW 50 Street, #121 Miramar, FL 33027 | La Suprema Enterprise, Inc. | 47 |
| Sirota, Alli and Paul 8843 Morgan Landing Way Boynton Beach, FL 33473 | La Suprema Enterprise, Inc. | 47 |
| Smith, David and Wendy 5101 Lakeview Drive Miami Beach, FL 33140 | La Suprema Enterprise, Inc. | 47 |
| Souza, Juliana 6865 Julia Gardens Drive Coconut Creek, FL 33073 | La Suprema Enterprise, Inc. | 47 |
| Stanley, David and Patricia 4845 66th Lane Vero Beach, FL 32967 | La Suprema Enterprise, Inc. | 47 |
| Starkman, Jeffrey and Sharlene 11224 NW 77th Place Parkland, FL 33076 | La Suprema Enterprise, Inc. | 47 |
| Stephens, Ricardo 16923 SW 87 Avenue Miami, FL 33157 | La Suprema Enterprise, Inc. | 47 |
| Tarzy, Jim 11 Sunrise Trail Medford, NJ 08055 | La Suprema Enterprise, Inc. | 47 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**

**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Trepkowski, Carrie and David 3027 Lake Manatee Court Cape Coral, FL 33909 | La Suprema Enterprise, Inc. | 47 |
| Turner, Earnest & Pigi Caretti 3109 Grand Avenue #181 Coconut Grove, FL 33133 | La Suprema Enterprise, Inc. | 47 |
| Urdaneta, Herving & Annielys Aular 999 SW 146 Terrace Pembroke Pines, FL 33027 | La Suprema Enterprise, Inc. | 47 |
| Vasquez, Martha 14740 SW 34 Street Miami, FL 33185 | La Suprema Enterprise, Inc. | 47 |
| Vickers, Karen 2259 SE 19 Avenue Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Villalta, Daniel 8782 SW 203 Terrace Miami, FL 33189 | La Suprema Enterprise, Inc. | 47 |
| Wahlgren, Henry and Joan 4615 SE Pilot Avenue Stuard, Fl 34997 | La Suprema Enterprise, Inc. | 47 |
| Walter, Todd 29300 SW 173rd Court Homestead, FL 33030 | La Suprema Enterprise, Inc. | 47 |
| Wisdom, Katori and Patrick 1954 SE 22nd Court Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Woodbridge, Robert and Dale 2165 SE 20 Avenue Homestead, FL 33035 | La Suprema Enterprise, Inc. | 47 |
| Zeller, Maria Rosa 586 Loretto Avenue Coral Gables, FL 33146  Solabella Company Limited OMC Chambers, Wickhams Cay 1, Road Town, Tortola British Virgin Islands | La Suprema Enterprise, Inc. | 47 |
| Zervos, Angelos and Gregoria 20451 SW 87 Court Miami, FL 33189 | La Suprema Enterprise, Inc. | 47 |
| Candela, Hilario 6201 Granada Blvd. Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Fleck, Joe 554 Loretto Avenue Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Hartz, Charles and Joy<br>25 Tahibit Beach Island<br>Coral Gables, FL 33143 | La Suprema Enterprise, Inc. | 47 |
| Legland, David and Sharon<br>1150 Madruga Avenue<br>Apt. C02<br>Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Mackie, Frank<br>13990 S. Dixie Highway #106<br>Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Mekras, George<br>434 Indies Drive<br>Vero Beach, FL 32963 | La Suprema Enterprise, Inc. | 47 |
| Ramirez, Julio and Myriam<br>550 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Sternstein, Jerry<br>526 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Suarez, Gaston and Marta<br>542 Loretto Avenue<br>Coral Gables, FL 33146 | La Suprema Enterprise, Inc. | 47 |
| Ziska, David and Julie<br>6335 S.W. 110 Street<br>Miami, FL 33156 | La Suprema Enterprise, Inc. | 47 |
| Davis, Jesse<br>8626 104th Avenue<br>Vero Beach, FL 32967 | Rothchilt International, Ltd. | 48 |
| Deane, Robert and Lois<br>2225 SE 20 Avenue<br>Homestead, FL 33035 | Rothchilt International, Ltd. | 48 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | Rothchilt International, Ltd. | 48 |
| Flores, Julian and Nathalia Cora<br>2230 SE 19 Avenue<br>Homestead, FL 33035 | Rothchilt International, Ltd. | 48 |
| Galvin, Larry and Rene<br>203 Buring Street Blvd.<br>Absecon, NJ 08201 | Rothchilt International, Ltd. | 48 |
| Leben, Roger and Janet<br>1912 SE 23 Ct.<br>Homestead, FL 33035 | Rothchilt International, Ltd. | 48 |
| Litten, Randall<br>2235 SE 20th Avenue<br>Homestead, FL 33035 | Rothchilt International, Ltd. | 48 |

**Schedule "2"–Importer/Exporter/Broker List of Subclasses to Plaintiffs**
**Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Exporter/ Importer/ Broker Defendant | Defendants' Subclass # |
|---|---|---|
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | Rothchilt International, Ltd. | 48 |
| Pabon, Fernando<br>9740 SW 184th Street<br>Miami, FL 33157 | Rothchilt International, Ltd. | 48 |
| Rizzo, Ricardo and Alfonso, Madelin<br>1987 SE 21 Ct.<br>Homestead, FL 33035 | Rothchilt International, Ltd. | 48 |
| Rossi, Richard and Joanna<br>21218 St. Andrews Blvd., #225<br>Boca Raton, FL 33433 | Rothchilt International, Ltd. | 48 |
| Sirota, Alli and Paul<br>8843 Morgan Landing Way<br>Boynton Beach, FL 33473 | Rothchilt International, Ltd. | 48 |
| Wisdom, Katori and Patrick<br>1954 SE 22nd Court<br>Homestead, FL 33035 | Rothchilt International, Ltd. | 48 |
| 1100 Valencia LLC<br>1100 Valencia Avenue<br>Coral Gables, FL 33134 | Rothchilt International, Ltd. | 48 |
| Blanco, Christopher and Cristina<br>3402 SW 64 Avenue<br>Miami, FL 33155 | Rothchilt International, Ltd. | 48 |
| Chavin, Valerie<br>Shmuely, Rami<br>5140 NW 30th Terrace<br>Fort Lauderdale, FL 33309 | Rothchilt International, Ltd. | 48 |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471 | Rothchilt International, Ltd. | 48 |
| Riesz, Lawrence and Schnee, Jennifer<br>6777 NW 63rd Way<br>Parkland, FL  33067 | Rothchilt International, Ltd. | 48 |