*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Schedule "3"–Builder/Developer List of Subclasses to Plaintiffs
Omnibus Class Action Complaint (I)

Subclass #49:  Abington Woods, LLC
Subclass #50:  Aburton Homes, Inc.
Subclass #51:  Acadian Buidlers of Gonzales, Inc.
Subclass #52:  Acadian Builders and Contractors, LLC
Subclass #53:  Adams Homes of North West Florida, Inc.
Subclass #54:  Advantage Builders of America, Inc.
Subclass #55:  Affordable Homes & Land, LLC
Subclass #56:  Alana Development Corporation
Subclass #57:  Albanese-Popkin The Oaks Development Group, L.P.
Subclass #58:  Alternative Source, Inc.
Subclass #59:  Alvin Royes, Jr., LLC
Subclass #60:  America's First Home, Inc.
Subclass #61:  American Dream Builders, Inc.
Subclass #62:  American Gallery Development Group, LLC d/b/a American Gallery Homes
Subclass #63:  Anthony F. Marino General Contractor, LLC
Subclass #64:  Anthony Raggs
Subclass #65:  Anthony Skrmetti
Subclass #66:  Antilles Vero Beach, LLC
Subclass #67:  Aranda Homes, Inc.
Subclass #68:  Aranda Homes of Florida, Inc.
Subclass #69:  Arizen Homes, Inc.
Subclass #70:  Arthur Homes (JL Arthur)
Subclass #71:  Aubuchon Homes, Inc.
Subclass #72:  Avalon Preserve Developers, LLC
Subclass #73:  B.B.S. Builders, Inc.
Subclass #74:  B&E Construction of Miami, Corp.
Subclass #75:  B&W Complete Construction, Inc.
Subclass #76:  Bagley Construction, LLC
Subclass #77:  Barony Homes, Inc.
Subclass #78:  Bass Homes, Inc.
Subclass #79:  Bauhaus Inc.
Subclass #80:  Bauhaus Solutions, Inc.
Subclass #81:  Bay Colony - Gateway, Inc.
Subclass #82:  Baywood Construction, Inc.
Subclass #83:  BDG Waterstone, LLC
Subclass #84:  Bella Builders, Inc.
Subclass #85:  Belmont Lakes Investments, LLC
Subclass #86:  Bender Construction & Development, Inc.
Subclass #87:  Benoit Buidlers, LLC f/k/a Benoit Builders & Realtors, Inc.
Subclass #88:  BHD Corp.
Subclass #89:  Big Bear Const. Co.
Subclass #90:  Big River Construction and Remodeling Co., Inc.

Subclass #91:   Blackhawk Partners, LLC
Subclass #92:   Blue Oaks/Gulfstream Development, LLC
Subclass #93:   BO Builders, LLC
Subclass #94:   Bonita Beachwalk, LLC
Subclass #95:   Bove Company
Subclass #96:   Brantly Homes, Inc.
Subclass #97:   Brightwater Community 1 LLC
Subclass #98:   Burnett Construction Co.
Subclass #99:   C. Adams Construction and Design, LLC
Subclass #100:  C&C Homebuilders, Inc.
Subclass #101:  Calmar Construction Company, Inc.
Subclass #102:  Cardel Master Builder, Inc. d/b/a Cardel Homes
Subclass #103:  Caribe Central, LLC
Subclass #104:  Caribe East LLC
Subclass #105:  Caribe Homes Corp.
Subclass #106:  Catalano Custom Homes, LLC
Subclass #107:  CDC Builders, Inc.
Subclass #108:  Centerline Homes at Delray, Inc.
Subclass #109:  Centerline Homes at Georgetown LLC
Subclass #110:  Centerline Homes at Tradition, LLC
Subclass #111:  Centerline Homes at Vizcaya, Inc.
Subclass #112:  Centerline Homes Construction Inc.
Subclass #113:  Centerline Homes, Inc.
Subclass #114:  Centerline Port St. Lucie, Ltd.
Subclass #115:  Central Peninsula Contracting LLC
Subclass #116:  Centurion Homes of Louisiana, LLC
Subclass #117:  Century Builders Group, Inc.
Subclass #118:  Certain Homes, Inc.
Subclass #119:  CGF Construction
Subclass #120:  Chabot Enterprises, Inc.
Subclass #121:  Chris Booty
Subclass #122:  Chris Cadis
Subclass #123:  Chris P. Roberts
Subclass #124:  Christopher M. Odom
Subclass #125:  Cockerham Construction, LLC
Subclass #126:  Comfort Home Builders, Inc.
Subclass #127:  Continental Drywall Contractors, Inc.
Subclass #128:  Craftmaster, LLC
Subclass #129:  Craftsmen Builders, Inc.
Subclass #130:  Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes)
Subclass #131:  CRF Management Co., Inc.
Subclass #132:  Crosby Development Company, LLC
Subclass #133:  Crown Builders, Inc.
Subclass #134:  D.R. Horton, Inc.
Subclass #135:  Daelen of Tangiaphoa, LLC
Subclass #136:  Darwin Sharp Construction , LLC

