*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Schedule "4"–Contractor/Installer List of Subclasses to
Plaintiffs Omnibus Class Action Complaint (I)

Subclass # 437:  911 Drywall, Inc.
Subclass # 438:  53 Enterprises f/k/a A-1 Brothers, Inc.
Subclass # 439:  A1 Brothers, Inc.
Subclass # 440:  Acadian Builders & Contractors, LLC
Subclass # 441:  Ace Drywall
Subclass # 442:  Aced Interior Drywall
Subclass # 443:  Adam Carpenter
Subclass # 444:  Anthony's Drywalls, Inc.
Subclass # 445:  B & B Drywall
Subclass # 446:  Banner Supply Co.
Subclass # 447:  Baystate Drywall
Subclass # 448:  Bill Gregory Drywall
Subclass # 449:  Bradford Plastering, Inc.
Subclass # 450:  Brian Papania
Subclass # 451:  C.A. Steelman, Inc.
Subclass # 452:  Christopher Billot
Subclass # 453:  Continental Drywall Contractors, Inc.
Subclass # 454:  Corner Stone Construction of S.W. Florida, Inc. a/k/a Construction of Collier Co., LLC
Subclass # 455:  Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials
Subclass # 456:  Cretin Homes, LLC
Subclass # 457:  CSI Contractor Services, Inc.
Subclass # 458:  D&B Framing, Inc.
Subclass # 459:  Danal Homes Development, Inc.
Subclass # 460:  Darwin Sharp Construction, LLC
Subclass # 461:  Drywall Service, Inc.
Subclass # 462:  Duncan Construction of South West Florida, Inc.
Subclass # 463:  Duo-Fast Construction, Inc.
Subclass # 464:  E. Jacob Fakouri Construction, Inc.
Subclass # 465:  F. Vincino and Company, Inc.
Subclass # 466:  Finish One Drywall, LLC
Subclass # 467:  First Choice Drywall Services, Inc.
Subclass # 468:  First Construction Corporation
Subclass # 469:  Florida Style Services, Inc.
Subclass # 470:  Francioni Builders, Inc.
Subclass # 471:  Gateway Drywall, Inc.
Subclass # 472:  George Meza
Subclass # 473:  Graf's Drywall, LLC
Subclass # 474:  Gregg Nieberg, Inc.
Subclass # 475:  Gulf Coast Engineering, LLC
Subclass # 476:  Harbor Springs Construction and Development, L.L.C.
Subclass # 477:  Hc Seals Drywall Partners

Subclass # 478:  Interior/Exterior Building Supply, LP
Subclass # 479:  Interior/Exterior Enterprises, LLC
Subclass # 480:  J.W. Hodges Drywall, Inc.
Subclass # 481:  Jacks Drywall LLC
Subclass # 482:  JB Plaster, Inc.
Subclass # 483:  John Eschete
Subclass # 484:  John Gillespie
Subclass # 485:  JM Interiors, Inc.
Subclass # 486:  JP Drywall, LLC
Subclass # 487:  Keith Warrick Drywall, Inc.
Subclass # 488:  Kelley Drywall
Subclass # 489:  Kemah Construction, Inc.
Subclass # 490:  Klepk Bros. Drywall, Inc.
Subclass # 491:  L&W Supply Corporation d/b/a Seacoast Supply
Subclass # 492:  La Drywall
Subclass # 493:  Lebaron Bros. Drywall
Subclass # 494:  Lee Roy Jenkins
Subclass # 495:  Louran Builders, Inc.
Subclass # 496:  Manny Garcia
Subclass # 497:  Manny's Drywall
Subclass # 498:  Mavied Corp.
Subclass # 499:  McDowell Builders, LLC
Subclass # 500:  Northeast Drywall Co.
Subclass # 501:  NuWay Drywall LLC
Subclass # 502:  Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
Subclass # 503:  Ozark Atlantic, LLC
Subclass # 504:  P.D.C. Drywall Contractors, Inc.
Subclass # 505:  Ponce Siding & Remodeling
Subclass # 506:  Precision Drywall
Subclass # 507:  Premier Plastering of Naples
Subclass # 508:  R.L. Drywall Inc.
Subclass # 509:  Ray Horvath Drywall, Inc.
Subclass # 510:  Reed Builders, LLC
Subclass # 511:  Residential Drywall Inc.
Subclass # 512:  Richard Hoover
Subclass # 513:  Richardson Drywall
Subclass # 514:  Right Way Finishing, Inc.
Subclass # 515:  RJL Drywall, Inc.
Subclass # 516:  Sampson Drywall
Subclass # 517:  Seals Drywall
Subclass # 518:  Sidney Sutton Drywall, Inc.
Subclass # 519:  Siesta Bay Custom Homes, LLC
Subclass # 520:  Southwest Innovations, Inc.
Subclass # 521:  Speedy Drywall
Subclass # 522:  Steiner Drywall
Subclass # 523:  Stone Sheetrock

Subclass # 524:  Sundown Development
Subclass # 525:  Supreme Builders
Subclass # 526:  Tallow Creek, LLC
Subclass # 527:  Treasure Coast Homes, LLC
Subclass # 528:  Vicinity Drywall, Inc.
Subclass # 529:  Wellington Drywall, Inc.