UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL : MDL NO. 2047
 PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #5

The Court has appointed the following persons to serve as Liaison Counsel in this matter:

For the plaintiffs:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
phone:  504-581-4892
fax:      504-561-6024
email:   rherman@hhkc.com

For the defendants:

Kerry J. Miller
Frilot L.L.C.
Suite 3700
1100 Poydras Street
New Orleans, LA 70130
phone: 504-599-8194
fax:     504-599-8145
email:  kmiller@frilot.com

IT IS ORDERED that all counsel within 5 days of receipt of this order shall provide to the appropriate Liaison Counsel updated contact information to be used for service.  Henceforth, service of all papers by the Court will be made on Liaison Counsel only.  It shall then be the responsibility of Liaison Counsel to serve said papers on each of the attorneys or parties with whom that Liaison Counsel is affiliated.  Accordingly, IT IS FURTHER ORDERED that Paragraph 7 of Pretrial Order #1 regarding SERVICE is hereby AMENDED to reflect this change.

IT IS ALSO ORDERED that liaison counsel meet and confer and prepare a proposed agenda for the upcoming meeting and submit it to the court two (2) days before the meeting.

IT IS FURTHER ORDERED that Paragraph 11 of Pretrial Order #1 regarding DOCKETING is hereby AMENDED to read as follows:

DOCKETING---When an action that properly belongs as a part of <u>In Re: Chinese-Manufactured Drywall Products Liability Litigation</u> is hereinafter filed in the Eastern District of Louisiana or transferred here from another court, the Clerk of this Court shall:

    a.    Place a copy of this Order (Pretrial Order #5) in the separate file for such action;

    b.    Make an appropriate entry on the master docket sheet;

    c.    Forward to all counsel in the newly filed or transferred case a copy of this Order.

New Orleans, Louisiana, this <u>6th</u> day of <u>July</u>, 2009.

*[signature: Eldon E. Fallon]*

    ELDON E. FALLON
    UNITED STATES DISTRICT JUDGE