UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE WILKINSON |
| 2:09-cv-6690; 2:09-cv-7628; 2:09-cv-8030; 2:09-cv-8034; 2:10-cv-361; 2:10-cv-362; 2:10-cv-932; 2:11-cv-80; 2:11-cv-252 | * * * | |

\* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \* \* \*

### SOUTHERN HOMES' AMENDED NOTICE OF APPEAL[1]

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), hereby give notice of their intent to appeal from the Court's January 23, 2012 Order [R. Doc. 12246], which included injunctive orders relating to Southern Homes, to the United States Court of Appeal for the Fifth Circuit. Southern Homes' Notice of Appeal is timely and proper under Rule 4(a) of the Federal Rules of Appellate Procedure and 28

---

[1] The only amendment hereby made to Southern Homes' original Notice of Appeal [R. Doc. 12388] is the naming of specific case numbers. Southern Homes requests that the present appeal be limited to only the case numbers listed in the caption above.

U.S.C. § 1292.[2]

                    Respectfully submitted,

                    /s/ James M. Garner
                    JAMES M. GARNER, T.A. (# 19589)
                    MARTHA Y. CURTIS (# 20446)
                    MATTHEW C. CLARK (#31102)
                    **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
                    909 Poydras Street, 28th Floor
                    New Orleans, Louisiana 70112-1033
                    Telephone: (504) 299-2100
                    Facsimile: (504) 299-2300
                    COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of January, 2012.

                    /s/ James M. Garner
                    JAMES M. GARNER

---

[2] Southern Homes' separate and earlier appeal to the United States Court of Appeals for the Fifth Circuit, Matter No. 11-30619, is pending, with briefing having been completed.