# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

—————————

No. 15-30595

—————————

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY
LITIGATION

————————————————————————

WILLIAM WAYNE; KELLY WAYNE,

      Plaintiffs - Appellants

v.

KNAUF GIPS KG; ET AL,

      Defendants

BROWN GREER, P.L.C., Settlement Administrator; MICHAEL K. ROZEN,
Special Master,

      Appellees



**A True Copy**
**Certified order issued Oct 01, 2015**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

—————————

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

—————————

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of October 1, 2015, for
want of prosecution. The appellants failed to timely file briefs and record
excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Sabrina B. Short*

By: _____
Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT