UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN PAYTON ET AL. | CIVIL ACTION |
| VERSUS | NO. 09-7628 |
| KNAUF GIPS KG ET AL. | SECTION "L" (2) |

## ORDER

Pursuant to 28 U.S.C. 455(a), I hereby recuse myself from this matter. The Clerk of Court is directed to reallot this individual member case only (not the related entire MDL proceeding) to another Magistrate Judge Division of this court.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE
12/19/19

**CLERK TO NOTIFY:**
**HON. ELDON E. FALLON**

December 20, 2019

REALLOTTED TO

# MAG 3