UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
REALLOTMENT OF MAGISTRATE 3 CASES

**GENERAL ORDER**

As a result of the recent confirmation and elevation of the Honorable Dana M. Douglas, formerly Magistrate Judge of this court, to the United States Court of Appeals for the Fifth Circuit and in accordance with this Court's Order of December 20, 2022, Magistrate 3 cases are hereby reallotted to the Magistrate Judge sections indicated on the attachment to this order.

New Orleans Louisiana, this __22nd__ day of December 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**