UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
REALLOTMENT OF MAGISTRATE 3 CASES

## GENERAL ORDER

As a result of the recent confirmation and elevation of the Honorable Dana M. Douglas, formerly Magistrate Judge of this court, to the United States Court of Appeals for the Fifth Circuit,

**IT IS ORDERED** that the Clerk of Court is hereby **DIRECTED** to reallot equally and randomly pending Magistrate 3 civil, criminal and miscellaneous cases for further handling.

New Orleans Louisiana, this ___20th___ day of December 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**