Subclass #137:  David Ray Gavins
Subclass #138:  David Weekley Homes, LLC a.k.a. Weekley Homes, LP
Subclass #139:  DC Builders, LLC
Subclass #140:  Dedicated Builders, LLC
Subclass #141:  DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc.
Subclass #142:  Derby Homes, Inc.
Subclass #143:  Design Contractors, LLC
Subclass #144:  Design Drywall of South Florida, LLC
Subclass #145:  Diamond Court Construction Company
Subclass #146:  DMH Development, Co.
Subclass #147:  Dorado Homes Development, Ltd.
Subclass #148:  Dunn Wright Construction, Inc.
Subclass #149:  Dupree Contractors, Inc.
Subclass #150:  E. Jacob Fakouri Construction, Inc.
Subclass #151:  E.B. Developers, Inc.
Subclass #152:  E.N. Suttin Construction Company
Subclass #153:  Eastern Construction Group, Inc.
Subclass #154:  EH Building Group
Subclass #155:  Elite Construction Co. SW Inc.
Subclass #156:  Elite Home Construction Inc.
Subclass #157:  Empire Construction, LLC
Subclass #158:  Empire Properties, LLC
Subclass #159:  Enchanted Homes, Inc.
Subclass #160:  Excel Construction of S.W. Florida, Inc.
Subclass #161:  Executive Home Builders, LLC
Subclass #162:  First Construction Corporation
Subclass #163:  First Homes Builders, Inc.
Subclass #164:  Fisher & Son Contractors, LLC
Subclass #165:  Floridian Gulf Coast Homes, Inc.
Subclass #166:  Font Builders, Inc.
Subclass #167:  Fortis Construction, LLC
Subclass #168:  Francisco Tomas Permuy
Subclass #169:  Fusion Building Concepts, Inc.
Subclass #170:  G. Drywalls Corporation
Subclass #171:  G.I. Homes
Subclass #172:  G.L. Building Corporation
Subclass #173:  G.L.B. and Associates, Inc. d/b/a Balli Construction
Subclass #174:  Galloway Sunset Estates, Inc.
Subclass #175:  Garram Homes, Inc.
Subclass #176:  Gatco Construction, Inc.
Subclass #177:  Gavins Construction Company
Subclass #178:  Genesis Residential Group, Inc.
Subclass #179:  GHO Development Corporation
Subclass #180:  GL Homes
Subclass #181:  Global Home Builders, Inc.
Subclass #182:  Global Home Builders, LLC

Subclass #183: Global Home Builders of the Treasure Coast, Inc.
Subclass #184: GMI Construction, Inc.
Subclass #185: Gold Coast Homes of SW Florida
Subclass #186: Gooden Homes, LLC
Subclass #187: Great Southern Homes, Inc.
Subclass #188: Gregg Nieberg, Inc.
Subclass #189: Gremillion Homes, Inc.
Subclass #190: Greystoke Homes at South Point II LLC
Subclass #191: Groff Construction Inc.
Subclass #192: Gryphon Construction, LLC
Subclass #193: Guillermo Permuy
Subclass #194: Gulfstream Development, LLC
Subclass #195: Gulfstream Homes, Inc.
Subclass #196: Gwen Core
Subclass #197: H & H Custom Homebuilders
Subclass #198: H.C. Owen Builder, Inc.
Subclass #199: Hallmark Homes, Inc.
Subclass #200: Hammer Constructions Services, Ltd.
Subclass #201: Hansen Homes, Inc.
Subclass #202: Hansen Homes of South Florida, Inc
Subclass #203: .Hanson Homes, Inc.
Subclass #204: Heights Custom Homes, LLC a/k/a Heights Properties, LLC
Subclass #205: Highland Lakes, LLC d/b/a Eddleman Homes, LLC
Subclass #206: Hilliard Butler Construction Company, Inc.
Subclass #207: Holiday Builders, Inc.
Subclass #208: Home One Homes
Subclass #209: HPH Homes
Subclass #210: HPH Properties, LLC
Subclass #211: Hutchinson Homes, Inc.
Subclass #212: HWB Construction, Inc.
Subclass #213: ICI Homes, Inc.
Subclass #214: In-line Contractors, LLC
Subclass #215: Intercoastal Construction Co.
Subclass #216: Intervest Construction, Inc.
Subclass #217: Investment Properties Unlimited Inc.
Subclass #218: Ironwood Properties, Inc.
Subclass #219: J. Helms Construction, Inc. d/b/a Sundown Development
Subclass #220: J&J Builders Northshore, Inc.
Subclass #221: James LeBlanc
Subclass #222: JD Custom Homes, Inc.
Subclass #223: Jim Walter Homes, Inc.
Subclass #224: JJK&A Holding Corporation
Subclass #225: John G. Finch Construction, LLC
Subclass #226: John Korn Builders, LLC
Subclass #227: John L. Crosby, L.L.C.
Subclass #228: John Paul George d/b/a JPG Enterprises, Inc.

Subclass #229:  John T. Grab, III
Subclass #230:  Jonathan Scott Shewmake
Subclass #231:  JPG Enterprises, Inc.
Subclass #232:  JST Properties, LLC of Mississippi
Subclass #233:  Judson Construction Group, LLC
Subclass #234:  K. Hovnanian First Homes, LLC
Subclass #235:  Kaye Homes, Inc.
Subclass #236:  KB Home Florida LLC
Subclass #237:  KB Home Fort Myers, LLC
Subclass #238:  KB Home of Orlando, LLC
Subclass #239:  Ken Roberts
Subclass #240:  Kolter Homes, LLC
Subclass #241:  La Homes and Properties, Inc.
Subclass #242:  Lake Ashton Development Group II LLC
Subclass #243:  Lakeside Village Development, L.L.C. 1
Subclass #244:  Land Resources LLC
Subclass #245:  Laporte Family Properties
Subclass #246:  Las Playas LLC
Subclass #247:  Last Minute Properties, LLC
Subclass #248:  Lawrence Migliar LLJ Construction
Subclass #249:  Lee Harbor Homes of Florida, Inc.
Subclass #250:  Lee Wetherington Homes, Inc.
Subclass #251:  Legend Custom Builders, Inc.
Subclass #252:  Lennar Corporation
Subclass #253:  Lennar Homes, LLC
Subclass #254:  Leroy Laporte, Jr.
Subclass #255:  Lifescape Builders
Subclass #256:  Liongate Design Structure, LLC
Subclass #257:  Louran Builders, Inc.
Subclass #258:  Louran Gips KG
Subclass #259:  LPR Builders, Inc.
Subclass #260:  LTL Construction, Inc.
Subclass #261:  Lucky Strike M.K.Inc.
Subclass #262:  Lucra Investments, Inc.
Subclass #263:  Lynch Builders, LLC
Subclass #264:  M/I Homes, Inc.
Subclass #265:  M/I Homes of Tampa, LLC
Subclass #266:  M. Miller and Company, Inc.
Subclass #267:  M.E. Gibbens, Inc.
Subclass #268:  M.K. Development, Inc.
Subclass #269:  Majestic Custom Homes & Development, Inc.
Subclass #270:  Majestic Homes and Realty SW LLC
Subclass #271:  Majestic Homes, Inc.
Subclass #272:  Majestic Homes of Port St.Lucie, Inc.
Subclass #273:  Mandy Drywall Inc.
Subclass #274:  Manuel Gonzales Terra Group Intl.

Subclass #275:  Marigold Court, LLC
Subclass #276:  Mariner Village Townhomes Inc.
Subclass #277:  Maronda Homes Inc. of Florida
Subclass #278:  Master Builders of South Florida, Inc.
Subclass #279:  MATSA Construction Company, Inc.
Subclass #280:  Mayeaux Construction, Inc.
Subclass #281:  MCCAR Homes - Tampa, LLC
Subclass #282:  McCombs Services, LLC
Subclass #283:  McDowell Builders, LLC
Subclass #284:  MCM Building Enterprise, Inc.
Subclass #285:  McMath Construction, Inc.
Subclass #286:  Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes
Subclass #287:  Medallion Homes Gulf Coast, Inc.
Subclass #288:  Medallion Homes, LLC
Subclass #289:  Meiben Home Builders, LLC
Subclass #290:  Melvin Prange, Jr. Construction, L.L.C.
Subclass #291:  Meridian Homes USA, Inc.
Subclass #292:  Meritage Homes of Florida, Inc.
Subclass #293:  Methodical Builders, Inc.
Subclass #294:  MGB Construction, Inc.
Subclass #295:  Midwest Construction & Development Incorporated
Subclass #296:  Millennium Homes & Development, Inc.
Subclass #297:  Miller Professional Contracting, Inc.
Subclass #298:  Ming K Wong
Subclass #299:  Morgan Homes, Inc.
Subclass #300:  Morrison Homes, Inc.
Subclass #301:  Nathanial Crump
Subclass #302:  Neslo, LLC
Subclass #303:  Nice Homes, Inc.
Subclass #304:  North Palm Estates Homes, Inc.
Subclass #305:  Northstar Holdings at B and A LLC
Subclass #306:  Northstar Homebuilders, Inc.
Subclass #307:  Northstar Homes
Subclass #308:  O'Neal Homes, Inc.
Subclass #309:  O'Neill/Holliman Corporation
Subclass #310:  Oak Avenue, LLC
Subclass #311:  Oak Tree Construction
Subclass #312:  Oakbrook Building and Design, Inc.
Subclass #313:  Oyster Bay Homes, Inc.
Subclass #314:  Palm Coast Construction, LLC
Subclass #315:  Palm Isles Holdings, LLC
Subclass #316:  Palm State Construction, Inc.
Subclass #317:  Paradise Builders of SW Florida, Inc.
Subclass #318:  Paragon Homes, Inc.
Subclass #319:  Paramount Quality Homes Corp.
Subclass #320:  Paul Homes, Inc. a/k/a Management Services of Lee County, Inc.

Subclass #321: Paul Homes of Flordia, LLC
Subclass #322: Paul Hyde Homes
Subclass #323: Penn Construction Co., LLC
Subclass #324: Philip Latapie
Subclass #325: Pine Ridge Real Estate Enterprises, LLC
Subclass #326: Pioneer Construction, LLC
Subclass #327: Ponce Riviera, LLC
Subclass #328: Premier Communities, Inc.
Subclass #329: Premier Custom Homes
Subclass #330: Prestige Development, Inc.
Subclass #331: Prestige Properties
Subclass #332: Pride Homes, LLC
Subclass #333: Pride Homes of Lakes by the Bay - Parcel H. LLC
Subclass #334: Promenade Developers, Ltd.
Subclass #335: Punta Gorda Partners, LLC
Subclass #336: R & B Construction & Remodeling, Inc.
Subclass #337: R. Fry Builders, Inc.
Subclass #338: R.J. Homes, LLC
Subclass #339: RJM Homes, Inc.
Subclass #340: Rafuls & Associates Construction Co., Inc.
Subclass #341: Raintree Construction
Subclass #342: Randal Maranto Builders, LLC
Subclass #343: Ray Bec Inc.
Subclass #344: RCR Holdings II, LLC
Subclass #345: Reed Builders, LLC
Subclass #346: Regatta Construction, LLC
Subclass #347: Regency Homes, Inc.
Subclass #348: Resource Rental & Renovation LLC
Subclass #349: RFC Homes
Subclass #350: Richard Jones Construction Company, Inc.
Subclass #351: Rickelman Construction, Inc.
Subclass #352: Rivercrest, LLC/The St. Joe Company
Subclass #353: RJL Drywall, Inc.
Subclass #354: RL Homes IX, LLC
Subclass #355: Robert Champagne, Great Southern Builders, LLC
Subclass #356: Rookery Park Estates, LLC
Subclass #357: Royal Homes (Anthony Marino)
Subclass #358: Ryland Group, Inc.
Subclass #359: S&O Investments, LLC
Subclass #360: Sail Harbour, LLC
Subclass #361: Santa Barbara Estates, Inc.
Subclass #362: Saturno Construction AB Inc.
Subclass #363: Savoie Construction, Inc.
Subclass #364: Savoie Real Estate Holdings, LLC
Subclass #365: Schenley Park Homes, LLC
Subclass #366: Scott Colson

Subclass #367: Scott Designer Homes, Inc.
Subclass #368: Shelby Homes at Meadows, Inc.
Subclass #369: Shelby Homes, Inc.
Subclass #370: Signature Series Homes, Inc.
Subclass #371: Smith and Core, Inc.
Subclass #372: Smith Family Homes Corporation
Subclass #373: South Kendall Construction Corp.
Subclass #374: Southern Homes, LLC
Subclass #375: Southern Homes of Broward XI, Inc.
Subclass #376: Southern Star Construction Company, Inc.
Subclass #377: Southwell Homes, LLC
Subclass #378: Springhill, LLC
Subclass #379: St. Joe Home Building, L.P.
Subclass #380: Standard Pacific d/b/a Standard Pacific of Colorado, Inc.
Subclass #381: Standard Pacific Homes of South Florida GP, Inc.
Subclass #382: Standard Pacific Homes of South Florida, a Florida General Partnership
Subclass #383: Star Homes of Florida LLC
Subclass #384: Stephen Shivers
Subclass #385: Sterling Communities Inc.
Subclass #386: Sterling Communities Realty Inc.
Subclass #387: Steven R. Carter, Inc.
Subclass #388: Stonebrook Estates, Inc.
Subclass #389: Stonebrook Homes, LLC
Subclass #390: Suarez Housing Corporation
Subclass #391: Summit Contractors, Inc.
Subclass #392: Summit Homes of LA, Inc.
Subclass #393: Sun Construction, LLC d/b/a Sunrise Homes
Subclass #394: Sunrise Construction and Development, LLC
Subclass #395: Sunrise Homes/Sun Construction
Subclass #396: Sunrise Custom Homes & Construction, LLC
Subclass #397: Supreme Builders
Subclass #398: Taber Construction
Subclass #399: Tad Brown
Subclass #400: Tallow Creek, LLC
Subclass #401: Taylor Morrison of Florida, Inc.
Subclass #402: Taylor-Woodrow Communities at Vasari
Subclass #403: Team Work Construction, LLC
Subclass #404: Tepeyac, LLC
Subclass #405: The Mitchell Co.
Subclass #406: The New Morning, LLC
Subclass #407: The Sterling Collection, Inc.
Subclass #408: Tikal Construction Co.
Subclass #409: Toll Estero, Ltd. Partnership d/b/a Toll Brothers
Subclass # 410: Total Contracting and Roofing, Inc.
Subclass #411: Treasure Coast Homes, LLC
Subclass #412: Triumph Construction

Subclass #413:  Tudela Classic Homes, LLC
Subclass #414:  Tuscan-Harvey Estate Homes, Inc.
Subclass #415:  Twelve Oaks of Polk County, Inc.
Subclass #416:  Twin Lakes Reserve & Golf Club, Inc.
Subclass #417:  United Homes Builders, Inc.
Subclass #418:  United Homes, Inc.
Subclass #419:  United Homes International, Inc.
Subclass #420:  United-Bilt Homes, LLC
Subclass #421:  Van Aller Construction
Subclass #422:  Velez Construction, LLC
Subclass #423:   Velvet Pines Construction, LLC
Subclass #424:  Vicinity Drywall, Inc.
Subclass #425:  Viking Homes of S.W. Florida, Inc.
Subclass #426:  Villa Development, Inc.
Subclass #427:  Vincent Montalto Construction, Inc.
Subclass #428:  Vintage Properties, Inc.
Subclass #429:  Waterways Development, Inc.
Subclass #430:  WB Construction Company, Inc.
Subclass #431:  Westpoint Development, LLC
Subclass #432:  Wilson Heights Development, Inc.
Subclass #433:  Windship Homes of Florida, Inc.
Subclass #434:  Woodland Enterprises, Inc.
Subclass #435:  Ybarzabal Contractors, LLC
Subclass #436:  Zamora Corporation